1  C. Brooks Cutter, SBN 121407
   Wesley M. Griffith, SBN 286390
2  Jennifer S. Domer, SBN 305822
   **CUTTER LAW P.C.**
3  401 Watt Avenue
   Sacramento, CA 95864
4  Telephone:    (916) 290-9400
   Facsimile:    (916) 588-9330
5  E-mail:    bcutter@cutterlaw.com
   E-mail:    wgriffith@cutterlaw.com
6  E-mail:    jdomer@cutterlaw.com

7  Reza Torkzadeh, SBN 249550
   Scott King (*pro hac vice* to be filed)
8  **TORKLAW**
   18650 MacArthur Blvd., Ste 300
9  Irvine, CA 92612
   Telephone:    (949) 313-7733
10 Facsimile:    (800) 979-0262
   E-mail:    reza@torklaw.com
11 E-mail:    scott@torklaw.com

12 *Attorneys for Plaintiffs*

13                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
14                    San Francisco and Oakland Division

15 ALICE SALIBA, GLEN SHOULTS,           Case No.
   ANGELINA COBBS, MANUEL AIRES,
16 ISHAQ ALIZADA, KATIE BROWN, DANNY     **COMPLAINT FOR DAMAGES AND**
   GENE BYARS, ALAN BYARS, JON          **DEMAND FOR JURY TRIAL**
17 CARDIASMENOS, MANYA
   CARDIASMENOS, CATHERINE ANN          **1. Negligence**
18 COWARD, NICKLAUS CUTLER, KIMBERLY
   DALEY, MICHAEL DALEY, ANGELA         **2. Public and Private Nuisance**
19 DELANCY, EFREN DELGADILLO, BRYON
   GARCIA LUNA, JAMIE GARCIA-LUNA,      **3. Premises Liability**
20 DENISE GRAGG, GARY GRAGG, CYNTHIA
   GREENE, STEVEN HANNAH, THERESA       **4. Trespass**
21 ANN HANNAH, MARIA JOACHIM, DARIN
   KARG, ROSANGELA KARG, KURTULUS       **5. Strict Liability Ultrahazardous**
22 KAYIRAN, ANNETTE LIBERTY, GERALD     **Activities**
   LIBERTY, GERRI LIBERTY, RICHARD
23 LILIAN, SEAN MCGINTY, KANNIKA
   PARISI, MICHAEL PARISI, JON PEREZ,
24 LILLIAN PRATT, LAUREN ROWE, AMALIA
   SANCHEZ, MARK SINCICH, RUDY
25 SINGELSTAD, JOSEPH SMART, KATHLEEN
   SMART, KENNETH WHITNEY, JEREMIE
26 WICKMAN, CANDY ALLEN-WHITNEY,
   BARBARA BOOTH, LINDA BURKARD,
27 BRIAN CRADER, KARINA ERBLAND, NIA
   EWING, DANILO FOZ, PATRICK GREENE,
28

-1-

LONNA HANEY, ANA LIMON, TIMOTHY
MCGOLDRICK, PAMLEA MITCHELL,
GWENDOLYN MONROE, BLANCH
MONTERO, STEPHANIE MOON, LYNETTE
PASTEGA, IVAN PENA, SARAH PETTUS,
RYAN RAMOS, ESTEBAN SANCHEZ,
TIMOTHY SHELTON, LORELEI SMITH,
TOHN SMITH, VANESSA VALDEZ, GEORGE
WHEELER, VICTORIA WICKMAN,
CHARLES YEAGER, MARK HARDEMAN,
SHARON KENNEDY, BRIAN LLOREN,
JOSEPH PIGHIN, ISAAC WESTPHAL,
KATHERINE FLENNER, AND DOROTHEA
ROSSELLI, RENE AGUAYO, CAMILO
ALBERTO, SELENA ALVAREZ, KATHRYN
ANASTAS, ALEEN ANDROYNA, AMIE
ANDROYNA, MARIE AVILLA, JOHN
AYERS, RASHOMON BAILEY, AUBRIE
BALLARDO, PATRICIA BATISTE,
DANIELLE BELTRANO, BOBBY BOLIN,
BRUCE BOSANKO, WILLIAM BROUSSARD,
RICHARD BULLINGTON, SEAN CAMACHO,
MARTHA CARLSON, DAMEN CARROLL,
PATRICIA CASPARIAN, MARLENE
CASTILLO, CHRISTOPHER CATALAN,
MELISSA CAVINO, EDITH CHAVARRIA,
KRISHNA CLEMON, CASEY CLIFF,
THOMAS CONLEY, JEFFREY COON,
DUSTIN COOPER, MARISSA CURTIS, SEAN
DAVIDSON, ISAIAH DE LA CRUZ, JOSE DE
LA TORRE, LUZ DE LA TORRE, SUSAN
DEAN, MICHELLE DEHAVEN, SCOTT
DICKSON, KAITLIN DUNN, DANIEL
ELKINS, TERRANCE ELLIOTT, DANIEL
ERNY, ELSA FLORES, CINDY FORRETT,
LUNA FOSTER, TERESA FRANKLIN,
EVELYN FRIAS, JOYCE GAINES, ALLEN
GRATERS, DANIELLE GIAMPAPPAS,
ILDEFONSO GONZALEZ, MARIA
GONZALEZ, MARICELA GONZALEZ, JON
GRAY, TAMI GRAY, VIBERTO GUERRA,
LUIS GUERRERO, KRYSTA HADSELL,
NANCY HADSELL, SCOTT HADSELL,
HARRY HALL, JANEEN HARRISON,
TERESA HERNANDEZ, DARRELL
HILDEBRANT, CHRISTOPHER HIND,
DEBORAH HOGARTY, RALPH HOLZ, SEAN
HREHA, DEBORAH HUDSON WISELL,
KERRY HUFFMAN, JILLIAN HUNTER,
CLARA JACINTO, KELSEY JACOBS, LISA
JAWAD, BRADLEY JORGENSEN,
CHRISTOPHER KATYAL, KENNETH
KELLY, LILLIAN KEMP, AUSTIN LANDERS,
JAMIE LANGDON, ELLISON LOCKETT,
TINA MACHADO, JOHNNIE MAYNOR,

-2-

JAMES MCCARTY, PATRICIA MCGUIRE, STEPHEN MELLIN, KATRINA METROCK, ROBERT METROCK, ASHLEY OLIVER, CHERYL OLIVERI, JACOB OLIVERI, PAULA OLIVIER, RICHARD O'ROURKE, JOSHUA PALMER, MARIE PALMER, RONALD PALMER, DENYEL PAPILLION, DEREK PAULSON, MELISSA PAYNE, OMAR PEREZ, MATTHEW PICKUP, RASHAAD PRITCHETT, HARY QUILES, ALEENA QUINTERO, BARBARA RAMSEY, CINDY RAMSEY, MOLLY RAYNOR, HUNTER REED, JERALD ROBINSON, BAYARDO RUIZ, THOMAS SANDERS, JAMES SHAFI, SCOTT SHAHADE, TRAVIS STEVENSON, DAVID THOMA, BERNADETTE TOBIN, PHILIP TRINIDAD, ROSE VERDIN, TOYA WARE, JAMES WEIRICH, PATRICK WINTERS, VICKIE WITHERSPOON, STEVEN WOODBURN, MAKSIM YANOVSKY, NANCY ARZAC, SAINT ASBERRY, BRUCE BAUGHN, RAESHONTE BENT, ANASTASIA BURKE, JAMES BURKE, JANET CASTON, ELIZABETH CISNEROS, BRANDI CUNNING, DAMON MARKS, LILY DE LA TORRE, MATTHEW DORIAN, CHRISTY DUNCAN, CHERYL EASELEY, ELENA EDWARDS, MICHAEL EIMEN, MESSIAH ELLIOTT, ANTONIO GARCIA, CHE GERMAINE, STEVEN GILL, KIANA GORDON, KELLY HILDEBRAND-GILL, BRANDI HOFFMAN, TINA HUTTON, AKRAM IBRAHIM, LEUMA ILIILI, ANASTACIA ILIILI, ILIILI ILLIILI, TISHA JOBE, MICHAEL JOHNSON, PAULINE KAISER, WILLIAM LABAT, GARY LEE, STEPHEN LOVING, AUSTIN MAKEEV, JEREMY MALVO, RODNEY MAYES, AUTUMN MECHLING, MARTA MEREDITH, VICKI MORGAN, CHANDDA MULLIGAN, VANCE MYERS, DAVID OLIVERI, KARA O'NEIL, BOBBY PAULSEN, VINCENZO PORFINO, JESSICA RAMIREZ PENA, ERNEST RANKIN, JOHNATHAN REISBECK, GARY RILEY, UEI SAENGSOURITH SAECHAO, TASHAYE SLYE, AIMEZ SPEAR, DEMOIN STROMAN, ROBERT UNDERWOOD, JUANITA WASHINGTON, CURTIS WEBB, CHARLES WILSON, KEITH WISELL, ARIANA BETHELL, BERENICE CEBALLOS, DANIEL CHAVEZ, AMANDA DRURY, JESSIE JACKSON, BASHIRA KHYAM, EDRIS KHYAM, KEVIN KIBBLE, GARY KRAMER, ZACKERY KRAMER, DENISE MAYNARD, ANDREW NELSON, MICHAEL SCOTT, KHURRAM SHAFI,

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1  CIARA SPEACE, SHAWN SPENCER, ERIC
   TOBIN, JOYCE ADAMS, JEFFREY DEVITA,
2  ANTHONY GAHR, JOAQUIN JACINTO,
   GLENDA LINDBORG, ROBERTA
3  MEADOWS, ROBERT MURDIC, DIANE
   REKOW,
4
                    Plaintiffs,
5
6  vs.

7  MARTINEZ REFINING COMPANY LLC, AND
   DOES 1 THROUGH 100, INCLUSIVE
8
                    Defendants.
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

## I.    INTRODUCTION

1.    Since November 2022, the 100-year-old Martinez oil refinery that is owned and operated by Defendant Martinez Refining Company LLC (hereafter "PBF Martinez") has had at least 21 documented safety failures. As Congressman John Garamendi put it, PBF Martinez has "a very, very bad record. . . . [T]hey've got an operational problem. They've got a safety problem. And they absolutely have to address it."[1]

2.    Despite Congressman Garamendi's warning, PBF Martinez has not fixed the problems, and PBF Martinez's ongoing safety failures have caused toxic chemicals to be repeatedly released into the local communities surrounding the refinery, poisoning residents, contaminating homes, and violating federal, state, and local law.

3.    For example, on Thanksgiving Day 2022, PBF Martinez released approximately 24 tons—about 48,000 pounds—of hazardous materials into the air from the refinery, primarily consisting of "spent catalyst." Spent catalyst is a toxic biproduct from PBF Martinez's refining process and is known to cause significant health issues, including breathing problems, cardiovascular and pulmonary diseases, genetic defects, cancer, fertility issues, and pregnancy complications, among other health problems. The Thanksgiving release took an ash-like form, and the toxic ash rained down on the communities surrounding the refinery, covering people, pets, homes, yards, and gardens.

4.    As subsequent investigations found, the Thanksgiving release was caused by PBF Martinez's own internal equipment failures and its own employees' errors. But PBF Martinez did not learn from its mistakes.

5.    In July and October 2023, PBF Martinez had additional unauthorized, unlawful, and dangerous releases of toxic materials from the refinery, primarily in the form of "coke dust." Coke dust is a toxic biproduct of the refining process, and coke dust has significant effects on the heart and lungs and causes other serious health problems, including damage to the lungs, exacerbation

---

[1] https://abc7news.com/martinez-refining-company-petroleum-coke-release-air-quality-east-bay/13490104/ (last visited July 23, 2024).

of chronic conditions like bronchitis and asthma, increased cardiovascular issues like heart attacks and strokes, and can cause cancer, among other health problems.

6.    The repeated 2023 coke dust releases prompted the San Jose Mercury News to publish an article titled "A disturbing new normal: Why have the chemical releases at the Martinez refinery continued? Last week's black dust merely the latest in a year-long series of incidents."[2] As detailed in the article, residents around the refinery have been leaving home to find toxic dust on "property, animals, cars" with one mother even finding her child's stroller covered in "black dust."

7.    Like the Thanksgiving release, the 2023 coke dust releases were caused by PBF Martinez's own internal failures. But once again, PBF Martinez still did not correct course.

8.    In December 2023, PBF Martinez experienced yet another major safety failure, this time resulting in the refinery releasing over seven tons—about 14,000 pounds—of sulfur dioxide gas into the local communities through a "level 2 flaring event." Flaring events occur when excessive gas builds up during the refining process, and the December 2023 event was one of 46 such flaring incidents documented that year. Exposure to the burn-off from the flaring event causes irritation to the eyes, nose, and throat, and heavy exposure can severely and permanently damage the lungs, cause brain fog, unconsciousness, and even death, among other health problems. Residents of Martinez reported their homes shaking violently for much of the day from the burn off and described the smell of sulfur gas permeating the air miles away from the refinery.

9.    Like the 2022 Thanksgiving event and the 2023 coke dusts releases, the December 2023 flaring incident was caused by PBF Martinez's own internal failures.

10.    Indeed, PBF Martinez's systemic safety lapses have been so severe that it has led to investigations by the FBI, the United States Department of Justice, the EPA, and local law enforcement. It has also led to repeated citations by the Bay Area Air Quality Management District, with over 100 citations between June 2021 and July 2023.

11.    PBF Martinez's willingness to poison the local communities around its refinery perhaps should not be surprising. Despite "Martinez" appearing in the company's name, PBF

---

[2] https://www.mercurynews.com/2023/10/09/a-disturbing-new-normal-why-have-chemical-releases-at-martinez-refinery-continued/ (last visited July 23, 2024).

Martinez—like the rest of PBF Energy—is actually headquartered in New Jersey, where its executives are kept far away from the toxic conditions that PBF creates in Martinez, California.

12.  PBF Martinez's repeated safety violations have had devastating consequences for the residents of the City of Martinez, and other local communities.

13.  Plaintiff Alice Saliba's experience is instructive. Ms. Saliba lives about a half mile from the refinery and was at a park near the refinery on Thanksgiving Day 2022 with her grandkids and family. They could smell the burning from the refinery as they ate and played. The next day, she calls seeing ash fall like snow flurries, with ash accumulating on her yard, car, and home. The ash—which she now understands was spent catalyst—also got into her home. She was also present at her home for the July, October, and December 2023 events, and she recalls a strong gas-like scent permeating her home. As a result of her exposures, Ms. Saliba has developed memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, and eczema on eyelids, among other medical issues.

14.  Plaintiff Glen Shoults is another example of what people living near the refinery have been forced to endure. Mr. Shoults lives about a quarter mile away from the refinery, and he and his family were present for the November 2022 discharge, as well as the July, October, and December 2023 events. Mr. Shoultz has developed serious medical problems from the exposures, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, body aches, ear aches, ear infections, phlegm, stomach pain, asthma flare-up, heartburn, dehydration, diarrhea, fainting, and loss of balance, among other medical issues. His family was also forced to throw out their garden as a result of the 2022 spent catalyst release, and his daughter—who runs track—has developed breathing problems caused by the discharges.

15.  Similarly, Plaintiff Angelina Cobbs—who lives about 2 miles from the refinery—was also present for the November 2022 spent catalyst discharge, as well as the July, October, and December 2023 events. For Ms. Cobbs, the repeated exposure has led to her developing lung cysts, and she has other significant breathing problems. The spent catalyst, coke dust, and noxious gases from the refinery have also contaminated her property, and decreased the value of her home.

16.   Unfortunately, Plaintiffs Saliba, Shoults, and Cobbs' experiences are not isolated, and the other 282 Plaintiffs'[3] exposures and injuries are included in Paragraphs 133 to 4381.

17.   Put simply, what PBF Martinez has done to the people living and working near the refinery is wrong.

18.   PBF Martinez needs to be held accountable. PBF Martinez needs to compensate Plaintiffs for the harm it has caused them. And PBF Martinez needs to be stopped from continuing to poison the communities around its refinery. This lawsuit seeks to do just that.

## II.   JURISDICTION AND VENUE

19.   The District Court of the Northern District of California has personal jurisdiction over the parties in this matter because Plaintiffs are each residents of the State of California whose injuries arose in Contra Costa County and PBF Martinez regularly conducts business in California, including by operating the Martinez oil refinery within Contra Costa County.

20.   This Court has subject matter jurisdiction over the action pursuant to 28 U.S.C. § 1332(a) because Plaintiffs are all citizens of California and PBF Martinez is a Limited Liability Company who, on information and belief, is a citizen of Delaware and New Jersey. Accordingly, there is complete diversity amongst the parties. Further, the amount in controversy exceeds $75,000 as to each Plaintiff's claims in this action.

21.   Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 because Plaintiffs reside in California and were harmed in Contra Costa County and PBF Martinez's illegal and wrongful actions, which are the subject of this action, occurred in Contra Costa County, where PBF Martinez operates the Martinez refinery and routinely conducts business.

22.   Pursuant to Local Rule 3.5(b), Plaintiffs further state that assignment to the San Francisco or Oakland Division of this Court is proper because the events at issue occurred in Contra Costa County, which pursuant to Local Rule 3-2(d) provides for assignment to this Division.[4]

---

[3] Plaintiffs refers collectively to the 285 individuals who are identified in Paragraphs 133 to 4381.

[4] Plaintiffs' counsel are also counsel of record for 18 additional individuals who suffered substantially similar injuries arising from the same sets of toxic discharges from the Martinez refinery. Those 18 individuals' claims are currently pending before Judge Lin in *Frye, et al. v. Martinez Refining Company, LLC,* Northern District Case No. 3:24-cv-04506-RFL. Plaintiffs in

III.    THE PARTIES

A.    Plaintiffs

23.  Plaintiffs are each residents of the State of California whose injuries arose in Contra Costa County.

24.  Further details regarding each Plaintiff are included in Section V of this Complaint at Paragraphs 133 to 4381 which are appended to the end of this complaint for ease of reading.

B.    Defendants

25.  Defendant PBF Martinez is a Delaware Limited Liability Company headquartered in Parsippany, New Jersey and registered to do business in California. On information and belief, PBF Martinez's sole member is PBF Energy Western Region LLC, which is a wholly owned subsidiary of PBF Energy, Inc. The refinery operated by PBF Martinez is located at 3495 Pacheco Boulevard, Martinez, California.

26.  The names and capacities, whether individual, corporate, associate, or otherwise, of the Defendants Does 1-100, inclusive, are unknown to Plaintiffs, who therefore sues the Doe Defendants by such fictitious names, and Plaintiffs will amend this complaint to show their true names and capacities when the same have been ascertained. Plaintiffs are informed and believe, and thereon alleges that each of the Doe Defendants, 1 through 100, inclusive, are responsible under law in some manner, negligently, strictly, or otherwise, for the events and happening herein referred to, and proximately thereby caused injuries and damages to Plaintiffs as herein alleged.

IV.    FACTUAL ALLEGATIONS

A.    PBF Purchases the Martinez Oil Refinery.

27.  On or about January 31, 2020, PBF Energy, Inc. bought the 100-year-old oil refinery in Martinez California from Shell Oil for $1.2 billion.

---

this action intend to promptly move for relation to the *Frye* action. As of the time of filing this Complaint, a motion to relate the *Frye* action to an earlier filed action class action, *Cruz v. PBF Energy Inc.*, Northern District Case No. 3:23-cv-06142-JD, was also pending.

28.  The refinery is located next to significant residential developments:



29.  Indeed, many homes are quite literally right across the street from the refinery:



30.  Despite its proximity to residential communities, the Martinez refinery had a series

well documented safety and environmental violations under its prior ownership, which included:

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

(a) failing to adequately plan for and mitigate the potential releases of toxins from a "worse case scenario" event; (b) failing to give timely notice of hazardous releases from the refinery; (c) "fail[ing] to operate the Facility to minimize the possibility of a release of hazardous waste;" (d) improper storage, handling, and disposal of hazardous waste; and (e) in its "worse case discharge" plan, representing that certain storage tanks had a capacity of 320,460 gallons when in fact the capacity was more than 45 times larger, at 14,700,000 gallons.[5]

31. The safety incidents were publicly documented by the EPA, and PBF Energy knew (or should have known) about the prior safety incidents at the time of the acquisition.

32. PBF Energy created a subsidiary, defendant PBF Martinez, to operate the refinery, and, on information and belief, PBF Energy did so to attempt to insulate itself from liability given the high likelihood of continued safety violations at the Martinez refinery.[6]

33. Despite "Martinez" appearing in the company's name, PBF Martinez—like the rest of PBF Energy—is headquartered in New Jersey, where its executives are kept far away from the toxic conditions that PBF creates in Martinez California.

**B.     PBF's Martinez Refining Process Creates Significant Amounts of Toxic Materials that Pose Health Risks to the Communities Around the Refinery.**

34. The PBF Martinez refinery is a high-conversion, dual-coking refinery that produces over one hundred thousand barrels of gasoline, diesel, jet fuel, and other similar products each day.

35. PBF Martinez's refining process also creates significant toxic waste. Pursuant to statute, regulation, and the common law, PBF Martinez has a duty to safely and properly capture, control, mitigate, and dispose of those toxic waste products as part of its operation of the refinery.

---

[5] https://www.epa.gov/sites/default/files/2018-05/documents/mm-09-2018-0001-opa-09-2018-0003shell_martinez_refinery-cafo-2018-05-23.pdf (last visited July 23, 2024).

[6] Plaintiffs expressly reserve their right to take discovery regarding the corporate structure of the PBF entities, expressly reserve their right to take discovery regarding the specific actions taken by each PBF entity, and expressly reserve their right to amend these pleadings to add additional PBF entities and allegations based on information learned in discovery.

36. Three of the most common toxic and harmful byproducts from the refining process relevant to this action are "spent catalyst," "coke dust," and noxious gases, such as sulfur dioxide and hydrogen sulfide.

37. If not properly captured, managed, processed, and/or disposed of, spent catalyst, coke dust, and noxious gases—among many other toxic substances created through the refining process—can be released into the environment and impact people and properties miles away from the refinery, creating significant health and safety risks, including, without limitation, in the City of Martinez.

38. Common symptoms that can arise from exposure to these materials include, without limitation, breathing difficulties, congestion, upper respiratory tract issues, respiratory infections, congestion, sinus issues, sinus pain, sinus pressure, sinus infection, coughing, coughing up blood, ear aches, ear infections, phlegm, sneezing, itchy eyes, watery eyes, burning eyes, sore throat, bloody nose, swelling, rash, hives, skin irritation, headaches, memory issues, brain fog, cognitive impairment, neurological issues, fatigue, nausea, dizziness, vertigo, fainting, loss of balance, stomach problems, digestive trouble, vomiting, diarrhea, difficulty sleeping, body aches, stomach pain, abdominal pain, chest pain, asthma, asthma flare-up, heartburn, dehydration, fever, chills, organ damage (including, without limitation, liver damage, kidney damage, lung damage, and heart damage), anemia, cardiovascular diseases, pulmonary diseases, heart attack, stroke, high blood pressure, increased cancer risk, cancer, genetic defects, pregnancy complications, premature birth, miscarriage, and birth defects, as well as exacerbation of existing medical conditions, such as bronchitis and asthma.

**1.    Spent Catalyst.**

39. During the oil refining process, there are chemical catalysts that are used to increase the efficiency of the refining process. Catalysts contain compounds that are hazardous to human health, including heavy metals, and as the catalysts are used, they absorb additional contaminants, including sulfur and additional heavy metals. After catalyst is used, it is referred to as "spent catalyst."

40. Under EPA regulations, spent catalyst is "hazardous waste."

41.   Spent catalyst needs to be removed from the refining process by the refinery operator to avoid discharge into the surrounding environment.

42.   Spent catalyst is known to cause significant health issues when it is discharged into the environment, including, without limitation, breathing difficulties, congestion, upper respiratory tract issues, respiratory infections, congestion, sinus issues, sinus pain, sinus pressure, sinus infection, coughing, coughing up blood, ear aches, ear infections, phlegm, sneezing, itchy eyes, watery eyes, burning eyes, sore throat, bloody nose, swelling, rash, hives, skin irritation, headaches, memory issues, brain fog, cognitive impairment, neurological issues, fatigue, nausea, dizziness, vertigo, fainting, loss of balance, stomach problems, digestive trouble, vomiting, diarrhea, difficulty sleeping, body aches, stomach pain, abdominal pain, chest pain, asthma, asthma flare-up, heartburn, dehydration, fever, chills, organ damage (including, without limitation, liver damage, kidney damage, lung damage, and heart damage), anemia, cardiovascular diseases, pulmonary diseases, heart attack, stroke, high blood pressure, increased cancer risk, cancer, genetic defects, pregnancy complications, premature birth, miscarriage, and birth defects, as well as exacerbation of existing medical conditions, such as bronchitis and asthma.

43.   Because spent catalyst is generally released in an airborne, ash-like form, the spent catalyst particulates can be inhaled and lodge in the nose, throats, sinuses, and lungs of people who are within several miles of refinery, creating significant medical symptoms and complications, even in the absence of heavy metals and other toxins.

44.   Further, contact with the skin and eyes can lead to irritation, rashes, and burning, among other symptoms, even in the absence of heavy metals and other toxins.

45.   Spent catalyst can remain in homes, yards, and other surfaces for weeks, months, and in some instances years, and can become airborne again, including from vacuuming, through the fans in home air-conditioning and heating systems, by leaf blowers, wind and other similar circumstance, causing new and/or repeated exposure even after the initial discharge date.

46.   The PBF Martinez refinery creates large quantities of spent catalyst each year.

1

2. **Coke Dust.**

47.  "Coke dust," which is also known as "petroleum coke" and "petcoke," is a material created as a byproduct of the oil refining process. It has dust-like properties, and can be released into the air during the refining process and/or when not properly stored.

48.  Coke dust contains high levels of heavy metals, sulfur, and other toxins, and oftentimes contains polycyclic aromatic hydrocarbon, a known carcinogen.

49.  Coke dust has significant impacts on the heart and lungs and causes serious health effects, including, without limitation, breathing difficulties, congestion, upper respiratory tract issues, respiratory infections, congestion, sinus issues, sinus pain, sinus pressure, sinus infection, coughing, coughing up blood, ear aches, ear infections, phlegm, sneezing, itchy eyes, watery eyes, burning eyes, sore throat, bloody nose, swelling, rash, hives, skin irritation, headaches, memory issues, brain fog, cognitive impairment, neurological issues, fatigue, nausea, dizziness, vertigo, fainting, loss of balance, stomach problems, digestive trouble, vomiting, diarrhea, difficulty sleeping, body aches, stomach pain, abdominal pain, chest pain, asthma, asthma flare-up, heartburn, dehydration, fever, chills, organ damage (including, without limitation, liver damage, kidney damage, lung damage, and heart damage), anemia, cardiovascular diseases, pulmonary diseases, heart attack, stroke, high blood pressure, increased cancer risk, cancer, genetic defects, pregnancy complications, premature birth, miscarriage, and birth defects, as well as exacerbation of existing medical conditions, such as bronchitis and asthma.

50.  When coke dust becomes airborne, the coke dust particulates can be inhaled and lodge in the nose, throats, sinuses, and lungs of people who are within several miles of refinery, creating significant medical symptoms and complications, even in the absence of heavy metals and other toxins.

51.  Further, contact with the skin and eyes can lead to irritation, rashes, and burning, among other symptoms, even in the absence of heavy metals and other toxins.

52.  Coke dust can remain in homes, yards, and other surfaces for weeks, months, and in some instances years, and can become airborne again, including from vacuuming, through the fans

in home air-conditioning and heating systems, by leaf blowers, wind and other similar circumstance, causing new and/or repeated exposure even after the initial discharge date.

53.  Coke dust is highly flammable and explosive, posing a hazard anywhere it lands. In addition, it is abrasive and can easily scratch surfaces including home and vehicle paint.

54.  The PBF Martinez refinery creates large quantities of coke dust each year.

### 3.    Noxious Gases.

55.  Noxious gases, such as sulfur dioxide and hydrogen sulfide, are another common, toxic output from the refining process. Large amounts can be released during "flare ups" or "flaring events," which occur when excessive gasses build up during the refining process.

56.  Flare ups present health risks to the surrounding communities because of the presence of sulfur dioxide and hydrogen sulfide, among other toxic chemicals.

57.  According to the Center for Disease Control, among other symptoms, "inhaling high levels [of sulfur dioxide] can cause swollen lungs and difficulty breathing. . . . Persons who have inhaled large amounts of sulfur dioxide might need to be hospitalized [and] damage to the lungs can occur, causing asthma, pneumonia, and bronchitis. Permanent damage to the lungs is possible."[7] Sulfur dioxide can also cause throat irritation, shortness of breath, and burning in the nose and throat. Sulfur Dioxide is an irritant to the mucous membranes causing inflammation and swelling in the respiratory system as well as redness, tearing, and burning in the eyes. The muscles in the airway can constrict when exposed to sulfur dioxide, which can cause chest pain and difficulty breathing especially in those with asthma or pre-existing conditions. Heavy exposure can lead to a lasting cough, higher risk of respiratory infections, asthma, and decreased lung function. Particularly at risk are children and the elderly since children have developing respiratory systems and higher breathing rates while the elderly have weaker respiratory and cardiovascular strength.

58.  Hydrogen sulfide presents similar health concerns. For example, according to the Occupational Health and Safety Administration exposure can cause "fatigue, loss of appetite,

---

[7] https://wwwn.cdc.gov/TSP/MMG/MMGDetails.aspx?mmgid=249&toxid=46#:~:text=Inhaling%20sulfur%20dioxide%20causes%20irritation,can%20cause%20irritation%20or%20burns (last visited July 23, 2024).

-15-

headache, irritability, poor memory, dizziness" and "respiratory tract irritation," and higher levels of exposure can cause "serious damage to the eyes," "pulmonary edema," "unconsciousness" and even death.[8]

59.  The PBF Martinez refinery creates large quantities of noxious gases each year, including sulfur dioxide and hydrogen sulfide, including during flaring events.

**C.    PBF Martinez's Operation of the Refinery Results in Repeated, Significant Hazardous Events.**

60.  Between November 2022 and December 2023,[9] PBF Martinez's operation of the refinery has resulted in at least 21 documented safety incidents, and dozens of air quality citations by the Bay Area Air Quality Management District.

61.  These incidents have had widespread effects on the communities around the Martinez refinery, with at least the November 2022, July 2023, October 2023, and December 2023 incidents (collectively, the "Primary Toxic Releases") each causing widespread exposure to toxic chemicals.

**1.    The Thanksgiving 2022 Event.**

62.  On November 24 and 25, 2022, PBF Martinez released approximately twenty-four tons of spent catalyst into the communities surrounding the Martinez refinery. As the post incident reports have confirmed, the Thanksgiving release was the direct result of systemic safety failures by PBF Martinez.

63.  Many of the facts alleged in **Subsection IV.C.1.a-d** of this Complaint are based on the findings of the *Independent Investigation of the Catalyst Release from Martinez Refining Company on November 24-25, 2022* that was prepared for the Martinez Refining Company Oversight Committee and published on March 27, 2024. A true and correct copy of the report is attached to this Complaint as **Exhibit A.**

---

[8] https://www.osha.gov/hydrogen-sulfide/hazards#:~:text=Prolonged%20exposure%20may%20cause%20nausea,constriction)%20in%20some%20asthma%20patients.&text=Possible%20fatigue%2C%20loss%20of%20appetite,irritability%2C%20poor%20memory%2C%20dizziness.&text=Slight%20conjunctivitis%20(%22gas%20eye%22,tract%20irritation%20after%20%201%20hour (last visited July 23, 2024).

[9] As further detailed below, PBF Martinez' dangerous and unlawful conduct has continued into 2024.

a)      **The Safety Failures Leading up to the Thanksgiving Release.**

64.   Beginning on November 21, 2022, PBF Martinez experienced a series of safety failures in its Catalyst Cracking Unit that would ultimately lead to approximately twenty-four tons of spent catalyst being released into the communities surrounding the refinery on November 24 and 25, 2022.

65.   "Catalyst cracking" involves a multistep process for combining oils and catalysts at high temperatures to promote the formation of certain petroleum products, but the process also generates numerous other toxic gases and chemicals that must be closely monitored and controlled to avoid catastrophic results.

66.   At approximately 1:06 AM on **November 21, 2022**, an equipment failure in the Catalyst Cracking Unit triggered a safety shutdown of certain components of refinery operations while other operations continued.

67.   Repairs were made in the Catalyst Cracking Unit, but in order to resume operations, a portion of the Catalyst Cracking Unit needed to be re-heated to approximately 1,000 degrees Fahrenheit.

68.   The refinery attempted to reheat the Catalyst Cracking Unit at approximately 10:40 AM, but the pre-heating process did not work due to another equipment failure. A specialist working for PBF Martinez was called in to make repairs to the pre-heating equipment, and "[f]rom the time this Specialist began working [on November 21 through at least November 25, 2022] this individual followed a pattern of working 22–25 hours, resting at home for a few hours, and then returning to work another similarly long period[s]." Ex. A at 8.

69.   While repairs were being made to the pre-heating process, the delay led to unstable operating conditions developing within the Wet Gas Compressors that caused discharge and flaring events from the refinery.

70.   By 9:00 AM on **November 22**, the pre-heating issues were claimed to be fixed, and PBF Martinez began the complicated, multi-day process of resuming complete operation of the Catalyst Cracking Unit.

71.  "Normally, the feed reintroduction procedure [for the Catalyst Cracking Unit] would be conducted by two Console Operators [but instead the] fatigued Production Specialist took charge of some . . . console operations." Ex. A at 9.

72.  The next known significant safety failure occurred on **November 24**, at approximately 6:29 AM, when the Stripper Slide Valve—a valve involved in the restart process—was switched to manual mode. "Operating procedures call for the Stripper SV to be placed in Auto before introduction of feed . . . [and the valve] should have been placed back in Auto," but was not. Ex. A at 12. As a result, when pressure surges occurred on November 24, the system could not automatically adjust to the increased pressure, resulting in flaring.

73.  The valve remained open throughout the day on November 24 despite the flaring and despite shift changes that identified—but failed to correct—the deviation from the correct operating procedures.

74.  By the evening of November 24, the open valve caused an increase flow of catalyst and the "high catalyst level overwhelmed the [system]." *Id.*

### b) The Spent Catalyst Release.

75.  At approximately 8:32 PM on November 24, 2022, a high-pressure alarm sounded, and spent catalyst was released from the refinery into the surrounding communities through the refinery's smokestacks.

76.  While the largest release of catalyst occurred between approximately 8:32 and 8:56 PM, "[o]ther than for a ten-minute period after midnight around 02:45 [on November 25], the [system] remained at high-high dP until shortly after 04:00 on November 25. During this period, catalyst passed . . . out the stack." Ex. A at 9.

77.  In total, approximately twenty-four tons of toxic spent catalyst were released into the surrounding communities by PBF Martinez.

78.   Here is a map showing the approximate spread of the spent catalyst:



79.   Here's an example of spent catalyst accumultaing on a car in Martinez:



Figure 1: White, ash-like material deposited on a car near the corner of Berrellesa and Main Streets in Martinez.

80.   Sampling of the spent catalyst discharge reflected significant concentrations of heavy metals and other toxins, including lead, mercury, aluminum, antimony, barium, chromium, cobalt, molybdenum, nickel, selenium, vanadium, and zinc.

81.   Rather than warn residents of the harmful properties of the spent catalyst, PBF Martinez issued public statements, including though Facebook, claiming that the discharge was non-toxic and could simply be washed away with water.

82.  In reality, the discharge was highly toxic, and remained present in the environment. Indeed, months after the discharge, local authorities warned residents against eating fruit and vegetables grown in their yards due to the contamination.

### c)  Failure to Report.

83.  Despite the multiple alarms and warnings that were triggered at the refinery during the November 24 and 25 incident, during a subsequent investigation, Contra Costa County Health found that PBF Matinez was unaware that any release occurred and did not notify any emergency responders of the release. It further found that PBF Martinez did not use the County's Community Warning System (CWS) or other means to notify any emergency responders or the public of the incident on November 24 or on November 25.

84.  According to Contra Costa County Deputy Health Director Matt Kaufman, PBF Martinez' "failure to follow notification procedure cost us critical time we could have used to warn the public and reduce health risks in the community. It's unacceptable."[10]

85.  Board of Supervisor Chair John Gioia agreed: "It is unacceptable that the refinery did not notify County Health Services of their chemical release and that the County learned about it through the media. By failing to notify the County in a timely manner, the refinery delayed an emergency response that could have reduced harm to the surrounding community."[11]

86.  As PBF Martinez noted in its post incident *Root Causes Analysis Report*, "[t]here was (and currently is) no mechanism to alert [PBF Martinez] personnel to the potential that an opacity event might result in a release of catalyst into the community. As a result, there is a lack of awareness among [PBF Martinez] personnel that a high differential pressure in the [system] could result in catalyst carryover that could be released into the community." At p. 3.

---

[10]https://sfist.com/2022/12/10/dramatic-flaring-and-smoke-plumes-at-martinez-oil-refinery-alarm-community/ (last visited July 23, 2024).

[11]https://www.cbsnews.com/sanfrancisco/news/martinez-thanksgiving-refinery-release-coco-health-department-urges-da-to-pursue-legal-action/ (last visited July 23, 2024).

87.  Said differently, PBF Martinez did not have an adequate process or procedure in place to identify and timely report the large-scale discharge of spent catalyst into residential areas surrounding the refinery.

**d)      The Post Incident Reports and Root Cause Analysis.**

88.  Multiple organizations conducted investigations after the November 24 and 25 spent catalyst discharge, including local law enforcement, the FBI, the EPA, the Bay Area Air Quality Management District, the Contra Costa Health Service Hazardous Material Program, and PBF Martinez itself.

89.  One of the most comprehensive and publicly available reports prepared from the post incident investigations was the *Independent Investigation of the Catalyst Release from Martinez Refining Company on November 24-25, 2022* that was prepared for the Martinez Refining Company Oversight Committee and published on March 27, 2024. A copy of the *Independent Investigation* is attached as Exhibit A.

90.  The *Independent Investigation* found multiple root causes for the November 24 and 25 incident, including:

- PBF Martinez's emergency preparedness plans did not adequately identify the scope of the potential community impact from a spent catalyst discharge.

- PBF Martinez had inadequate internal policies and procedures to address the November 24 and 25 incident.

- PBF Martinez had established practices by employees that "deviat[ed] from written procedures." Ex. A at p. 18.

- PBF Martinez had significant "[g]aps in [its] training program," including that the "operator training system did not include rationale for process alarms which could lead to a process safety event without proper operator response" and that "[t]he operator training system did not include the information needed to understand how instruments fail, simple troubleshooting methods, and when to call an instrument technician." *Id.* at 19-20.

- PBF Martinez's "policy for managing fatigue" did not apply to "salaried personnel performing safety sensitive work." *Id.* at 20.

91. Put simply, PBF Martinez failed to take adequate steps to ensure that toxic spent catalyst would not be discharged into the communities around the refinery, and once that discharge did occur, PBF Martinez failed to take appropriate steps to mitigate the harm from the release.

### 2.    The December 2022 Event.

92. On December 9, 2022, the refinery experienced a larger than usual flaring event, which was unsettling to many people who live in the area.

93. Here is an image reflecting the flaring:



94. Contra Costa County investigated this incident and noted that it was "taking these events very seriously, and we're investigating the events to the fullest of our ability to completely understand the impacts that have happened to the community and taking all the steps necessary to be able to hold the refinery accountable for any regulatory statutes they've violated."[12]

---

[12] https://www.nbcbayarea.com/news/local/east-bay/contra-costa-county-investigates-martinez-refinery/3108846/#:~:text=%22We%20are%20taking%20these%20events,'ve%20violated%2C%22%20said%20Nicole (last visited July 23, 2024).

95. Defendant PBF Energy Martinez reported to officials on the scene that the flaring was likely caused by "the failure of a compressor."[13]

96. Noxious gasses were reported to Contra County Health, which "received complaints from residents in the greater Martinez area about a strong odor and deployed its hazmat response team to investigate, later calling for the incident to be elevated" in severity.[14]

### 3. The July 2023 Coke Dust Releases.

97. On July 11, 2023, PBF Martinez once again released toxic chemicals into the residential communities near the refinery; this time the releases consisted primarily of coke dust.

98. According to PBF Martinez, the July 11 release was caused by employees moving "hot coke . . . from a drum into a coke pit where it contacted water, creating steam with petroleum coke dust which was *carried by wind into the residential area east of the refinery*." (Emphasis added.)[15]

99. Despite the release into "the residential area east of the refinery" occurring approximately 8:52 AM, PBF Martinz did not activate the County's Community Warning System until approximately 10:20 AM.[16]

100. This delay meant that residents had no warning to take preventative measures to avoid exposure while the coke dust was still largely airborne. For residents who were outside during the release, this delay was devastating.

101. After the July 11, 2023, release Congressman John Garamendi warned that PBF Martinez has "a very, very bad record. . . . [T]hey've got an operational problem. They've got a safety problem. And they absolutely have to address it."[17]

---

[13] https://www.cityofmartinez.org/Home/Components/News/News/152/ (last visited July 23, 2024).

[14] https://www.cbsnews.com/sanfrancisco/news/flaring-incident-underway-at-martinez-refining-company-strong-odor-felt-for-miles/ (last visited July 23, 2024).

[15] PBF Martinez's July 14, 2023 Incident Report Regarding July 11, 2023 Release.

[16] *Id.*

[17] https://abc7news.com/martinez-refining-company-petroleum-coke-release-air-quality-east-bay/13490104/ (last visited July 23, 2024).

102. PBF Martinez, however, did not heed Congressman Garamendi's warning, and on July 22, 2023, less than two weeks later, the Contra Costa County Health Department reported another release of coke dust by PBF Martinez.

103. Sampling of the July 2023 discharges reflected that the coke dust contained lead, mercury, antimony, barium, chromium, cobalt, nickel, vanadium, and zinc, among other toxins.

104. PBF Martinez did not take any steps to warn residents of the harmful properties of the coke dust to help them avoid harm.

### 4. The October 2023 Event.

105. On October 6, 2023, PBF Martinez once again released toxic chemicals into the surrounding residential communities, again primarily consisting of coke dust.

106. In its post incident report to Contra Costa Health Services, PBF Martinez claimed that the release was caused during a maintenance event.

107. The October 6 release—the third known significant coke dust release in 2023 by PBF Martinez—lead the San Jose Mercury News to publish an article titled "A disturbing new normal: Why have the chemical releases at the Martinez refinery continued? Last week's black dust merely the latest in a year-long series of incidents." As detailed in the article, residents have been leaving home to find toxic dust on "property, animals, cars" with one mother even finding her child's stroller covered in "black dust."[18]

108. The consequences of the October 6 release were once again severe for the surrounding communities.

109. The coke dust contained lead, mercury, antimony, barium, chromium, cobalt, nickel, vanadium, and zinc, among other toxins.

110. Once again, PBF Martinez did not take any steps to warn residents of the harmful properties of the coke dust to help them avoid harm.

---

[18] https://www.mercurynews.com/2023/10/09/a-disturbing-new-normal-why-have-chemical-releases-at-martinez-refinery-continued/ (last visited July 23, 2024).

-24-

### 5.        The December 2023 Event.

111. On December 15, 2023, the PBF Martinez refinery once again experienced another safety event that exposed the surrounding communities to toxic chemicals. This time the safety event took the form of a "level 2 flaring" incident, one of at least 46 documented "flaring incidents" since November 2022.[19]

112. The Governor's Office of Emergency Services stated that the release was caused by a failed "steam generator" which caused a system upset.[20] Contra Costa County issued a health advisory advising the community to stay indoors due to the health effects of the gasses.

113. The release could be smelled as far as 11 miles away, with visible dust in the surrounding area and, small rumbling akin to a small earthquake.

114. According to Contra Costa Health, this sulfurous rotten-egg smell which was reported at length, is a tell-tale sign of the "Hazardous Substances," including sulfur dioxide, which are stored and produced at PBF Martinez's refinery.[21]

115. Exposure to sulfur dioxide causes irritation to the eye, nose, and throat, and heavy exposure, such as the type that occurred on December 15, 2023, can severely and permanently damage lungs.

### D.        PBF Martinez's Conduct Has Resulted in Ongoing Federal, State, and Local Government Investigations and Repeated Citations.

116. The issues came to such a head that the FBI, DOJ, EPA, state, and local governments have all brought investigations into PBF Martinez's conduct.

117. For example, news sources have reported that the Contra Costa District Attorney's office opened a case against PBF Martinez regarding PBF's failure to notify officials about the hazardous release of contaminants.

---

[19]    https://localnewsmatters.org/2023/12/29/contra-costa-supes-deliver-letter-outlining-demands-ultimatum-to-martinez-refinery/ (last visited July 23, 2024).

[20]    https://sfist.com/2023/12/15/martinez-refinery-flaring-again-town-currently-reeks-of-sulfur/ (last visited July 23, 2024).

[21] https://www.cchealth.org/home/showpublisheddocument/365/638237434198470000 (last visited July 23, 2024).

118. As one resident living near the PBF Martinez refinery put it: "We know our D.A. is pursuing criminal charges, but we've been told that's going to be months down the road. So, to see the feds show up, oh my God! Hallelujah!"[22]

119. The investigations have also resulted in repeated citations. For example, the Bay Area Air Quality Management District has issued PBF Martinez over 100 citations between June 2021 and July 2023.

**E.     PBF Martinez's Operation of the Refinery Presents an Ongoing Safety Risk.**

120. Despite repeated promises by PBF Martinez in 2022 and 2023 that it was correcting the safety issues at its refinery, the safety violations have continued in 2024.

121. For example, in February 2024, PBF Martinez had additional flaring incidents and coke dust releases.

122. In March 2024, Congressman Mark DeSaulnier held a town hall, where one resident reported that "[o]n any given day, I could walk out of my door and I smell gasoline or I smell rotten eggs. And we're constantly left wondering, what is that?"[23]

123. In May 2024, PBF Martinez stated that it expected to have flaring events throughout the month.

124. And in September 2024, PBF Martinez had additional unplanned flaring events.

125. Put simply, PBF Martinez's problematic, toxic, and dangerous practices are ongoing and present a continued threat to Plaintiffs and others in the areas around the refinery.

**F.     PBF Martinez Acted with Malice, Oppression, and Fraud.**

126. As detailed in this Complaint, PBF Martinez has acted with malice, oppression and fraud.

127. PBF Martinez acted with malice, because, among other reasons and as otherwise detailed in this Complaint, PBF Martiez's conduct was despicable and was done with a willful and knowing disregard of the rights and safety of the communities surrounding the refinery, the public,

---

[22] https://www.yahoo.com/news/fbi-investigating-hazardous-fallout-bay-202517559.html (last visited July 23, 2024).

[23] https://abc7news.com/martinez-refining-company-mark-desaulnier-reinfery-flaring-events-town-hall-meeting/14571427/ (last visited July 23, 2024).

and each of the Plaintiffs. PBF Martinez acted with knowing disregard of the probable and dangerous consequences of its conduct in operating the refinery without adequate safety measures to protect the communities surrounding the refinery, the public, and each of the Plaintiffs, and deliberately failing to address the safety problems even after repeated safety lapses that injured thousands and that led to federal, state, and local government investigations of the refinery.

128. PBF Martinez's conduct was oppressive because, among other reasons and as otherwise detailed in this Complaint, it was despicable and subjected Plaintiffs to cruel and unjust hardship in knowing disregard of their rights, including by repeatedly discharging spent catalyst, coke dust, and noxious gases onto their properties and causing Plaintiffs to individually be exposed to those toxins, resulting in significant injuries.

129. PBF Martinez's conduct was fraudulent, because, among other reasons and as otherwise detailed in this Complaint, PBF Martinez intentionally concealed its lack of adequate safety precautions from the public, the communities surrounding the refinery, the government, and Plaintiffs, and intentionally misled the public by claiming that the Primary Toxic Discharges were not harmful and/or otherwise intentionally concealed the true nature of the Primary Toxic Discharges.

**G.      The Impact on the Refinery's Toxic Discharges on Plaintiffs.**

130. As a direct and legal result of the Primary Toxic Discharges, Plaintiffs have each suffered damages and actual injury, including but not limited to exposure to harmful and hazardous substances such as spent catalyst, coke dust, and noxious gases, which has resulted in present medical injuries and can result in the future development of diseases.

131. Further, Plaintiffs have each suffered an unauthorized intrusion into their homes and real properties by PBF Martinez in the form of spent catalyst, coke dust, noxious gases, and/or other materials discharged by the refinery.

132. Details regarding each Plaintiff's exposure to the Primary Toxic Discharges and resulting injuries are included in Paragraphs 133 to 4381, which are appended in **Section V** to the end of this Complaint for ease of reading.

## VI.    CAUSES OF ACTION

### A.    FIRST CAUSE OF ACTION: NEGLIGENCE.

4382.    Plaintiffs incorporate by reference Paragraphs 1 to 4381 of this Complaint as though fully set forth herein.

4383.    At all relevant times, PBF Martinez owned, operated, inspected, controlled, managed, and/or maintained the refinery.

4384.    At all relevant times prior to the incidents described in this Complaint, PBF Martinez had the duty to exercise the utmost care and diligence in the ownership, design, operation, management, supervision, inspection, maintenance, repair, and/or control of the refinery in compliance with federal, state and local law, federal, state and local regulations, and industry standards, so as not to cause harm to individuals or property.

4385.    As described above, PBF Martinez negligently, carelessly, recklessly, and/or unlawfully operated, managed, supervised, maintained, repaired, and/or controlled the refinery, including but not limited to failing to properly store materials containing highly hazardous and toxic chemicals and metallic substances.

4386.    PBF Martinez also knew, or should have known, that failure to maintain, inspect, and/or repair the refinery facilities would reasonably increase the probability of a catastrophic event, such as an uncontrollable harmful release of spent catalyst, coke dust, and/or noxious gases which foreseeably would lead to injuries to the health and safety of Plaintiffs and damage to personal and real property.

4387.    Further, PBF Martinez knew, or should have known, that failure to have established plans, processes, and/or protocols to address such an event and the subsequent clean up would reasonably increase the probability of a sustained catastrophic event, which foreseeably would lead to and/or increase injuries to the health and safety of Plaintiffs and increase damage to personal and real property.

4388.    PBF Martinez also knew, or should have known, that failure to immediately notify government officials, the media, the public, and Plaintiffs of each release foreseeably would lead

to and/or increase injuries to the health and safety of Plaintiffs and increase damage to personal and real property.

4389.   In failing to take protective measures to safeguard against the danger, PBF Martinez created a substantial risk of injury to Plaintiffs and the individuals living, working, and/or otherwise in close proximity to the refinery.

4390.   As a direct and legal result of the wrongful acts and/or omissions of PBF Martinez, Plaintiffs have suffered damages and actual injury, including but not limited to exposure to harmful and hazardous substances such as spent catalyst, coke dust, and noxious gases, which has resulted in present medical injuries and can result in the future development of diseases in the exposed population. Those diseases can be mitigated through medical monitoring to provide early diagnosis and treatment.

4391.   As a direct and legal result of the wrongful acts and/or omissions of PBF Martinez, Plaintiffs have incurred, and will continue to incur, medical and incidental expenses for such examination, treatment, rehabilitation, care and medical monitoring.

4392.   Plaintiffs are entitled to compensatory damages, including but not limited to general damages for pain, suffering, fear, worry, annoyance, discomfort, disturbance, inconvenience, mental anguish, and emotional distress.

4393.   In failing to take protective measures to safeguard against the danger, the officers, directors and/or managing agents of PBF Martinez acted with a willful and/or knowing disregard of the probable dangerous consequences, and/or acted with an awareness of the probable dangerous consequences of their conduct and deliberately failed to avoid those consequences, thereby creating a substantial risk of injury to Plaintiffs.

4394.   Plaintiffs are entitled to punitive and exemplary damages in an amount to be ascertained which is appropriate to punish or set an example of PBF Martinez and deter such behavior by PBF Martinez and others in the future.

**B.      SECOND CAUSE OF ACTION: PUBLIC AND PRIVATE NUISANCE**

4395.   Plaintiffs incorporate by reference Paragraphs 1 to 4381 of this Complaint as though fully set forth herein.

4396.   PBF Martinez has created and continues to create a public and private nuisance in violation of California Civil Code §§ 3479 and 3480.

4397.   PBF Martinez, through its acts and failures to act, has created a condition and allowed a condition to exist that harms the health of residents and workers in the community, including Plaintiffs. PBF Martinez's operations have exposed Plaintiffs to excessive levels of spent catalyst, coke dust, noxious gases, as well as other chemicals and toxins that are hazardous to human health.

4398.   PBF Martinez through its acts and failures to act, have also created a condition or allowed a condition to exist that has obstructed free use of property, so as to interfere with its comfortable enjoyment. When Plaintiffs find property covered with ash and soot from PBF Martinez's operations, they are alarmed and concerned that they had been exposed to toxic substances that were not only noxious but could increase the risk of cancer, among other conditions. Their concerns have only been confirmed by subsequent testing by the County which established that PBF Martinez's discharges are contaminated with heavy metals. This interference is both significant and unreasonable.

4399.   PBF Martinez's toxic emissions have affected a substantial number of people at the same time.

4400.   Ordinary people are reasonably disturbed by exposure to the refinery's toxic emissions.

4401.   Plaintiffs are suffering harm that is greater and significantly different from the type suffered by the general public. For example, PBF Martinez's toxic emissions are localized and do not affect all Bay Area residents equally. Moreover, those living closer to the refinery are affected the most.

4402.   The seriousness of PBF Martinez's toxic emissions and the harm suffered by Plaintiffs outweigh the social utility of PBF Martinez's conduct.

4403.   At no point have Plaintiffs consented to PBF Martinez's harmful conduct.

4404.   PBF Martinez's conduct is a substantial factor in causing Plaintiffs special harm in direct relation to proximity to the refinery.

4405.   PBF Martinez owed and continues to owe a duty to Plaintiffs to take reasonable steps to prevent and/or abate the interference with common public rights and/or the invasion of the private interests of Plaintiffs.

4406.   Plaintiffs therefore seek a judicial declaration that PBF Martinez has been and continue to be a public nuisance, in violation of California Civil Code §§ 3479 and 3480, and seeks all available monetary remedies and all other remedies available.

**C.     THIRD CAUSE OF ACTION: PREMISES LIABILITY**

4407.   Plaintiffs incorporate by reference Paragraphs 1 to 4381 of this Complaint as though fully set forth herein.

4408.   PBF Martinez is the owner of the real property from which spent catalyst, coke dust, noxious gases, and /or our other contaminants originated.

4409.   PBF Martinez acted wantonly, unlawfully, carelessly, recklessly, and/or negligently in failing to properly inspect, manage, maintain, and/or control the industrial equipment/activities on the real property and easement(s), allowing an unsafe condition presenting a foreseeable risk of contamination spreading danger to exist on said property.

4410.   As a direct and legal result of the wrongful acts and/or omissions of PBF Martinez, Plaintiffs suffered, and continue to suffer, the injuries and damages as set forth herein.

4411.   PBF Martinez's conduct was willful and wanton, and done with a conscious contempt and disdain for the disastrous consequences that PBF Martinez knew could occur as a result of its dangerous conduct. Accordingly, PBF Martinez acted with malice towards Plaintiffs, and therefore, Plaintiffs seek the recovery of punitive and exemplary damages against PBF Martinez, as set forth herein.

**D.     FOURTH CAUSE OF ACTION: TRESPASS**

4412.   Plaintiffs incorporate by reference Paragraphs 1 to 4381 of this Complaint as though fully set forth herein.

4413.   Plaintiffs were the owners, tenants, and/or lawful occupants of their real property, and exercise exclusive ownership and/or control over their property.

4414.   PBF Martinez's intentional, reckless, and/or negligent conduct, as described above in this Complaint, has caused Plaintiffs' properties to be invaded by spent catalyst, coke dust, noxious gases, and /or our other contaminants that originated at the refinery, and has interfered with Plaintiffs' right of exclusive possession of their property.

4415.   Plaintiffs did not grant permission for PBF Martinez's conduct and did not consent to allowing spent catalyst, coke dust, noxious gases, and /or our other contaminants that originated at the refinery onto their properties.

4416.   As a direct and legal result of the wrongful conduct of PBF Martinez, Plaintiffs have suffered and will continue to suffer damages as set forth above, including, without limitation by: (a) causing Plaintiffs to remain inside their homes and forego use of their yards; (b) causing Plaintiffs to keep doors and windows closed when weather conditions otherwise would not so require (c) causing Plaintiffs annoyance, discomfort, embarrassment, and reluctance to invite guests to their homes; (d) blanketing Plaintiffs' homes, yards and personal property with dust and other toxic contaminants which requires unnecessary and repetitive cleaning and associated costs; (e) causing physical damage to Plaintiffs' real and personal property, including but not limited to through chipping, pitting, sedimentation, corrosion, destruction, and waste to gardens, lawns, soil, and other flora, among others; and (f) adverse impacts on the value of their property.

4417.   PBF Martinez's conduct was willful and wanton, and done with a conscious contempt and disdain for the disastrous consequences that PBF Martinez knew could occur as a result of its dangerous conduct. Accordingly, PBF Martinez acted with malice towards Plaintiffs, and therefore, Plaintiffs seek the recovery of punitive and exemplary damages against PBF Matinez, as set forth herein.

**E.    FIFTH CAUSE OF ACTION: STRICT LIABILITY FOR ULTRA HAZARDOUS ACTIVITIES[24]**

4418.   Plaintiffs incorporate by reference Paragraphs 1 to 4381 of this Complaint as though fully set forth herein.

---

[24] To the extent there is any inconsistency between Plaintiffs' allegations under this cause of action, and Plaintiffs' other causes of action, Plaintiffs expressly note that they are entitled to plead their

4419.   At all times herein, the PBF Martinez was the owner and operator of the refinery.

4420.   At all times relevant to this action, the PBF Martinez had supervision, custody, and control of the refinery. The refinery is within close proximity to several residential communities in Martinez, Benicia, and Richmond, and is in a densely populated area with thousands of residents.

4421.   PBF Martinez was and continues to be engaged in an ultrahazardous activity by producing, handling, transporting, housing, and distributing products that contain hazardous chemicals, including but not limited to aluminum, barium, chromium, nickel, vanadium, and zinc at the refinery. PBF Martinez actively engaged in an ultrahazardous activity by coupling a refining process technology that is prone to internal leaks of flammable gas mixtures with emissions technology prone to igniting flammable gases. This activity is perilous and likely to cause injury regardless of the utmost care used. Petroleum refining involves risks of serious harm, including exposing residents to harmful chemicals, which cannot be mitigated by the exercise of due care.

4422.   The events of November 24 and 25, 2022, and the repeated chemical release events since then, demonstrate that PBF Martinez is incapable of exercising due care to mitigate the refinery's incidents thereby mitigating the risk of toxic exposure to Plaintiffs. PBF Martinez contends that its equipment failure was not reasonably preventable. PBF Matinez further contends that it was incapable of controlling the releases between November 21 to November 25, 2022. No amount of due care allowed PBF Martinez to mitigate.

4423.   Nearby residents, those working in the area, and others passing through a high degree of risk of serious harm to their person due to potential exposure to chemicals from the refinery. Petroleum refining is not a matter of common usage and is not carried on by the great mass of mankind. Petroleum refining is neither commonplace nor customary.

4424.   Refineries are not pervasive in California and have not become commonplace in the State. Currently, there are only fifteen petroleum refineries in operation. Seven are in Los Angeles County, four are in Contra Costa County, three are in Kern County and one is in Solano County. In California, petroleum refineries are relatively few in number and are engaged in a specialized

_____

claims in the alternative pursuant to Federal Rule of Civil Procedure, Rule 8(d)(2)-(3).

-33-

activity not carried out generally by the public. Petroleum refining is not a matter of common usage. PBF Martinez's historical lack of maintenance and history of catastrophic and repeated flaring have all contributed to the ultrahazardous nature of the refinery's activity.

4425.   Industrial facilities such as the PBF Martinez refinery are required by state and county law to immediately report the release or suspected release of hazardous materials to emergency response authorities, including the county's Community Warning System, which sends text and telephone messages with emergency instructions to affected parts of the county.

4426.   It is very likely that the harm resulting from a hazardous release in a high consequence area near a major population center would be hazardous because airborne toxic gases or powders can travel quickly and great distances, making total containment impossible. The risk in such a setting cannot be eliminated by the exercise of reasonable care.

4427.   Petroleum refining adjacent to a major population center is completely inappropriate and inherently dangerous. Any value to the community of the processes involved in petroleum refining is far outweighed by the inherent danger of such an activity to the surrounding populace.

4428.   It was not merely the sensitive geographic area that elevated the hazardousness of the PBF Martinez's activities, but also PBF Martinez's numerous failures to follow the notification procedure and to maintain pollution control and warning equipment in operational  condition at all times. As a result, PBF Martinez's ultrahazardous activities did exactly what should have been expected—caused substantial harm to the Plaintiffs.

4429.   PBF Martinez's operation of the refinery was a substantial factor in causing the harms suffered by Plaintiffs.

4430.   The harm to Plaintiffs was and is the kind of harm that would be reasonably anticipated as a result of the risks created by PBF Martinez engaging in the process of petroleum refining near a large population center and commuter zone.

4431.   As a direct and legal result of the wrongful acts and/or omissions of PBF Martinez, Plaintiffs have suffered damages, including but not limited to exposure to harmful and hazardous substances such as spent catalyst which can result in the future development of disease, including cancers, in the exposed population.

4432.   As a direct and legal result of the wrongful acts and/or omissions of PBF Martinez, Plaintiffs have incurred, and will continue to incur, medical and incidental expenses for such examination, treatment, rehabilitation, and care, all in an amount according to proof.

4433.   Plaintiffs are entitled to compensatory damages, including but not limited to general damages for pain, suffering, fear, worry, annoyance, discomfort, disturbance, inconvenience, mental anguish, and emotional distress.

4434.   In failing to take protective measures to safeguard against the danger, the officers, directors and/or managing agents of PBF Martinez acted with a willful and/or knowing disregard of the probable dangerous consequences, and/or acted with an awareness of the probable dangerous consequences of its conduct and deliberately failed to avoid those consequences, thereby creating a substantial risk of injury to Plaintiffs.

4435.   Plaintiffs are also entitled to punitive and exemplary damages in an amount to be ascertained, which is appropriate to punish or set an example of PBF Martinez and deter such behavior by PBF Martinez and others in the future.

/ / /

/ / /

/ / /

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

**VII.    PRAYER FOR RELIEF**

1.    A judgment in favor of Plaintiffs on all claims;

2.    For compensatory and general damages;

3.    An award to Plaintiffs for the amount of damages, including personal injuries;

4.    Past and future medical expenses and incidental expenses;

5.    Medical monitoring;

6.    Loss of wages, earning capacity, and/or business profits or proceeds;

7.    General damages for fear, worry, annoyance, discomfort, disturbance, inconvenience, mental anguish, and emotional distress;

8.    An award to Plaintiffs of punitive and exemplary damages;

9.    All costs of suit, including attorneys' fees and related costs;

10.  For pre- and post-judgment interest at the legal rate on all amounts awarded; and

11.  An injunction barring PBF Martinez's unlawful and unsafe operation of the refinery.

12.  For all other relief as this Court may deem just and proper.


Dated: November 19, 2024                        Respectfully submitted,


                                                                 */s/ C. Brooks Cutter*

Reza Torkzadeh, SBN 249550                C. Brooks Cutter, SBN 121407
Scott King (*pro hac vice* to be filed)       Wesley M. Griffith, SBN 286390
**TORKLAW**                                        Jennifer S. Domer, SBN 305822
18650 MacArthur Blvd., Ste 300            **CUTTER LAW P.C.**
Irvine, CA 92612                                    401 Watt Avenue
Telephone:     (949) 313-7733              Sacramento, CA 95864
Facsimile:      (800) 979-0262              Telephone:     (916) 290-9400
E-mail:          reza@torklaw.com          Facsimile:      (916) 588-9330
E-mail:          scott@torklaw.com         E-mail:          bcutter@cutterlaw.com
                                                                 E-mail:          wgriffith@cutterlaw.com
                                                                 E-mail:          jdomer@cutterlaw.com

*Attorneys for Plaintiffs*

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1

**DEMAND FOR JURY TRIAL**

2

Plaintiffs hereby demand a trial by jury on all of the triable issues within this Complaint.

3

4     Dated: November 19, 2024                      Respectfully submitted,

5
                                                    */s/ C. Brooks Cutter*
6     Reza Torkzadeh, SBN 249550                    C. Brooks Cutter, SBN 121407
      Scott King (*pro hac vice* to be filed)       Wesley M. Griffith, SBN 286390
7     **TORKLAW**                                   Jennifer S. Domer, SBN 305822
      18650 MacArthur Blvd., Ste 300                **CUTTER LAW P.C.**
8     Irvine, CA 92612                              401 Watt Avenue
      Telephone:     (949) 313-7733                 Sacramento, CA 95864
9     Facsimile:     (800) 979-0262                 Telephone:     (916) 290-9400
      E-mail:        reza@torklaw.com               Facsimile:     (916) 588-9330
10    E-mail:        scott@torklaw.com              E-mail:        bcutter@cutterlaw.com
                                                    E-mail:        wgriffith@cutterlaw.com
11                                                  E-mail:        jdomer@cutterlaw.com

12    *Attorneys for Plaintiffs*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-37-

## V.    PLAINTIFF SPECIFIC ALLEGATIONS

### A.    Homeowner Plaintiffs.

133. Plaintiffs Manuel Aires, Ishaq Alizada, Katie Brown, Danny Gene Byars, Alan Byars, Jon Cardiasmenos, Manya Cardiasmenos, Catherine Ann Coward, Nicklaus Cutler, Kimberly Daley, Michael Daley, Angela Delancy, Efren Delgadillo, Bryon Garcia Luna, Jamie Garcia-Luna, Denise Gragg, Gary Gragg, Cynthia Greene, Steven Hannah, Theresa Ann Hannah, Maria Joachim, Darin Karg, Rosangela Karg, Kurtulus Kayiran, Annette Liberty, Gerald Liberty, Gerri Liberty, Richard Lilian, Sean McGinty, Kannika Parisi, Michael Parisi, Jon Perez, Lillian Pratt, Lauren Rowe, Amalia Sanchez, Mark Sincich, Rudy Singelstad, Joseph Smart, Kathleen Smart, Kenneth Whitney, Jeremie Wickman, Candy Allen-Whitney, Barbara Booth, Linda Burkard, Angelina Cobbs, Brian Crader, Karina Erbland, Nia Ewing, Danilo Foz, Patrick Greene, Lonna Haney, Ana Limon, Timothy McGoldrick, Pamlea Mitchell, Gwendolyn Monroe, Blanch Montero, Stephanie Moon, Lynette Pastega, Ivan Pena, Sarah Pettus, Ryan Ramos, Esteban Sanchez, Timothy Shelton, Lorelei Smith, Tohn Smith, Vanessa Valdez, George Wheeler, Victoria Wickman, Charles Yeager, Mark Hardeman, Sharon Kennedy, Brian Lloren, Joseph Pighin, Isaac Westphal, Katherine Flenner, and Dorothea Rosselli, whose allegations appear in Paragraphs 134 to 1281, are referred to collectively as the "Homeowner Plaintiffs."

### 1.    Plaintiff Manuel Aires.

134. At all times relevant to this action, Plaintiff Manuel Aires was over the age of 18 and was a resident of Martinez, California.

135. Plaintiff Manuel Aires owned a residence, which was approximately 1/4 mile from the refinery.

136. Aires was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

137. Among other things, he recalled white dust all over his fruit trees and windows of his house and vehicle.

138. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Aires was physically harmed.

139. Among other things, Aires began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, dehydration, and diarrhea.

140. The November 24 and 25, 2022, discharge also entered Aires' residence, including the white dust.

141. The trespass by PBF Martinez interfered with Aires' ability to use and enjoy the residence and caused injury to Aires and damage to the property including by decreasing the value of the property as a result of contamination.

142. Needless to say, the trespass by PBF Martinez to Aires' real property was unauthorized.

143. Aires was also present at his residence for the July 2023, October 2023, and December 2023 releases.

144. In each instance, he was exposed to toxins from the refinery's discharges.

145. As a result of his exposure to the 2023 discharges from the refinery, Aires was physically harmed, including developing and/or worsening symptoms of respiratory issues, congestion, respiratory infections, irritated eyes, sore throat, sinus pressure and pain, and fatigue that were directly caused by the reoccurring discharges in 2023.

146. The 2023 discharges also entered Aires' residence, including the bad odor from the refinery.

147. The trespasses by PBF Martinez interfered with Aires' ability to use and enjoy the residence and caused injury to Aires and damage to the property including by decreasing the value of the property as a result of contamination.

148. Needless to say, the trespasses by PBF Martinez to Aires' real property was unauthorized in each instance.

149. Additionally, the health effects on Aires from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**2.    Plaintiff Ishaq Alizada.**

150.  At all times relevant to this action, Plaintiff Ishaq Alizada was over the age of 18 and was a resident of Martinez, California.

151.  Plaintiff Ishaq Alizada owned a residence, which was approximately 1/2 mile from the refinery.

152. Alizada was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

153.  Among other things, he remembers a lot of dust on top of everywhere.

154. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Alizada was physically harmed.

155. Among other things, Alizada began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including sore throat, coughing, itchy, watery, burning eyes, rash, hives, headaches, bloody nose, and body aches.

156. The November 24 and 25, 2022, discharge also entered Alizada's residence, including the dust.

157. The trespass by PBF Martinez interfered with Alizada's ability to use and enjoy the residence and caused injury to Alizada and damage to the property including by decreasing the value of the property as a result of contamination.

158. Needless to say, the trespass by PBF Martinez to Alizada's real property was unauthorized.

159. Alizada was also present at his residence for the July 2023, October 2023, and December 2023 releases.

160. In each instance, he was exposed to toxins from the refinery's discharges.

161. As a result of his exposure to the 2023 discharges from the refinery, Alizada was physically harmed, including developing and/or worsening symptoms of coughing and eye irritation that were directly caused by the reoccurring discharges in 2023.

162. The 2023 discharges also entered Alizada's residence, including the dust.

163. The trespasses by PBF Martinez interfered with Alizada's ability to use and enjoy the residence and caused injury to Alizada and damage to the property including by decreasing the value of the property as a result of contamination.

164. Needless to say, the trespasses by PBF Martinez to Alizada's real property was unauthorized in each instance.

165. Additionally, the health effects on Alizada from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 3.    Plaintiff Katie Brown.

166. At all times relevant to this action, Plaintiff Katie Brown was over the age of 18 and was a resident of Martinez, California.

167. Plaintiff Katie Brown owned a residence, which was approximately 1 1/2 miles from the refinery.

168. Brown was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

169. Among other things, she noticed dust on her property.

170. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Brown was physically harmed.

171. Among other things, Brown began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, chest pain, memory issues, brain fog, sore throat, coughing, headaches, sinus pain, pressure, fatigue, and difficulty sleeping.

172. The November 24 and 25, 2022, discharge also entered Brown's residence, including the dust.

173. The trespass by PBF Martinez interfered with Brown's ability to use and enjoy the residence and caused injury to Brown and damage to the property including by decreasing the value of the property as a result of contamination.

174. Needless to say, the trespass by PBF Martinez to Brown's real property was unauthorized.

175. Brown was also present at her residence for the July 2023 and December 2023 releases.

176. In each instance, she was exposed to toxins from the refinery's discharges.

177. As a result of her exposure to the 2023 discharges from the refinery, Brown was physically harmed, including developing and/or worsening symptoms of respiratory issues, coughing, shortness of breath, fatigue, and sore throat that were directly caused by the reoccurring discharges in 2023.

178. The 2023 discharges also entered Brown's residence.

179. The trespasses by PBF Martinez interfered with Brown's ability to use and enjoy the residence and caused injury to Brown and damage to the property including by decreasing the value of the property as a result of contamination.

180. Needless to say, the trespasses by PBF Martinez to Brown's real property were unauthorized in each instance.

**4.      Plaintiff Danny Gene Byars.**

181. At all times relevant to this action, Plaintiff Danny Gene Byars was over the age of 18 and was a resident of Martinez, California.

182. Plaintiff Danny Gene Byars owned a residence, which was approximately 1/4 mile from the refinery.

183. Byars was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

184. Among other things, he saw the flare up, and he has not been able to grow a garden since it was covered in dust.

185. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Byars was physically harmed.

186. Among other things, Byars began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, sore throat, coughing, itchy, watery, and burning eyes.

187. The November 24 and 25, 2022, discharge also entered Byars' residence, including the dust.

188. The trespass by PBF Martinez interfered with Byars' ability to use and enjoy the residence and caused injury to Byars and damage to the property including by decreasing the value of the property as a result of contamination.

189. Needless to say, the trespass by PBF Martinez to Byars' real property was unauthorized.

190. Byars was also present at his residence for the July 2023, October 2023, and December 2023 releases.

191. In each instance, he was exposed to toxins from the refinery's discharges.

192. As a result of his exposure to the 2023 discharges from the refinery, Byars was physically harmed, including developing and/or worsening symptoms of difficulty breathing that were directly caused by the reoccurring discharges in 2023.

193. The 2023 discharges also entered Byars' residence, including the smoke.

194. The trespasses by PBF Martinez interfered with Byars' ability to use and enjoy the residence and caused injury to Byars and damage to the property including by decreasing the value of the property as a result of contamination.

195. Needless to say, the trespasses by PBF Martinez to Byars' real property were unauthorized in each instance.

### 5.    Plaintiff Alan Byars.

196. At all times relevant to this action, Plaintiff Alan Byars was over the age of 18 and was a resident of Martinez, California.

197. Plaintiff Alan Byars owned a residence, which was approximately 1/4 mile from the refinery.

198. Byars was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

199. Among other things, he remembers the flare, and the dust on his garden and trees which he can't grow anymore due to the dust.

200. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Byars was physically harmed.

201. Among other things, Byars began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, rash, and hives.

202. The November 24 and 25, 2022, discharge also entered Byars' residence, including the dust.

203. The trespass by PBF Martinez interfered with Byars' ability to use and enjoy the residence and caused injury to Byars and damage to the property including by decreasing the value of the property as a result of contamination.

204. Needless to say, the trespass by PBF Martinez to Byars' real property was unauthorized.

205. Byars was also present at his residence for the July 2023, October 2023, and December 2023 releases.

206. In each instance, he was exposed to toxins from the refinery's discharges.

207. As a result of his exposure to the 2023 discharges from the refinery, Byars was physically harmed, including developing and/or worsening symptoms of shortness of breath and skin irritation that were directly caused by the reoccurring discharges in 2023.

208. The 2023 discharges also entered Byars' residence.

209. The trespasses by PBF Martinez interfered with Byars' ability to use and enjoy the residence and caused injury to Byars and damage to the property including by decreasing the value of the property as a result of contamination.

210. Needless to say, the trespasses by PBF Martinez to Byars' real property were unauthorized in each instance.

**6.    Plaintiff Jon Cardiasmenos.**

211. At all times relevant to this action, Plaintiff Jon Cardiasmenos was over the age of 18 and was a resident of Martinez, California.

212. Plaintiff Jon Cardiasmenos owned a residence, which was approximately 2 miles from the refinery.

-44-

213. Cardiasmenos was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

214. Among other things, he observed the refinery flaring and later that evening he noticed dust on the vehicles with an unusual smell.

215. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Cardiasmenos was physically harmed.

216. Among other things, Cardiasmenos began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including sinus pain and pressure.

217. The November 24 and 25, 2022, discharge also entered Cardiasmenos' residence, including dust and smell.

218. The trespass by PBF Martinez interfered with Cardiasmenos' ability to use and enjoy the residence and caused injury to Cardiasmenos and damage to the property, including by decreasing the value of the property as a result of contamination.

219. Needless to say, the trespass by PBF Martinez to Cardiasmenos' real property was unauthorized.

220. Cardiasmenos was also present at his residence for the July 2023, October 2023, and December 2023 releases.

221. In each instance, he was exposed to toxins from the refinery's discharges.

222. As a result of his exposure to the 2023 discharges from the refinery, Cardiasmenos was physically harmed, including developing and/or worsening symptoms of coughing and sneezing that were directly caused by the reoccurring discharges in 2023.

223. The 2023 discharges also entered Cardiasmenos' residence.

224. The trespasses by PBF Martinez interfered with Cardiasmenos' ability to use and enjoy the residence and caused injury to Cardiasmenos and damage to the property including by decreasing the value of the property as a result of contamination.

225. Needless to say, the trespasses by PBF Martinez to Cardiasmenos' real property were unauthorized in each instance.

### 7. Plaintiff Manya Cardiasmenos.

226. At all times relevant to this action, Plaintiff Manya Cardiasmenos was over the age of 18 and was a resident of Martinez, California.

227. Plaintiff Manya Cardiasmenos owned a residence, which was approximately 2 miles from the refinery.

228. Cardiasmenos was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

229. Among other things, she recalls smoke so strong that you could taste metallic on your tongue and saw a huge continuous flame.

230. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Cardiasmenos was physically harmed.

231. Among other things, Cardiasmenos began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including sore throat, coughing, headaches, sinus pain, pressure, and phlegm.

232. The November 24 and 25, 2022, discharge also entered Cardiasmenos's residence, including smoke.

233. The trespass by PBF Martinez interfered with Cardiasmenos' ability to use and enjoy the residence and caused injury to Cardiasmenos and damage to the property including by decreasing the value of the property as a result of contamination.

234. Needless to say, the trespass by PBF Martinez to Cardiasmenos's real property was unauthorized.

235. Cardiasmenos was also present at her residence for the July 2023, October 2023, and December 2023 releases.

236. In each instance, she was exposed to toxins from the refinery's discharges.

237. As a result of her exposure to the 2023 discharges from the refinery, Cardiasmenos was physically harmed, including developing and/or worsening symptoms of coughing and sneezing that were directly caused by the reoccurring discharges in 2023.

238. The 2023 discharges also entered Cardiasmenos's residence.

239. The trespasses by PBF Martinez interfered with Cardiasmenos's ability to use and enjoy the residence and caused injury to Cardiasmenos and damage to the property, including by decreasing the value of the property as a result of contamination.

240. Needless to say, the trespasses by PBF Martinez to Cardiasmenos' real property were unauthorized in each instance.

**8.    Plaintiff Catherine Ann Coward.**

241. At all times relevant to this action, Plaintiff Catherine Ann Coward was over the age of 18 and was a resident of Martinez, California.

242. Plaintiff Catherine Ann Coward owned a residence, which was approximately 1 1/2 miles from the refinery.

243. Coward was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

244. Among other things, she recalled ash on her vehicle and yard.

245. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Coward was physically harmed.

246. Among other things, Coward began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including sore throat, coughing, sinus pain, pressure, fatigue, and phlegm.

247. The November 24 and 25, 2022, discharge also entered Coward's residence, including ash.

248. The trespass by PBF Martinez interfered with Coward's ability to use and enjoy the residence and caused injury to Coward and damage to the property including by decreasing the value of the property as a result of contamination.

249. Needless to say, the trespass by PBF Martinez to Coward's real property was unauthorized.

250. Coward was also present at her residence for the July 2023, October 2023, and December 2023 releases.

251. In each instance, she was exposed to toxins from the refinery's discharges.

252. As a result of her exposure to the 2023 discharges from the refinery, Coward was physically harmed, including developing and/or worsening symptoms of coughing, sinus pain, pressure, and fatigue that were directly caused by the reoccurring discharges in 2023.

253. The 2023 discharges also entered Coward's residence.

254. The trespasses by PBF Martinez interfered with Coward's ability to use and enjoy the residence and caused injury to Coward and damage to the property including by decreasing the value of the property as a result of contamination.

255. Needless to say, the trespasses by PBF Martinez to Coward's real property was unauthorized in each instance.

### 9. Plaintiff Nicklaus Cutler.

256. At all times relevant to this action, Plaintiff Nicklaus Cutler was over the age of 18 and was a resident of Martinez, California.

257. Plaintiff Nicklaus Cutler owned a residence, which was approximately 1/4 mile from the refinery.

258. Cutler was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

259. Among other things, his house was shaking, and his windows were vibrating, like an earthquake sort of feel, which caused him to suffer a panic attack. He saw dust on his car and has not been able to garden due to that dust as well.

260. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Cutler was physically harmed.

261. Among other things, Cutler began experiencing illness and symptoms that were directly caused by the toxic exposure within a few months after the release, including fatigue, congestion, difficulty sleeping, and phlegm.

262. The November 24 and 25, 2022, discharge also entered Cutler's residence, including the shaking, vibrations, and dust.

263. The trespass by PBF Martinez interfered with Cutler's ability to use and enjoy the residence and caused injury to Cutler and damage to the property including by decreasing the value of the property as a result of contamination.

264. Needless to say, the trespass by PBF Martinez to Cutler's real property was unauthorized.

265. Cutler was also present at his residence for the July 2023, October 2023, and December 2023 releases.

266. In each instance, he was exposed to toxins from the refinery's discharges.

267. As a result of his exposure to the 2023 discharges from the refinery, Cutler was physically harmed, including developing and/or worsening symptoms of sinus issues, congestion, difficulty breathing, and increased heart rate that were directly caused by the reoccurring discharges in 2023.

268. The 2023 discharges also entered Cutler's residence, including the coke dust.

269. The trespasses by PBF Martinez interfered with Cutler's ability to use and enjoy the residence and caused injury to Cutler and damage to the property including by decreasing the value of the property as a result of contamination.

270. Needless to say, the trespasses by PBF Martinez to Cutler's real property were unauthorized in each instance.

### 10.    Plaintiff Kimberly Daley.

271. At all times relevant to this action, Plaintiff Kimberly Daley was over the age of 18 and was a resident of Martinez, California.

272. Plaintiff Kimberly Daley owned a residence, which was approximately 1 mile from the refinery.

273. Daley was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

274. Among other things, she recalled the smells and sound from the release.

275. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Daley was physically harmed.

276. Among other things, Daley began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, nausea, vomiting, headaches, fatigue, difficulty sleeping, body aches, stomach pain, diarrhea, and liver count elevated.

277. The November 24 and 25, 2022, discharge also entered Daley's residence, including the smell and sound.

278. The trespass by PBF Martinez interfered with Daley's ability to use and enjoy the residence and caused injury to Daley and damage to the property including by decreasing the value of the property as a result of contamination.

279. Needless to say, the trespass by PBF Martinez to Daley's real property was unauthorized.

280. Daley was also present at her residence for the July 2023, October 2023, and December 2023 releases.

281. In each instance, she was exposed to toxins from the refinery's discharges.

282. As a result of her exposure to the 2023 discharges from the refinery, Daley was physically harmed, including developing and/or worsening symptoms of difficulty breathing, headaches, and fatigue that were directly caused by the reoccurring discharges in 2023.

283. The 2023 discharges also entered Daley's residence, including the white dust.

284. The trespasses by PBF Martinez interfered with Daley's ability to use and enjoy the residence and caused injury to Daley and damage to the property including by decreasing the value of the property as a result of contamination.

285. Needless to say, the trespasses by PBF Martinez to Daley's real property were unauthorized in each instance.

**11.    Plaintiff Michael Daley.**

286. At all times relevant to this action, Plaintiff Michael Daley was over the age of 18 and was a resident of Martinez, California.

287. Plaintiff Michael Daley owned a residence, which was approximately 1 1/2 miles from the refinery.

288. Daley was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

289. Among other things, he recalls the dust.

290. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Daley was physically harmed.

291. Among other things, Daley began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, nausea, vomiting, headaches, and stomach pain.

292. The November 24 and 25, 2022, discharge also entered Daley's residence, including the dust.

293. The trespass by PBF Martinez interfered with Daley's ability to use and enjoy the residence and caused injury to Daley and damage to the property including by decreasing the value of the property as a result of contamination.

294. Needless to say, the trespass by PBF Martinez to Daley's real property was unauthorized.

295. Daley was also present at his residence for the July 2023, October 2023, and December 2023 releases.

296. In each instance, he was exposed to toxins from the refinery's discharges.

297. As a result of his exposure to the 2023 discharges from the refinery, Daley was physically harmed, including developing and/or worsening symptoms of nausea, coughing, sore throat, and stomachache that were directly caused by the reoccurring discharges in 2023.

298. The 2023 discharges also entered Daley's residence.

299. The trespasses by PBF Martinez interfered with Daley's ability to use and enjoy the residence and caused injury to Daley and damage to the property including by decreasing the value of the property as a result of contamination.

300. Needless to say, the trespasses by PBF Martinez to Daley's real property were unauthorized in each instance.

### 12.    Plaintiff Angela Delancy.

301. At all times relevant to this action, Plaintiff Angela Delancy was over the age of 18 and was a resident of Martinez, California.

302. Plaintiff Angela Delancy owned a residence, which was approximately 1 mile from the refinery.

303. Delancy was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

304. Among other things, she recalls the dust covering her car.

305. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Delancy was physically harmed.

306. Among other things, Delancy began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including headaches, sore throat, and asthma flare-up

307. The November 24 and 25, 2022, discharge also entered Delancy's residence, including a terrible smell.

308. The trespass by PBF Martinez interfered with Delancy's ability to use and enjoy the residence and caused injury to Delancy and damage to the property including by decreasing the value of the property as a result of contamination.

309. Needless to say, the trespass by PBF Martinez to Delancy's real property was unauthorized.

310. Delancy was also present at her residence for the July 2023, October 2023, and December 2023 releases.

311. In each instance, she was exposed to toxins from the refinery's discharges.

312. As a result of her exposure to the 2023 discharges from the refinery, Delancy was physically harmed, including developing and/or worsening symptoms of headaches, congestion, and eye irritations that were directly caused by the reoccurring discharges in 2023.

313. The 2023 discharges also entered Delancy's residence, including a terrible smell from the refinery.

314. The trespasses by PBF Martinez interfered with Delancy's ability to use and enjoy the residence and caused injury to Delancy and damage to the property including by decreasing the value of the property as a result of contamination.

315. Needless to say, the trespasses by PBF Martinez to Delancy's real property were unauthorized in each instance.

### 13. Plaintiff Efren Delgadillo.

316. At all times relevant to this action, Plaintiff Efren Delgadillo was over the age of 18 and was a resident of Martinez, California.

317. Plaintiff Efren Delgadillo owned a residence, which was approximately 1/4 mile from the refinery.

318. Delgadillo was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

319. Among other things, he recalls his car was covered in white dust.

320. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Delgadillo was physically harmed.

321. Among other things, Delgadillo began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing difficulties, chest pain, dizziness, vertigo, nausea, vomiting, headaches, and loss of balance.

322. The November 24 and 25, 2022, discharge also entered Delgadillo's residence, including white dust.

323. The trespass by PBF Martinez interfered with Delgadillo's ability to use and enjoy the residence and caused injury to Delgadillo and damage to the property, including by decreasing the value of the property as a result of contamination.

324. Needless to say, the trespass by PBF Martinez to Delgadillo's real property was unauthorized.

325. Delgadillo was also present at his residence for the July 2023, October 2023, and December 2023 releases.

326. In each instance, he was exposed to toxins from the refinery's discharges.

327. As a result of his exposure to the 2023 discharges from the refinery, Delgadillo was physically harmed, including developing and/or worsening symptoms of coughing, dizziness, diarrhea, and headaches that were directly caused by the reoccurring discharges in 2023.

328. The 2023 discharges also entered Delgadillo's residence, including white dust.

329. The trespasses by PBF Martinez interfered with Delgadillo's ability to use and enjoy the residence and caused injury to Delgadillo and damage to the property including by decreasing the value of the property as a result of contamination.

330. Needless to say, the trespasses by PBF Martinez to Delgadillo's real property was unauthorized in each instance.

331. Additionally, the health effects on Delgadillo from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 14.    Plaintiff Byron Garcia Luna.

332. At all times relevant to this action, Plaintiff Byron Garcia Luna was over the age of 18 and was a resident of Martinez, California.

333. Plaintiff Byron Garcia Luna owned a residence, which was approximately 1 1/2 miles from the refinery.

334. Garcia Luna was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

335. Among other things, his cars and property were covered in particles and the smells were so strong he had to keep the windows closed

336. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Garcia Luna was physically harmed.

337. Among other things, Garcia Luna began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, and congestion.

338. The November 24 and 25, 2022, discharge also entered Garcia Luna's residence, including dust and smell.

339. The trespass by PBF Martinez interfered with Garcia Luna's ability to use and enjoy the residence and caused injury to Garcia Luna and damage to the property, including by decreasing the value of the property as a result of contamination.

340. Needless to say, the trespass by PBF Martinez to Garcia Luna's real property was unauthorized.

341. Garcia Luna was also present at his residence for the July 2023, October 2023, and December 2023 releases.

342. In each instance, he was exposed to toxins from the refinery's discharges.

343. As a result of his exposure to the 2023 discharges from the refinery, Garcia Luna was physically harmed, including developing and/or worsening symptoms of itchy throat, coughing, and sinus issues that were directly caused by the reoccurring discharges in 2023.

344. The 2023 discharges also entered Garcia Luna's residence, including dust and smell.

345. The trespasses by PBF Martinez interfered with Garcia Luna's ability to use and enjoy the residence and caused injury to Garcia Luna and damage to the property including by decreasing the value of the property as a result of contamination.

346. Needless to say, the trespasses by PBF Martinez to Garcia Luna's real property were unauthorized in each instance.

**15.    Plaintiff Jamie Garcia-Luna.**

347. At all times relevant to this action, Plaintiff Jamie Garcia-Luna was over the age of 18 and was a resident of Martinez, California.

348. Plaintiff Jamie Garcia-Luna owned a residence, which was approximately 1 1/2 miles from the refinery.

349. Garcia-Luna was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

350. Among other things, she recalls a strong smell and dust on the cars.

351. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Garcia-Luna was physically harmed.

352. Among other things, Garcia-Luna began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including sore throat, coughing, and headaches.

353. The November 24 and 25, 2022, discharge also entered Garcia-Luna's residence, including dust and smell.

354. The trespass by PBF Martinez interfered with Garcia-Luna's ability to use and enjoy the residence and caused injury to Garcia-Luna and damage to the property including by decreasing the value of the property as a result of contamination.

355. Needless to say, the trespass by PBF Martinez to Garcia-Luna's real property was unauthorized.

356. Garcia-Luna was also present at her residence for the July 2023, October 2023, and December 2023 releases.

357. In each instance, she was exposed to toxins from the refinery's discharges.

358. As a result of her exposure to the 2023 discharges from the refinery, Garcia-Luna was physically harmed, including developing and/or worsening symptoms of sinus infection, itchy throat, coughing, and headaches that were directly caused by the reoccurring discharges in 2023.

359. The 2023 discharges also entered Garcia-Luna's residence, including strong smell.

360. The trespasses by PBF Martinez interfered with Garcia-Luna's ability to use and enjoy the residence and caused injury to Garcia-Luna and damage to the property including by decreasing the value of the property as a result of contamination.

361. Needless to say, the trespasses by PBF Martinez to Garcia-Luna's real property were unauthorized in each instance.

### 16.    Plaintiff Denise Gragg.

362. At all times relevant to this action, Plaintiff Denise Gragg was over the age of 18 and was a resident of Martinez, California.

363. Plaintiff Denise Gragg owned a residence, which was approximately 1 mile from the refinery.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

364. Gragg was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

365. Among other things, she saw ash on the car.

366. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Gragg was physically harmed.

367. Among other things, Gragg began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, sinus pain, pressure, congestion, difficulty sleeping, earaches, ear infections, phlegm, heartburn, dehydration, and diarrhea.

368. The November 24 and 25, 2022, discharge also entered Gragg's residence, including the ash.

369. The trespass by PBF Martinez interfered with Gragg's ability to use and enjoy the residence and caused injury to Gragg and damage to the property including by decreasing the value of the property as a result of contamination.

370. Needless to say, the trespass by PBF Martinez to Gragg's real property was unauthorized.

371. Gragg was also present at her residence for the July 2023, October 2023, and December 2023 releases.

372. In each instance, she was exposed to toxins from the refinery's discharges.

373. As a result of her exposure to the 2023 discharges from the refinery, Gragg was physically harmed, including developing and/or worsening symptoms of difficulty breathing and coughing that were directly caused by the reoccurring discharges in 2023.

374. The 2023 discharges also entered Gragg's residence, including the ash.

375. The trespasses by PBF Martinez interfered with Gragg's ability to use and enjoy the residence and caused injury to Gragg and damage to the property including by decreasing the value of the property as a result of contamination.

376. Needless to say, the trespasses by PBF Martinez to Gragg's real property were unauthorized in each instance.

### 17.   Plaintiff Gary Gragg.

377. At all times relevant to this action, Plaintiff Gary Gragg was over the age of 18 and was a resident of Martinez, California.

378. Plaintiff Gary Gragg owned a residence, which was approximately 1/4 mile from the refinery.

379. Gragg was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

380. Among other things, he recalled the dust on car and the smell.

381. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Gragg was physically harmed.

382. Among other things, Gragg began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, sore throat, and coughing.

383. The November 24 and 25, 2022, discharge also entered Gragg's residence, including the dust and smell.

384. The trespass by PBF Martinez interfered with Gragg's ability to use and enjoy the residence and caused injury to Gragg and damage to the property including by decreasing the value of the property as a result of contamination.

385. Needless to say, the trespass by PBF Martinez to Gragg's real property was unauthorized.

386. Gragg was also present at his residence for the July 2023, October 2023, and December 2023 releases.

387. In each instance, he was exposed to toxins from the refinery's discharges.

388. As a result of his exposure to the 2023 discharges from the refinery, Gragg was physically harmed, including developing and/or worsening symptoms of difficulty breathing and chest irritation that were directly caused by the reoccurring discharges in 2023.

389. The 2023 discharges also entered Gragg's residence, including the dust and smell.

390. The trespasses by PBF Martinez interfered with Gragg's ability to use and enjoy the residence and caused injury to Gragg and damage to the property including by decreasing the value of the property as a result of contamination.

391. Needless to say, the trespasses by PBF Martinez to Gragg's real property were unauthorized in each instance.

392. Additionally, the health effects on Gragg from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 18.   Plaintiff Cynthia Greene.

393. At all times relevant to this action, Plaintiff Cynthia Greene was over the age of 18 and was a resident of Martinez, California.

394. Plaintiff Cynthia Greene owned a residence, which was approximately 2 miles from the refinery.

395. Greene was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

396. Among other things, she was outside at her house and saw the flames and smoke.

397. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Greene was physically harmed.

398. Among other things, Greene began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including sore throat, coughing, itchy, watery, burning eyes, sinus pain, and pressure.

399. The November 24 and 25, 2022, discharge also entered Greene's residence, including the smoke.

400. The trespass by PBF Martinez interfered with Greene's ability to use and enjoy the residence and caused injury to Greene and damage to the property including by decreasing the value of the property as a result of contamination.

401. Needless to say, the trespass by PBF Martinez to Greene's real property was unauthorized.

402. Greene was also present at her residence for the July 2023, October 2023, and December 2023 releases.

403. In each instance, she was exposed to toxins from the refinery's discharges.

404. As a result of her exposure to the 2023 discharges from the refinery, Greene was physically harmed, including developing and/or worsening symptoms of dizziness, sore throat, coughing, eye irritation, congestion, and fatigue that were directly caused by the reoccurring discharges in 2023.

405. The 2023 discharges also entered Greene's residence.

406. The trespasses by PBF Martinez interfered with Greene's ability to use and enjoy the residence and caused injury to Greene and damage to the property including by decreasing the value of the property as a result of contamination.

407. Needless to say, the trespasses by PBF Martinez to Greene's real property were unauthorized in each instance.

### 19.    Plaintiff Steven Hannah.

408. At all times relevant to this action, Plaintiff Steven Hannah was over the age of 18 and was a resident of Martinez, California.

409. Plaintiff Steven Hannah owned a residence, which was approximately 1 1/2 miles from the refinery.

410. Hannah was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

411. Among other things, he recalled the smell, dark residue on his cars and home, and ruined his garden. His dog also developed a skin infection.

412. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hannah was physically harmed.

413. Among other things, Hannah began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, body aches, and phlegm.

414. The November 24 and 25, 2022, discharge also entered Hannah's residence, including the residue.

415. The trespass by PBF Martinez interfered with Hannah's ability to use and enjoy the residence and caused injury to Hannah and damage to the property including by decreasing the value of the property as a result of contamination.

416. Needless to say, the trespass by PBF Martinez to Hannah's real property was unauthorized.

417. Hannah was also present at his residence for the July 2023, October 2023, and December 2023 releases.

418. In each instance, he was exposed to toxins from the refinery's discharges.

419. As a result of his exposure to the 2023 discharges from the refinery, Hannah was physically harmed, including developing and/or worsening symptoms of coughing and body aches that were directly caused by the reoccurring discharges in 2023.

420. The 2023 discharges also entered Hannah's residence.

421. The trespasses by PBF Martinez interfered with Hannah's ability to use and enjoy the residence and caused injury to Hannah and damage to the property including by decreasing the value of the property as a result of contamination.

422. Needless to say, the trespasses by PBF Martinez to Hannah's real property were unauthorized in each instance.

### 20.    Plaintiff Theresa Ann Hannah.

423. At all times relevant to this action, Plaintiff Theresa Ann Hannah was over the age of 18 and was a resident of Martinez, California.

424. Plaintiff Theresa Ann Hannah owned a residence, which was approximately 1 1/2 miles from the refinery.

425. Hannah was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

426. Among other things, she recalls everything was covered in black soot.

427. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hannah was physically harmed.

428. Among other things, Hannah began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, and body aches.

429. The November 24 and 25, 2022, discharge also entered Hannah's residence, including the black soot.

430. The trespass by PBF Martinez interfered with Hannah's ability to use and enjoy the residence and caused injury to Hannah and damage to the property including by decreasing the value of the property as a result of contamination.

431. Needless to say, the trespass by PBF Martinez to Hannah's real property was unauthorized.

432. Hannah was also present at her residence for the July 2023, October 2023, and December 2023 releases.

433. In each instance, she was exposed to toxins from the refinery's discharges.

434. As a result of her exposure to the 2023 discharges from the refinery, Hannah was physically harmed, including developing and/or worsening symptoms of coughing and burning eyes that were directly caused by the reoccurring discharges in 2023.

435. The 2023 discharges also entered Hannah's residence, including the dust.

436. The trespasses by PBF Martinez interfered with Hannah's ability to use and enjoy the residence and caused injury to Hannah and damage to the property including by decreasing the value of the property as a result of contamination.

437. Needless to say, the trespasses by PBF Martinez to Hannah's real property were unauthorized in each instance.

### 21.    Plaintiff Maria Joachim.

438. At all times relevant to this action, Plaintiff Maria Joachim was over the age of 18 and was a resident of Martinez, California.

439. Plaintiff Maria Joachim owned a residence, which was approximately 2 miles from the refinery.

440. Joachim was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

441. Among other things, she recalls the gray dust over the cars.

442. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Joachim was physically harmed.

443. Among other things, Joachim began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, congestion, phlegm, and asthma flare-ups.

444. The November 24 and 25, 2022, discharge also entered Joachim's residence, including the gray dust.

445. The trespass by PBF Martinez interfered with Joachim's ability to use and enjoy the residence and caused injury to Joachim and damage to the property including by decreasing the value of the property as a result of contamination.

446. Needless to say, the trespass by PBF Martinez to Joachim's real property was unauthorized.

447. Joachim was also present at her residence for the July 2023, October 2023, and December 2023 releases.

448. In each instance, she was exposed to toxins from the refinery's discharges.

449. As a result of her exposure to the 2023 discharges from the refinery, Joachim was physically harmed, including developing and/or worsening symptoms of coughing that was directly caused by the reoccurring discharges in 2023.

450. The 2023 discharges also entered Joachim's residence, including gray dust.

451. The trespasses by PBF Martinez interfered with Joachim's ability to use and enjoy the residence and caused injury to Joachim and damage to the property including by decreasing the value of the property as a result of contamination.

452. Needless to say, the trespass by PBF Martinez to Joachim's real property was unauthorized in each instance.

**22.    Plaintiff Darin Karg.**

453. At all times relevant to this action, Plaintiff Darin Karg was over the age of 18 and was a resident of Martinez, California.

454. Plaintiff Darin Karg owned a residence, which was approximately 1 mile from the refinery.

455. Karg was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

456. Among other things, he recalls the white dust covering the front and back yard, with a bad smell.

457. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Karg was physically harmed.

458. Among other things, Karg began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, phlegm, and fever.

459. The November 24 and 25, 2022, discharge also entered Karg's residence, including the white dust.

460. The trespass by PBF Martinez interfered with Karg's ability to use and enjoy the residence and caused injury to Karg and damage to the property including by decreasing the value of the property as a result of contamination.

461. Needless to say, the trespass by PBF Martinez to Karg's real property was unauthorized.

462. Karg was also present at his residence for the July 2023, October 2023, and December 2023 releases.

463. In each instance, he was exposed to toxins from the refinery's discharges.

464. As a result of his exposure to the 2023 discharges from the refinery, Karg was physically harmed, including developing and/or worsening symptoms of coughing, nose issues, headaches, body aches, nausea, and congestion that were directly caused by the reoccurring discharges in 2023.

465. The 2023 discharges also entered Karg's residence.

466. The trespasses by PBF Martinez interfered with Karg's ability to use and enjoy the residence and caused injury to Karg and damage to the property including by decreasing the value of the property as a result of contamination.

467. Needless to say, the trespasses by PBF Martinez to Karg's real property were unauthorized in each instance.

468. Additionally, the health effects on Karg from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 23.    Plaintiff Rosangela Karg.

469. At all times relevant to this action, Plaintiff Rosangela Karg was over the age of 18 and was a resident of Martinez, California.

470. Plaintiff Rosangela Karg owned a residence, which was approximately 1 mile from the refinery.

471. Karg was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

472. Among other things, she recalls the white dust covering her front and back yard, as well as the bad smell.

473. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Karg was physically harmed.

474. Among other things, Karg began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, body aches, phlegm, asthma flare-up, and fever.

475. The November 24 and 25, 2022, discharge also entered Karg's residence, including the white dust.

476. The trespass by PBF Martinez interfered with Karg's ability to use and enjoy the residence and caused injury to Karg and damage to the property including by decreasing the value of the property as a result of contamination.

477. Needless to say, the trespass by PBF Martinez to Karg's real property was unauthorized.

478. Karg was also present at her residence for the July 2023, October 2023, and December 2023 releases.

479. In each instance, she was exposed to toxins from the refinery's discharges.

480. As a result of her exposure to the 2023 discharges from the refinery, Karg was physically harmed, including developing and/or worsening symptoms of coughing, asthma, running nose, allergies, nausea, lung infection, fever, sinusitis, and sinus infection that were directly caused by the reoccurring discharges in 2023.

481. The 2023 discharges also entered Karg's residence.

482. The trespasses by PBF Martinez interfered with Karg's ability to use and enjoy the residence and caused injury to Karg and damage to the property including by decreasing the value of the property as a result of contamination.

483. Needless to say, the trespasses by PBF Martinez to Karg's real property were unauthorized in each instance.

484. Additionally, the health effects on Karg from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**24.    Plaintiff Kurtulus Kayiran.**

485. At all times relevant to this action, Plaintiff Kurtulus Kayiran was over the age of 18 and was a resident of Martinez, California.

486. Plaintiff Kurtulus Kayiran owned a residence, which was approximately 1/2 mile from the refinery.

487. Kayiran was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

488. Among other things, he recalls seeing the dust.

489. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Kayiran was physically harmed.

490. Among other things, Kayiran began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, itchy, watery, burning eyes, and headaches.

491. The November 24 and 25, 2022, discharge also entered Kayiran's residence, including dust.

492. The trespass by PBF Martinez interfered with Kayiran's ability to use and enjoy the residence and caused injury to Kayiran and damage to the property including by decreasing the value of the property as a result of contamination.

493. Needless to say, the trespass by PBF Martinez to Kayiran's real property was unauthorized.

494. Kayiran was also present at his residence for the July 2023, October 2023 , and December 2023  releases.

495. In each instance, he was exposed to toxins from the refinery's discharges.

496. As a result of his exposure to the 2023 discharges from the refinery, Kayiran was physically harmed, including developing and/or worsening symptoms of difficulty breathing, coughing, congestion, nausea, headaches, and eye irritation that were directly caused by the reoccurring discharges in 2023.

497. The 2023 discharges also entered Kayiran's residence, including dust

498. The trespasses by PBF Martinez interfered with Kayiran's ability to use and enjoy the residence and caused injury to Kayiran and damage to the property including by decreasing the value of the property as a result of contamination.

499. Needless to say, the trespasses by PBF Martinez to Kayiran's real property were unauthorized in each instance.

-67-

500. Additionally, the health effects on Kayiran from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 25.    Plaintiff Annette Liberty.

501. At all times relevant to this action, Plaintiff Annette Liberty was over the age of 18 and was a resident of Martinez, California.

502. 2. Plaintiff Annette Liberty owned a residence, which was approximately 1 mile from the refinery.

503. 3. Liberty was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

504. 4. Among other things, she recalls the roaring from the releases

505. 5. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Liberty was physically harmed.

506. 6. Among other things, Liberty began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, congestion, difficulty sleeping, and phlegm.

507. 7. The November 24 and 25, 2022, discharge also entered Liberty's residence.

508. 8. The trespass by PBF Martinez interfered with Liberty's ability to use and enjoy the residence and caused injury to Liberty and damage to the property including by decreasing the value of the property as a result of contamination.

509. 9. Needless to say, the trespass by PBF Martinez to Liberty's real property was unauthorized.

510. 10. Liberty was also present at her residence for the July 2023, October 2023, and December 2023 releases.

511. 11. In each instance, she was exposed to toxins from the refinery's discharges.

512. 12. As a result of her exposure to the 2023 discharges from the refinery, Liberty was physically harmed, including developing and/or worsening symptoms of coughing and congestion that were directly caused by the reoccurring discharges in 2023.

513. 13. The 2023 discharges also entered Liberty's residence.

514. 14. The trespasses by PBF Martinez interfered with Liberty's ability to use and enjoy the residence and caused injury to Liberty and damage to the property including by decreasing the value of the property as a result of contamination.

515. 15. Needless to say, the trespasses by PBF Martinez to Liberty's real property was unauthorized in each instance.

### 26.    Plaintiff Gerald Liberty.

516. At all times relevant to this action, Plaintiff Gerald Liberty was over the age of 18 and was a resident of Martinez, California.

517. Plaintiff Gerald Liberty owned a residence, which was approximately 1 mile from the refinery.

518. Liberty was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

519. Among other things, he recalls hearing the roaring sound from the releases.

520. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Liberty was physically harmed.

521. Among other things, Liberty began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, congestion, and phlegm.

522. The November 24 and 25, 2022, discharge also entered Liberty's residence.

523. The trespass by PBF Martinez interfered with Liberty's ability to use and enjoy the residence and caused injury to Liberty and damage to the property including by decreasing the value of the property as a result of contamination.

524. Needless to say, the trespass by PBF Martinez to Liberty's real property was unauthorized.

525. Liberty was also present at his residence for the July 2023, October 2023, and December 2023 releases.

526. In each instance, he was exposed to toxins from the refinery's discharges.

527. As a result of his exposure to the 2023 discharges from the refinery, Liberty was physically harmed, including developing and/or worsening symptoms of coughing and congestion that were directly caused by the reoccurring discharges in 2023.

528. The 2023 discharges also entered Liberty's residence.

529. The trespasses by PBF Martinez interfered with Liberty's ability to use and enjoy the residence and caused injury to Liberty and damage to the property including by decreasing the value of the property as a result of contamination.

530. Needless to say, the trespasses by PBF Martinez to Liberty's real property were unauthorized in each instance.

### 27.    Plaintiff Gerri Liberty.

531. At all times relevant to this action, Plaintiff Gerri Liberty was over the age of 18 and was a resident of Martinez, California.

532. Plaintiff Gerri Liberty owned a residence, which was approximately 1/2 mile from the refinery.

533. Liberty was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

534. Among other things, she recalls the dust.

535. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Liberty was physically harmed.

536. Among other things, Liberty began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing difficulties, memory issues, brain fog, headaches, fatigue, and difficulty sleeping.

537. The November 24 and 25, 2022, discharge also entered Liberty's residence, including the dust.

538. The trespass by PBF Martinez interfered with Liberty's ability to use and enjoy the residence and caused injury to Liberty and damage to the property including by decreasing the value of the property as a result of contamination.

539. Needless to say, the trespass by PBF Martinez to Liberty's real property was unauthorized.

540. Liberty was also present at her residence for the July 2023, October 2023, and December 2023 releases.

541. In each instance, she was exposed to toxins from the refinery's discharges.

542. As a result of her exposure to the 2023 discharges from the refinery, Liberty was physically harmed, including developing and/or worsening symptoms of fatigue and difficulty sleeping that were directly caused by the reoccurring discharges in 2023.

543. The 2023 discharges also entered Liberty's residence.

544. The trespasses by PBF Martinez interfered with Liberty's ability to use and enjoy the residence and caused injury to Liberty and damage to the property including by decreasing the value of the property as a result of contamination.

545. Needless to say, the trespasses by PBF Martinez to Liberty's real property were unauthorized in each instance.

### 28.    Plaintiff Richard Lilian.

546. At all times relevant to this action, Plaintiff Richard Lilian was over the age of 18 and was a resident of Martinez, California.

547. Plaintiff Richard Lilian owned a residence, which was approximately 1/4 mile from the refinery.

548. Lilian was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

549. Among other things, he recalls seeing ashes drop on everything, including his law, furniture, and dog. He has to replace the soil in his yard due to the dust. His dog has also been coughing with limited treatments helping.

550. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Lilian was physically harmed.

551. Among other things, Lilian began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulty, dizziness, vertigo, and fatigue.

552. The November 24 and 25, 2022, discharge also entered Lilian's residence, including dust.

553. The trespass by PBF Martinez interfered with Lilian's ability to use and enjoy the residence and caused injury to Lilian and damage to the property including by decreasing the value of the property as a result of contamination.

554. Needless to say, the trespass by PBF Martinez to Lilian's real property was unauthorized.

555. Lilian was also present at his residence for the July 2023, October 2023, and December 2023 releases.

556. In each instance, he was exposed to toxins from the refinery's discharges.

557. As a result of his exposure to the 2023 discharges from the refinery, Lilian was physically harmed, including developing and/or worsening symptoms of breathing difficulty, brain fog, sore throat, fatigue, headaches, and difficulty sleeping that were directly caused by the reoccurring discharges in 2023.

558. The 2023 discharges also entered Lilian's residence.

559. The trespasses by PBF Martinez interfered with Lilian's ability to use and enjoy the residence and caused injury to Lilian and damage to the property including by decreasing the value of the property as a result of contamination.

560. Needless to say, the trespasses by PBF Martinez to Lilian's real property were unauthorized in each instance.

### 29.    Plaintiff Sean McGinity.

561. At all times relevant to this action, Plaintiff Sean McGinity was over the age of 18 and was a resident of Martinez, California.

562. Plaintiff Sean McGinity owned a residence, which was approximately 1 mile from the refinery.

-72-

563. McGinity was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

564. Among other things, he recalls refinery-dust on his car.

565. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, McGinity was physically harmed.

566. Among other things, McGinity began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, and headaches.

567. The November 24 and 25, 2022, discharge also entered McGinity's residence, including dust.

568. The trespass by PBF Martinez interfered with McGinity's ability to use and enjoy the residence and caused injury to McGinity and damage to the property including by decreasing the value of the property as a result of contamination.

569. Needless to say, the trespass by PBF Martinez to McGinity's real property was unauthorized.

570. McGinity was also present at his residence for the July 2023, October 2023, and December 2023 releases.

571. In each instance, he was exposed to toxins from the refinery's discharges.

572. As a result of his exposure to the 2023 discharges from the refinery, McGinity was physically harmed, including developing and/or worsening symptoms of asthma symptoms and tightness in his chest that were directly caused by the reoccurring discharges in 2023.

573. The 2023 discharges also entered McGinity's residence, including coke dust.

574. The trespasses by PBF Martinez interfered with McGinity's ability to use and enjoy the residence and caused injury to McGinity and damage to the property including by decreasing the value of the property as a result of contamination.

575. Needless to say, the trespasses by PBF Martinez to McGinity's real property were unauthorized in each instance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### 30.    Plaintiff Kannika Parisi.

576. At all times relevant to this action, Plaintiff Kannika Parisi was over the age of 18 and was a resident of Martinez, California.

577. Plaintiff Kannika Parisi owned a residence, which was approximately 1 1/2 miles from the refinery.

578. Parisi was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

579. Among other things, she recalls the white powder on the cars.

580. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Parisi was physically harmed.

581. Among other things, Parisi began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, and phlegm.

582. The November 24 and 25, 2022, discharge also entered Parisi's residence, including the white powder.

583. The trespass by PBF Martinez interfered with Parisi's ability to use and enjoy the residence and caused injury to Parisi and damage to the property including by decreasing the value of the property as a result of contamination.

584. Needless to say, the trespass by PBF Martinez to Parisi's real property was unauthorized.

585. Parisi was also present at her residence for the July 2023, October 2023, and December 2023 releases.

586. In each instance, she was exposed to toxins from the refinery's discharges.

587. As a result of her exposure to the 2023 discharges from the refinery, Parisi was physically harmed, including developing and/or worsening symptoms of congestion, sore throat, headaches, sinus issues, and burning eyes that were directly caused by the reoccurring discharges in 2023.

588. The 2023 discharges also entered Parisi's residence.

589. The trespasses by PBF Martinez interfered with Parisi's ability to use and enjoy the residence and caused injury to Parisi and damage to the property including by decreasing the value of the property as a result of contamination.

590. Needless to say, the trespasses by PBF Martinez to Parisi's real property was unauthorized in each instance.

### 31.    Plaintiff Michael Parisi.

591. At all times relevant to this action, Plaintiff Michael Parisi was over the age of 18 and was a resident of Martinez, California.

592. Plaintiff Michael Parisi owned a residence, which was approximately 1 mile from the refinery.

593. Parisi was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

594. Among other things, he recalled a white powder on his truck and cars.

595. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Parisi was physically harmed.

596. Among other things, Parisi began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, and phlegm.

597. The November 24 and 25, 2022, discharge also entered Parisi's residence, including the white powder.

598. The trespass by PBF Martinez interfered with Parisi's ability to use and enjoy the residence and caused injury to Parisi and damage to the property including by decreasing the value of the property as a result of contamination.

599. Needless to say, the trespass by PBF Martinez to Parisi's real property was unauthorized.

600. Parisi was also present at his residence for the July 2023, October 2023, and December 2023 releases.

601. In each instance, he was exposed to toxins from the refinery's discharges.

602. As a result of his exposure to the 2023 discharges from the refinery, Parisi was physically harmed, including developing and/or worsening symptoms of headache, congestion, and coughing that were directly caused by the reoccurring discharges in 2023.

603. The 2023 discharges also entered Parisi's residence.

604. The trespasses by PBF Martinez interfered with Parisi's ability to use and enjoy the residence and caused injury to Parisi and damage to the property including by decreasing the value of the property as a result of contamination.

605. Needless to say, the trespasses by PBF Martinez to Parisi's real property was unauthorized in each instance.

### 32.    Plaintiff Jon Perez.

606. At all times relevant to this action, Plaintiff Jon Perez was over the age of 18 and was a resident of Martinez, California.

607. Plaintiff Jon Perez owned a residence, which was approximately 1 1/2 miles from the refinery.

608. Perez was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

609. Among other things, he recalls something in the air after the release.

610. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Perez was physically harmed,

611. Among other things, Perez began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, stomach pain, and dehydration.

612. The November 24 and 25, 2022, discharge also entered Perez's residence.

613. The trespass by PBF Martinez interfered with Perez's ability to use and enjoy the residence and caused injury to Perez and damage to the property including by decreasing the value of the property as a result of contamination.

614. Needless to say, the trespass by PBF Martinez to Perez's real property was unauthorized.

615. Perez was also present at his residence for the July 2023, October 2023, and December 2023 releases.

616. In each instance, he was exposed to toxins from the refinery's discharges.

617. As a result of his exposure to the 2023 discharges from the refinery, Perez was physically harmed, including developing and/or worsening symptoms of coughing, nose bleeds, difficulty breathing, body aches, dizziness, and nose and eye irritation that were directly caused by the reoccurring discharges in 2023.

618. The 2023 discharges also entered Perez's residence.

619. The trespasses by PBF Martinez interfered with Perez's ability to use and enjoy the residence and caused injury to Perez and damage to the property including by decreasing the value of the property as a result of contamination.

620. Needless to say, the trespasses by PBF Martinez to Perez's real property were unauthorized in each instance.

621. Additionally, the health effects on Perez from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 33. Plaintiff Lillian Pratt.

622. At all times relevant to this action, Plaintiff Lillian Pratt was over the age of 18 and was a resident of Martinez, California.

623. Plaintiff Lillian Pratt owned a residence, which was approximately 1/4 mile from the refinery.

624. Pratt was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

625. Among other things, she recalled white dust everywhere and a weird smell.

626. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Pratt was physically harmed.

627. Among other things, Pratt began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, and headaches.

628. The November 24 and 25, 2022, discharge also entered Pratt's residence, including white dust and smell.

629. The trespass by PBF Martinez interfered with Pratt's ability to use and enjoy the residence and caused injury to Pratt and damage to the property including by decreasing the value of the property as a result of contamination.

630. Needless to say, the trespass by PBF Martinez to Pratt's real property was unauthorized.

631. Pratt was also present at her residence for the July 2023, October 2023, and December 2023 releases.

632. In each instance, she was exposed to toxins from the refinery's discharges.

633. As a result of her exposure to the 2023 discharges from the refinery, Pratt was physically harmed, including developing and/or worsening symptoms of headaches that were directly caused by the reoccurring discharges in 2023.

634. The 2023 discharges also entered Pratt's residence, including weird smell.

635. The trespasses by PBF Martinez interfered with Pratt's ability to use and enjoy the residence and caused injury to Pratt and damage to the property including by decreasing the value of the property as a result of contamination.

636. Needless to say, the trespasses by PBF Martinez to Pratt's real property were unauthorized in each instance.

### 34. Plaintiff Lauren Rowe.

637. At all times relevant to this action, Plaintiff Lauren Rowe was over the age of 18 and was a resident of Martinez, California.

638. Plaintiff Lauren Rowe owned a residence, which was approximately 1 1/2 miles from the refinery.

639. Rowe was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

640. Among other things, she found white ash on her car and remembered it smelled like smoke.

641. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Rowe was physically harmed.

642. Among other things, Rowe began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, congestion, and asthma flare-ups.

643. The November 24 and 25, 2022, discharge also entered Rowe's residence, including white ash and smell.

644. The trespass by PBF Martinez interfered with Rowe's ability to use and enjoy the residence and caused injury to Rowe and damage to the property including by decreasing the value of the property as a result of contamination.

645. Needless to say, the trespass by PBF Martinez to Rowe's real property was unauthorized.

646. Rowe was also present at her residence for the July 2023, October 2023, and December 2023 releases.

647. In each instance, she was exposed to toxins from the refinery's discharges.

648. As a result of her exposure to the 2023 discharges from the refinery, Rowe was physically harmed, including developing and/or worsening symptoms of coughing, congestion, chest pain, and asthma flare up that were directly caused by the reoccurring discharges in 2023.

649. The 2023 discharges also entered Rowe's residence, including the noise and ash.

650. The trespasses by PBF Martinez interfered with Rowe's ability to use and enjoy the residence and caused injury to Rowe and damage to the property including by decreasing the value of the property as a result of contamination.

651. Needless to say, the trespasses by PBF Martinez to Rowe's real property were unauthorized in each instance.

### 35. Plaintiff Amalia Sanchez.

652. At all times relevant to this action, Plaintiff Amalia Sanchez was over the age of 18 and was a resident of Martinez, California.

653. Plaintiff Amalia Sanchez owned a residence, which was approximately 1 mile from the refinery.

654. Sanchez was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

655. Among other things, she recalled a strange smell and dust.

656. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Sanchez was physically harmed.

657. Among other things, Sanchez began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including chest pain, dizziness, vertigo, sore throat, coughing, nausea, vomiting, body aches, and stomach pain.

658. The November 24 and 25, 2022, discharge also entered Sanchez's residence, including the strange smell and dust.

659. The trespass by PBF Martinez interfered with Sanchez's ability to use and enjoy the residence and caused injury to Sanchez and damage to the property including by decreasing the value of the property as a result of contamination.

660. Needless to say, the trespass by PBF Martinez to Sanchez's real property was unauthorized.

661. Sanchez was also present at her residence for the July 2023, October 2023, and December 2023 releases.

662. In each instance, she was exposed to toxins from the refinery's discharges.

663. As a result of her exposure to the 2023 discharges from the refinery, Sanchez was physically harmed, including developing and/or worsening symptoms of headaches, difficulty breathing, chest pain, dry throat, and eye irritation that were directly caused by the reoccurring discharges in 2023.

664. The 2023 discharges also entered Sanchez's residence, including the strange smell, smoke, and dust.

665. The trespasses by PBF Martinez interfered with Sanchez's ability to use and enjoy the residence and caused injury to Sanchez and damage to the property including by decreasing the value of the property as a result of contamination.

666. Needless to say, the trespasses by PBF Martinez to Sanchez's real property were unauthorized in each instance.

### 36.    Plaintiff Mark Sincich.

667. At all times relevant to this action, Plaintiff Mark Sincich was over the age of 18 and was a resident of Martinez, California.

668. Plaintiff Mark Sincich owned a residence, which was approximately 1 mile from the refinery.

669. Sincich was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

670. Among other things, he recalls a gray dust covering everything.

671. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Sincich was physically harmed.

672. Among other things, Sincich began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, congestion, body aches, phlegm, asthma flare-ups, heartburn, and liver count elevated.

673. The November 24 and 25, 2022, discharge also entered Sincich's residence, including the gray dust.

674. The trespass by PBF Martinez interfered with Sincich's ability to use and enjoy the residence and caused injury to Sincich and damage to the property including by decreasing the value of the property as a result of contamination.

675. Needless to say, the trespass by PBF Martinez to Sincich's real property was unauthorized.

676. Sincich was also present at his residence for the July 2023, October 2023, and December 2023 releases.

677. In each instance, he was exposed to toxins from the refinery's discharges.

678. As a result of his exposure to the 2023 discharges from the refinery, Sincich was physically harmed, including developing and/or worsening symptoms of burning eyes, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

679. The 2023 discharges also entered Sincich's residence, including the dust.

680. The trespasses by PBF Martinez interfered with Sincich's ability to use and enjoy the residence and caused injury to Sincich and damage to the property including by decreasing the value of the property as a result of contamination.

681. Needless to say, the trespasses by PBF Martinez to Sincich's real property were unauthorized in each instance.

### 37.    Plaintiff Rudy Singelstad.

682. At all times relevant to this action, Plaintiff Rudy Singelstad was over the age of 18 and was a resident of Martinez, California.

683. Plaintiff Rudy Singelstad owned a residence, which was approximately 1/4 mile from the refinery.

684. Singelstad was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

685. Among other things, he recalls the refinery-dust everywhere.

686. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Singelstad was physically harmed.

687. Among other things, Singelstad began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including sore throat, coughing, itchy, watery, and burning eyes.

688. The November 24 and 25, 2022, discharge also entered Singelstad's residence, including the dust.

689. The trespass by PBF Martinez interfered with Singelstad's ability to use and enjoy the residence and caused injury to Singelstad and damage to the property including by decreasing the value of the property as a result of contamination.

690. Needless to say, the trespass by PBF Martinez to Singelstad's real property was unauthorized.

691. Singelstad was also present at his residence for the July 2023, October 2023, and December 2023 releases.

692. In each instance, he was exposed to toxins from the refinery's discharges.

693. As a result of his exposure to the 2023 discharges from the refinery, Singelstad was physically harmed, including developing and/or worsening symptoms of itchy, dry eyes, headaches, coughing, and sore throat that were directly caused by the reoccurring discharges in 2023.

694. The 2023 discharges also entered Singelstad's residence, including the dust.

695. The trespasses by PBF Martinez interfered with Singelstad's ability to use and enjoy the residence and caused injury to Singelstad and damage to the property including by decreasing the value of the property as a result of contamination.

696. Needless to say, the trespasses by PBF Martinez to Singelstad's real property was unauthorized in each instance.

### 38.    Plaintiff Joseph Smart.

697. At all times relevant to this action, Plaintiff Joseph Smart was over the age of 18 and was a resident of Martinez, California.

698. Plaintiff Joseph Smart owned a residence, which was approximately 2 miles from the refinery.

699. Smart was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

700. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Smart was physically harmed.

701. Among other things, Smart began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, difficulty sleeping, and phlegm.

702. The November 24 and 25, 2022, discharge also entered Smart's residence.

703. The trespass by PBF Martinez interfered with Smart's ability to use and enjoy the residence and caused injury to Smart and damage to the property including by decreasing the value of the property as a result of contamination.

704. Needless to say, the trespass by PBF Martinez to Smart's real property was unauthorized.

705. Smart was also present at his residence for the July 2023 and December 2023 releases.

706. In each instance, [he was exposed to toxins from the refinery's discharges.

707. As a result of his exposure to the 2023 discharges from the refinery, Smart was physically harmed, including developing and/or worsening symptoms of coughing, sneezing, irritated eyes, headaches, dizziness, sinus issues, congestion, and skin irritation that were directly caused by the reoccurring discharges in 2023.

708. The 2023 discharges also entered Smart's residence.

709. The trespasses by PBF Martinez interfered with Smart's ability to use and enjoy the residence and caused injury to Smart and damage to the property including by decreasing the value of the property as a result of contamination.

710. Needless to say, the trespasses by PBF Martinez to Smart's real property were unauthorized in each instance.

### 39. Plaintiff Kathleen Smart.

711. At all times relevant to this action, Plaintiff Kathleen Smart was over the age of 18 and was a resident of Martinez, California.

712. Plaintiff Kathleen Smart owned a residence, which was approximately More than 2 miles from the refinery.

713. Smart was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

714. Among other things, she recalled dust and debris on the ground and vehicles.

715. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Smart was physically harmed.

716. Among other things, Smart began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, congestion, phlegm, and sneezing.

717. The November 24 and 25, 2022, discharge also entered Smart's residence, including dust and debris

718. The trespass by PBF Martinez interfered with Smart's ability to use and enjoy the residence and caused injury to Smart and damage to the property including by decreasing the value of the property as a result of contamination.

719. Needless to say, the trespass by PBF Martinez to Smart's real property was unauthorized.

720. Smart was also present at her residence for the July 2023, October 2023, and December 2023 releases.

721. In each instance, she was exposed to toxins from the refinery's discharges.

722. As a result of her exposure to the 2023 discharges from the refinery, Smart was physically harmed, including developing and/or worsening symptoms of respiratory issues, eye irritation, skin irritation, coughing, difficulty breathing, sinus issues, dizziness, and congestion that were directly caused by the reoccurring discharges in 2023.

723. The 2023 discharges also entered Smart's residence, including dust.

724. The trespasses by PBF Martinez interfered with Smart's ability to use and enjoy the residence and caused injury to Smart and damage to the property including by decreasing the value of the property as a result of contamination.

725. Needless to say, the trespasses by PBF Martinez to Smart's real property were unauthorized in each instance.

1

**40.    Plaintiff Kenneth Whitney.**

2      726. At all times relevant to this action, Plaintiff Kenneth Whitney was over the age of 18

3  and was a resident of Martinez, California.

4      727. Plaintiff Kenneth Whitney owned a residence, which was approximately 2 miles from

5  the refinery.

6      728. Whitney was present at their residence for the November 24 and 25, 2022 release from

7  the refinery, and was exposed to the toxic discharge from the refinery.

8      729. As a result of his exposure to the toxic discharges from the refinery on November 24

9  and 25, 2022, Whitney was physically harmed.

10      730. Among other things, Whitney began experiencing illness and symptoms that were

11  directly caused by the toxic exposure within days after the release, including breathing difficulties,

12  memory issues, brain fog, dizziness, vertigo, itchy, watery, burning eyes, rash, hives, fatigue,

13  congestion, difficulty sleeping, body aches, phlegm, stomach pain, asthma flare-ups, heartburn,

14  diarrhea, liver count elevated, loss of balance, and anger.

15      731. The November 24 and 25, 2022, discharge also entered Whitney's residence.

16      732. The trespass by PBF Martinez interfered with Whitney's ability to use and enjoy the

17  residence and caused injury to Whitney and damage to the property, including by decreasing the

18  value of the property as a result of contamination.

19      733. Needless to say, the trespass by PBF Martinez to Whitney's real property was

20  unauthorized.

21      734. Whitney was also present at his residence for the July 2023, October 2023, and

22  December 2023 releases.

23      735. In each instance, he was exposed to toxins from the refinery's discharges.

24      736. As a result of his exposure to the 2023 discharges from the refinery, Whitney was

25  physically harmed, including developing and/or worsening symptoms of dizziness, loss of memory,

26  breathing issues, congestion, fatigue, and sinus pain that were directly caused by the reoccurring

27  discharges in 2023.

28      737. The 2023 discharges also entered Whitney's residence.

738. The trespasses by PBF Martinez interfered with Whitney's ability to use and enjoy the residence and caused injury to Whitney and damage to the property including by decreasing the value of the property as a result of contamination.

739. Needless to say, the trespasses by PBF Martinez to Whitney's real property were unauthorized in each instance.

### 41.    Plaintiff Jeremie Wickman.

740. At all times relevant to this action, Plaintiff Jeremie Wickman was over the age of 18 and was a resident of Martinez, California.

741. Plaintiff Jeremie Wickman owned a residence, which was approximately 1/4 mile from the refinery.

742. Wickman was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

743. As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Wickman was physically harmed.

744. Among other things, Wickman began experiencing illness and symptoms that were directly caused by the toxic exposure Immediately after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, bloody nose, congestion, earaches, ear infections, and phlegm.

745. The November 24 and 25, 2022, discharge also entered Wickman's residence.

746. The trespass by PBF Martinez interfered with Wickman's ability to use and enjoy the residence and caused injury to Wickman and damage to the property including by decreasing the value of the property as a result of contamination.

747. Needless to say, the trespass by PBF Martinez to Wickman's real property was unauthorized.

748. Wickman was also present at his residence for the July 2023, October 2023, and December 2023 releases.

749. In each instance, he was exposed to toxins from the refinery's discharges.

750. As a result of his exposure to the 2023 discharges from the refinery, Wickman was physically harmed, including developing and/or worsening symptoms of headaches that were directly caused by the reoccurring discharges in 2023.

751. The 2023 discharges also entered Wickman's residence.

752. The trespasses by PBF Martinez interfered with Wickman's ability to use and enjoy the residence and caused injury to Wickman and damage to the property including by decreasing the value of the property as a result of contamination.

753. Needless to say, the trespasses by PBF Martinez to Wickman's real property were unauthorized in each instance.

754. Additionally, the health effects on Wickman from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 42.    Plaintiff Candy Allen-Whitney.

755. At all times relevant to this action, Plaintiff Candy All-Whitney was over the age of 18 and was a resident of Martinez, California.

756. Plaintiff Candy Allen-Whitney owned a residence, which was approximately 2 miles from the refinery.

757. Allen-Whitney was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

758. The November 24 and 25, 2022, discharge also entered Allen-Whitney's residence.

759. The trespass by PBF Martinez interfered with Allen-Whitney's ability to use and enjoy the residence and caused injury to Allen-Whitney and damage to the property including by decreasing the value of the property as a result of contamination.

760. Needless to say, the trespass by PBF Martinez to Allen-Whitney's real property was unauthorized.

761. Allen-Whitney was also present at her residence for the July 2023, October 2023, and December 2023 releases.

762. In each instance, she was exposed to toxins from the refinery's discharges.

763. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Allen-Whitney was physically harmed.

764. Among other things, Allen-Whitney began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including headaches and liver count elevated.

765. As a result of her exposure to the October and December 2023 discharges from the refinery, Allen-Whitney was physically harmed, including developing and/or worsening symptoms of headaches and diarrhea that were directly caused by the reoccurring discharges in 2023.

766. The 2023 discharges also entered Allen-Whitney's residence.

767. The trespasses by PBF Martinez interfered with Allen-Whitney's ability to use and enjoy the residence and caused injury to Allen-Whitney and damage to the property, including by decreasing the value of the property as a result of contamination.

768. Needless to say, the trespasses by PBF Martinez to Allen-Whitney's real property were unauthorized in each instance.

### 43. Plaintiff Barbara Booth.

769. At all times relevant to this action, Plaintiff Barbara Booth was over the age of 18 and was a resident of Martinez, California.

770. Plaintiff Barbara Booth owned a residence, which was approximately More than 2 miles from the refinery.

771. Booth was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

772. Among other things, she recalled the smell and heavy fumes.

773. The November 24 and 25, 2022, discharge also entered Booth's residence, including the fumes.

774. The trespass by PBF Martinez interfered with Booth's ability to use and enjoy the residence and caused injury to Booth and damage to the property including by decreasing the value of the property as a result of contamination.

775. Needless to say, the trespass by PBF Martinez to Booth's real property was unauthorized.

776. Booth was also present at her residence for the July 2023, October 2023, and December 2023 releases.

777. In each instance, she was exposed to toxins from the refinery's discharges.

778. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Booth was physically harmed.

779. Among other things, Booth began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including chest pain, sore throat, coughing, itchy, watery, burning eyes, fatigue, congestion, and diarrhea.

780. As a result of her exposure to the October and December 2023 discharges from the refinery, Booth was physically harmed, including developing and/or worsening symptoms of difficulty breathing, coughing, congestion, and eye irritation that were directly caused by the reoccurring discharges in 2023.

781. The 2023 discharges also entered Booth's residence, including the smell.

782. The trespasses by PBF Martinez interfered with Booth's ability to use and enjoy the residence and caused injury to Booth and damage to the property including by decreasing the value of the property as a result of contamination.

783. Needless to say, the trespasses by PBF Martinez to Booth's real property was unauthorized in each instance.

### 44.    Plaintiff Linda Burkard.

784. At all times relevant to this action, Plaintiff Linda Burkard was over the age of 18 and was a resident of Martinez, California.

785. Plaintiff Linda Burkard owned a residence, which was approximately 1/2 mile from the refinery.

786. Burkard was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

787. The November 24 and 25, 2022, discharge also entered Burkard's residence, including the dust.

788. The trespass by PBF Martinez interfered with Burkard's ability to use and enjoy the residence and caused injury to Burkard and damage to the property including by decreasing the value of the property as a result of contamination.

789. Needless to say, the trespass by PBF Martinez to Burkard's real property was unauthorized.

790. Burkard was also present at her residence for the July 2023, October 2023, and December 2023 releases.

791. In each instance, she was exposed to toxins from the refinery's discharges.

792. Among other things, she recalls seeing coke dust particles around her property.

793. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Burkard was physically harmed.

794. Among other things, Burkard began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, headaches, sinus pain, pressure, fatigue, congestion, and phlegm.

795. As a result of her exposure to the October and December 2023 discharges from the refinery, Burkard was physically harmed, including developing and/or worsening symptoms of shortness of breath, wheezing, and headaches that were directly caused by the reoccurring discharges in 2023.

796. The 2023 discharges also entered Burkard's residence.

797. The trespasses by PBF Martinez interfered with Burkard's ability to use and enjoy the residence and caused injury to Burkard and damage to the property including by decreasing the value of the property as a result of contamination.

798. Needless to say, the trespasses by PBF Martinez to Burkard's real property was unauthorized in each instance.

45.    **Plaintiff Angelina Cobbs.**

799. At all times relevant to this action, Plaintiff Angelina Cobbs was over the age of 18 and was a resident of Martinez, California.

800. Plaintiff Angelina Cobbs owned a residence, which was approximately 2 miles from the refinery.

801. Cobbs was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

802. Among other things, she recalls the debris from the releases on the vehicles.

803. The November 24 and 25, 2022, discharge also entered Cobbs' residence, including outdoor exposure.

804. The trespass by PBF Martinez interfered with Cobbs' ability to use and enjoy the residence and caused injury to Cobbs and damage to the property including by decreasing the value of the property as a result of contamination.

805. Needless to say, the trespass by PBF Martinez to Cobbs' real property was unauthorized.

806. Cobbs was also present at her residence for the July 2023, October 2023, and December 2023 releases.

807. In each instance, she was exposed to toxins from the refinery's discharges.

808. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Cobbs was physically harmed.

809. Among other things, Cobbs began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing difficulties, congestion, and asthma.

810. As a result of her exposure to the October and December 2023 discharges from the refinery, Cobbs was physically harmed, including developing and/or worsening symptoms of shortness of breath, difficulty breathing, coughing, asthma, and cysts on her lungs that were directly caused by the reoccurring discharges in 2023.

811. The 2023 discharges also entered Cobbs' residence.

812. The trespasses by PBF Martinez interfered with Cobbs' ability to use and enjoy the residence and caused injury to Cobbs and damage to the property including by decreasing the value of the property as a result of contamination.

813. Needless to say, the trespasses by PBF Martinez to Cobbs' real property was unauthorized in each instance.

### 46.    Plaintiff Brian Crader.

814. At all times relevant to this action, Plaintiff Brian Crader was over the age of 18 and was a resident of Martinez, California.

815. Plaintiff Brian Crader owned a residence, which was approximately 1/4 mile from the refinery.

816. Crader was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

817. Among other things, he recalls the sounds at refinery, and sound of air being released.

818. The November 24 and 25, 2022, discharge also entered Crader's residence, including the sounds

819. The trespass by PBF Martinez interfered with Crader's ability to use and enjoy the residence and caused injury to Crader and damage to the property including by decreasing the value of the property as a result of contamination.

820. Needless to say, the trespass by PBF Martinez to Crader's real property was unauthorized.

821. Crader was also present at his residence for the July 2023, October 2023, and December 2023 releases.

822. In each instance, he was exposed to toxins from the refinery's discharges.

823. As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Crader was physically harmed.

824. Among other things, Crader began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including sore throat, coughing, itchy, watery, burning eyes, and headaches.

825. As a result of his exposure to the October and December 2023 discharges from the refinery, Crader was physically harmed, including developing and/or worsening symptoms of asthma flare ups, headaches, coughing, and phlegm that were directly caused by the reoccurring discharges in 2023.

826. The 2023 discharges also Crader's residence, including the sulfur smell and materials from the refinery.

827. The trespasses by PBF Martinez interfered with Crader's ability to use and enjoy the residence and caused injury to Crader and damage to the property, including by decreasing the value of the property as a result of contamination.

828. Needless to say, the trespasses by PBF Martinez to Crader's real property was unauthorized in each instance.

829. Additionally, the health effects on Crader from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 47.    Plaintiff Karina Erbland.

830. At all times relevant to this action, Plaintiff Karina Erbland was over the age of 18 and was a resident of Martinez, California.

831. Plaintiff Karina Erbland owned a residence, which was approximately 1 mile from the refinery.

832. Erbland was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

833. The November 24 and 25, 2022, discharge also entered Erbland's residence.

834. The trespass by PBF Martinez interfered with Erbland's ability to use and enjoy the residence and caused injury to Erbland and damage to the property including by decreasing the value of the property as a result of contamination.

835. Needless to say, the trespass by PBF Martinez to Erbland's real property was unauthorized.

836. Erbland was also present at her residence for the July 2023, October 2023, and December 2023 releases.

837. In each instance, she was exposed to toxins from the refinery's discharges.

838. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Erbland was physically harmed.

839. Among other things, Erbland began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including nausea, vomiting, itchy, watery, burning eyes, and headaches.

840. As a result of her exposure to the October and December 2023 discharges from the refinery, Erbland was physically harmed, including developing and/or worsening symptoms of itchy eyes, headaches, and nausea that were directly caused by the reoccurring discharges in 2023.

841. The 2023 discharges also entered Erbland's residence.

842. The trespasses by PBF Martinez interfered with Erbland's ability to use and enjoy the residence and caused injury to Erbland and damage to the property including by decreasing the value of the property as a result of contamination.

843. Needless to say, the trespasses by PBF Martinez to Erbland's real property were unauthorized in each instance.

### 48.    Plaintiff Nia Ewing.

844. At all times relevant to this action, Plaintiff Nia Ewing was over the age of 18 and was a resident of Martinez, California.

845. Plaintiff Nia Ewing owned a residence, which was approximately 1/4 mile from the refinery.

846. Ewing was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

847. Among other things, she recalled the smell.

848. The November 24 and 25, 2022, discharge also entered Ewing's residence, including the smell.

849. The trespass by PBF Martinez interfered with Ewing's ability to use and enjoy the residence and caused injury to Ewing and damage to the property including by decreasing the value of the property as a result of contamination.

850. Needless to say, the trespass by PBF Martinez to Ewing's real property was unauthorized.

851. Ewing was also present at her residence for the July 2023, October 2023, and December 2023 releases.

852. In each instance, she was exposed to toxins from the refinery's discharges.

853. As a result of her exposure to the toxic discharges from the refinery July 11, 2023, Ewing was physically harmed.

854. Among other things, Ewing began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including rash, hives, headaches, fatigue, and difficulty sleeping.

855. As a result of her exposure to the October and December 2023 discharges from the refinery, Ewing was physically harmed, including developing and/or worsening symptoms of headaches, coughing, and skin irritation that were directly caused by the reoccurring discharges in 2023.

856. The 2023 discharges also entered Ewing's residence, including the foul smell.

857. The trespasses by PBF Martinez interfered with Ewing's ability to use and enjoy the residence and caused injury to Ewing and damage to the property including by decreasing the value of the property as a result of contamination.

858. Needless to say, the trespasses by PBF Martinez to Ewing's real property was unauthorized in each instance.

859. Additionally, the health effects on Ewing from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 49. Plaintiff Danilo Foz.

860. At all times relevant to this action, Plaintiff Danilo Foz was over the age of 18 and was a resident of Martinez, California.

861. Plaintiff Danilo Foz owned a residence, which was approximately 2 miles from the refinery.

862. Foz was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

863. The November 24 and 25, 2022, discharge also entered Foz's residence.

864. The trespass by PBF Martinez interfered with Foz's ability to use and enjoy the residence and caused injury to Foz and damage to the property including by decreasing the value of the property as a result of contamination.

865. Needless to say, the trespass by PBF Martinez to Foz's real property was unauthorized.

866. Foz was also present at his residence for the July 2023, October 2023, and December 2023 releases.

867. In each instance, he was exposed to toxins from the refinery's discharges.

868. As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Foz was physically harmed.

869. Among other things, Foz began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including congestion.

870. As a result of his exposure to the October and December 2023 discharges from the refinery, Foz was physically harmed, including developing and/or worsening symptoms of runny nose that were directly caused by the reoccurring discharges in 2023.

871. The 2023 discharges also entered Foz's residence.

872. The trespasses by PBF Martinez interfered with Foz's ability to use and enjoy the residence and caused injury to Foz and damage to the property including by decreasing the value of the property as a result of contamination.

873. Needless to say, the trespasses by PBF Martinez to Foz's real property was unauthorized in each instance.

## 50. Plaintiff Patrick Greene.

874. At all times relevant to this action, Plaintiff Patrick Greene was over the age of 18 and was a resident of Martinez, California.

875. Plaintiff Patrick Greene owned a residence, which was approximately 1 mile from the refinery.

876. Greene was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

877. Among other things, he recalls dust on the cars, vegetables, and fruit trees.

878. The November 24 and 25, 2022, discharge also entered Greene's residence, including the fine dust.

879. The trespass by PBF Martinez interfered with Greene's ability to use and enjoy the residence and caused injury to Greene and damage to the property including by decreasing the value of the property as a result of contamination.

880. Needless to say, the trespass by PBF Martinez to Greene's real property was unauthorized.

881. Greene was also present at his residence for the July 2023, October 2023, and December 2023 releases.

882. In each instance, he was exposed to toxins from the refinery's discharges.

883. As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Greene was physically harmed.

884. Among other things, Greene began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, and burning eyes.

885. As a result of his exposure to the October and December 2023 discharges from the refinery, Greene was physically harmed, including developing and/or worsening symptoms of coughing, sore throat, chest pain, eye irritation, sinus pressure and pain, congestion, and fatigue that were directly caused by the reoccurring discharges in 2023.

886. The 2023 discharges also entered Greene's residence, including dust.

887. The trespasses by PBF Martinez interfered with Greene's ability to use and enjoy the residence and caused injury to Greene and damage to the property including by decreasing the value of the property as a result of contamination.

888. Needless to say, the trespasses by PBF Martinez to Greene's real property were unauthorized in each instance.

1        **51.    Plaintiff Lonna Haney.**

2        889. At all times relevant to this action, Plaintiff Lonna Haney was over the age of 18 and

3    was a resident of Martinez, California.

4        890. Plaintiff Lonna Haney owned a residence, which was approximately 1/4 mile from the

5    refinery.

6        891. Haney was present at their residence for the November 24 and 25, 2022 release from

7    the refinery, and was exposed to the toxic discharge from the refinery.

8        892. Among other things, she saw the dust and recalled the smell.

9        893. The November 24 and 25, 2022, discharge also entered Haney's residence, including

10    the dust and smell.

11        894. The trespass by PBF Martinez interfered with Haney's ability to use and enjoy the

12    residence and caused injury to Haney and damage to the property including by decreasing the value

13    of the property as a result of contamination.

14        895. Needless to say, the trespass by PBF Martinez to Haney's real property was

15    unauthorized.

16        896. Haney was also present at her residence for the July 2023, October 2023, and December

17    2023 releases.

18        897. In each instance, she was exposed to toxins from the refinery's discharges.

19        898. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023,

20    Haney was physically harmed.

21        899. Among other things, Haney began experiencing illness and symptoms that were

22    directly caused by the toxic exposure within days after the release, including breathing difficulties,

23    sore throat, coughing, congestion, and phlegm.

24        900. As a result of her exposure to the October and December 2023 discharges from the

25    refinery, Haney was physically harmed, including developing and/or worsening symptoms of

26    difficulty breathing, brain fog, sore throat, coughing, eye irritation, and sinus pressure and pain that

27    were directly caused by the reoccurring discharges in 2023.

28        901. The 2023 discharges also entered Haney's residence, including the smell.

-99-

902. The trespasses by PBF Martinez interfered with Haney's ability to use and enjoy the residence and caused injury to Haney and damage to the property including by decreasing the value of the property as a result of contamination.

903. Needless to say, the trespasses by PBF Martinez to Haney's real property was unauthorized in each instance.

**52.    Plaintiff Ana Limon.**

904. At all times relevant to this action, Plaintiff Ana Limon was over the age of 18 and was a resident of Martinez, California.

905. Plaintiff Ana Limon owned a residence, which was approximately 1/4 mile from the refinery.

906. Limon was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

907. Among other things, she recalls the house shaking and very loud sounds.

908. The November 24 and 25, 2022, discharge also entered Limon's residence, including the shaking and sounds.

909. The trespass by PBF Martinez interfered with Limon's ability to use and enjoy the residence and caused injury to Limon and damage to the property including by decreasing the value of the property as a result of contamination.

910. Needless to say, the trespass by PBF Martinez to Limon's real property was unauthorized.

911. Limon was also present at her residence for the July 2023, October 2023, and December 2023 releases.

912. In each instance, she was exposed to toxins from the refinery's discharges.

913. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Limon was physically harmed.

914. Among other things, Limon began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing


difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, fatigue, congestion, difficulty sleeping, and diarrhea.

915. As a result of her exposure to the October and December 2023 discharges from the refinery, Limon was physically harmed, including developing and/or worsening symptoms of headaches, congestion, sore throat, sinus pressure and pain, and fatigue that were directly caused by the reoccurring discharges in 2023.

916. The 2023 discharges also entered Limon's residence.

917. The trespasses by PBF Martinez interfered with Limon's ability to use and enjoy the residence and caused injury to Limon and damage to the property including by decreasing the value of the property as a result of contamination.

918. Needless to say, the trespasses by PBF Martinez to Limon's real property was unauthorized in each instance.

### 53.    Plaintiff Timothy McGoldrick.

919. At all times relevant to this action, Plaintiff Timothy McGoldrick was over the age of 18 and was a resident of Martinez, California.

920. Plaintiff Timothy McGoldrick owned a residence, which was approximately 1 1/2 miles from the refinery.

921. McGoldrick was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

922. Among other things, he recalls the smells, the sound of the sirens and the dust that covered his vehicle.

923. The November 24 and 25, 2022, discharge also entered McGoldrick's residence, including the smell, sound, and dust.

924. The trespass by PBF Martinez interfered with McGoldrick's ability to use and enjoy the residence and caused injury to McGoldrick and damage to the property including by decreasing the value of the property as a result of contamination.

925. Needless to say, the trespass by PBF Martinez to McGoldrick's real property was unauthorized.

926. McGoldrick was also present at his residence for the July 2023, October 2023, and December 2023 releases.

927. In each instance, he was exposed to toxins from the refinery's discharges.

928. As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, McGoldrick was physically harmed.

929. Among other things, McGoldrick began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, and congestion.

930. As a result of his exposure to the October and December 2023 discharges from the refinery, McGoldrick was physically harmed, including developing and/or worsening symptoms headaches, difficulty breathing, and asthma flare up that were directly caused by the reoccurring discharges in 2023.

931. The 2023 discharges also entered McGoldrick's residence, including the smell of the fumes and dust.

932. The trespasses by PBF Martinez interfered with McGoldrick's ability to use and enjoy the residence and caused injury to McGoldrick and damage to the property including by decreasing the value of the property as a result of contamination.

933. Needless to say, the trespasses by PBF Martinez to McGoldrick's real property was unauthorized in each instance.

934. Additionally, the health effects on McGoldrick from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 54.   Plaintiff Pamela Mitchell.

935. At all times relevant to this action, Plaintiff Pamela Mitchell was over the age of 18 and was a resident of Martinez, California.

936. Plaintiff Pamela Mitchell owned a residence, which was approximately 2 miles from the refinery.

937. Mitchell was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

938. Among other things, she recalled a weird smell in the neighborhood.

939. The November 24 and 25, 2022, discharge also entered Mitchell's residence, including the smell.

940. The trespass by PBF Martinez interfered with Mitchell's ability to use and enjoy the residence and caused injury to Mitchell and damage to the property including by decreasing the value of the property as a result of contamination.

941. Needless to say, the trespass by PBF Martinez to Mitchell's real property was unauthorized.

942. Mitchell was also present at her residence for the July 2023, October 2023, and December 2023 releases.

943. In each instance, she was exposed to toxins from the refinery's discharges.

944. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Mitchell was physically harmed.

945. Among other things, Mitchell began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, nausea, vomiting, headaches, congestion, and phlegm.

946. As a result of her exposure to the October and December 2023 discharges from the refinery, Mitchell was physically harmed, including developing and/or worsening symptoms of difficulty breathing, congestion, shortness of breath, and fatigue that were directly caused by the reoccurring discharges in 2023.

947. The 2023 discharges also entered Mitchell's residence, including white dust and smell.

948. The trespasses by PBF Martinez interfered with Mitchell's ability to use and enjoy the residence and caused injury to Mitchell and damage to the property, including by decreasing the value of the property as a result of contamination.

949. Needless to say, the trespasses by PBF Martinez to Mitchell's real property were unauthorized in each instance.

**55.    Plaintiff Gwendolyn Monroe.**

950. At all times relevant to this action, Plaintiff Gwendolyn Monroe was over the age of 18 and was a resident of Martinez, California.

951. Plaintiff Gwendolyn Monroe owned a residence, which was approximately 1/4 mile from the refinery.

952. Monroe was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

953. Among other things, she recalled a loud noise and visible shaking of the house, with the windows rattling. There was also a huge flame burning in the afternoon to evening.

954. The November 24 and 25, 2022, discharge also entered Monroe's residence, including the noise.

955. The trespass by PBF Martinez interfered with Monroe's ability to use and enjoy the residence and caused injury to Monroe and damage to the property including by decreasing the value of the property as a result of contamination.

956. Needless to say, the trespass by PBF Martinez to Monroe's real property was unauthorized.

957. Monroe was also present at her residence for the July 2023 and October 2023 releases.

958. In each instance, she was exposed to toxins from the refinery's discharges.

959. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Monroe was physically harmed.

960. Among other things, Monroe began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, fatigue, bloody nose, congestion, difficulty sleeping, phlegm, and blood in her feces.

961. As a result of her exposure to the October 2023 discharges from the refinery, Monroe was physically harmed, including developing and/or worsening symptoms of coughing and phlegm that were directly caused by the reoccurring discharges in 2023.

962. The 2023 discharges also entered Monroe's residence, including the white ash and sulfur smell.

963. The trespasses by PBF Martinez interfered with Monroe's ability to use and enjoy the residence and caused injury to Monroe and damage to the property including by decreasing the value of the property as a result of contamination.

964. Needless to say, the trespasses by PBF Martinez to Monroe's real property were unauthorized in each instance.

965. Additionally, the health effects on Monroe from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 56.    Plaintiff Blanch Montero.

966. At all times relevant to this action, Plaintiff Blanch Montero was over the age of 18 and was a resident of Martinez, California.

967. Plaintiff Blanch Montero owned a residence, which was approximately 1/2 mile from the refinery.

968. Montero was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

969. The November 24 and 25, 2022, discharge also entered Montero's residence.

970. The trespass by PBF Martinez interfered with Montero's ability to use and enjoy the residence and caused injury to Montero and damage to the property including by decreasing the value of the property as a result of contamination.

971. Needless to say, the trespass by PBF Martinez to Montero's real property was unauthorized.

972. Montero was also present at her residence for the July 2023, October 2023, and December 2023 releases.

973. In each instance, she was exposed to toxins from the refinery's discharges.

974. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Montero was physically harmed.

975. Among other things, Montero began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, bloody nose, congestion, difficulty sleeping, body aches, dehydration, and diarrhea.

976. As a result of her exposure to the October and December 2023 discharges from the refinery, Montero was physically harmed, including developing and/or worsening symptoms of itchy eyes and throat, brain fog, dizziness, sore throat, headaches, sinus pain and pressure, congestion, and fatigue that were directly caused by the reoccurring discharges in 2023.

977. The 2023 discharges also entered Montero's residence.

978. The trespasses by PBF Martinez interfered with Montero's ability to use and enjoy the residence and caused injury to Montero and damage to the property including by decreasing the value of the property as a result of contamination.

979. Needless to say, the trespasses by PBF Martinez to Montero's real property were unauthorized in each instance.

980. Additionally, the health effects on Montero from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 57.    Plaintiff Stephanie Moon.

981. At all times relevant to this action, Plaintiff Stephanie Moon was over the age of 18 and was a resident of Martinez, California.

982. Plaintiff Stephanie Moon owned a residence, which was approximately 1/2 mile from the refinery.

983. Moon was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

984. Among other things, she recalled the smell and ash-like substances.

985. The November 24 and 25, 2022, discharge also entered Moon's residence, including smell and ash-like substance.

986. The trespass by PBF Martinez interfered with Moon's ability to use and enjoy the residence and caused injury to Moon and damage to the property including by decreasing the value of the property as a result of contamination.

987. Needless to say, the trespass by PBF Martinez to Moon's real property was unauthorized.

988. Moon was also present at her residence for the July 2023, October 2023, and December 2023 releases.

989. In each instance, she was exposed to toxins from the refinery's discharges.

990. As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Moon was physically harmed.

991. Among other things, Moon began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, and coughing.

992. As a result of her exposure to the October and December 2023 discharges from the refinery, Moon was physically harmed, including developing and/or worsening symptoms of coughing and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

993. The 2023 discharges also entered Moon's residence, including the smell.

994. The trespasses by PBF Martinez interfered with Moon's ability to use and enjoy the residence and caused injury to Moon and damage to the property including by decreasing the value of the property as a result of contamination.

995. Needless to say, the trespasses by PBF Martinez to Moon's real property were unauthorized in each instance.

996. Additionally, the health effects on Moon from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**58.    Plaintiff Lynette Pastega.**

997. At all times relevant to this action, Plaintiff Lynette Pastega was over the age of 18 and was a resident of Martinez, California.

998. Plaintiff Lynette Pastega owned a residence, which was approximately 1/4 mile from the refinery.

999. Pastega was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1000.   Among other things, she recalled the smell.

1001.   The November 24 and 25, 2022, discharge also entered Pastega's residence.

1002.   The trespass by PBF Martinez interfered with Pastega's ability to use and enjoy the residence and caused injury to Pastega and damage to the property including by decreasing the value of the property as a result of contamination.

1003.   Needless to say, the trespass by PBF Martinez to Pastega's real property was unauthorized.

1004.   Pastega was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1005.   In each instance, she was exposed to toxins from the refinery's discharges.

1006.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Pastega was physically harmed.

1007.   Among other things, Pastega began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, dizziness, vertigo, headaches, bloody nose, difficulty sleeping, body aches, earaches, ear infections, coughing up blood, heartburn, diarrhea, and loss of balance.

1008.   As a result of her exposure to the October and December 2023 discharges from the refinery, Pastega was physically harmed, including developing and/or worsening symptoms of headaches, dizziness, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

1009.   The 2023 discharges also entered Pastega's residence, including the noise and smell.

1010.   The trespasses by PBF Martinez interfered with Pastega's ability to use and enjoy the residence and caused injury to Pastega and damage to the property including by decreasing the value of the property as a result of contamination.

1011.   Needless to say, the trespasses by PBF Martinez to Pastega's real property was unauthorized in each instance.

1012.   Additionally, the health effects on Pastega from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 59.   Plaintiff Ivan Pena.

1013.   At all times relevant to this action, Plaintiff Ivan Pena was over the age of 18 and was a resident of Martinez, California.

1014.   Plaintiff Ivan Pena owned a residence, which was approximately 1 mile from the refinery.

1015.   Pena was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1016.   Among other things, he recalls having to wash the dust off his house and solar panels.

1017.   The November 24 and 25, 2022, discharge also entered Pena's residence, including the dust.

1018.   The trespass by PBF Martinez interfered with Pena's ability to use and enjoy the residence and caused injury to Pena and damage to the property including by decreasing the value of the property as a result of contamination.

1019.   Needless to say, the trespass by PBF Martinez to Pena's real property was unauthorized.

1020.   Pena was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1021.   In each instance, he was exposed to toxins from the refinery's discharges.

1022.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Pena was physically harmed.

1023.   Among other things, Pena began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties,

sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, difficulty sleeping, body aches, phlegm, and diarrhea.

1024.   As a result of his exposure to the October and December 2023 discharges from the refinery, Pena was physically harmed, including developing and/or worsening symptoms of coughing, sneezing, sore throat, headaches, and fatigue that were directly caused by the reoccurring discharges in 2023.

1025.   The 2023 discharges also entered Pena's residence.

1026.   The trespasses by PBF Martinez interfered with Pena's ability to use and enjoy the residence and caused injury to Pena and damage to the property including by decreasing the value of the property as a result of contamination.

1027.   Needless to say, the trespasses by PBF Martinez to Pena's real property were unauthorized in each instance.

1028.   Additionally, the health effects on Pena from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**60.    Plaintiff Sarah Pettus.**

1029.   At all times relevant to this action, Plaintiff Sarah Pettus was over the age of 18 and was a resident of Martinez, California.

1030.   Plaintiff Sarah Pettus owned a residence, which was approximately 1 mile from the refinery.

1031.   Pettus was present at their residence for the July 11, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

1032.   The November 24 and 25, 2022, discharge also entered Pettus' residence.

1033.   The trespass by PBF Martinez interfered with Pettus' ability to use and enjoy the residence and caused injury to Pettus and damage to the property including by decreasing the value of the property as a result of contamination.

1034.   Needless to say, the trespass by PBF Martinez to Pettus' real property was unauthorized.

1035.   Pettus was also present at her residence for the October 2023 and December 2023 releases.

1036.   In each instance, she was exposed to toxins from the refinery's discharges.

1037.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Pettus was physically harmed.

1038.   Among other things, Pettus began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, headaches, fatigue, and asthma flare-up.

1039.   As a result of her exposure to the October and December 2023 discharges from the refinery, Pettus was physically harmed, including developing and/or worsening symptoms of congestion and asthma flare up were directly caused by the reoccurring discharges in 2023.

1040.   The 2023 discharges also entered Pettus' residence, including dust and chemical smell.

1041.   The trespasses by PBF Martinez interfered with Pettus' ability to use and enjoy the residence and caused injury to Pettus and damage to the property including by decreasing the value of the property as a result of contamination.

1042.   Needless to say, the trespasses by PBF Martinez to Pettus' real property were unauthorized in each instance.

**61.    Plaintiff Ryan Ramos.**

1043.   At all times relevant to this action, Plaintiff Ryan Ramos was over the age of 18 and was a resident of Martinez, California.

1044.   Plaintiff Ryan Ramos owned a residence, which was approximately 1 1/2 miles from the refinery.

1045.   Ramos was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1046.   The November 24 and 25, 2022, discharge also entered Ramos' residence.

1047.  The trespass by PBF Martinez interfered with Ramos' ability to use and enjoy the residence and caused injury to Ramos and damage to the property including by decreasing the value of the property as a result of contamination.

1048.  Needless to say, the trespass by PBF Martinez to Ramos' real property was unauthorized.

1049.  Ramos was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1050.  In each instance, he was exposed to toxins from the refinery's discharges.

1051.  As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Ramos was physically harmed.

1052.  Among other things, Ramos began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including memory issues, brain fog, dizziness, vertigo, sinus pain, pressure, fatigue, difficulty sleeping, and anxiety attacks.

1053.  As a result of his exposure to the October and December 2023 discharges from the refinery, Ramos was physically harmed, including developing and/or worsening symptoms of coughing and fatigue that were directly caused by the reoccurring discharges in 2023.

1054.  The 2023 discharges also entered Ramos' residence.

1055.  The trespasses by PBF Martinez interfered with Ramos' ability to use and enjoy the residence and caused injury to Ramos and damage to the property including by decreasing the value of the property as a result of contamination.

1056.  Needless to say, the trespasses by PBF Martinez to Ramos' real property were unauthorized in each instance.

**62.    Plaintiff Esteban Sanchez.**

1057.  At all times relevant to this action, Plaintiff Esteban Sanchez was over the age of 18 and was a resident of Martinez, California.

1058.  Plaintiff Esteban Sanchez owned a residence, which was approximately 1 mile from the refinery.

1059.    Sanchez was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1060.    Among other things, he recalled the strange smell, dust, and smoke.

1061.    The November 24 and 25, 2022, discharge also entered Sanchez's residence, including the strange smell, dust and smoke.

1062.    The trespass by PBF Martinez interfered with Sanchez's ability to use and enjoy the residence and caused injury to Sanchez and damage to the property including by decreasing the value of the property as a result of contamination.

1063.    Needless to say, the trespass by PBF Martinez to Sanchez's real property was unauthorized.

1064.    Sanchez was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1065.    In each instance, he was exposed to toxins from the refinery's discharges.

1066.    As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Sanchez was physically harmed.

1067.    Among other things, Sanchez began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including nausea, vomiting, itchy, watery, burning eyes, headaches, and body aches.

1068.    As a result of his exposure to the October and December 2023 discharges from the refinery, Sanchez was physically harmed, including developing and/or worsening symptoms of difficulty breathing, headaches, coughing, earaches, and sore throat that were directly caused by the reoccurring discharges in 2023.

1069.    The 2023 discharges also entered Sanchez's residence, including the strange smell, dust and smoke.

1070.    The trespasses by PBF Martinez interfered with Sanchez's ability to use and enjoy the residence and caused injury to Sanchez and damage to the property including by decreasing the value of the property as a result of contamination.

1071.   Needless to say, the trespasses by PBF Martinez to Sanchez's real property were unauthorized in each instance.

### 63.    Plaintiff Timothy Shelton.

1072.   At all times relevant to this action, Plaintiff Timothy Shelton was over the age of 18 and was a resident of Martinez, California.

1073.   Plaintiff Timothy Shelton owned a residence, which was approximately 2 miles from the refinery.

1074.   Shelton was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1075.   The November 24 and 25, 2022, discharge also entered Shelton's residence, including I can't remember.

1076.   The trespass by PBF Martinez interfered with Shelton's ability to use and enjoy the residence and caused injury to Shelton and damage to the property including by decreasing the value of the property as a result of contamination.

1077.   Needless to say, the trespass by PBF Martinez to Shelton's real property was unauthorized.

1078.   Shelton was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1079.   In each instance, he was exposed to toxins from the refinery's discharges.

1080.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Shelton was physically harmed.

1081.   Among other things, Shelton began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, congestion, difficulty sleeping, body aches, phlegm, stomach pain, heartburn, dehydration, fever, and diarrhea.

1082.   As a result of his exposure to the October and December 2023 discharges from the refinery, Shelton was physically harmed, including developing and/or worsening symptoms of

throat irritation, coughing, difficulty breathing, dizziness, nausea, and headaches that were directly caused by the reoccurring discharges in 2023.

1083.   The 2023 discharges also entered Shelton's residence.

1084.   The trespasses by PBF Martinez interfered with Shelton's ability to use and enjoy the residence and caused injury to Shelton and damage to the property including by decreasing the value of the property as a result of contamination.

1085.   Needless to say, the trespasses by PBF Martinez to Shelton's real property was unauthorized in each instance.

1086.   Additionally, the health effects on Shelton from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 64.    Plaintiff Lorelei Smith.

1087.   At all times relevant to this action, Plaintiff Lorelei Smith was over the age of 18 and was a resident of Martinez, California.

1088.   Plaintiff Lorelei Smith owned a residence, which was approximately 1 1/2 miles from the refinery.

1089.   Smith was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1090.   Among other things, she recalls seeing some form of debris on her cars and the smell.

1091.   The November 24 and 25, 2022, discharge also entered Smith's residence, including the debris and smell.

1092.   The trespass by PBF Martinez interfered with Smith's ability to use and enjoy the residence and caused injury to Smith and damage to the property including by decreasing the value of the property as a result of contamination.

1093.   Needless to say, the trespass by PBF Martinez to Smith's real property was unauthorized.

1094.   Smith was also present at her residence for the July 2023, October 2023, and December 2023 releases.

-115-

1095.   In each instance, she was exposed to toxins from the refinery's discharges.

1096.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Smith was physically harmed.

1097.   Among other things, Smith began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including headaches and congestion.

1098.   As a result of her exposure to the 2023 discharges from the refinery, Smith was physically harmed, including developing and/or worsening symptoms of headaches, coughing, sore throat, nausea, sinus pressure, and stomachache that were directly caused by the reoccurring discharges in 2023.

1099.   The 2023 discharges also entered Smith's residence, including the strange smell and soot.

1100.   The trespasses by PBF Martinez interfered with Smith's ability to use and enjoy the residence and caused injury to Smith and damage to the property including by decreasing the value of the property as a result of contamination.

1101.   Needless to say, the trespasses by PBF Martinez to Smith's real property were unauthorized in each instance.

### 65.    Plaintiff Tohn Smith.

1102.   At all times relevant to this action, Plaintiff Tohn Smith was over the age of 18 and was a resident of Martinez, California.

1103.   Plaintiff Tohn Smith owned a residence, which was approximately 1 1/2 miles from the refinery.

1104.   Smith was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1105.   The November 24 and 25, 2022, discharge also entered Smith's residence.

1106.   The trespass by PBF Martinez interfered with Smith's ability to use and enjoy the residence and caused injury to Smith and damage to the property including by decreasing the value of the property as a result of contamination.

1107.  Needless to say, the trespass by PBF Martinez to Smith's real property was unauthorized.

1108.  Smith was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1109.  In each instance, he was exposed to toxins from the refinery's discharges.

1110.  As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Smith was physically harmed.

1111.  Among other things, Smith began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, headaches, and stomach pain.

1112.  As a result of his exposure to the October and December 2023 discharges from the refinery, Smith was physically harmed, including developing and/or worsening symptoms of headaches, dry cough, sore throat, nausea, sinus pressure, stomachache, and skin irritation that were directly caused by the reoccurring discharges in 2023.

1113.  The 2023 discharges also entered Smith's residence, including the strange smell and soot.

1114.  The trespasses by PBF Martinez interfered with Smith's ability to use and enjoy the residence and caused injury to Smith and damage to the property including by decreasing the value of the property as a result of contamination.

1115.  Needless to say, the trespasses by PBF Martinez to Smith's real property were unauthorized in each instance.

### 66.  Plaintiff Vanessa Valdez.

1116.  At all times relevant to this action, Plaintiff Vanessa Valdez was over the age of 18 and was a resident of Martinez, California.

1117.  Plaintiff Vanessa Valdez owned a residence, which was approximately 1/4 mile from the refinery.

1118.  Valdez was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1119.   Among other things, she recalled her vehicles and yard were covered with white dust.

1120.   The November 24 and 25, 2022, discharge also entered Valdez's residence, including white dust.

1121.   The trespass by PBF Martinez interfered with Valdez's ability to use and enjoy the residence and caused injury to Valdez and damage to the property including by decreasing the value of the property as a result of contamination.

1122.   Needless to say, the trespass by PBF Martinez to Valdez's real property was unauthorized.

1123.   Valdez was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1124.   In each instance she was exposed to toxins from the refinery's discharges.

1125.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Valdez was physically harmed.

1126.   Among other things, Valdez began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, itchy, watery, burning eyes, rash, and hives.

1127.   As a result of her exposure to the October and December 2023 discharges from the refinery, Valdez was physically harmed, including developing and/or worsening symptoms of difficulty breathing that were directly caused by the reoccurring discharges in 2023.

1128.   The 2023 discharges also entered Valdez's residence, including white dust.

1129.   The trespasses by PBF Martinez interfered with Valdez's ability to use and enjoy the residence and caused injury to Valdez and damage to the property including by decreasing the value of the property as a result of contamination.

1130.   Needless to say, the trespasses by PBF Martinez to Valdez's real property was unauthorized in each instance.

1

67.    **Plaintiff George Wheeler.**

2    1131.    At all times relevant to this action, Plaintiff George Wheeler was over the age of 18

3    and was a resident of Martinez, California.

4    1132.    Plaintiff George Wheeler owned a residence, which was approximately 2 miles from

5    the refinery.

6    1133.    Wheeler was present at their residence for the July 11, 2023, release from the

7    refinery, and was exposed to the toxic discharge from the refinery.

8    1134.    Among other things, he recalled a smell.

9    1135.    As a result of his exposure to the toxic discharges from the refinery on July 11, 2023,

10    Wheeler was physically harmed.

11    1136.    Among other things, Wheeler began experiencing illness and symptoms that were

12    directly caused by the toxic exposure immediately after the release, including breathing difficulties,

13    chest pain, sore throat, coughing, itchy, watery, burning eyes, and headaches.

14    1137.    The July 11, 2023, discharge also entered Wheeler's residence, including the smell

15    1138.    The trespass by PBF Martinez interfered with Wheeler's ability to use and enjoy the

16    residence and caused injury to Wheeler and damage to the property including by decreasing the

17    value of the property as a result of contamination.

18    1139.    Needless to say, the trespass by PBF Martinez to Wheeler's real property was

19    unauthorized.

20    1140.    Wheeler was also present at his residence for the October 2023 and December 2023

21    releases.

22    1141.    In each instance, he was exposed to toxins from the refinery's discharges.

23    1142.    As a result of his exposure to the 2023 discharges from the refinery, Wheeler was

24    physically harmed, including developing and/or worsening symptoms of chest irritation, eye

25    irritation, dizziness, and shortness of breath that were directly caused by the reoccurring discharges

26    in 2023.

27    1143.    The 2023 discharges also entered Wheeler's residence.

28

1144.  The trespasses by PBF Martinez interfered with Wheeler's ability to use and enjoy the residence and caused injury to Wheeler and damage to the property including by decreasing the value of the property as a result of contamination.

1145.  Needless to say, the trespasses by PBF Martinez to Wheeler's real property were unauthorized in each instance.

1146.  Additionally, the health effects on Wheeler from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 68.    Plaintiff Victoria Wickman.

1147.  At all times relevant to this action, Plaintiff Victoria Wickman was over the age of 18 and was a resident of Martinez, California.

1148.  Plaintiff Victoria Wickman owned a residence, which was approximately 1/4 mile from the refinery.

1149.  Wickman was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1150.  Among other things, she recalls the smell was horrible and the air quality not good.

1151.  The November 24 and 25, 2022, discharge also entered Wickman's residence, including the smell and poor air quality.

1152.  The trespass by PBF Martinez interfered with Wickman's ability to use and enjoy the residence and caused injury to Wickman and damage to the property including by decreasing the value of the property as a result of contamination.

1153.  Needless to say, the trespass by PBF Martinez to Wickman's real property was unauthorized.

1154.  Wickman was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1155.  In each instance, she was exposed to toxins from the refinery's discharges.

1156.  As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Wickman was physically harmed.

1157.   Among other things, Wickman began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, and headaches.

1158.   As a result of her exposure to the October and December 2023 discharges from the refinery, Wickman was physically harmed, including developing and/or worsening symptoms of coughing and headaches that day that were directly caused by the reoccurring discharges in 2023.

1159.   The 2023 discharges also entered Wickman's residence, including the white dust.

1160.   The trespasses by PBF Martinez interfered with Wickman's ability to use and enjoy the residence and caused injury to Wickman and damage to the property including by decreasing the value of the property as a result of contamination.

1161.   Needless to say, the trespasses by PBF Martinez to Wickman's real property were unauthorized in each instance.

### 69.    Plaintiff Charles Yeager.

1162.   At all times relevant to this action, Plaintiff Charles Yeager was over the age of 18 and was a resident of Martinez, California.

1163.   Plaintiff Charles Yeager owned a residence, which was approximately 1/2 mile from the refinery.

1164.   Yeager was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1165.   Among other things, he recalls it smelled of smoke and that it was hazy outside.

1166.   The November 24 and 25, 2022, discharge also entered Yeager's residence, including the smell and haze.

1167.   The trespass by PBF Martinez interfered with Yeager's ability to use and enjoy the residence and caused injury to Yeager and damage to the property including by decreasing the value of the property as a result of contamination.

1168.   Needless to say, the trespass by PBF Martinez to Yeager's real property was unauthorized.

1169.  Yeager was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1170.  In each instance, he was exposed to toxins from the refinery's discharges.

1171.  As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Yeager was physically harmed.

1172.  Among other things, Yeager began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing difficulties.

1173.  As a result of his exposure to the October and December 2023 discharges from the refinery, Yeager was physically harmed, including developing and/or worsening symptoms of difficulty breathing, brain fog, nausea, congestion, eye irritation, and sore throat that were directly caused by the reoccurring discharges in 2023.

1174.  The 2023 discharges also entered Yeager's residence.

1175.  The trespasses by PBF Martinez interfered with Yeager's ability to use and enjoy the residence and caused injury to Yeager and damage to the property including by decreasing the value of the property as a result of contamination.

1176.  Needless to say, the trespasses by PBF Martinez to Yeager's real property was unauthorized in each instance.

1177.  Additionally, the health effects on Yeager from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**70.    Plaintiff Mark Hardeman.**

1178.  At all times relevant to this action, Plaintiff Mark Hardeman was over the age of 18 and was a resident of Martinez, California.

1179.  Plaintiff Mark Hardeman owned a residence, which was approximately 1 1/2 miles from the refinery.

1180.  Hardeman was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

Case 4:24-cv-08153-HSG     Document 1     Filed 11/19/24     Page 123 of 425

1181.   Among other things, he recalled the smell, along with the dust. He had to cut down his orange trees and clean his garden due to the dust.

1182.   The November 24 and 25, 2022, discharge also entered Hardeman's residence, including the smell and refinery-dust.

1183.   The trespass by PBF Martinez interfered with Hardeman's ability to use and enjoy the residence and caused injury to Hardeman and damage to the property including by decreasing the value of the property as a result of contamination.

1184.   Needless to say, the trespass by PBF Martinez to Hardeman's real property was unauthorized.

1185.   Hardeman was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1186.   In each instance, he was exposed to toxins from the refinery's discharges.

1187.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Hardeman was physically harmed.

1188.   Among other things, Hardeman began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, and congestion.

1189.   As a result of his exposure to the December 2023 discharges from the refinery, Hardeman was physically harmed, including developing and/or worsening symptoms of coughing, congestion, and phlegm that were directly caused by the reoccurring discharges in 2023.

1190.   The 2023 discharges also entered Hardeman's residence, including the dust and smell.

1191.   The trespasses by PBF Martinez interfered with Hardeman's ability to use and enjoy the residence and caused injury to Hardeman and damage to the property including by decreasing the value of the property as a result of contamination.

1192.   Needless to say, the trespasses by PBF Martinez to Hardeman's real property was unauthorized in each instance.

-123-

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

### 71. Plaintiff Sharon Kennedy.

1193.  At all times relevant to this action, Plaintiff Sharon Kennedy was over the age of 18 and was a resident of Martinez, California.

1194.  Plaintiff Sharon Kennedy owned a residence, which was approximately 1 mile from the refinery.

1195.  Kennedy was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1196.  Among other things, she recalls the smell and seeing debris everywhere.

1197.  The November 24 and 25, 2022, discharge also entered Kennedy's residence, including the smell and dust.

1198.  The trespass by PBF Martinez interfered with Kennedy's ability to use and enjoy the residence and caused injury to Kennedy and damage to the property including by decreasing the value of the property as a result of contamination.

1199.  Needless to say, the trespass by PBF Martinez to Kennedy's real property was unauthorized.

1200.  Kennedy was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1201.  In each instance, she was exposed to toxins from the refinery's discharges.

1202.  As a result of her exposure to the toxic discharges from the refinery on October 6, 2023, Kennedy was physically harmed.

1203.  Among other things, Kennedy began experiencing illness and symptoms that were directly caused by the toxic exposure within a few months after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, phlegm, and diarrhea.

1204.  Other developing and/or worsening symptoms from the 2023 discharges include runny nose, coughing, headaches, and fatigue that were directly caused by the reoccurring discharges in 2023.

1205.   The 2023 discharges also entered Kennedy's residence, including the smell and debris.

1206.   The trespasses by PBF Martinez interfered with Kennedy's ability to use and enjoy the residence and caused injury to Kennedy and damage to the property including by decreasing the value of the property as a result of contamination.

1207.   Needless to say, the trespasses by PBF Martinez to Kennedy's real property were unauthorized in each instance.

### 72.    Plaintiff Brian Lloren.

1208.   At all times relevant to this action, Plaintiff Brian Lloren was over the age of 18 and was a resident of Martinez, California.

1209.   Plaintiff Brian Lloren owned a residence, which was approximately 1/2 mile from the refinery.

1210.   Lloren was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1211.   Among other things, he recalls a noxious smell.

1212.   The November 24 and 25, 2022, discharge also entered Lloren's residence, including a terrible smell.

1213.   The trespass by PBF Martinez interfered with Lloren's ability to use and enjoy the residence and caused injury to Lloren and damage to the property including by decreasing the value of the property as a result of contamination.

1214.   Needless to say, the trespass by PBF Martinez to Lloren's real property was unauthorized.

1215.   Lloren was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1216.   In each instance, he was exposed to toxins from the refinery's discharges.

1217.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Lloren was physically harmed.

1218.   Among other things, Lloren began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including sore throat, coughing, nausea, vomiting, headaches, and fatigue.

1219.   As a result of his exposure to the 2023 discharges from the refinery, Lloren was physically harmed, including developing and/or worsening symptoms of nausea, headaches, and pressure on his head that were directly caused by the reoccurring discharges in 2023.

1220.   The 2023 discharges also entered Lloren's residence, including the terrible smell.

1221.   The trespasses by PBF Martinez interfered with Lloren's ability to use and enjoy the residence and caused injury to Lloren and damage to the property including by decreasing the value of the property as a result of contamination.

1222.   Needless to say, the trespasses by PBF Martinez to Lloren's real property were unauthorized in each instance.

### 73.    Plaintiff Joseph Pighin.

1223.   At all times relevant to this action, Plaintiff Joseph Pighin was over the age of 18 and was a resident of Martinez, California.

1224.   Plaintiff Joseph Pighin owned a residence, which was approximately 1 mile from the refinery.

1225.   Pighin was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1226.   The November 24 and 25, 2022, discharge also entered Pighin's residence.

1227.   The trespass by PBF Martinez interfered with Pighin's ability to use and enjoy the residence and caused injury to Pighin and damage to the property including by decreasing the value of the property as a result of contamination.

1228.   Needless to say, the trespass by PBF Martinez to Pighin's real property was unauthorized.

1229.   Pighin was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1230.   In each instance, he was exposed to toxins from the refinery's discharges.

-126-

1231.  As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Pighin was physically harmed.

1232.  Among other things, Pighin began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, sore throat, coughing, and asthma flare-ups.

1233.  Additional developing and/or worsening symptoms include difficulty breathing, asthma flare ups, and coughing that were directly caused by the reoccurring discharges in 2023.

1234.  The 2023 discharges also entered Pighin's residence.

1235.  The trespasses by PBF Martinez interfered with Pighin's ability to use and enjoy the residence and caused injury to Pighin and damage to the property including by decreasing the value of the property as a result of contamination.

1236.  Needless to say, the trespasses by PBF Martinez to Pighin's real property were unauthorized in each instance.

**74.    Plaintiff Isaac Westphal.**

1237.  At all times relevant to this action, Plaintiff Isaac Westphal was over the age of 18 and was a resident of Martinez, California.

1238.  Plaintiff Isaac Westphal owned a residence, which was approximately 1/4 mile from the refinery.

1239.  Westphal was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1240.  Among other things, he noticed light and dark specs on his vehicles and house.

1241.  The November 24 and 25, 2022, discharge also entered Westphal's residence, including the light and dark particles.

1242.  The trespass by PBF Martinez interfered with Westphal's ability to use and enjoy the residence and caused injury to Westphal and damage to the property including by decreasing the value of the property as a result of contamination.

1243.  Needless to say, the trespass by PBF Martinez to Westphal's real property was unauthorized.

1244.   Westphal was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1245.   In each instance, he was exposed to toxins from the refinery's discharges.

1246.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Westphal was physically harmed.

1247.   Among other things, Westphal began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, headaches, fatigue, congestion, and phlegm.

1248.   Additional developing and/or worsening symptoms of sinus congestion, headaches, sore throat, and eye irritation were directly caused by the reoccurring discharges in 2023.

1249.   The 2023 discharges also entered Westphal's residence, including particles and chemical smell.

1250.   The trespasses by PBF Martinez interfered with Westphal's ability to use and enjoy the residence and caused injury to Westphal and damage to the property including by decreasing the value of the property as a result of contamination.

1251.   Needless to say, the trespasses by PBF Martinez to Westphal's real property was unauthorized in each instance.

1252.   Additionally, the health effects on Westphal from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**75.    Plaintiff Katherine Flenner.**

1253.   At all times relevant to this action, Plaintiff Katherine Flenner was over the age of 18 and was a resident of Martinez, California.

1254.   Plaintiff Katherine Flenner owned a residence, which was approximately 1 mile from the refinery.

1255.   Flenner was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1256.   The November 24 and 25, 2022, discharge also entered Flenner's residence.

1257.   The trespass by PBF Martinez interfered with Flenner's ability to use and enjoy the residence and caused injury to Flenner and damage to the property including by decreasing the value of the property as a result of contamination.

1258.   Needless to say, the trespass by PBF Martinez to Flenner's real property was unauthorized.

1259.   Flenner was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1260.   In each instance, she was exposed to toxins from the refinery's discharges.

1261.   As a result of her exposure to the toxic discharges from the refinery on December 15, 2023, Flenner was physically harmed.

1262.   Among other things, Flenner began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, and phlegm.

1263.   Additional developing and/or worsening symptoms of asthma flare ups, breathing issues, sore throat, and fatigue were directly caused by the reoccurring discharges in 2023.

1264.   The 2023 discharges also entered Flenner's residence.

1265.   The trespasses by PBF Martinez interfered with Flenner's ability to use and enjoy the residence and caused injury to Flenner and damage to the property including by decreasing the value of the property as a result of contamination.

1266.   Needless to say, the trespasses by PBF Martinez to Flenner's real property were unauthorized in each instance.

**76.    Plaintiff Dorothea Rosselli.**

1267.   At all times relevant to this action, Plaintiff Dorothea Rosselli was over the age of 18 and was a resident of Martinez, California.

1268.   Plaintiff Dorothea Rosselli owned a residence, which was approximately 2 miles from the refinery.

1269.   Rosselli was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

-129-

1270.  Among other things, she recalls soot and a sticky substance on her two cars and on her produce outside.

1271.  The November 24 and 25, 2022, discharge also entered Rosselli's residence, including the soot from outside.

1272.  The trespass by PBF Martinez interfered with Rosselli's ability to use and enjoy the residence and caused injury to Rosselli and damage to the property including by decreasing the value of the property as a result of contamination.

1273.  Needless to say, the trespass by PBF Martinez to Rosselli's real property was unauthorized.

1274.  Rosselli was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1275.  In each instance, she was exposed to toxins from the refinery's discharges.

1276.  As a result of her exposure to the toxic discharges from the refinery on December 15, 2023, Rosselli was physically harmed.

1277.  Among other things, Rosselli began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, rash, hives, sinus pain, pressure, fatigue, difficulty sleeping, and asthma flare-ups.

1278.  Additional developing and/or worsening symptoms of coughing and skin rashes were directly caused by the reoccurring discharges in 2023.

1279.  The 2023 discharges also entered Rosselli's residence, including soot and a chemical odor.

1280.  The trespasses by PBF Martinez interfered with Rosselli's ability to use and enjoy the residence and caused injury to Rosselli and damage to the property including by decreasing the value of the property as a result of contamination.

1281.  Needless to say, the trespasses by PBF Martinez to Rosselli's real property were unauthorized in each instance.

1

**B.      Renter Plaintiffs.**

2

1282.    Plaintiffs Rene Aguayo, Camilo Alberto, Selena Alvarez, Kathryn Anastas, Aleen

3

Androyna, Amie Androyna, Marie Avilla, John Ayers, Rashomon Bailey, Aubrie Ballardo, Patricia

4

Batiste, Danielle Beltrano, Bobby Bolin, Bruce Bosanko, William Broussard, Richard Bullington,

5

Sean Camacho, Martha Carlson, Damen Carroll, Patricia Casparian, Marlene Castillo, Christopher

6

Catalan, Melissa Cavino, Edith Chavarria, Krishna Clemon, Casey Cliff, Thomas Conley, Jeffrey

7

Coon, Dustin Cooper, Marissa Curtis, Sean Davidson, Isaiah De La Cruz, Jose De La Torre, Luz

8

De La Torre, Susan Dean, Michelle DeHaven, Scott Dickson, Kaitlin Dunn, Daniel Elkins,

9

Terrance Elliott, Daniel Erny, Elsa Flores, Cindy Forrett, Luna Foster, Teresa Franklin, Evelyn

10

Frias, Joyce Gaines, Allen Graters, Danielle Giampappas, Ildefonso Gonzalez, Maria Gonzalez,

11

Maricela Gonzalez, Jon Gray, Tami Gray, Viberto Guerra, Luis Guerrero, Krysta Hadsell, Nancy

12

Hadsell, Scott Hadsell, Harry Hall, Janeen Harrison, Teresa Hernandez, Darrell Hildebrant,

13

Christopher Hind, Deborah Hogarty, Ralph Holz, Sean Hreha, Deborah Hudson Wisell, Kerry

14

Huffman, Jillian Hunter, Clara Jacinto, Kelsey Jacobs, Lisa Jawad, Bradley Jorgensen, Christopher

15

Katyal, Kenneth Kelly, Lillian Kemp, Austin Landers, Jamie Langdon, Ellison Lockett, Tina

16

Machado, Johnnie Maynor, James McCarty, Patricia McGuire, Stephen Mellin, Katrina Metrock,

17

Robert Metrock, Ashley Oliver, Cheryl Oliveri, Jacob Oliveri, Paula Olivier, Richard O'Rourke,

18

Joshua Palmer, Marie Palmer, Ronald Palmer, Denyel Papillion, Derek Paulson, Melissa Payne,

19

Omar Perez, Matthew Pickup, Rashaad Pritchett, Hary Quiles, Aleena Quintero, Barbara Ramsey,

20

Cindy Ramsey, Molly Raynor, Hunter Reed, Jerald Robinson, Bayardo Ruiz, Thomas Sanders,

21

James Shafi, Scott Shahade, Travis Stevenson, David Thoma, Bernadette Tobin, Philip Trinidad,

22

Rose Verdin, Toya Ware, James Weirich, Patrick Winters, Vickie Witherspoon, Steven Woodburn,

23

Maksim Yanovsky, Nancy Arzac, Saint Asberry, Bruce Baughn, Raeshonte Bent, Anastasia Burke,

24

James Burke, Janet Caston, Elizabeth Cisneros, Brandi Cunning, Damon Marks, Lily De La Torre,

25

Matthew Dorian, Christy Duncan, Cheryl Easeley, Elena Edwards, Michael Eimen, Messiah Elliott,

26

Antonio Garcia, Che Germaine, Steven Gill, Kiana Gordon, Kelly Hildebrand-Gill, Brandi

27

Hoffman, Tina Hutton, Akram Ibrahim, Leuma Iliili, Anastacia Iliili, Iliili Illiili, Tisha Jobe,

28

Michael Johnson, Pauline Kaiser, William Labat, Gary Lee, Stephen Loving, Austin Makeev,

Jeremy Malvo, Rodney Mayes, Autumn Mechling, Marta Meredith, Vicki Morgan, Chandda Mulligan, Vance Myers, David Oliveri, Kara O'Neil, Bobby Paulsen, Vincenzo Porfino, Jessica Ramirez Pena, Ernest Rankin, Johnathan Reisbeck, Gary Riley, Uei Saengsourith Saechao, Glen Shoults, Tashaye Slye, Aimez Spear, Demoin Stroman, Robert Underwood, Juanita Washington, Curtis Webb, Charles Wilson, Keith Wisell, Ariana Bethell, Berenice Ceballos, Daniel Chavez, Amanda Drury, Jessie Jackson, Bashira Khyam, Edris Khyam, Kevin Kibble, Gary Kramer, Zackery Kramer, Denise Maynard, Andrew Nelson, Michael Scott, Khurram Shafi, Ciara Speace, Shawn Spencer, Eric Tobin, Joyce Adams, Jeffrey Devita, Anthony Gahr, Joaquin Jacinto, Glenda Lindborg, Roberta Meadows, Robert Murdic, Diane Rekow, and Alice Saliba, whose allegations appear in Paragraphs 1283 to 4381, are referred to collectively as the "Renter Plaintiffs."

**1.    Plaintiff Rene Aguayo.**

1283.   At all times relevant to this action, Plaintiff Rene Aguayo was over the age of 18 and was a resident of Martinez, California.

1284.   Plaintiff Rene Aguayo rented a residence, which was approximately 2 miles from the refinery.

1285.   Aguayo was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1286.   Among other things, he recalled it smelled odd.

1287.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Aguayo was physically harmed.

1288.   Among other things, Aguayo began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, bloody nose, congestion, phlegm, stomach pain, and heartburn.

1289.   The November 24 and 25, 2022, discharge also entered Aguayo's residence, including the odd smell.

1290.   The trespass by PBF Martinez interfered with Aguayo's ability to use and enjoy the residence and caused injury to Aguayo and damage to the property.

1291.   Needless to say, the trespass by PBF Martinez to Aguayo's real property was unauthorized.

### 2.    Plaintiff Camilo Alberto.

1292.   At all times relevant to this action, Plaintiff Camilo Alberto was over the age of 18 and was a resident of Martinez, California.

1293.   Plaintiff Camilo Alberto rented a residence, which was approximately 1/4 mile from the refinery.

1294.   Alberto was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1295.   Among other things, he recalls seeing the refinery-dust particles and smoke in the air.

1296.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Alberto was physically harmed.

1297.   Among other things, Alberto began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, and difficulty sleeping.

1298.   The November 24 and 25, 2022, discharge also entered Alberto's residence.

1299.   The trespass by PBF Martinez interfered with Alberto's ability to use and enjoy the residence and caused injury to Alberto and damage to the property.

1300.   Needless to say, the trespass by PBF Martinez to Alberto's real property was unauthorized.

1301.   Alberto was also present at their residence for the July 2023, October 2023, and December 2023 releases.

1302.   In each instance, he was exposed to toxins from the refinery's discharges.

1303.   As a result of his exposure to the 2023 discharges from the refinery, Alberto was physically harmed, including developing and/or worsening symptoms of coughing and chest pain that were directly caused by the reoccurring discharges in 2023.

1304.   The 2023 discharges also entered Alberto's residence, including the smell of toxic air.

1305.   The trespasses by PBF Martinez interfered with Alberto's ability to use and enjoy the residence and caused injury to Alberto and damage to the property.

1306.   Needless to say, the trespasses by PBF Martinez to Alberto's real property was unauthorized in each instance.

1307.   Additionally, the health effects on Alberto from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 3.    Plaintiff Selena Alvarez.

1308.   At all times relevant to this action, Plaintiff Selena Alvarez was over the age of 18 and was a resident of Martinez, California.

1309.   Plaintiff Selena Alvarez rented a residence, which was approximately more than 2 miles from the refinery.

1310.   Alvarez was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1311.   Among other things, she recalls her symptoms beginning to act up immediately after the release.

1312.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Alvarez was physically harmed.

1313.   Among other things, Alvarez began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, congestion, difficulty sleeping, and asthma flare-ups.

1314.   The November 24 and 25, 2022, discharge also entered Alvarez's residence.

1315.   The trespass by PBF Martinez interfered with Alvarez's ability to use and enjoy the residence and caused injury to Alvarez and damage to the property.

1316.   Needless to say, the trespass by PBF Martinez to Alvarez's real property was unauthorized.

1317.   Alvarez was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1318.   In each instance, she was exposed to toxins from the refinery's discharges.

1319.   As a result of her exposure to the 2023 discharges from the refinery, Alvarez was physically harmed, including developing and/or worsening symptoms of respiratory issues, throat burning, and a burning smell that hurt her that were directly caused by the reoccurring discharges in 2023.

1320.   The 2023 discharges also entered Alvarez's residence, including a type of burning smell.

1321.   The trespasses by PBF Martinez interfered with Alvarez's ability to use and enjoy the residence and caused injury to Alvarez and damage to the property.

1322.   Needless to say, the trespasses by PBF Martinez to Alvarez's real property was unauthorized in each instance.

### 4.   Plaintiff Kathryn Anastas.

1323.   At all times relevant to this action, Plaintiff Kathryn Anastas was over the age of 18 and was a resident of Martinez, California.

1324.   Plaintiff Kathryn Anastas rented a residence, which was approximately 2 miles from the refinery.

1325.   Anastas was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1326.   Among other things, she recalls the change in smell in the area after the releases.

1327.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Anastas was physically harmed.

1328.   Among other things, Anastas began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, and asthma flare-ups.

1329.   The November 24 and 25, 2022, discharge also entered Anastas's residence, including the smell emitted from the refinery from the release.

1330.   The trespass by PBF Martinez interfered with Anastas's ability to use and enjoy the residence and caused injury to Anastas and damage to the property.

1331.   Needless to say, the trespass by PBF Martinez to Anastas's real property was unauthorized.

1332.   Anastas was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1333.   In each instance, she was exposed to toxins from the refinery's discharges.

1334.   As a result of her exposure to the 2023 discharges from the refinery, Anastas was physically harmed, including developing and/or worsening symptoms of difficulty breathing and headache that were directly caused by the reoccurring discharges in 2023.

1335.   The 2023 discharges also entered Anastas's residence, including the noxious smell from the releases.

1336.   The trespasses by PBF Martinez interfered with Anastas's ability to use and enjoy the residence and caused injury to Anastas and damage to the property.

1337.   Needless to say, the trespasses by PBF Martinez to Anastas's real property was unauthorized in each instance.

**5.    Plaintiff Aleen Androyna.**

1338.   At all times relevant to this action, Aleen Androyna was over the age of 18 and was a resident of Martinez, California.

1339.   Plaintiff Aleen Androyna rented a residence, which was approximately 1 mile from the refinery.

1340.   Androyna was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1341.   Among other things, she recalls seeing the refinery-dust everywhere, and her dog died not long after.

1342.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Androyna was physically harmed.

1343.   Among other things, Androyna began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, chest pain, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, phlegm, and loss of balance.

1344.   The November 24 and 25, 2022, discharge also entered Androyna's residence, including the dust.

1345.   The trespass by PBF Martinez interfered with Androyna's ability to use and enjoy the residence and caused injury to Androyna and damage to the property.

1346.   Needless to say, the trespass by PBF Martinez to Androyna's real property was unauthorized.

1347.   Androyna was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1348.   In each instance, she was exposed to toxins from the refinery's discharges.

1349.   As a result of her exposure to the 2023 discharges from the refinery, Androyna was physically harmed, including developing and/or worsening symptoms of sinus and respiratory issues, headaches, chest pain, that were directly caused by the reoccurring discharges in 2023.

1350.   The 2023 discharges also entered Androyna's residence, including dust

1351.   The trespasses by PBF Martinez interfered with Androyn's ability to use and enjoy the residence and caused injury to Androyna and damage to the property.

1352.   Needless to say, the trespasses by PBF Martinez to Androyna's real property was unauthorized in each instance.

1353.   Additionally, the health effects on Androyna from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1

### 6.    Plaintiff Amie Androyna.

2      1354.    At all times relevant to this action, Plaintiff Amie Androyna was over the age of 18

3   and was a resident of Martinez, California.

4      1355.    Plaintiff Amie Androyna rented a residence, which was approximately 1/2 mile

5   from the refinery.

6      1356.    Androyna was present at their residence for the November 24 and 25, 2022 release

7   from the refinery, and was exposed to the toxic discharge from the refinery.

8      1357.    Among other things, she recalls seeing this white substance stuff on the cars and

9   weird fog cloud-like air that was unusual.

10      1358.    As a result of her exposure to the toxic discharges from the refinery on November

11   24 and 25, 2022, Androyna was physically harmed.

12      1359.    Among other things, Androyna began experiencing illness and symptoms that were

13   directly caused by the toxic exposure within a few weeks after the release, including breathing

14   difficulties, memory issues, brain fog, dizziness, vertigo, headaches, sinus pain, pressure, fatigue,

15   and loss of balance.

16      1360.    The November 24 and 25, 2022, discharge also entered Androyna's residence,

17   including the white substance and dust.

18      1361.    The trespass by PBF Martinez interfered with Androyna's ability to use and enjoy

19   the residence and caused injury to Androyna and damage to the property.

20      1362.    Needless to say, the trespass by PBF Martinez to Androyna's real property was

21   unauthorized.

22      1363.    In each instance, she was exposed to toxins from the refinery's discharges.

23      1364.    The trespasses by PBF Martinez interfered with Androyna's ability to use and enjoy

24   the residence and caused injury to Androyna and damage to the property.

25      1365.    Needless to say, the trespasses by PBF Martinez to Androyna's real property was

26   unauthorized in each instance.

27      1366.    Additionally, the health effects on Androyna from the discharges have caused her

28   to suffer lost wages, income, and/or business opportunities.

7.    **Plaintiff Marie Avilla.**

1367.   At all times relevant to this action, Plaintiff Marie Avilla was over the age of 18 and was a resident of Martinez, California.

1368.   Plaintiff Marie Avilla rented a residence, which was approximately 1 mile from the refinery.

1369.   Avilla was present at a residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1370.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Avilla was physically harmed.

1371.   Among other things, Avilla began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including dizziness, vertigo, sore throat, coughing, headaches, and coughing.

1372.   The November 24 and 25, 2022, discharge also entered Avilla's residence.

1373.   The trespass by PBF Martinez interfered with Avilla's ability to use and enjoy the residence and caused injury to Avilla and damage to the property.

1374.   Needless to say, the trespass by PBF Martinez to Avilla's real property was unauthorized.

1375.   Avilla was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1376.   In each instance, she was exposed to toxins from the refinery's discharges.

1377.   As a result of her exposure to the 2023 discharges from the refinery, Avilla was physically harmed, including developing and/or worsening symptoms of headache, coughing, and dizziness that were directly caused by the reoccurring discharges in 2023.

1378.   The 2023 discharges also entered Avilla's residence.

1379.   The trespasses by PBF Martinez interfered with Avilla's ability to use and enjoy the residence and caused injury to Avilla and damage to the property.

1380.   Needless to say, the trespasses by PBF Martinez to Avilla's real property was unauthorized in each instance.

1381.   Additionally, the health effects on Avilla from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 8.    Plaintiff John Ayers.

1382.   At all times relevant to this action, Plaintiff John Ayers was over the age of 18 and was a resident of Martinez, California.

1383.   Plaintiff John Ayers rented a residence, which was approximately 1/4 mile from the refinery.

1384.   Ayers was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1385.   Among other things, he recalls the intensity in which the amount of dust there has been in his community over the last year, which impacts him because his home does not have centralized air, requiring him to open his windows and doors.

1386.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Ayers was physically harmed.

1387.   Among other things, Ayers began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, body aches, and loss of balance.

1388.   The November 24 and 25, 2022, discharge also entered Ayers's residence, including the dust.

1389.   The trespass by PBF Martinez interfered with Ayers's ability to use and enjoy the residence and caused injury to Ayers and damage to the property.

1390.   Needless to say, the trespass by PBF Martinez to Ayers's real property was unauthorized.

1391.   Ayers was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1392.   In each instance, he was exposed to toxins from the refinery's discharges.

1393.  As a result of his exposure to the 2023 discharges from the refinery, Ayers was physically harmed, including developing and/or worsening symptoms of headaches that were directly caused by the reoccurring discharges in 2023.

1394.  The 2023 discharges also entered Ayers's residence, including the coke dust.

1395.  The trespasses by PBF Martinez interfered with Ayers's ability to use and enjoy the residence and caused injury to Ayers and damage to the property.

1396.  Needless to say, the trespasses by PBF Martinez to Ayers's real property was unauthorized in each instance.

### 9.    Plaintiff Rashomon Bailey.

1397.  At all times relevant to this action, Plaintiff Rashomon Bailey was over the age of 18 and was a resident of Martinez, California.

1398.  Plaintiff Rashomon Bailey rented a residence, which was approximately 1 1/2 miles from the refinery.

1399.  Bailey was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1400.  As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Bailey was physically harmed.

1401.  Among other things, Bailey began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, asthma flare-up, heartburn, and loss of balance.

1402.  The November 24 and 25, 2022, discharge also entered Baileys' residence.

1403.  The trespass by PBF Martinez interfered with Baileys' ability to use and enjoy the residence and caused injury to Bailey and damage to the property.

1404.  Needless to say, the trespass by PBF Martinez to Baileys' real property was unauthorized.

1405.   Bailey was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1406.   In each instance, he was exposed to toxins from the refinery's discharges.

1407.   As a result of his exposure to the 2023 discharges from the refinery, Bailey was physically harmed, including developing and/or worsening symptoms of difficulty breathing, asthma, brain fog, eye irritation, difficulty breathing, asthma, brain fog, eye irritation, difficulty breathing, asthma, brain fog, and eye irritation that were directly caused by the reoccurring discharges in 2023.

1408.   The 2023 discharges also entered Baileys' residence.

1409.   The trespasses by PBF Martinez interfered with Baileys' ability to use and enjoy the residence and caused injury to Bailey and damage to the property.

1410.   Needless to say, the trespasses by PBF Martinez to Baileys' real property was unauthorized in each instance.

**10.    Plaintiff Aubrie Ballardo.**

1411.   At all times relevant to this action, Plaintiff Aubrie Ballardo was over the age of 18 and was a resident of Martinez, California.

1412.   Plaintiff Aubrie Ballardo rented a residence, which was approximately 1 1/2 miles from the refinery.

1413.   Ballardo was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1414.   Among other things, she recalls seeing refinery-dust on her fruit plants.

1415.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Ballardo was physically harmed.

1416.   Among other things, Ballardo began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, fatigue, bloody nose, congestion, and phlegm.

1417.   The November 24 and 25, 2022, discharge also entered Ballardo's residence, including the dust.

1418.   The trespass by PBF Martinez interfered with Ballardo's ability to use and enjoy the residence and caused injury to Ballardo and damage to the property.

1419.   Needless to say, the trespass by PBF Martinez to Ballardo's real property was unauthorized.

1420.   Ballardo was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1421.   In each instance, she was exposed to toxins from the refinery's discharges.

1422.   As a result of her exposure to the 2023 discharges from the refinery, Ballardo was physically harmed, including developing and/or worsening symptoms of dizziness, congestion and fatigue that were directly caused by the reoccurring discharges in 2023.

1423.   The 2023 discharges also entered Ballardo's residence.

1424.   The trespasses by PBF Martinez interfered with Ballardo's ability to use and enjoy the residence and caused injury to Ballardo and damage to the property.

1425.   Needless to say, the trespasses by PBF Martinez to Ballardo's real property was unauthorized in each instance.

**11.    Plaintiff Patricia Batiste.**

1426.   At all times relevant to this action, Plaintiff Patricia Batiste was over the age of 18 and was a resident of Martinez, California.

1427.   Plaintiff Patricia Batiste rented a residence, which was approximately 2 miles from the refinery.

1428.   Batiste was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1429.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Batiste was physically harmed.

1430.   Among other things, Batiste began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing

-143-

difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, fatigue, difficulty sleeping, dehydration, fainting, and loss of balance.

1431.   The November 24 and 25, 2022, discharge also entered Batiste's residence.

1432.   The trespass by PBF Martinez interfered with Batiste's ability to use and enjoy the residence and caused injury to Batiste and damage to the property.

1433.   Needless to say, the trespass by PBF Martinez to Batiste's real property was unauthorized.

1434.   Batiste was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1435.   In each instance, she was exposed to toxins from the refinery's discharges.

1436.   As a result of her exposure to the 2023 discharges from the refinery, Batiste was physically harmed, including developing and/or worsening symptoms of shortness of breath, coughing, headaches, itchy and watery eyes, nausea, memory issues, dizziness, and dry and scratchy throat that were directly caused by the reoccurring discharges in 2023.

1437.   The 2023 discharges also entered Batiste's residence.

1438.   The trespasses by PBF Martinez interfered with Batiste's ability to use and enjoy the residence and caused injury to Batiste and damage to the property.

1439.   Needless to say, the trespasses by PBF Martinez to Batiste's real property was unauthorized in each instance.

1440.   Additionally, the health effects on Batiste from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**12.    Plaintiff Danielle Beltrano.**

1441.   At all times relevant to this action, Plaintiff Danielle Beltrano was over the age of 18 and was a resident of California.

1442.   Plaintiff Danielle Beltrano lived in Martinez approximately 1.8 miles from the refinery.

1443.   Beltrano was living in Martinez for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1444.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Beltrano was physically harmed.

1445.   Among other things, Beltrano began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, headaches, sinus pain, pressure, congestion, body aches, heartburn, and diarrhea.

1446.   Additionally, the health effects on Beltrano from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**13.    Plaintiff Bobby Bolin.**

1447.   At all times relevant to this action, Plaintiff Bobby Bolin was over the age of 18 and was a resident of Martinez, California.

1448.   Plaintiff Bobby Bolin rented a residence, which was approximately 2 miles from the refinery.

1449.   Bolin was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1450.   Among other things, he recalls the smell.

1451.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Bolin was physically harmed.

1452.   Among other things, Bolin began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, difficulty sleeping, stomach pain, asthma flare-ups, and headaches.

1453.   The November 24 and 25, 2022, discharge also entered Bolin's residence, including the smell.

1454.   The trespass by PBF Martinez interfered with Bolin's ability to use and enjoy the residence and caused injury to Bolin and damage to the property.

1455.   Needless to say, the trespass by PBF Martinez to Bolin's real property was unauthorized.

1456.   Bolin was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1457.   In each instance, he was exposed to toxins from the refinery's discharges.

1458.   As a result of his exposure to the 2023 discharges from the refinery, Bolin was physically harmed, including developing and/or worsening symptoms of congestion, shortness of breath, and cough that were directly caused by the reoccurring discharges in 2023.

1459.   The 2023 discharges also entered Bolin's residence, including the smell.

1460.   The trespasses by PBF Martinez interfered with Bolin's ability to use and enjoy the residence and caused injury to Bolin and damage to the property.

1461.   Needless to say, the trespasses by PBF Martinez to Bolin's real property were unauthorized in each instance.

### 14.    Plaintiff Bruce Bosanko.

1462.   At all times relevant to this action, Plaintiff Bruce Bosanko was over the age of 18 and was a resident of Martinez, California.

1463.   Plaintiff Bruce Bosanko rented a residence, which was approximately 1 mile from the refinery.

1464.   Bosanko was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1465.   Among other things, he had white ash on his car and residence, along with a bad smell from the refinery.

1466.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Bosanko was physically harmed.

1467.   Among other things, Bosanko began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, and asthma flare-up.

1468.   The November 24 and 25, 2022, discharge also entered Bosanko's residence, including white ash and smell.

1469.   The trespass by PBF Martinez interfered with Bosanko's ability to use and enjoy the residence and caused injury to Bosanko and damage to the property.

1470.   Needless to say, the trespass by PBF Martinez to Bosanko's real property was unauthorized.

1471.   Bosanko was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1472.   In each instance, he was exposed to toxins from the refinery's discharges.

1473.   As a result of his exposure to the 2023 discharges from the refinery, Bosanko was physically harmed, including developing and/or worsening symptoms of asthma, eye irritation, coughing, headaches, and skin irritation that were directly caused by the reoccurring discharges in 2023.

1474.   The 2023 discharges also entered Bosanko's residence, including white ash and smell.

1475.   The trespasses by PBF Martinez interfered with Bosanko's ability to use and enjoy the residence and caused injury to Bosanko and damage to the property.

1476.   Needless to say, the trespasses by PBF Martinez to Bosanko's real property was unauthorized in each instance.

**15.    Plaintiff William Broussard.**

1477.   At all times relevant to this action, Plaintiff William Broussard was over the age of 18 and was a resident of Martinez, California.

1478.   Plaintiff William Broussard rented a residence, which was approximately 1 1/2 miles from the refinery.

1479.   Broussard was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1480.   Among other things, he smelled a substance in the air.

1481.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Broussard was physically harmed.

1482.   Among other things, Broussard began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, congestion, and loss of balance.

1483.   The November 24 and 25, 2022, discharge also entered Broussard's residence, including the smell.

1484.   The trespass by PBF Martinez interfered with Broussard's ability to use and enjoy the residence and caused injury to Broussard and damage to the property.

1485.   Needless to say, the trespass by PBF Martinez to Broussard's real property was unauthorized.

1486.   Broussard was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1487.   In each instance, he was exposed to toxins from the refinery's discharges.

1488.   As a result of his exposure to the 2023 discharges from the refinery, Broussard was physically harmed, including developing and/or worsening symptoms of congestion, headaches, sore throats, and cough that were directly caused by the reoccurring discharges in 2023.

1489.   The 2023 discharges also entered Broussard's residence.

1490.   The trespasses by PBF Martinez interfered with Broussard's ability to use and enjoy the residence and caused injury to Broussard and damage to the property.

1491.   Needless to say, the trespasses by PBF Martinez to Broussard's real property was unauthorized in each instance.

**16.   Plaintiff Richard Bullington.**

1492.   At all times relevant to this action, Plaintiff Richard Bullington was over the age of 18 and was a resident of Martinez, California.

1493.   Plaintiff Richard Bullington rented a residence, which was approximately 1/4 mile from the refinery.

1494.   Bullington was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1495.   Among other things, he recalls the smell of smoke and fumes.

1496.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Bullington was physically harmed.

1497.   Among other things, Bullington began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea , vomiting, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, difficulty sleeping, and asthma flare-ups.

1498.   The November 24 and 25, 2022, discharge also entered Bullington's residence, including the smell.

1499.   The trespass by PBF Martinez interfered with Bullington's ability to use and enjoy the residence and caused injury to Bullington and damage to the property.

1500.   Needless to say, the trespass by PBF Martinez to Bullington's real property was unauthorized.

1501.   Bullington was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1502.   In each instance, he was exposed to toxins from the refinery's discharges.

1503.   As a result of his exposure to the 2023 discharges from the refinery, Bullington was physically harmed, including developing and/or worsening symptoms of shortness of breath, headaches, sore throat, and eye issues that were directly caused by the reoccurring discharges in 2023.

1504.   The 2023 discharges also entered Bullington's residence.

1505.   The trespasses by PBF Martinez interfered with Bullington's ability to use and enjoy the residence and caused injury to Bullington and damage to the property.

1506.   Needless to say, the trespasses by PBF Martinez to Bullington's real property was unauthorized in each instance.

1507.   Additionally, the health effects on Bullington from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 17.    Plaintiff Sean Camacho.

1508.   At all times relevant to this action, Plaintiff Sean Camacho was over the age of 18 and was a resident of Martinez, California.

1509.   Plaintiff Sean Camacho rented a residence, which was approximately 1 mile from the refinery.

1510.   Camacho was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1511.   Among other things, he recalled the smell of chemicals burning and saw whitish, grayish ash on the ground and on his vehicle.

1512.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Camacho was physically harmed.

1513.   Among other things, Camacho began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, phlegm, heartburn, and loss of balance.

1514.   The November 24 and 25, 2022, discharge also entered Camacho's residence, including a burning smell and ash.

1515.   The trespass by PBF Martinez interfered with Camacho's ability to use and enjoy the residence and caused injury to Camacho and damage to the property.

1516.   Needless to say, the trespass by PBF Martinez to Camacho's real property was unauthorized.

1517.   Camacho was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1518.   In each instance, he was exposed to toxins from the refinery's discharges.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

1519.   As a result of his exposure to the 2023 discharges from the refinery, Camacho was physically harmed, including developing and/or worsening symptoms of headaches, congestion, coughing, and dizziness that were directly caused by the reoccurring discharges in 2023.

1520.   The 2023 discharges also entered Camacho's residence, including ash and a strange smell.

1521.   The trespasses by PBF Martinez interfered with Camacho's ability to use and enjoy the residence and caused injury to Camacho and damage to the property.

1522.   Needless to say, the trespasses by PBF Martinez to Camacho's real property were unauthorized in each instance.

### 18.    Plaintiff Martha Carlson.

1523.   At all times relevant to this action, Plaintiff Martha Carlson was over the age of 18 and was a resident of Martinez, California.

1524.   Plaintiff Martha Carlson rented a residence, which was approximately 1/4 mile from the refinery.

1525.   Carlson was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1526.   Among other things, she heard loud noises, and the air smelled really bad,

1527.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Carlson was physically harmed.

1528.   Among other things, Carlson began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, difficulty sleeping, phlegm, heartburn, and loss of balance.

1529.   The November 24 and 25, 2022, discharge also entered Carlson's residence, including the noise and smell.

1530.   The trespass by PBF Martinez interfered with Carlson's ability to use and enjoy the residence and caused injury to Carlson and damage to the property.

1531.   Needless to say, the trespass by PBF Martinez to Carlson's real property was unauthorized.

1532.   Carlson was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1533.   In each instance, she was exposed to toxins from the refinery's discharges.

1534.   As a result of her exposure to the 2023 discharges from the refinery, Carlson was physically harmed, including developing and/or worsening symptoms of eye burning, breathing issues, and persistent cough that were directly caused by the reoccurring discharges in 2023.

1535.   The 2023 discharges also entered Carlson's residence.

1536.   The trespasses by PBF Martinez interfered with Carlson's ability to use and enjoy the residence and caused injury to Carlson and damage to the property.

1537.   Needless to say, the trespasses by PBF Martinez to Carlson's real property were unauthorized in each instance.

### 19.    Plaintiff Damen Carroll.

1538.   At all times relevant to this action, Plaintiff Damen Carroll was over the age of 18 and was a resident of Martinez, California.

1539.   Plaintiff Damen Carroll rented a residence, which was approximately 1/4 mile from the refinery.

1540.   Carroll was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1541.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Carroll was physically harmed.

1542.   Among other things, Carroll began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, and fatigue.

1543.   The November 24 and 25, 2022, discharge also entered Carroll's residence.

1544.   The trespass by PBF Martinez interfered with Carroll's ability to use and enjoy the residence and caused injury to Carroll and damage to the property.

1545.   Needless to say, the trespass by PBF Martinez to Carroll's real property was unauthorized.

1546.   Carroll was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1547.   In each instance, he was exposed to toxins from the refinery's discharges.

1548.   As a result of his exposure to the 2023 discharges from the refinery, Carroll was physically harmed, including developing and/or worsening symptoms of exacerbated asthma, shortness of breath, headaches, and congestion that were directly caused by the reoccurring discharges in 2023.

1549.   The 2023 discharges also entered Carroll's residence.

1550.   The trespasses by PBF Martinez interfered with Carroll's ability to use and enjoy the residence and caused injury to Carroll and damage to the property.

1551.   Needless to say, the trespasses by PBF Martinez to Carroll's real property was unauthorized in each instance.

1552.   Additionally, the health effects on Carroll from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 20.   Plaintiff Patricia Casparian.

1553.   At all times relevant to this action, Plaintiff Patricia Casparian was over the age of 18 and was a resident of Martinez, California.

1554.   Plaintiff Patricia Casparian rented a residence, which was approximately 1 mile from the refinery.

1555.   Casparian was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1556.   Among other things, she recalled seeing the particle on her vehicle.

1557.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Casparian was physically harmed.

-153-

1558.   Among other things, Casparian began experiencing illness and symptoms that were directly caused by the toxic exposure within a month after the release, including breathing difficulties, memory issues, brain fog, and sore throat, and coughing.

1559.   The November 24 and 25, 2022, discharge also entered Casparian's residence, including the particles.

1560.   The trespass by PBF Martinez interfered with Casparian's ability to use and enjoy the residence and caused injury to Casparian and damage to the property.

1561.   Needless to say, the trespass by PBF Martinez to Casparian's real property was unauthorized.

1562.   Casparian was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1563.   In each instance, she was exposed to toxins from the refinery's discharges.

1564.   As a result of her exposure to the 2023 discharges from the refinery, Casparian was physically harmed, including developing and/or worsening symptoms of coughing, brain fog, eye irritation, headaches, fatigue, congestion, and elevated liver count that were directly caused by the reoccurring discharges in 2023.

1565.   The 2023 discharges also entered Casparian's residence.

1566.   The trespasses by PBF Martinez interfered with Casparian's ability to use and enjoy the residence and caused injury to Casparian and damage to the property.

1567.   Needless to say, the trespasses by PBF Martinez to Casparian's real property were unauthorized in each instance.

**21.    Plaintiff Marlene Castillo.**

1568.   At all times relevant to this action, Plaintiff Marlene Castillo was over the age of 18 and was a resident of Martinez, California.

1569.   Plaintiff Marlene Castillo rented a residence, which was approximately 1/2 mile from the refinery.

1570.   Castillo was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1    1571.  Among other things, she recalls dust all over her home.

2    1572.  As a result of her exposure to the toxic discharges from the refinery on November

3    24 and 25, 2022, Castillo was physically harmed.

4    1573.  Among other things, Castillo began experiencing illness and symptoms that were

5    directly caused by the toxic exposure immediately after the release, including breathing difficulties,

6    sore throat, coughing, itchy, watery, burning eyes, headaches, fatigue, congestion, difficulty

7    sleeping, body aches, and diarrhea.

8    1574.  The November 24 and 25, 2022, discharge also entered Castillo's residence,

9    including the dust.

10    1575.  The trespass by PBF Martinez interfered with Castillo's ability to use and enjoy the

11    residence and caused injury to Castillo and damage to the property.

12    1576.  Needless to say the trespass by PBF Martinez to Castillo's real property was

13    unauthorized.

14              **22.    Plaintiff Christopher Catalan.**

15    1577.  At all times relevant to this action, Plaintiff Christopher Catalan was over the age of

16    18 and was a resident of Martinez, California.

17    1578.  Plaintiff Christopher Catalan rented a residence, which was approximately 1 mile

18    from the refinery.

19    1579.  Catalan was present at their residence for the November 24 and 25, 2022 release

20    from the refinery, and was exposed to the toxic discharge from the refinery.

21    1580.  Among other things, he recalls a layer of particles on his house and vehicle.

22    1581.  As a result of his exposure to the toxic discharges from the refinery on November

23    24 and 25, 2022, Catalan was physically harmed.

24    1582.  Among other things, Catalan began experiencing illness and symptoms that were

25    directly caused by the toxic exposure within a week after the release, including breathing

26    difficulties, nausea, vomiting, headaches, sore throat, and coughing.

27    1583.  The November 24 and 25, 2022, discharge also entered Catalan's residence,

28    including the dust particles.

1584.   The trespass by PBF Martinez interfered with Catalan's ability to use and enjoy the residence and caused injury to Catalan and damage to the property.

1585.   Needless to say, the trespass by PBF Martinez to Catalan's real property was unauthorized.

1586.   Catalan was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1587.   In each instance, he was exposed to toxins from the refinery's discharges.

1588.   As a result of his exposure to the 2023 discharges from the refinery, Catalan was physically harmed, including developing and/or worsening symptoms of difficulty breathing, nausea, headaches, and coughing that were directly caused by the reoccurring discharges in 2023.

1589.   The 2023 discharges also entered Catalan's residence.

1590.   The trespasses by PBF Martinez interfered with Catalan's ability to use and enjoy the residence and caused injury to Catalan and damage to the property.

1591.   Needless to say, the trespasses by PBF Martinez to Catalan's real property were unauthorized in each instance.

1592.   Additionally, the health effects on Catalan from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 23.   Plaintiff Melissa Cavino.

1593.   At all times relevant to this action, Plaintiff Melissa Cavino was over the age of 18 and was a resident of Martinez, California.

1594.   Plaintiff Melissa Cavino rented a residence, which was approximately 1 mile from the refinery.

1595.   Cavino was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1596.   Among other things, she saw a substance of white film on her car.

1597.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Cavino was physically harmed.

1598.   Among other things, Cavino began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, and pressure.

1599.   The November 24 and 25, 2022, discharge also entered Cavino's residence, including the white substance.

1600.   The trespass by PBF Martinez interfered with Cavino's ability to use and enjoy the residence and caused injury to Cavino and damage to the property.

1601.   Needless to say, the trespass by PBF Martinez to Cavino's real property was unauthorized.

1602.   Cavino was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1603.   In each instance, she was exposed to toxins from the refinery's discharges.

1604.   As a result of her exposure to the 2023 discharges from the refinery, Cavino was physically harmed, including developing and/or worsening symptoms of headache, trouble breathing, chest pains, and other flu-like symptoms that were directly caused by the reoccurring discharges in 2023.

1605.   The 2023 discharges also entered Cavino's residence.

1606.   The trespasses by PBF Martinez interfered with Cavino's ability to use and enjoy the residence and caused injury to Cavino and damage to the property.

1607.   Needless to say, the trespasses by PBF Martinez to Cavino's real property were unauthorized in each instance.

1608.   Additionally, the health effects on Cavino from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 24.    Plaintiff Edith Chavarria.

1609.   At all times relevant to this action, Plaintiff Edith Chavarria was over the age of 18 and was a resident of Martinez, California.

1610.   Plaintiff Edith Chavarria rented a residence, which was approximately 1/4 mile from the refinery.

1611.   Chavarria was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1612.   Among other things, she noticeably saw the effects on her plants right after.

1613.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Chavarria was physically harmed.

1614.   Among other things, Chavarria began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, and headaches.

1615.   The November 24 and 25, 2022, discharge also entered Chavarria's residence, including nausea, dizziness, and noticeable effects on my plants after.

1616.   The trespass by PBF Martinez interfered with Chavarria's ability to use and enjoy the residence and caused injury to Chavarria and damage to the property.

1617.   Needless to say, the trespass by PBF Martinez to Chavarria's real property was unauthorized.

1618.   Chavarria was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1619.   In each instance, she was exposed to toxins from the refinery's discharges.

1620.   As a result of her exposure to the 2023 discharges from the refinery, Chavarria was physically harmed, including developing and/or worsening symptoms of nausea, dizziness, respiratory issues, and headaches were directly caused by the reoccurring discharges in 2023.

1621.   The 2023 discharges also entered Chavarria's residence.

1622.   The trespasses by PBF Martinez interfered with Chavarria's ability to use and enjoy the residence and caused injury to Chavarria and damage to the property.

1623.   Needless to say, the trespasses by PBF Martinez to Chavarria's real property was unauthorized in each instance.

**25.    Plaintiff Krishna Clemon.**

1624.   At all times relevant to this action, Plaintiff Krishna Clemon was over the age of 18 and was a resident of Martinez, California.

1625.   Plaintiff Krishna Clemon rented a residence, which was approximately 1/2 mile from the refinery.

1626.   Clemon was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1627.   Among other things, she could smell fumes and it triggered symptoms.

1628.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Clemon was physically harmed.

1629.   Among other things, Clemon began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including itchy, watery, burning eyes, sore throat, coughing, and congestion.

1630.   The November 24 and 25, 2022, discharge also entered Clemon's residence, including ash particles.

1631.   The trespass by PBF Martinez interfered with Clemon's ability to use and enjoy the residence and caused injury to Clemon and damage to the property.

1632.   Needless to say, the trespass by PBF Martinez to Clemon's real property was unauthorized.

1633.   Clemon was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1634.   In each instance, she was exposed to toxins from the refinery's discharges.

1635.   As a result of her exposure to the 2023 discharges from the refinery, Clemon was physically harmed, including developing and/or worsening symptoms of sneezing, itchy ears, throat, and nose, and coughing that were directly caused by the reoccurring discharges in 2023.

1636.   The 2023 discharges also entered Clemon's residence, including a burning smell and fumes.

1637.   The trespasses by PBF Martinez interfered with Clemon's ability to use and enjoy the residence and caused injury to Clemon and damage to the property.

1638.   Needless to say, the trespasses by PBF Martinez to Clemon's real property was unauthorized in each instance.

### 26.    Plaintiff Casey Cliff.

1639.   At all times relevant to this action, Plaintiff Casey Cliff was over the age of 18 and was a resident of Martinez, California.

1640.   Plaintiff Casey Cliff rented a residence, which was approximately 1/4 mile from the refinery.

1641.   Cliff was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1642.   Among other things, he recalls poor air quality with particles, and a bad smell.

1643.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Cliff was physically harmed.

1644.   Among other things, Cliff began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, headaches, sinus pain, pressure, fatigue, and coughing up blood.

1645.   The November 24 and 25, 2022, discharge also entered Cliff's residence, including particles from the refinery.

1646.   The trespass by PBF Martinez interfered with Cliff's ability to use and enjoy the residence and caused injury to Cliff and damage to the property.

1647.   Needless to say, the trespass by PBF Martinez to Cliff's real property was unauthorized.

1648.   Cliff was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1649.   In each instance, he was exposed to toxins from the refinery's discharges.

1650.   As a result of his exposure to the 2023 discharges from the refinery, Cliff was physically harmed, including developing and/or worsening symptoms of headache, coughing, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

1651.   The 2023 discharges also entered Cliff's residence, including the smell.

1652.   The trespasses by PBF Martinez interfered with Cliff's ability to use and enjoy the residence and caused injury to Cliff and damage to the property.

1653.   Needless to say, the trespasses by PBF Martinez to Cliff's real property were unauthorized in each instance.

1654.   Additionally, the health effects on Cliff from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 27.    Plaintiff Thomas Conley.

1655.   At all times relevant to this action, Plaintiff Thomas Conley was over the age of 18 and was a resident of Martinez, California.

1656.   Plaintiff Thomas Conley rented a residence, which was approximately 1 1/2 miles from the refinery.

1657.   Conley was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1658.   Among other things, he recalls the noxious gas emitted from the refinery

1659.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Conley was physically harmed.

1660.   Among other things, Conley began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, itchy, watery, and burning eyes.

1661.   The November 24 and 25, 2022, discharge also entered Conley's residence, including the noxious gas.

1662.   The trespass by PBF Martinez interfered with Conley's ability to use and enjoy the residence and caused injury to Conley and damage to the property.

1663.   Needless to say, the trespass by PBF Martinez to Conley's real property was unauthorized.

1664.   Conley was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1665.   In each instance, he was exposed to toxins from the refinery's discharges.

1666.   As a result of his exposure to the 2023 discharges from the refinery, Conley was physically harmed, including developing and/or worsening symptoms of difficulty breathing, congestion, watery eyes, and headaches that were directly caused by the reoccurring discharges in 2023.

1667.   The 2023 discharges also entered Conley's residence, including the noxious gas smell.

1668.   The trespasses by PBF Martinez interfered with Conley's ability to use and enjoy the residence and caused injury to Conley and damage to the property.

1669.   Needless to say, the trespasses by PBF Martinez to Conley's real property was unauthorized in each instance.

### 28.   Plaintiff Jeffrey Coon.

1670.   At all times relevant to this action, Plaintiff Jeffrey Coon was over the age of 18 and was a resident of Martinez, California.

1671.   Plaintiff Jeffrey Coon rented a residence, which was approximately 1/4 mile from the refinery.

1672.   Coon was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1673.   Among other things, he recalls a lot of ash and dust everywhere and seeing a really big flame.

1674.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Coon was physically harmed.

1675.   Among other things, Coon began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties,

sore throat, coughing, headaches, sinus pain, pressure, congestion, phlegm, asthma flare-up, dehydration, and loss of balance.

1676. The November 24 and 25, 2022, discharge also entered Coon's residence, including the ash and dust.

1677. The trespass by PBF Martinez interfered with Coon's ability to use and enjoy the residence and caused injury to Coon and damage to the property.

1678. Needless to say, the trespass by PBF Martinez to Coon's real property was unauthorized.

1679. Coon was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1680. In each instance, he was exposed to toxins from the refinery's discharges.

1681. As a result of his exposure to the 2023 discharges from the refinery, Coon was physically harmed, including developing and/or worsening symptoms of headaches, shortness of breath, nosebleeds, chest pain, difficulty sleeping, and eye irritation that were directly caused by the reoccurring discharges in 2023.

1682. The 2023 discharges also entered Coon's residence, including loud noises and a strange smell.

1683. The trespasses by PBF Martinez interfered with Coon's ability to use and enjoy the residence and caused injury to Coon and damage to the property.

1684. Needless to say, the trespasses by PBF Martinez to Coon's real property was unauthorized in each instance.

### 29.    Plaintiff Dustin Cooper.

1685. At all times relevant to this action, Plaintiff Dustin Cooper was over the age of 18 and was a resident of Martinez, California.

1686. Plaintiff Dustin Cooper rented a residence, which was approximately 1 1/2 miles from the refinery.

1687. Cooper was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1688.   Among other things, he recalled a powdery substance on the vehicles, trees, and his backyard. Cooper's young dog passed away a couple months later without any sign of a previous health issue.

1689.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Cooper was physically harmed.

1690.   Among other things, Cooper began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, earaches, ear infections, and phlegm.

1691.   The November 24 and 25, 2022, discharge also entered Cooper's residence, including dust.

1692.   The trespass by PBF Martinez interfered with Cooper's ability to use and enjoy the residence and caused injury to Cooper and damage to the property.

1693.   Needless to say, the trespass by PBF Martinez to Cooper's real property was unauthorized.

1694.   Cooper was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1695.   In each instance, he was exposed to toxins from the refinery's discharges.

1696.   As a result of his exposure to the 2023 discharges from the refinery, Cooper was physically harmed, including developing and/or worsening symptoms of headache, congestion, and breathing issues that were directly caused by the reoccurring discharges in 2023.

1697.   The 2023 discharges also entered Cooper's residence, including thick dust and noxious smell.

1698.   The trespasses by PBF Martinez interfered with Cooper's ability to use and enjoy the residence and caused injury to Cooper and damage to the property.

1699.   Needless to say, the trespasses by PBF Martinez to Cooper's real property was unauthorized in each instance.

1700.   Additionally, the health effects on Cooper from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 30.   Plaintiff Marissa Curtis.

1701.   At all times relevant to this action, Plaintiff Marissa Curtis was over the age of 18 and was a resident of Martinez, California.

1702.   Plaintiff Marissa Curtis rented a residence, which was approximately 2 miles from the refinery.

1703.   Curtis was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1704.   Among other things, she recalls the skies were green and saw black charcoal-like substance falling.

1705.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Curtis was physically harmed.

1706.   Among other things, Curtis began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, sore throat, coughing, headaches, congestion, phlegm, coughing up blood, and diarrhea.

1707.   The November 24 and 25, 2022, discharge also entered Curtis' residence, including the black particles.

1708.   The trespass by PBF Martinez interfered with Curtis' ability to use and enjoy the residence and caused injury to Curtis and damage to the property.

1709.   Needless to say, the trespass by PBF Martinez to Curtis' real property was unauthorized.

1710.   Curtis was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1711.   In each instance, she was exposed to toxins from the refinery's discharges.

1712.   As a result of her exposure to the 2023 discharges from the refinery, Curtis was physically harmed, including developing and/or worsening symptoms of coughing, upset stomach, congestion, and headache that were directly caused by the reoccurring discharges in 2023.

1    1713.   The 2023 discharges also entered Curtis' residence.

2    1714.   The trespasses by PBF Martinez interfered with Curtis' ability to use and enjoy the

3    residence and caused injury to Curtis and damage to the property.

4    1715.   Needless to say, the trespasses by PBF Martinez to Curtis' real property were

5    unauthorized in each instance.

6         **31.    Plaintiff Sean Davidson.**

7    1716.   At all times relevant to this action, Plaintiff Sean Davidson was over the age of 18

8    and was a resident of California.

9    1717.   Plaintiff Sean Davidson rented a residence, which approximately 1.8 miles from the

10   refinery.

11   1718.   Davidson was present at their residence for the November 24 and 25, 2022 release

12   from the refinery, and was exposed to the toxic discharge from the refinery.

13   1719.   As a result of his exposure to the toxic discharges from the refinery on November

14   24 and 25, 2022, Davidson was physically harmed.

15   1720.   Among other things, Davidson began experiencing illness and symptoms that were

16   directly caused by the toxic exposure immediately after the release, including breathing difficulties,

17   sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue,

18   congestion, body aches, phlegm, heartburn, and loss of balance.

19   1721.   The November 24 and 25, 2022, discharge also entered Davidson's residence.

20   1722.   The trespass by PBF Martinez interfered with Ratto's ability to use and enjoy the

21   residence and caused injury to Ratto and damage to the property including by decreasing the value

22   of the property as a result of contamination.

23   1723.   Davidson was also present in Martinez at his residence for the July 2023, October

24   2023, and December 2023 releases.

25   1724.   Needless to say, the trespass by PBF Martinez to Davidson's real property was

26   unauthorized.

27   1725.   In each instance, he was exposed to toxins from the refinery's discharges.

28

1726.   As a result of his exposure to the 2023 discharges from the refinery, Davidson was physically harmed, including developing and/or worsening symptoms of headaches, chest pain, and shortness of breath that were directly caused by the reoccurring discharges in 2023.

1727.   The 2023 discharges also entered Davidson's residence.

1728.   The trespasses by PBF Martinez interfered with Davidson's ability to use and enjoy the residence and caused injury to Ratto and damage to the property including by decreasing the value of the property as a result of contamination.

1729.   Needless to say, the trespasses by PBF Martinez to Davidson's real property were unauthorized in each instance.

1730.   Additionally, the health effects on Davidson from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 32.    Plaintiff Isaiah De La Cruz.

1731.   At all times relevant to this action, Plaintiff Isaiah De La Cruz was over the age of 18 and was a resident of Martinez, California.

1732.   Plaintiff Isaiah De La Cruz rented a residence, which was approximately 1 1/2 miles from the refinery.

1733.   De La Cruz was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1734.   Among other things, he recalled the smoke and ash.

1735.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, De La Cruz was physically harmed.

1736.   Among other things, De La Cruz began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, congestion, difficulty sleeping, and asthma flare-ups.

1737.   The November 24 and 25, 2022, discharge also entered De La Cruz's residence, including the smoke and ash.

1738.   The trespass by PBF Martinez interfered with De La Cruz's ability to use and enjoy the residence and caused injury to De La Cruz and damage to the property.

1739.   Needless to say, the trespass by PBF Martinez to De La Cruz's real property was unauthorized.

1740.   De La Cruz was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1741.   In each instance, he was exposed to toxins from the refinery's discharges.

1742.   As a result of his exposure to the 2023 discharges from the refinery, De La Cruz was physically harmed, including developing and/or worsening symptoms of difficulty breathing, coughing, and asthma flare ups that were directly caused by the reoccurring discharges in 2023.

1743.   The 2023 discharges also entered De La Cruz's residence.

1744.   The trespasses by PBF Martinez interfered with De La Cruz's ability to use and enjoy the residence and caused injury to De La Cruz and damage to the property.

1745.   Needless to say, the trespasses by PBF Martinez to De La Cruz's real property were unauthorized in each instance.

### 33.      Plaintiff Jose De La Torre.

1746.   At all times relevant to this action, Plaintiff Jose De La Torre Mesta was over the age of 18 and was a resident of Martinez, California.

1747.   Plaintiff Jose De La Torre Mesta rented a residence, which was approximately 1 mile from the refinery.

1748.   De La Torre Mesta was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1749.   Among other things, he recalled ash covering everything.

1750.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, De La Torre Mesta was physically harmed.

1751.   Among other things, De La Torre Mesta began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, difficulty sleeping, body aches, and phlegm.

1752.   The November 24 and 25, 2022, discharge also entered De La Torre Mesta's residence, including ash.

1753.   The trespass by PBF Martinez interfered with De La Torre Mesta's ability to use and enjoy the residence and caused injury to De La Torre Mesta and damage to the property.

1754.   Needless to say, the trespass by PBF Martinez to De La Torre Mesta's real property was unauthorized.

1755.   De La Torre Mesta was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1756.   In each instance, he was exposed to toxins from the refinery's discharges.

1757.   As a result of his exposure to the 2023 discharges from the refinery, De La Torre Mesta was physically harmed, including developing and/or worsening symptoms of cough, throat irritation, headaches, and phlegm that were directly caused by the reoccurring discharges in 2023.

1758.   The 2023 discharges also entered De La Torre Mesta's residence, including ash and strange smelling air.

1759.   The trespasses by PBF Martinez interfered with De La Torre Mesta's ability to use and enjoy the residence and caused injury to De La Torre Mesta and damage to the property.

1760.   Needless to say, the trespasses by PBF Martinez to De La Torre Mesta's real property was unauthorized in each instance.

### 34.    Plaintiff Luz De La Torre.

1761.   At all times relevant to this action, Plaintiff Luz De La Torre was over the age of 18 and was a resident of Martinez, California.

1762.   Plaintiff Luz De La Torre rented a residence, which was approximately 1 mile from the refinery.

1763.   De La Torre was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1764.   Among other things, she recalls ash particles everywhere.

1765.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, De La Torre was physically harmed.

1766.   Among other things, De La Torre began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, and difficulty sleeping.

1767.   The November 24 and 25, 2022, discharge also entered De La Torre's residence, including ash.

1768.   The trespass by PBF Martinez interfered with De La Torre's ability to use and enjoy the residence and caused injury to De La Torre and damage to the property.

1769.   Needless to say, the trespass by PBF Martinez to De La Torre's real property was unauthorized.

1770.   De La Torre was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1771.   In each instance, she was exposed to toxins from the refinery's discharges.

1772.   As a result of her exposure to the 2023 discharges from the refinery, De La Torre was physically harmed, including developing and/or worsening symptoms of headaches, cough, and throat irritation that were directly caused by the reoccurring discharges in 2023.

1773.   The 2023 discharges also entered De La Torre's residence, including ash and foul-smelling air.

1774.   The trespasses by PBF Martinez interfered with De La Torre's ability to use and enjoy the residence and caused injury to De La Torre and damage to the property.

1775.   Needless to say, the trespasses by PBF Martinez to De La Torre's real property was unauthorized in each instance.

1776.   Additionally, the health effects on De La Torre from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 35.    Plaintiff Susan Dean.

1777.   At all times relevant to this action, Plaintiff Susan Dean was over the age of 18 and was a resident of Martinez, California.

1778.   Plaintiff Susan Dean rented a residence, which was approximately 1/4 mile from the refinery.

1779.   Dean was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1780.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Dean was physically harmed.

1781.   Among other things, Dean began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, and asthma flare-ups.

1782.   The November 24 and 25, 2022, discharge also entered Dean's residence.

1783.   The trespass by PBF Martinez interfered with Dean's ability to use and enjoy the residence and caused injury to Dean and damage to the property.

1784.   Needless to say, the trespass by PBF Martinez to Dean's real property was unauthorized.

1785.   Dean was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1786.   In each instance, she was exposed to toxins from the refinery's discharges.

1787.   As a result of her exposure to the 2023 discharges from the refinery, Dean was physically harmed, including developing and/or worsening symptoms of exacerbation of asthma and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

1788.   The 2023 discharges also entered Dean's residence,

1789.   The trespasses by PBF Martinez interfered with Dean's ability to use and enjoy the residence and caused injury to Dean and damage to the property.

1790.   Needless to say, the trespasses by PBF Martinez to Dean's real property was unauthorized in each instance.

### 36.    Plaintiff Michelle DeHaven.

1791.   At all times relevant to this action, Plaintiff Michelle DeHaven was over the age of 18 and was a resident of Martinez, California.

-171-

1792.   Plaintiff Michelle DeHaven rented a residence, which was approximately 1 1/2 miles from the refinery.

1793.   DeHaven was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1794.   Among other things, she recalls what looked like smog-like air, with ash coating plants on the ground, which were white and died.

1795.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, DeHaven was physically harmed.

1796.   Among other things, DeHaven began experiencing illness and symptoms that were directly caused by the toxic exposure Immediately after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, earaches, ear infections, asthma flare-ups, heartburn, and diarrhea.

1797.   The November 24 and 25, 2022, discharge also entered DeHaven's residence, including the dirty air and ash.

1798.   The trespass by PBF Martinez interfered with DeHaven's ability to use and enjoy the residence and caused injury to DeHaven and damage to the property.

1799.   Needless to say, the trespass by PBF Martinez to DeHaven's real property was unauthorized.

1800.   DeHaven was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1801.   In each instance, she was exposed to toxins from the refinery's discharges.

1802.   As a result of her exposure to the 2023 discharges from the refinery, DeHaven was physically harmed, including developing and/or worsening symptoms of headaches, fatigue, difficulty breathing, and eye irritation that were directly caused by the reoccurring discharges in 2023.

1803.   The 2023 discharges also entered DeHaven's residence, including the bad smell and ash.

1804.   The trespasses by PBF Martinez interfered with DeHaven's ability to use and enjoy the residence and caused injury to DeHaven and damage to the property.

1805.   Needless to say, the trespasses by PBF Martinez to DeHaven's real property was unauthorized in each instance.

1806.   Additionally, the health effects on DeHaven from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 37.    Plaintiff Scott Dickson.

1807.   At all times relevant to this action, Plaintiff Scott Dickson was over the age of 18 and was a resident of Martinez, California.

1808.   Plaintiff Scott Dickson rented a residence, which was approximately 1/2 mile from the refinery.

1809.   Dickson was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1810.   Among other things, he recalled a smell and saw smoke and soot.

1811.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Dickson was physically harmed.

1812.   Among other things, Dickson began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, sinus pain, pressure, fatigue, congestion, heartburn, dehydration, and diarrhea.

1813.   The November 24 and 25, 2022, discharge also entered Dickson's residence, including soot.

1814.   The trespass by PBF Martinez interfered with Dickson's ability to use and enjoy the residence and caused injury to Dickson and damage to the property.

1815.   Needless to say, the trespass by PBF Martinez to Dickson's real property was unauthorized.

1816.   Dickson was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1817.   In each instance, he was exposed to toxins from the refinery's discharges.

1818.   As a result of his exposure to the 2023 discharges from the refinery, Dickson was physically harmed, including developing and/or worsening symptoms of coughing, respiratory issues, and headaches that were directly caused by the reoccurring discharges in 2023.

1819.   The 2023 discharges also entered Dickson's residence, including a smell and soot.

1820.   The trespasses by PBF Martinez interfered with Dickson's ability to use and enjoy the residence and caused injury to Dickson and damage to the property.

1821.   Needless to say, the trespasses by PBF Martinez to Dickson's real property were unauthorized in each instance.

1822.   Additionally, the health effects on Dickson from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 38.   Plaintiff Kaitlin Dunn.

1823.   At all times relevant to this action, Plaintiff Kaitlin Dunn was over the age of 18 and was a resident of Martinez, California.

1824.   Plaintiff Kaitlin Dunn rented a residence, which was approximately 1/4 mile from the refinery.

1825.   Dunn was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1826.   Among other things, she could smell smoke in the air and saw ash outside like snow.

1827.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Dunn was physically harmed.

1828.   Among other things, Dunn began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, and headaches.

1829.   The November 24 and 25, 2022, discharge also entered Dunn's residence, including smell and ash.

1830.   The trespass by PBF Martinez interfered with Dunn's ability to use and enjoy the residence and caused injury to Dunn and damage to the property.

-174-

1831.   Needless to say, the trespass by PBF Martinez to Dunn's real property was unauthorized.

1832.   Dunn was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1833.   In each instance, she was exposed to toxins from the refinery's discharges.

1834.   As a result of her exposure to the 2023 discharges from the refinery, Dunn was physically harmed, including developing and/or worsening symptoms of nausea, headaches, congestion, memory issues, and dizziness that were directly caused by the reoccurring discharges in 2023.

1835.   The 2023 discharges also entered Dunn's residence, including smell and ash.

1836.   The trespasses by PBF Martinez interfered with Dunn's ability to use and enjoy the residence and caused injury to Dunn and damage to the property.

1837.   Needless to say, the trespasses by PBF Martinez to Dunn's real property was unauthorized in each instance.

1838.   Additionally, the health effects on Dunn from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 39.    Plaintiff Daniel Elkins.

1839.   At all times relevant to this action, Plaintiff Daniel Elkins was over the age of 18 and was a resident of Martinez, California.

1840.   Plaintiff Daniel Elkins rented a residence, which was approximately 1/4 mile from the refinery.

1841.   Elkins was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1842.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Elkins was physically harmed.

1843.   Among other things, Elkins began experiencing illness and symptoms that were directly caused by the toxic exposure within a month after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea,

vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, body aches, heartburn, dehydration, and diarrhea.

1844.   The November 24 and 25, 2022, discharge also entered Elkins' residence.

1845.   The trespass by PBF Martinez interfered with Elkins' ability to use and enjoy the residence and caused injury to Elkins and damage to the property.

1846.   Needless to say, the trespass by PBF Martinez to Elkins' real property was unauthorized.

1847.   Elkins was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1848.   In each instance, he was exposed to toxins from the refinery's discharges.

1849.   As a result of his exposure to the 2023 discharges from the refinery, Elkins was physically harmed, including developing and/or worsening symptoms of coughing, difficulty breathing, dizziness, and shortness of breath that were directly caused by the reoccurring discharges in 2023.

1850.   The 2023 discharges also entered Elkins' residence.

1851.   The trespasses by PBF Martinez interfered with Elkins' ability to use and enjoy the residence and caused injury to Elkins and damage to the property.

1852.   Needless to say, the trespasses by PBF Martinez to Elkins' real property was unauthorized in each instance.

### 40.    Plaintiff Terrance Elliot.

1853.   At all times relevant to this action, Plaintiff Terrance Elliott was over the age of 18 and was a resident of Martinez, California.

1854.   Plaintiff Terrance Elliott rented a residence, which was approximately 2 miles from the refinery.

1855.   Elliott was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1856.   Among other things, he smelled a sulfur-like smell, and there was debris everywhere.

1857.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Elliott was physically harmed.

1858.   Among other things, Elliott began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, fatigue, congestion, difficulty sleeping, body aches, phlegm, dehydration, diarrhea, and fainting.

1859.   The November 24 and 25, 2022, discharge also entered Elliott's residence, including the bad smell and debris.

1860.   The trespass by PBF Martinez interfered with Elliott's ability to use and enjoy the residence and caused injury to Elliott and damage to the property.

1861.   Needless to say, the trespass by PBF Martinez to Elliott's real property was unauthorized.

1862.   Elliott was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1863.   In each instance, he was exposed to toxins from the refinery's discharges.

1864.   As a result of his exposure to the 2023 discharges from the refinery, Elliott was physically harmed, including developing and/or worsening symptoms of difficulty breathing, difficulty sleeping, chest pain, and headaches that were directly caused by the reoccurring discharges in 2023.

1865.   The 2023 discharges also entered Elliott's residence, including the bad smell and debris.

1866.   The trespasses by PBF Martinez interfered with Elliott's ability to use and enjoy the residence and caused injury to Elliott and damage to the property.

1867.   Needless to say, the trespasses by PBF Martinez to Elliott's real property was unauthorized in each instance.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### 41.    Plaintiff Daniel Erny.

1868.   At all times relevant to this action, Plaintiff Daniel Erny was over the age of 18 and was a resident of Martinez, California.

1869.   Plaintiff Daniel Erny rented a residence, which was approximately 1/2 mile from the refinery.

1870.   Erny was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1871.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Erny was physically harmed.

1872.   Among other things, Erny began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, difficulty sleeping, and phlegm.

1873.   The November 24 and 25, 2022, discharge also entered Erny's residence.

1874.   The trespass by PBF Martinez interfered with Erny's ability to use and enjoy the residence and caused injury to Erny and damage to the property.

1875.   Needless to say, the trespass by PBF Martinez to Erny's real property was unauthorized.

1876.   Erny was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1877.   In each instance, he was exposed to toxins from the refinery's discharges.

1878.   As a result of his exposure to the 2023 discharges from the refinery, Erny was physically harmed, including developing and/or worsening symptoms of nasal irritation, difficulty sleeping, coughing, skin irritation, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

1879.   The 2023 discharges also entered Erny's residence, including the strange odor.

1880.   The trespasses by PBF Martinez interfered with Erny's ability to use and enjoy the residence and caused injury to Erny and damage to the property.

1881.   Needless to say, the trespasses by PBF Martinez to Erny's real property were unauthorized in each instance.

1882.   Additionally, the health effects on Erny from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 42.   Plaintiff Elsa Flores.

1883.   At all times relevant to this action, Plaintiff Elsa Flores was over the age of 18 and was a resident of Martinez, California.

1884.   Plaintiff Elsa Flores rented a residence, which was approximately 1/2 mile from the refinery.

1885.   Flores was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1886.   Among other things, she recalled the ash and bad smell.

1887.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Flores was physically harmed.

1888.   Among other things, Flores began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, headaches, fatigue, congestion, earaches, ear infections, phlegm, and fever.

1889.   The November 24 and 25, 2022, discharge also entered Flores' residence, including ashes and bad smell.

1890.   The trespass by PBF Martinez interfered with Flores' ability to use and enjoy the residence and caused injury to Flores and damage to the property.

1891.   Needless to say, the trespass by PBF Martinez to Flores' real property was unauthorized.

1892.   Flores was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1893.   In each instance, she was exposed to toxins from the refinery's discharges.

1894.   As a result of her exposure to the 2023 discharges from the refinery, Flores was physically harmed, including developing and/or worsening symptoms of chest pain, dizziness, sore

throat, coughing, eye irritation, fatigue, sinus pressure and pain, body aches, and earaches that were directly caused by the reoccurring discharges in 2023.

1895. The 2023 discharges also entered Flores' residence, including the bad chemical smell and ash.

1896. The trespasses by PBF Martinez interfered with Flores' ability to use and enjoy the residence and caused injury to Flores and damage to the property.

1897. Needless to say, the trespasses by PBF Martinez to Flores' real property were unauthorized in each instance.

### 43. Plaintiff Cindy Forrett.

1898. At all times relevant to this action, Plaintiff Cindy Forrett was over the age of 18 and was a resident of Martinez, California.

1899. Plaintiff Cindy Forrett rented a residence, which was approximately 1/4 mile from the refinery.

1900. Forrett was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1901. Among other things, she saw refinery-dust particles on her property and vehicle.

1902. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Forrett was physically harmed.

1903. Among other things, Forrett began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, and congestion.

1904. The November 24 and 25, 2022, discharge also entered Forrett's residence, including the dust.

1905. The trespass by PBF Martinez interfered with Forrett's ability to use and enjoy the residence and caused injury to Forrett and damage to the property.

1906. Needless to say, the trespass by PBF Martinez to Forrett's real property was unauthorized.

1907.   Forrett was also present at her residence for the October 2023 and December 2023 releases.

1908.   In each instance, she was exposed to toxins from the refinery's discharges.

1909.   As a result of her exposure to the 2023 discharges from the refinery, Forrett was physically harmed, including developing and/or worsening symptoms of difficulty breathing and sore throat that were directly caused by the reoccurring discharges in 2023.

1910.   The 2023 discharges also entered Forrett's residence.

1911.   The trespasses by PBF Martinez interfered with Forrett's ability to use and enjoy the residence and caused injury to Forrett and damage to the property.

1912.   Needless to say, the trespasses by PBF Martinez to Forrett's real property was unauthorized in each instance.

### 44.    Plaintiff Luna Foster.

1913.   At all times relevant to this action, Plaintiff Luna Foster was over the age of 18 and was a resident of Martinez, California.

1914.   Plaintiff Luna Foster rented a residence, which was approximately 1 1/2 miles from the refinery.

1915.   Foster was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1916.   Among other things, she recalls a particular smell.

1917.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Foster was physically harmed.

1918.   Among other things, Foster began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, itchy, watery, and burning eyes.

1919.   The November 24 and 25, 2022, discharge also entered Foster's residence, including the smell.

1920.   The trespass by PBF Martinez interfered with Foster's ability to use and enjoy the residence and caused injury to Foster and damage to the property.

1921.   Needless to say, the trespass by PBF Martinez to Foster's real property was unauthorized.

**45.    Plaintiff Teresa Franklin.**

1922.   At all times relevant to this action, Plaintiff Teresa Franklin was over the age of 18 and was a resident of Martinez, California.

1923.   Plaintiff Teresa Franklin rented a residence, which was approximately 1/4 mile from the refinery.

1924.   Franklin was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1925.   Among other things, she recalled white dust on the cars and property, and she cannot eat the oranges in the trees on the property anymore.

1926.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Franklin was physically harmed.

1927.   Among other things, Franklin began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, stomach pain, dehydration, diarrhea, and loss of balance.

1928.   The November 24 and 25, 2022, discharge also entered Franklin's residence, including the white dust.

1929.   The trespass by PBF Martinez interfered with Franklin's ability to use and enjoy the residence and caused injury to Franklin and damage to the property.

1930.   Needless to say, the trespass by PBF Martinez to Franklin's real property was unauthorized.

1931.   Franklin was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1932.   In each instance, she was exposed to toxins from the refinery's discharges.

1933.   As a result of her exposure to the 2023 discharges from the refinery, Franklin was physically harmed, including developing and/or worsening symptoms of shortness of breath, loss of taste and smell, headaches, and dizziness that were directly caused by the reoccurring discharges in 2023.

1934.   The 2023 discharges also entered Franklin's residence.

1935.   The trespasses by PBF Martinez interfered with Franklin's ability to use and enjoy the residence and caused injury to Franklin and damage to the property.

1936.   Needless to say, the trespasses by PBF Martinez to Franklin's real property were unauthorized in each instance.

1937.   Additionally, the health effects on Franklin from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 46.    Plaintiff Evelyn Frias.

1938.   At all times relevant to this action, Plaintiff Evelyn Frias was over the age of 18 and was a resident of Martinez, California.

1939.   Plaintiff Evelyn Frias rented a residence, which was approximately 2 miles from the refinery.

1940.   Frias was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1941.   Among other things, she recalled ash like substances on top of parked cars outside.

1942.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Frias was physically harmed.

1943.   Among other things, Frias began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, Itchy, watery, burning eyes, headaches, sinus pain, pressure, bloody nose, congestion, phlegm, and asthma flare-up.

1944.   The November 24 and 25, 2022, discharge also entered Frias' residence, including the ash.

1945.  The trespass by PBF Martinez interfered with Frias' ability to use and enjoy the residence and caused injury to Frias and damage to the property.

1946.  Needless to say, the trespass by PBF Martinez to Frias' real property was unauthorized.

1947.  Frias was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1948.  In each instance, she was exposed to toxins from the refinery's discharges.

1949.  As a result of her exposure to the 2023 discharges from the refinery, Frias was physically harmed, including developing and/or worsening symptoms of headaches that were directly caused by the reoccurring discharges in 2023.

1950.  The 2023 discharges also entered Frias' residence.

1951.  The trespasses by PBF Martinez interfered with Frias' ability to use and enjoy the residence and caused injury to Frias and damage to the property.

1952.  Needless to say, the trespasses by PBF Martinez to Frias' real property were unauthorized in each instance.

**47.  Plaintiff Joyce Gaines.**

1953.  At all times relevant to this action, Plaintiff Joyce Gaines was over the age of 18 and was a resident of Martinez, California.

1954.  Plaintiff Joyce Gaines rented a residence, which was approximately 1/4 mile from the refinery.

1955.  Gaines was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1956.  Among other things, she recalls the white dust and strange smell.

1957.  As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Gaines was physically harmed.

1958.  Among other things, Gaines began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery,

-184-

burning eyes, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, body aches, ear aches, ear infections, phlegm, coughing up blood, stomach pain, dehydration, diarrhea, fainting, and loss of balance.

1959.   The November 24 and 25, 2022, discharge also entered Gaines' residence, including the dust and strange smell.

1960.   The trespass by PBF Martinez interfered with Gaines' ability to use and enjoy the residence and caused injury to Gaines and damage to the property.

1961.   Needless to say, the trespass by PBF Martinez to Gaines' real property was unauthorized.

1962.   Gaines was also present at her residence for the July 2023, October 2023, and December 2023 releases.

1963.   In each instance, she was exposed to toxins from the refinery's discharges.

1964.   As a result of her exposure to the 2023 discharges from the refinery, Gaines was physically harmed, including developing and/or worsening symptoms of eye irritation, respiratory issues, chest pains, and coughing that were directly caused by the reoccurring discharges in 2023.

1965.   The 2023 discharges also entered Gaines' residence.

1966.   The trespasses by PBF Martinez interfered with Gaines' ability to use and enjoy the residence and caused injury to Gaines and damage to the property.

1967.   Needless to say, the trespasses by PBF Martinez to Gaines' real property were unauthorized in each instance.

**48.    Plaintiff Allen Gaters.**

1968.   At all times relevant to this action, Plaintiff Allen Gaters was over the age of 18 and was a resident of Martinez, California.

1969.   Plaintiff Allen Gaters rented a residence, which was approximately 1/2 mile from the refinery.

1970.   Gaters was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1971.   Among other things, he recalls the smell of burning ash, how his air conditioner started to also smell, and that the ash messed the paint up on his car and fell on his house and porch.

1972.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Gaters was physically harmed.

1973.   Among other things, Gaters began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, stomach pain, dehydration, and diarrhea.

1974.   The November 24 and 25, 2022, discharge also entered Gaters' residence, including the smell and ash.

1975.   The trespass by PBF Martinez interfered with Gaters' ability to use and enjoy the residence and caused injury to Gaters and damage to the property.

1976.   Needless to say, the trespass by PBF Martinez to Gaters' real property was unauthorized.

1977.   Gaters was also present at his residence for the July 2023, October 2023, and December 2023 releases.

1978.   In each instance, he was exposed to toxins from the refinery's discharges.

1979.   As a result of his exposure to the 2023 discharges from the refinery, Gaters was physically harmed, including developing and/or worsening symptoms of headaches, fatigue, and tightness in his chest that were directly caused by the reoccurring discharges in 2023.

1980.   The 2023 discharges also entered Gaters' residence, including the smell and ash.

1981.   The trespasses by PBF Martinez interfered with Gaters' ability to use and enjoy the residence and caused injury to Gaters and damage to the property.

1982.   Needless to say the trespasses by PBF Martinez to Gaters' real property was unauthorized in each instance.

### 49.    Plaintiff Danielle Giampappas.

1983.   At all times relevant to this action, Plaintiff Danielle Giampappas was over the age of 18 and was a resident of Martinez, California.

1984.   Plaintiff Danielle Giampappas rented a residence, which was approximately 1 mile from the refinery.

1985.   Giampappas was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

1986.   Among other things, she recalled oily substances on her car, her yard, and everything outside.

1987.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Giampappas was physically harmed.

1988.   Among other things, Giampappas began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, and burning eyes.

1989.   The November 24 and 25, 2022, discharge also entered Giampappas's residence, including the oily substance.

1990.   The trespass by PBF Martinez interfered with Giampappas's ability to use and enjoy the residence and caused injury to Giampappas and damage to the property.

1991.   Needless to say, the trespass by PBF Martinez to Giampappas's real property was unauthorized.

1992.   Giampappas was also present at her residence for the July 2023 , October 2023 , and December 2023  releases.

1993.   In each instance, she was exposed to toxins from the refinery's discharges.

1994.   As a result of her exposure to the 2023 discharges from the refinery, Giampappas was physically harmed, including developing and/or worsening symptoms of headaches, nausea, dizziness, and shortness of breath that were directly caused by the reoccurring discharges in 2023.

1995.   The 2023 discharges also entered Giampappas's residence, including black soot substance.

1996.   The trespasses by PBF Martinez interfered with Giampappas's ability to use and enjoy the residence and caused injury to Giampappas and damage to the property.

1997.   Needless to say, the trespasses by PBF Martinez to Giampappas's real property was unauthorized in each instance.

1998.   Additionally, the health effects on Giampappas from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 50.    Plaintiff Ildefonso Gonzalez.

1999.   At all times relevant to this action, Plaintiff Ildefonso Gonzalez was over the age of 18 and was a resident of Martinez, California.

2000.   Plaintiff Ildefonso Gonzalez rented a residence, which was approximately 1 mile from the refinery.

2001.   Gonzalez was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2002.   Among other things, he recalled a strong smell like rotten eggs and a lot of debris on his car.

2003.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Gonzalez was physically harmed.

2004.   Among other things, Gonzalez began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, body aches, heartburn, and loss of balance.

2005.   The November 24 and 25, 2022, discharge also entered Gonzalez's residence, including the smell and debris.

2006.   The trespass by PBF Martinez interfered with Gonzalez's ability to use and enjoy the residence and caused injury to Gonzalez and damage to the property.

2007.  Needless to say, the trespass by PBF Martinez to Gonzalez's real property was unauthorized.

2008.  Gonzalez was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2009.  In each instance, he was exposed to toxins from the refinery's discharges.

2010.  As a result of his exposure to the 2023 discharges from the refinery, Gonzalez was physically harmed, including developing and/or worsening symptoms of coughing, congestion, headaches, difficulty breathing, and difficulty sleeping that were directly caused by the reoccurring discharges in 2023.

2011.  The 2023 discharges also entered Gonzalez's residence, including the rotten egg smell and debris.

2012.  The trespasses by PBF Martinez interfered with Gonzalez's ability to use and enjoy the residence and caused injury to Gonzalez and damage to the property.

2013.  Needless to say, the trespasses by PBF Martinez to Gonzalez's real property was unauthorized in each instance.

### 51.    Plaintiff Maria Gonzalez.

2014.  At all times relevant to this action, Plaintiff Maria Gonzalez was over the age of 18 and was a resident of Martinez, California.

2015.  Plaintiff Maria Gonzalez rented a residence, which was approximately 1 mile from the refinery.

2016.  Gonzalez was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2017.  Among other things, she recalled a very strong smell and residue on her vehicle.

2018.  As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Gonzalez was physically harmed.

2019.  Among other things, Gonzalez began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting,

itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, ear aches, ear infections, stomach pain, asthma flare-ups, heartburn, fever, diarrhea, and loss of balance.

2020. The November 24 and 25, 2022, discharge also entered Gonzalez's residence, including the smell and residue.

2021. The trespass by PBF Martinez interfered with Gonzalez's ability to use and enjoy the residence and caused injury to Gonzalez and damage to the property.

2022. Needless to say, the trespass by PBF Martinez to Gonzalez's real property was unauthorized.

2023. Gonzalez was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2024. In each instance, she was exposed to toxins from the refinery's discharges.

2025. As a result of her exposure to the 2023 discharges from the refinery, Gonzalez was physically harmed, including developing and/or worsening symptoms of headaches, nausea, and congestion that were directly caused by the reoccurring discharges in 2023.

2026. The 2023 discharges also entered Gonzalez's residence, including the smell and residue.

2027. The trespasses by PBF Martinez interfered with Gonzalez's ability to use and enjoy the residence and caused injury to Gonzalez and damage to the property.

2028. Needless to say, the trespasses by PBF Martinez to Gonzalez's real property was unauthorized in each instance.

2029. Additionally, the health effects on Gonzalez from the discharges have caused her to suffer lost wages, income, and/or business opportunities. Specifically, the symptoms have been so bad she has had to call out from work.

### 52.    Plaintiff Maricela Gonzalez.

2030. At all times relevant to this action, Plaintiff Maricela Gonzalez was over the age of 18 and was a resident of Martinez, California.

2031.   Plaintiff Maricela Gonzalez rented a residence, which was approximately 1/4 mile from the refinery.

2032.   Gonzalez was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2033.   Among other things, she recalls a foul smell like rotten eggs, a substance in the air, and residue on the cars.

2034.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Gonzalez was physically harmed.

2035.   Among other things, Gonzalez began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, sore throat, coughing, rash, hives, headaches, sinus pain, pressure, fatigue, difficulty sleeping, body aches, stomach pain, and asthma flare-ups.

2036.   The November 24 and 25, 2022, discharge also entered Gonzalez's residence, including the foul smell and substance from outside.

2037.   The trespass by PBF Martinez interfered with Gonzalez's ability to use and enjoy the residence and caused injury to Gonzalez and damage to the property.

2038.   Needless to say, the trespass by PBF Martinez to Gonzalez's real property was unauthorized.

2039.   Gonzalez was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2040.   In each instance, she was exposed to toxins from the refinery's discharges.

2041.   As a result of her exposure to the 2023 discharges from the refinery, Gonzalez was physically harmed, including developing and/or worsening symptoms of asthma flare ups, difficulty breathing, and fatigue that were directly caused by the reoccurring discharges in 2023.

2042.   The 2023 discharges also entered Gonzalez's residence, including the foul smell and residue from outside.

2043.   The trespasses by PBF Martinez interfered with Gonzalez's ability to use and enjoy the residence and caused injury to Gonzalez and damage to the property.

2044.  Needless to say, the trespasses by PBF Martinez to Gonzalez's real property was unauthorized in each instance.

### 53.    Plaintiff Jon Gray.

2045.  At all times relevant to this action, Plaintiff Jon Gray was over the age of 18 and was a resident of Martinez, California.

2046.  Plaintiff Jon Gray rented a residence, which was approximately 1/4 mile from the refinery.

2047.  Gray was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2048.  Among other things, he recalls a bad smell that started to irritate his sinuses.

2049.  As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Gray was physically harmed.

2050.  Among other things, Gray began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, body aches, ear aches, ear infections, phlegm, stomach pain, dehydration, fever, diarrhea, and loss of balance.

2051.  The November 24 and 25, 2022, discharge also entered Gray's residence, including the bad smell.

2052.  The trespass by PBF Martinez interfered with Gray's ability to use and enjoy the residence and caused injury to Gray and damage to the property.

2053.  Needless to say, the trespass by PBF Martinez to Gray's real property was unauthorized.

2054.  Gray was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2055.  In each instance, he was exposed to toxins from the refinery's discharges.

2056.  As a result of his exposure to the 2023 discharges from the refinery, Gray was physically harmed, including developing and/or worsening symptoms of irritated sinuses, coughing, sinus infection, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

2057.  The 2023 discharges also entered Gray's residence, including a bad smell and white dust.

2058.  The trespasses by PBF Martinez interfered with Gray's ability to use and enjoy the residence and caused injury to Gray and damage to the property.

2059.  Needless to say, the trespasses by PBF Martinez to Gray's real property was unauthorized in each instance.

2060.  Additionally, the health effects on Gray from the discharges have caused [him/her] to suffer lost wages, income, and/or business opportunities.

### 54.    Plaintiff Tami Gray.

2061.  At all times relevant to this action, Plaintiff Tami Gray was over the age of 18 and was a resident of Martinez, California.

2062.  Plaintiff Tami Gray rented a residence, which was approximately 1/4 mile from the refinery.

2063.  Gray was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2064.  Among other things, she recalls a noise and a smell that lingers.

2065.  As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Gray was physically harmed.

2066.  Among other things, Gray began experiencing illness and symptoms that were directly caused by the toxic exposure within a month after the release, including breathing difficulties, earaches, ear infections, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, and body aches.

2067.  The November 24 and 25, 2022, discharge also entered Gray's residence, including the noise and smell.

-193-

2068.  The trespass by PBF Martinez interfered with Gray's ability to use and enjoy the residence and caused injury to Gray and damage to the property.

2069.  Needless to say, the trespass by PBF Martinez to Gray's real property was unauthorized.

2070.  Gray was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2071.  In each instance, she was exposed to toxins from the refinery's discharges.

2072.  As a result of her exposure to the 2023 discharges from the refinery, Gray was physically harmed, including developing and/or worsening symptoms of sore throat, difficulty breathing, and coughing that were directly caused by the reoccurring discharges in 2023.

2073.  The 2023 discharges also entered Gray's residence, including noises and a bad smell.

2074.  The trespasses by PBF Martinez interfered with Gray's ability to use and enjoy the residence and caused injury to Gray and damage to the property.

2075.  Needless to say, the trespasses by PBF Martinez to Gray's real property was unauthorized in each instance.

2076.  Additionally, the health effects on Gray from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 55. Plaintiff Viberto Guerra.

2077.  At all times relevant to this action, Plaintiff Viberto Guerra was over the age of 18 and was a resident of Martinez, California.

2078.  Plaintiff Viberto Guerra rented a residence, which was approximately 1 1/2 miles from the refinery.

2079.  Guerra was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2080.  Among other things, he recalled a bad smell and soot everywhere.

2081.  As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Guerra was physically harmed.

-194-

2082.   Among other things, Guerra began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, headaches, sinus pain, pressure, and asthma flare-ups.

2083.   The November 24 and 25, 2022, discharge also entered Guerra's residence, including the bad smell and soot.

2084.   The trespass by PBF Martinez interfered with Guerra's ability to use and enjoy the residence and caused injury to Guerra and damage to the property.

2085.   Needless to say, the trespass by PBF Martinez to Guerra's real property was unauthorized.

2086.   Guerra was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2087.   In each instance, he was exposed to toxins from the refinery's discharges.

2088.   As a result of his exposure to the 2023 discharges from the refinery, Guerra was physically harmed, including developing and/or worsening symptoms of coughing, difficulty breathing, chest pain, and memory loss that were directly caused by the reoccurring discharges in 2023.

2089.   The 2023 discharges also entered Guerra's residence , including the bad smell and particles.

2090.   The trespasses by PBF Martinez interfered with Guerra's ability to use and enjoy the residence and caused injury to Guerra and damage to the property.

2091.   Needless to say, the trespasses by PBF Martinez to Guerra's real property was unauthorized in each instance.

2092.   Additionally, the health effects on Guerra from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**56.    Plaintiff Luis Guerrero.**

2093.   At all times relevant to this action, Plaintiff Luis Guerrero was over the age of 18 and was a resident of Martinez, California.

2094.   Plaintiff Luis Guerrero rented a residence, which was approximately 1/4 mile from the refinery.

2095.   Guerrero was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2096.   Among other things, he recalled a strange smell.

2097.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Guerrero was physically harmed.

2098.   Among other things, Guerrero began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, and chest pain.

2099.   The November 24 and 25, 2022, discharge also entered Guerrero's residence, including the strange smell.

2100.   The trespass by PBF Martinez interfered with Guerrero's ability to use and enjoy the residence and caused injury to Guerrero and damage to the property.

2101.   Needless to say, the trespass by PBF Martinez to Guerrero's real property was unauthorized.

2102.   Guerrero was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2103.   In each instance, he was exposed to toxins from the refinery's discharges.

2104.   As a result of his exposure to the 2023 discharges from the refinery, Guerrero was physically harmed, including developing and/or worsening symptoms of difficulty breathing and coughing that were directly caused by the reoccurring discharges in 2023.

2105.   The 2023 discharges also entered Guerrero's residence, including the strange smell.

2106.   The trespasses by PBF Martinez interfered with Guerrero's ability to use and enjoy the residence and caused injury to Guerrero and damage to the property.

2107.   Needless to say, the trespasses by PBF Martinez to Guerrero's real property was unauthorized in each instance.

1

**57.    Plaintiff Krysta Hadsell.**

2    2108.   At all times relevant to this action, Plaintiff Krysta Hadsell was over the age of 18

3   and was a resident of Martinez, California.

4    2109.   Plaintiff Krysta Hadsell rented a residence, which was approximately 1 1/2 miles

5   from the refinery.

6    2110.   Hadsell was present at their residence for the November 24 and 25, 2022 release

7   from the refinery, and was exposed to the toxic discharge from the refinery.

8    2111.   As a result of her exposure to the toxic discharges from the refinery on November

9   24 and 25, 2022, Hadsell was physically harmed.

10    2112.   Among other things, Hadsell began experiencing illness and symptoms that were

11   directly caused by the toxic exposure within days after the release, including breathing difficulties,

12   dizziness, vertigo, sore throat, coughing, headaches, congestion, body aches, and stomach pain.

13    2113.   The November 24 and 25, 2022, discharge also entered Hadsell's residence.

14    2114.   The trespass by PBF Martinez interfered with Hadsell's ability to use and enjoy the

15   residence and caused injury to Hadsell and damage to the property.

16    2115.   Needless to say, the trespass by PBF Martinez to Hadsell's real property was

17   unauthorized.

18    2116.   Hadsell was also present at her residence for the July 2023, October 2023, and

19   December 2023 releases.

20    2117.   In each instance, she was exposed to toxins from the refinery's discharges.

21    2118.   As a result of her exposure to the 2023 discharges from the refinery, Hadsell was

22   physically harmed, including developing and/or worsening symptoms of coughing, headaches, sore

23   throat, and dizziness that were directly caused by the reoccurring discharges in 2023.

24    2119.   The 2023 discharges also entered Hadsell's residence.

25    2120.   The trespasses by PBF Martinez interfered with Hadsell's ability to use and enjoy

26   the residence and caused injury to Hadsell and damage to the property.

27    2121.   Needless to say, the trespasses by PBF Martinez to Hadsell's real property were

28   unauthorized in each instance.

2122.   Additionally, the health effects on Hadsell from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**58.     Plaintiff Nancy Hadsell.**

2123.   At all times relevant to this action, Plaintiff Nancy Hadsell was over the age of 18 and was a resident of Martinez, California.

2124.   Plaintiff Nancy Hadsell rented a residence, which was approximately 1 1/2 miles from the refinery.

2125.   Hadsell was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2126.   Among other things, she recalls the smell from the refinery.

2127.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hadsell was physically harmed.

2128.   Among other things, Hadsell began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, itchy, watery, burning eyes, and headaches.

2129.   The November 24 and 25, 2022, discharge also entered Hadsell's residence, including the smell

2130.   The trespass by PBF Martinez interfered with Hadsell's ability to use and enjoy the residence and caused injury to Hadsell and damage to the property.

2131.   Needless to say, the trespass by PBF Martinez to Hadsell's real property was unauthorized.

2132.   Hadsell was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2133.   In each instance, she was exposed to toxins from the refinery's discharges.

2134.   As a result of her exposure to the 2023 discharges from the refinery, Hadsell was physically harmed, including developing and/or worsening symptoms of coughing and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

2135.   The 2023 discharges also entered Hadsell's residence, including the smell.

2136.   The trespasses by PBF Martinez interfered with Hadsell's ability to use and enjoy the residence and caused injury to Hadsell and damage to the property.

2137.   Needless to say, the trespasses by PBF Martinez to Hadsell's real property was unauthorized in each instance.

### 59.   Plaintiff Scott Hadsell.

2138.   At all times relevant to this action, Plaintiff Scott Hadsell was over the age of 18 and was a resident of Martinez, California.

2139.   Plaintiff Scott Hadsell rented a residence, which was approximately 1 1/2 miles from the refinery.

2140.   Hadsell was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2141.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hadsell was physically harmed.

2142.   Among other things, Hadsell began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, ear aches, ear infections, stomach pain, heartburn, and loss of balance.

2143.   The November 24 and 25, 2022, discharge also entered Hadsell's residence.

2144.   The trespass by PBF Martinez interfered with Hadsell's ability to use and enjoy the residence and caused injury to Hadsell and damage to the property.

2145.   Needless to say, the trespass by PBF Martinez to Hadsell's real property was unauthorized.

2146.   Hadsell was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2147.   In each instance, he was exposed to toxins from the refinery's discharges.

2148.   As a result of his exposure to the 2023 discharges from the refinery, Hadsell was physically harmed, including developing and/or worsening symptoms of coughing, sneezing,

watery eyes, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

2149.   The 2023 discharges also entered Hadsell's residence.

2150.   The trespasses by PBF Martinez interfered with Hadsell's ability to use and enjoy the residence and caused injury to Hadsell and damage to the property.

2151.   Needless to say, the trespasses by PBF Martinez to Hadsell's real property were unauthorized in each instance.

### 60.   Plaintiff Harry Hall.

2152.   At all times relevant to this action, Plaintiff Harry Hall was over the age of 18 and was a resident of Martinez, California.

2153.   Plaintiff Harry Hall rented a residence, which was approximately 1 mile from the refinery.

2154.   Hall was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2155.   Among other things, he has seen refinery-dust on his car, property, and garden.

2156.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hall was physically harmed.

2157.   Among other things, Hall began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, sinus pain, pressure, congestion, phlegm, and asthma flare-ups.

2158.   The November 24 and 25, 2022, discharge also entered Hall's residence, including the dust.

2159.   The trespass by PBF Martinez interfered with Hall's ability to use and enjoy the residence and caused injury to Hall and damage to the property.

2160.   Needless to say, the trespass by PBF Martinez to Hall's real property was unauthorized.

2161.   Hall was also present at his residence for the July 2023 and December 2023 releases.

2162.   In each instance, he was exposed to toxins from the refinery's discharges.

2163.   As a result of his exposure to the 2023 discharges from the refinery, Hall was physically harmed, including developing and/or worsening symptoms of asthma flare up, bronchitis, difficulty breathing, sore throat, and headaches that were directly caused by the reoccurring discharges in 2023.

2164.   The 2023 discharges also entered Hall's residence.

2165.   The trespasses by PBF Martinez interfered with Hall's ability to use and enjoy the residence and caused injury to Hall and damage to the property.

2166.   Needless to say, the trespasses by PBF Martinez to Hall's real property were unauthorized in each instance.

### 61.    Plaintiff Janeen Harrison.

2167.   At all times relevant to this action, Plaintiff Janeen Harrison was over the age of 18 and was a resident of Martinez, California.

2168.   Plaintiff Janeen Harrison rented a residence, which was approximately 1 mile from the refinery.

2169.   Harrison was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2170.   Among other things, she recalls dust on the property and her windows and curtains.

2171.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Harrison was physically harmed.

2172.   Among other things, Harrison began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, fatigue, difficulty sleeping, body aches, and asthma flare-ups.

2173.   The November 24 and 25, 2022, discharge also entered Harrison's residence, including the dust.

2174.   The trespass by PBF Martinez interfered with Harrison's ability to use and enjoy the residence and caused injury to Harrison and damage to the property.

2175.   Needless to say, the trespass by PBF Martinez to Harrison's real property was unauthorized.

2176.   Harrison was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2177.   In each instance, she was exposed to toxins from the refinery's discharges.

2178.   As a result of her exposure to the 2023 discharges from the refinery, Harrison was physically harmed, including developing and/or worsening symptoms of difficulty breathing, skin irritation, and headaches that were directly caused by the reoccurring discharges in 2023.

2179.   The 2023 discharges also entered Harrison's residence.

2180.   The trespasses by PBF Martinez interfered with Harrison's ability to use and enjoy the residence and caused injury to Harrison and damage to the property.

2181.   Needless to say, the trespasses by PBF Martinez to Harrison's real property were unauthorized in each instance.

### 62.   Plaintiff Teresa Hernandez.

2182.   At all times relevant to this action, Plaintiff Teresa Hernandez was over the age of 18 and was a resident of Martinez, California.

2183.   Plaintiff Teresa Hernandez rented a residence, which was approximately More than 2 miles from the refinery.

2184.   Hernandez was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2185.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hernandez was physically harmed.

2186.   Among other things, Hernandez began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including itchy, watery, burning eyes, sinus pain and pressure.

2187.   The November 24 and 25, 2022, discharge also entered Hernandez's.

2188.   The trespass by PBF Martinez interfered with Hernandez's ability to use and enjoy the residence and caused injury to Hernandez and damage to the property.

2189.  Needless to say, the trespass by PBF Martinez to Hernandez's real property was unauthorized.

2190.  Hernandez was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2191.  In each instance, she was exposed to toxins from the refinery's discharges.

2192.  As a result of her exposure to the 2023 discharges from the refinery, Hernandez was physically harmed, including developing and/or worsening symptoms of irritated eyes and nose, brain fog, congestion, and headaches that were directly caused by the reoccurring discharges in 2023.

2193.  The 2023 discharges also entered Hernandez's residence.

2194.  The trespasses by PBF Martinez interfered with Hernandez's ability to use and enjoy the residence and caused injury to Hernandez and damage to the property.

2195.  Needless to say, the trespasses by PBF Martinez to Hernandez's real property were unauthorized in each instance.

### 63.  Plaintiff Darrell Hildebrant.

2196.  At all times relevant to this action, Plaintiff Darrell Hildebrant was over the age of 18 and was a resident of Martinez, California.

2197.  Plaintiff Darrell Hildebrant rented a residence, which was approximately 1/2 mile from the refinery.

2198.  Hildebrant was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2199.  As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hildebrant was physically harmed.

2200.  Among other things, Hildebrant began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, and burning eyes.

2201.  The November 24 and 25, 2022, discharge also entered Hildebrant's residence.

2202.   The trespass by PBF Martinez interfered with Hildebrant's ability to use and enjoy the residence and caused injury to Hildebrant and damage to the property.

2203.   Needless to say, the trespass by PBF Martinez to Hildebrant's real property was unauthorized.

2204.   Hildebrant was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2205.   In each instance, he was exposed to toxins from the refinery's discharges.

2206.   As a result of his exposure to the 2023 discharges from the refinery, Hildebrant was physically harmed, including developing and/or worsening symptoms of difficulty breathing, coughing, sore throat, chest pain, asthma, and brain fog that were directly caused by the reoccurring discharges in 2023.

2207.   The 2023 discharges also entered Hildebrant's residence.

2208.   The trespasses by PBF Martinez interfered with Hildebrant's ability to use and enjoy the residence and caused injury to Hildebrant and damage to the property.

2209.   Needless to say, the trespasses by PBF Martinez to Hildebrant's real property were unauthorized in each instance.

2210.   Additionally, the health effects on Hildebrant from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**64.     Plaintiff Christopher Hind.**

2211.   At all times relevant to this action, Plaintiff Christopher Hind was over the age of 18 and was a resident of Martinez, California.

2212.   Plaintiff Christopher Hind rented a residence, which was approximately 1 1/2 miles from the refinery.

2213.   Hind was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2214.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hind was physically harmed.

2215.   Among other things, Hind began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, phlegm, and asthma flare-up.

2216.   The November 24 and 25, 2022, discharge also entered Hind's residence.

2217.   The trespass by PBF Martinez interfered with Hind's ability to use and enjoy the residence and caused injury to Hind and damage to the property.

2218.   Needless to say, the trespass by PBF Martinez to Hind's real property was unauthorized.

2219.   Hind was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2220.   In each instance, he was exposed to toxins from the refinery's discharges.

2221.   As a result of his exposure to the 2023 discharges from the refinery, Hind was physically harmed, including developing and/or worsening symptoms of difficulty breathing, chest pain, coughing, and asthma flare ups that were directly caused by the reoccurring discharges in 2023.

2222.   The 2023 discharges also entered Hind's residence.

2223.   The trespasses by PBF Martinez interfered with Hind's ability to use and enjoy the residence and caused injury to Hind and damage to the property.

2224.   Needless to say, the trespasses by PBF Martinez to Hind's real property were unauthorized in each instance.

### 65.    Plaintiff Deborah Hogarty.

2225.   At all times relevant to this action, Plaintiff Deborah Hogarty was over the age of 18 and was a resident of Martinez, California.

2226.   Plaintiff Deborah Hogarty rented a residence, which was approximately 1 mile from the refinery.

2227.   Hogarty was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2228.  As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hogarty was physically harmed.

2229.  Among other things, Hogarty began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, and dizziness and vertigo.

2230.  The November 24 and 25, 2022, discharge also entered Hogarty's residence.

2231.  The trespass by PBF Martinez interfered with Hogarty's ability to use and enjoy the residence and caused injury to Hogarty and damage to the property.

2232.  Needless to say, the trespass by PBF Martinez to Hogarty's real property was unauthorized.

2233.  Hogarty was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2234.  In each instance, she was exposed to toxins from the refinery's discharges.

2235.  As a result of her exposure to the 2023 discharges from the refinery, Hogarty was physically harmed, including developing and/or worsening symptoms of difficulty breathing, headaches, and brain fog that were directly caused by the reoccurring discharges in 2023.

2236.  The 2023 discharges also entered Hogarty's residence.

2237.  The trespasses by PBF Martinez interfered with Hogarty's ability to use and enjoy the residence and caused injury to Hogarty and damage to the property.

2238.  Needless to say, the trespasses by PBF Martinez to Hogarty's real property were unauthorized in each instance.

### 66.    Plaintiff Ralph Holz.

2239.  At all times relevant to this action, Plaintiff Ralph Holz was over the age of 18 and was a resident of Martinez, California.

2240.  Plaintiff Ralph Holz rented a residence, which was approximately 1/4 mile from the refinery.

2241.  Holz was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2242.  As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Holz was physically harmed.

2243.  Among other things, Holz began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, dizziness, vertigo, itchy, watery, burning eyes, headaches, fatigue, bloody nose, difficulty sleeping, earaches, ear infections, coughing up blood, heartburn, and diarrhea.

2244.  The November 24 and 25, 2022, discharge also entered Holz's residence.

2245.  The trespass by PBF Martinez interfered with Holz's ability to use and enjoy the residence and caused injury to Holz and damage to the property.

2246.  Needless to say, the trespass by PBF Martinez to Holz's real property was unauthorized.

2247.  Holz was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2248.  In each instance, he was exposed to toxins from the refinery's discharges.

2249.  As a result of his exposure to the 2023 discharges from the refinery, Holz was physically harmed, including developing and/or worsening symptoms of difficulty breathing, dizziness, and headache that were directly caused by the reoccurring discharges in 2023.

2250.  The 2023 discharges also entered Holz's residence.

2251.  The trespasses by PBF Martinez interfered with Holz's ability to use and enjoy the residence and caused injury to Holz and damage to the property.

2252.  Needless to say, the trespasses by PBF Martinez to Holz's real property was unauthorized in each instance.

2253.  Additionally, the health effects on Holz from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**67.    Plaintiff Sean Hreha.**

2254.  At all times relevant to this action, Plaintiff Sean Hreha was over the age of 18 and was a resident of Martinez, California.

2255.   Plaintiff Sean Hreha rented a residence, which was approximately 1/2 mile from the refinery.

2256.   Hreha was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2257.   Among other things, he recalls his car was covered in dark residue and he started developing irritation and symptoms soon after.

2258.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hreha was physically harmed.

2259.   Among other things, Hreha began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, body aches, phlegm, heartburn, and dehydration.

2260.   The November 24 and 25, 2022, discharge also entered Hreha's residence, including ash.

2261.   The trespass by PBF Martinez interfered with Hreha's ability to use and enjoy the residence and caused injury to Hreha and damage to the property.

2262.   Needless to say, the trespass by PBF Martinez to Hreha's real property was unauthorized.

2263.   Hreha was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2264.   In each instance, he was exposed to toxins from the refinery's discharges.

2265.   As a result of his exposure to the 2023 discharges from the refinery, Hreha was physically harmed, including developing and/or worsening symptoms of difficulty breathing, headaches, cough, irritated throat, stomachache, and sinus pressure that were directly caused by the reoccurring discharges in 2023.

2266.   The 2023 discharges also entered Hreha's residence, including ash and a strange smell.

2267.   The trespasses by PBF Martinez interfered with Hreha's ability to use and enjoy the residence and caused injury to Hreha and damage to the property.

2268.   Needless to say, the trespasses by PBF Martinez to Hreha's real property was unauthorized in each instance.

### 68.    Plaintiff Deborah Hudson Wisell.

2269.   At all times relevant to this action, Plaintiff Deborah C Hudson Wisell was over the age of 18 and was a resident of Martinez, California.

2270.   Plaintiff Deborah C Hudson Wisell rented a residence, which was approximately 1/4 mile from the refinery.

2271.   Hudson Wisell was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2272.   Among other things, she recalls a particular nasty odor.

2273.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hudson Wisell was physically harmed.

2274.   Among other things, Hudson Wisell began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, body aches, phlegm, stomach pain, heartburn, and diarrhea.

2275.   The November 24 and 25, 2022, discharge also entered Hudson Wisell's residence, including the odor.

2276.   The trespass by PBF Martinez interfered with Hudson Wisell's ability to use and enjoy the residence and caused injury to Hudson Wisell and damage to the property.

2277.   Needless to say, the trespass by PBF Martinez to Hudson Wisell's real property was unauthorized.

2278.   Hudson Wisell was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2279.   In each instance, she was exposed to toxins from the refinery's discharges.

2280.   As a result of her exposure to the 2023 discharges from the refinery, Hudson Wisell was physically harmed, including developing and/or worsening symptoms of difficulty breathing, sore throat, chest pain, and brain fog that were directly caused by the reoccurring discharges in 2023.

2281.   The 2023 discharges also entered Hudson Wisell's residence, including the nasty odor.

2282.   The trespasses by PBF Martinez interfered with Hudson Wisell's ability to use and enjoy the residence and caused injury to Hudson Wisell and damage to the property.

2283.   Needless to say, the trespasses by PBF Martinez to Hudson Wisell's real property was unauthorized in each instance.

### 69.    Plaintiff Kerry Huffman.

2284.   At all times relevant to this action, Plaintiff Kerry Huffman was over the age of 18 and was a resident of Martinez, California.

2285.   Plaintiff Kerry Huffman rented a residence, which was approximately More than 2 miles from the refinery.

2286.   Huffman was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2287.   Among other things, she recalled seeing particles on her vehicle and around her house.

2288.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Huffman was physically harmed.

2289.   Among other things, Huffman began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, fever, and red eyes.

2290.   The November 24 and 25, 2022, discharge also entered Huffman's residence, including the dust particles.

2291.  The trespass by PBF Martinez interfered with Huffman's ability to use and enjoy the residence and caused injury to Huffman and damage to the property.

2292.  Needless to say, the trespass by PBF Martinez to Huffman's real property was unauthorized.

2293.  Huffman was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2294.  In each instance, she was exposed to toxins from the refinery's discharges.

2295.  As a result of her exposure to the 2023 discharges from the refinery, Huffman was physically harmed, including developing and/or worsening symptoms of eye irritation, blurry vision, itchy eyes, cough, sinus pressure, burning sinuses sensation, congestion, and fever that were directly caused by the reoccurring discharges in 2023.

2296.  The 2023 discharges also entered Huffman's residence.

2297.  The trespasses by PBF Martinez interfered with Huffman's ability to use and enjoy the residence and caused injury to Huffman and damage to the property.

2298.  Needless to say, the trespasses by PBF Martinez to Huffman's real property was unauthorized in each instance.

2299.  Additionally, the health effects on Huffman from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**70.    Plaintiff Jillian Hunter.**

2300.  At all times relevant to this action, Plaintiff Jillian Hunter was over the age of 18 and was a resident of Martinez, California.

2301.  Plaintiff Jillian Hunter rented a residence, which was approximately 1 1/2 miles from the refinery.

2302.  Hunter was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2303.  Among other things, she recalled an odd smell in the air and a film of dust on vehicles.

2304.  As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Hunter was physically harmed.

2305.  Among other things, Hunter began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, and asthma flare-up.

2306.  The November 24 and 25, 2022, discharge also entered Hunter's residence, including odd smell and dust.

2307.  The trespass by PBF Martinez interfered with Hunter's ability to use and enjoy the residence and caused injury to Hunter and damage to the property.

2308.  Needless to say, the trespass by PBF Martinez to Hunter's real property was unauthorized.

2309.  Hunter was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2310.  In each instance, she was exposed to toxins from the refinery's discharges.

2311.  As a result of her exposure to the 2023 discharges from the refinery, Hunter was physically harmed, including developing and/or worsening symptoms of headaches and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

2312.  The 2023 discharges also entered Hunter's residence, including dust.

2313.  The trespasses by PBF Martinez interfered with Hunter's ability to use and enjoy the residence and caused injury to Hunter and damage to the property.

2314.  Needless to say, the trespasses by PBF Martinez to Hunter's real property were unauthorized in each instance.

### 71.    Plaintiff Clara Jacinto.

2315.  At all times relevant to this action, Plaintiff Clara Jacinto was over the age of 18 and was a resident of Martinez, California.

2316.  Plaintiff Clara Jacinto rented a residence, which was approximately 2 miles from the refinery.

-212-

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

2317.   Jacinto was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2318.   Among other things, she recalls dust on property and vehicles.

2319.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Jacinto was physically harmed.

2320.   Among other things, Jacinto began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, earaches, ear infections, and asthma flare-up.

2321.   The November 24 and 25, 2022, discharge also entered Jacinto's residence, including respiratory infections, severe cough & asthma incidents.

2322.   The trespass by PBF Martinez interfered with Jacinto's ability to use and enjoy the residence and caused injury to Jacinto and damage to the property.

2323.   Needless to say, the trespass by PBF Martinez to Jacinto's real property was unauthorized.

2324.   Jacinto was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2325.   In each instance, she was exposed to toxins from the refinery's discharges.

2326.   As a result of her exposure to the 2023 discharges from the refinery, Jacinto was physically harmed, including developing and/or worsening symptoms of respiratory infections, cough, asthma, and headaches that were directly caused by the reoccurring discharges in 2023.

2327.   The 2023 discharges also entered Jacinto's residence.

2328.   The trespasses by PBF Martinez interfered with Jacinto's ability to use and enjoy the residence and caused injury to Jacinto and damage to the property.

2329.   Needless to say the trespasses by PBF Martinez to Jacinto's real property was unauthorized in each instance.

1

72.    **Plaintiff Kelsey Jacobs.**

2    2330.    At all times relevant to this action, Plaintiff Kelsey Jacobs was over the age of 18

3    and was a resident of Martinez, California.

4    2331.    Plaintiff Kelsey Jacobs rented a residence, which was approximately 1/2 mile from

5    the refinery.

6    2332.    Jacobs was present at their residence for the November 24 and 25, 2022 release from

7    the refinery, and was exposed to the toxic discharge from the refinery.

8    2333.    Among other things, she woke up to dust everywhere.

9    2334.    As a result of her exposure to the toxic discharges from the refinery on November

10    24 and 25, 2022, Jacobs was physically harmed.

11    2335.    Among other things, Jacobs began experiencing illness and symptoms that were

12    directly caused by the toxic exposure within a few weeks after the release, including breathing

13    difficulties, dizziness, vertigo, sore throat, coughing, rash, hives, headaches, fatigue, difficulty

14    sleeping, and asthma flare-up.

15    2336.    The November 24 and 25, 2022, discharge also entered Jacobs's residence,

16    including the dust.

17    2337.    The trespass by PBF Martinez interfered with Jacobs's ability to use and enjoy the

18    residence and caused injury to Jacobs and damage to the property.

19    2338.    Needless to say, the trespass by PBF Martinez to Jacobs's real property was

20    unauthorized.

21    2339.    Jacobs was also present at her residence for the July 2023, October 2023, and

22    December 2023 releases.

23    2340.    In each instance, she was exposed to toxins from the refinery's discharges.

24    2341.    As a result of her exposure to the 2023 discharges from the refinery, Jacobs was

25    physically harmed, including developing and/or worsening symptoms of headaches, coughing, sore

26    throat, sinus issues, eye irritation, and skin irritation that were directly caused by the reoccurring

27    discharges in 2023.

28    2342.    The 2023 discharges also entered Jacobs's residence.

-214-

2343.   The trespasses by PBF Martinez interfered with Jacobs's ability to use and enjoy the residence and caused injury to Jacobs and damage to the property.

2344.   Needless to say, the trespasses by PBF Martinez to Jacobs's real property were unauthorized in each instance.

### 73.    Plaintiff Lisa Jawad.

2345.   At all times relevant to this action, Plaintiff Lisa Jawad was over the age of 18 and was a resident of Martinez, California.

2346.   Plaintiff Lisa Jawad rented a residence, which was approximately 2 miles from the refinery.

2347.   Jawad was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2348.   Among other things, she recalls whitish flakes all over the cars.

2349.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Jawad was physically harmed.

2350.   Among other things, Jawad began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, rash, hives, fatigue, difficulty sleeping, body aches, phlegm, stomach pain, asthma flare-ups, heartburn, dehydration, diarrhea, and loss of balance.

2351.   The November 24 and 25, 2022, discharge also entered Jawad's residence, including the white flakes.

2352.   The trespass by PBF Martinez interfered with Jawad's ability to use and enjoy the residence and caused injury to Jawad and damage to the property.

2353.   Needless to say, the trespass by PBF Martinez to Jawad's real property was unauthorized.

2354.   Jawad was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2355.   In each instance, she was exposed to toxins from the refinery's discharges.

-215-

2356.   As a result of her exposure to the 2023 discharges from the refinery, Jawad was physically harmed, including developing and/or worsening symptoms of asthma and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

2357.   The 2023 discharges also entered Jawad's residence.

2358.   The trespasses by PBF Martinez interfered with Jawad's ability to use and enjoy the residence and caused injury to Jawad and damage to the property.

2359.   Needless to say, the trespasses by PBF Martinez to Jawad's real property was unauthorized in each instance.

### 74.    Plaintiff Bradley Jorgensen.

2360.   At all times relevant to this action, Plaintiff Bradley Jorgensen was over the age of 18 and was a resident of Martinez, California.

2361.   Plaintiff Jorgensen rented a residence, which was approximately 1/4 mile from the refinery.

2362.   Jorgensen was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2363.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Jorgensen was physically harmed.

2364.   Among other things, Jorgensen began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, body aches, ear aches, ear infections, phlegm, dehydration, and loss of balance.

2365.   The November 24 and 25, 2022, discharge also entered Jorgensen's residence.

2366.   The trespass by PBF Martinez interfered with Jorgensen's ability to use and enjoy the residence and caused injury to Jorgensen and damage to the property.

2367.   Needless to say, the trespass by PBF Martinez to Jorgensen's real property was unauthorized.

2368.   Jorgensen was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2369.   In each instance, he was exposed to toxins from the refinery's discharges.

2370.   As a result of his exposure to the 2023 discharges from the refinery, Jorgensen was physically harmed, including developing and/or worsening symptoms of difficulty breathing, nausea, impaired ability to think, and coughing that were directly caused by the reoccurring discharges in 2023.

2371.   The 2023 discharges also entered Jorgensen's residence.

2372.   The trespasses by PBF Martinez interfered with Jorgensen's ability to use and enjoy the residence and caused injury to Jorgensen and damage to the property.

2373.   Needless to say, the trespasses by PBF Martinez to Jorgensen's real property was unauthorized in each instance.

2374.   Additionally, the health effects on Jorgensen from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 75.    Plaintiff Christopher Katyal.

2375.   At all times relevant to this action, Plaintiff Christopher Katyal was over the age of 18 and was a resident of Martinez, California.

2376.   Plaintiff Christopher Katyal rented a residence, which was approximately 1 1/2 miles from the refinery.

2377.   Katyal was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2378.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Katyal was physically harmed.

2379.   Among other things, Katyal began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, headaches, fatigue, and difficulty sleeping.

2380.   The November 24 and 25, 2022, discharge also entered Katyal's residence.

2381.   The trespass by PBF Martinez interfered with Katyal's ability to use and enjoy the residence and caused injury to Katyal and damage to the property.

2382.   Needless to say, the trespass by PBF Martinez to Katyal's real property was unauthorized.

2383.   Katyal was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2384.   In each instance, he was exposed to toxins from the refinery's discharges.

2385.   As a result of his exposure to the 2023 discharges from the refinery, Katyal was physically harmed, including developing and/or worsening symptoms of dry throat, wheezing, headaches, and fatigue that were directly caused by the reoccurring discharges in 2023.

2386.   The 2023 discharges also entered Katyal's residence.

2387.   The trespasses by PBF Martinez interfered with v ability to use and enjoy the residence and caused injury to Katyal and damage to the property.

2388.   Needless to say, the trespasses by PBF Martinez to Katyal's real property was unauthorized in each instance.

### 76.    Plaintiff Kenneth Kelly.

2389.   At all times relevant to this action, Plaintiff Kenneth Kelly was over the age of 18 and was a resident of Martinez, California.

2390.   Plaintiff Kenneth Kelly rented a residence, which was approximately 1/4 mile from the refinery.

2391.   Kelly was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2392.   Among other things, he was at home and the ground was vibrating, and the sky was lit up with a cloudy colored stream of something he could smell.

2393.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Kelly was physically harmed.

2394.   Among other things, Kelly began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties,

memory issues, brain fog, dizziness, vertigo, sore throat, itchy, watery, burning eyes, body aches, phlegm, dehydration, coughing, headaches, fatigue, congestion, fever, and loss of balance.

2395.   The November 24 and 25, 2022, discharge also entered Kelly's residence, including the vibration and smell.

2396.   The trespass by PBF Martinez interfered with Kelly's ability to use and enjoy the residence and caused injury to Kelly and damage to the property.

2397.   Needless to say, the trespass by PBF Martinez to Kelly's real property was unauthorized.

2398.   Kelly was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2399.   In each instance, he was exposed to toxins from the refinery's discharges.

2400.   As a result of his exposure to the 2023 discharges from the refinery, Kelly was physically harmed, including developing and/or worsening symptoms of headache, coughing, congestion, irritated eyes, brain fog, and difficulty sleeping that were directly caused by the reoccurring discharges in 2023.

2401.   The 2023 discharges also entered Kelly's residence.

2402.   The trespasses by PBF Martinez interfered with Kelly's ability to use and enjoy the residence and caused injury to Kelly and damage to the property.

2403.   Needless to say, the trespasses by PBF Martinez to Kelly's real property was unauthorized in each instance.

2404.   Additionally, the health effects on Kelly from the discharges have caused him to suffer lost wages, income, and/or business opportunities. Specifically, he was sick off and on, as was his son, so he had to keep taking time off.

### 77.    Plaintiff Lillian Kemp.

2405.   At all times relevant to this action, Plaintiff Lillian Kemp was over the age of 18 and was a resident of Martinez, California.

2406.   Plaintiff Lillian Kemp rented a residence, which was approximately 1/4 mile from the refinery.

2407.   Kemp was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2408.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Kemp was physically harmed.

2409.   Among other things, Kemp began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, and coughing.

2410.   The November 24 and 25, 2022, discharge also entered Kemp's residence.

2411.   The trespass by PBF Martinez interfered with Kemp's ability to use and enjoy the residence and caused injury to Kemp and damage to the property.

2412.   Needless to say, the trespass by PBF Martinez to Kemp's real property was unauthorized.

2413.   Kemp was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2414.   In each instance, she was exposed to toxins from the refinery's discharges.

2415.   As a result of her exposure to the 2023 discharges from the refinery, Kemp was physically harmed, including developing and/or worsening symptoms of breathing issues, chest pains,  and difficulty sleeping that were directly caused by the reoccurring discharges in 2023.

2416.   The 2023 discharges also entered Kemp's residence.

2417.   The trespasses by PBF Martinez interfered with Kemp's ability to use and enjoy the residence and caused injury to Kemp and damage to the property.

2418.   Needless to say, the trespasses by PBF Martinez to Kemp's real property were unauthorized in each instance.

### 78.    Plaintiff Austin Landers.

2419.   At all times relevant to this action, Plaintiff Austin Landers was over the age of 18 and was a resident of Martinez, California.

2420.   Plaintiff Austin Landers rented a residence, which was approximately 1/4 mile from the refinery.

-220-

2421.   Landers was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2422.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Landers was physically harmed.

2423.   Among other things, Landers began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, phlegm, asthma flare-ups, and dehydration.

2424.   The November 24 and 25, 2022, discharge also entered Landers's residence.

2425.   The trespass by PBF Martinez interfered with Landers's ability to use and enjoy the residence and caused injury to Landers and damage to the property.

2426.   Needless to say, the trespass by PBF Martinez to Landers's real property was unauthorized.

2427.   Landers was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2428.   In each instance, he was exposed to toxins from the refinery's discharges.

2429.   As a result of his exposure to the 2023 discharges from the refinery, Landers was physically harmed, including developing and/or worsening symptoms of asthma flare-up, coughing, and respiratory issues that were directly caused by the reoccurring discharges in 2023.

2430.   The 2023 discharges also entered Landers's residence.

2431.   The trespasses by PBF Martinez interfered with Landers's ability to use and enjoy the residence and caused injury to Landers and damage to the property.

2432.   Needless to say, the trespasses by PBF Martinez to Landers's real property was unauthorized in each instance.

2433.   Additionally, the health effects on Landers from the discharges have caused [him/her] to suffer lost wages, income, and/or business opportunities.

79.    **Plaintiff Jamie Langdon.**

2434.    At all times relevant to this action, Plaintiff Jamie Langdon was over the age of 18 and was a resident of Martinez, California.

2435.    Plaintiff Jamie Langdon rented a residence, which was approximately 1/4 mile from the refinery.

2436.    Langdon was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2437.    Among other things, she recalls the smell and the white ash outside.

2438.    As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Langdon was physically harmed.

2439.    Among other things, Langdon began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, body aches, ear aches, ear infections, asthma flare-up, heartburn, dehydration, fever, and diarrhea.

2440.    The November 24 and 25, 2022, discharge also entered Langdon's residence, including the ash.

2441.    The trespass by PBF Martinez interfered with Langdon's ability to use and enjoy the residence and caused injury to Langdon and damage to the property.

2442.    Needless to say, the trespass by PBF Martinez to Langdon's real property was unauthorized.

2443.    Langdon was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2444.    In each instance, she was exposed to toxins from the refinery's discharges.

2445.    As a result of her exposure to the 2023 discharges from the refinery, Langdon was physically harmed, including developing and/or worsening symptoms of difficulty breathing, chest

pain, congestion, fatigue, and irritated eyes that were directly caused by the reoccurring discharges in 2023.

2446.   The 2023 discharges also entered Langdon's residence.

2447.   The trespasses by PBF Martinez interfered with Langdon's ability to use and enjoy the residence and caused injury to Langdon and damage to the property.

2448.   Needless to say, the trespasses by PBF Martinez to Langdon's real property was unauthorized in each instance.

### 80.    Plaintiff Ellison Lockett.

2449.   At all times relevant to this action, Plaintiff Ellison Lockett was over the age of 18 and was a resident of Martinez, California.

2450.   Plaintiff Ellison Lockett rented a residence, which was approximately 2 miles from the refinery.

2451.   Lockett was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2452.   Among other things, he recalls seeing particles on his car.

2453.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2023, Lockett was physically harmed.

2454.   Among other things, Lockett began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, itchy, watery, burning eyes, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, dehydration, and loss of balance.

2455.   The November 24 and 25, 2022, discharge also entered Lockett's residence.

2456.   The trespass by PBF Martinez interfered with Lockett's ability to use and enjoy the residence and caused injury to Lockett and damage to the property.

2457.   Needless to say, the trespass by PBF Martinez to Lockett's real property was unauthorized.

2458.   Lockett was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2459.   In each instance, he was exposed to toxins from the refinery's discharges.

2460.   As a result of his exposure to the 2023 discharges from the refinery, Lockett was physically harmed, including developing and/or worsening symptoms of breathing problems, chest pain, and sinus issues that were directly caused by the reoccurring discharges in 2023.

2461.   The 2023 discharges also entered Lockett's residence.

2462.   The trespasses by PBF Martinez interfered with Lockett's ability to use and enjoy the residence and caused injury to Lockett and damage to the property.

2463.   Needless to say, the trespasses by PBF Martinez to Lockett's real property was unauthorized in each instance.

**81.    Plaintiff Tina Machado.**

2464.   At all times relevant to this action, Plaintiff Tina Machado was over the age of 18 and was a resident of Martinez, California.

2465.   Plaintiff Tina Machado rented a residence, which was approximately 1 1/2 miles from the refinery.

2466.   Machado was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2467.   Among other things, she recalls ash on the cars, clothes on the clothesline, and plants. Her chest got tight and she started experiencing symptoms

2468.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Machado was physically harmed.

2469.   Among other things, Machado began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, phlegm, asthma flare-ups, heartburn, diarrhea, liver count elevated, loss of balance, and tight chest waking up in the night hard to breath.

2470.   The November 24 and 25, 2022, discharge also entered Machado's residence, including ash.

2471.   The trespass by PBF Martinez interfered with Machado's ability to use and enjoy the residence and caused injury to Machado and damage to the property.

2472.   Needless to say, the trespass by PBF Martinez to Machado's real property was unauthorized.

2473.   Machado was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2474.   In each instance, she was exposed to toxins from the refinery's discharges.

2475.   As a result of her exposure to the 2023 discharges from the refinery, Machado was physically harmed, including developing and/or worsening symptoms of coughing, sore throat, asthma flare up, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

2476.   The 2023 discharges also entered Machado's residence, including a foul smell and ash.

2477.   The trespasses by PBF Martinez interfered with Machado's ability to use and enjoy the residence and caused injury to Machado and damage to the property.

2478.   Needless to say, the trespasses by PBF Martinez to Machado's real property were unauthorized in each instance.

**82.    Plaintiff Johnnie Maynor.**

2479.   At all times relevant to this action, Plaintiff Johnnie Maynor was over the age of 18 and was a resident of Martinez, California.

2480.   Plaintiff Johnnie Maynor rented a residence, which was approximately 2 miles from the refinery.

2481.   Maynor was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2482.   Among other things, he recalled a weird smell.

2483.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Maynor was physically harmed.

2484.   Among other things, Maynor began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, body aches, ear aches, ear infections, phlegm, coughing up blood, stomach pain, asthma flare-ups, heartburn, dehydration, fever, diarrhea, and liver count elevated.

2485.   The November 24 and 25, 2022, discharge also entered Maynor's residence, including smell.

2486.   The trespass by PBF Martinez interfered with Maynor's ability to use and enjoy the residence and caused injury to Maynor and damage to the property.

2487.   Needless to say, the trespass by PBF Martinez to Maynor's real property was unauthorized.

2488.   Maynor was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2489.   In each instance, he was exposed to toxins from the refinery's discharges.

2490.   As a result of his exposure to the 2023 discharges from the refinery, Maynor was physically harmed, including developing and/or worsening symptoms of watery eyes, coughing, nausea, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

2491.   The 2023 discharges also entered Maynor's residence.

2492.   The trespasses by PBF Martinez interfered with Maynor's ability to use and enjoy the residence and caused injury to Maynor and damage to the property.

2493.   Needless to say, the trespasses by PBF Martinez to Maynor's real property were unauthorized in each instance.

2494.   Additionally, the health effects on Maynor from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**83.    Plaintiff James McCarty.**

2495.   At all times relevant to this action, Plaintiff James McCarty was over the age of 18 and was a resident of Martinez, California.

2496.   Plaintiff James McCarty rented a residence, which was approximately 1 mile from the refinery.

2497.   McCarty was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2498.   Among other things, he saw dust everywhere, covering everything like snow.

2499.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, McCarty was physically harmed.

2500.   Among other things, McCarty began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, sore throat, coughing, itchy, watery, burning eyes, earaches, and ear infections.

2501.   The November 24 and 25, 2022, discharge also entered McCarty's residence, including dust.

2502.   The trespass by PBF Martinez interfered with McCarty's ability to use and enjoy the residence and caused injury to McCarty and damage to the property.

2503.   Needless to say, the trespass by PBF Martinez to McCarty's real property was unauthorized.

2504.   McCarty was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2505.   In each instance, he was exposed to toxins from the refinery's discharges.

2506.   As a result of his exposure to the 2023 discharges from the refinery, McCarty was physically harmed, including developing and/or worsening symptoms of coughing that were directly caused by the reoccurring discharges in 2023.

2507.   The 2023 discharges also entered McCarty's residence.

2508.   The trespasses by PBF Martinez interfered with McCarty's ability to use and enjoy the residence and caused injury to McCarty and damage to the property.

2509.   Needless to say, the trespasses by PBF Martinez to McCarty's real property were unauthorized in each instance.

1

**84.    Plaintiff Patricia McGuire.**

2510.    At all times relevant to this action, Plaintiff Patricia McGuire was over the age of 18 and was a resident of Martinez, California.

2511.    Plaintiff Patricia McGuire rented a residence, which was approximately 1/2 mile from the refinery.

2512.    McGuire was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2513.    Among other things, she recalls a kind of smell and sound, with a hazy sky.

2514.    As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, McGuire was physically harmed.

2515.    Among other things, McGuire began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, rash, hives, phlegm, headaches, sinus pain, pressure, fatigue, body aches, stomach pain, asthma flare-ups, and loss of balance.

2516.    The November 24 and 25, 2022, discharge also entered McGuire's residence, including the smell and sound.

2517.    The trespass by PBF Martinez interfered with McGuire's ability to use and enjoy the residence and caused injury to McGuire and damage to the property.

2518.    Needless to say, the trespass by PBF Martinez to McGuire's real property was unauthorized.

2519.    McGuire was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2520.    In each instance, she was exposed to toxins from the refinery's discharges.

2521.    As a result of her exposure to the 2023 discharges from the refinery, McGuire was physically harmed, including developing and/or worsening symptoms of skin irritation, chest pain, difficulty breathing, and coughing that were directly caused by the reoccurring discharges in 2023.

2522.   The 2023 discharges also entered McGuire's residence, including the smell and film that she saw on her car.

2523.   The trespasses by PBF Martinez interfered with McGuire's ability to use and enjoy the residence and caused injury to McGuire and damage to the property.

2524.   Needless to say, the trespasses by PBF Martinez to McGuire's real property were unauthorized in each instance.

2525.   Additionally, the health effects on McGuire from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 85.    Plaintiff Stephen Mellin.

2526.   At all times relevant to this action, Plaintiff Stephen Mellin was over the age of 18 and was a resident of Martinez, California.

2527.   Plaintiff Stephen Mellin rented a residence, which was approximately More than 2 miles from the refinery.

2528.   Mellin was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2529.   Among other things, he recalled the dust in the neighborhood.

2530.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Mellin was physically harmed.

2531.   Among other things, Mellin began experiencing illness and symptoms that were directly caused by the toxic exposure within a month after the release, including memory issues, brain fog, dizziness, vertigo, fatigue, body aches, and diarrhea.

2532.   The November 24 and 25, 2022, discharge also entered Mellin's residence, including the dust.

2533.   The trespass by PBF Martinez interfered with Mellin's ability to use and enjoy the residence and caused injury to Mellin and damage to the property.

2534.   Needless to say, the trespass by PBF Martinez to Mellin's real property was unauthorized.

2535.   Mellin was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2536.   In each instance, he was exposed to toxins from the refinery's discharges.

2537.   As a result of his exposure to the 2023 discharges from the refinery, Mellin was physically harmed, including developing and/or worsening symptoms of weakness and congestion that were directly caused by the reoccurring discharges in 2023.

2538.   The 2023 discharges also entered Mellin's residence, including smoke and dust.

2539.   The trespasses by PBF Martinez interfered with Mellin's ability to use and enjoy the residence and caused injury to Mellin and damage to the property.

2540.   Needless to say, the trespasses by PBF Martinez to Mellin's real property was unauthorized in each instance.

**86.     Plaintiff Katrina Metrock.**

2541.   At all times relevant to this action, Plaintiff Katrina Metrock was over the age of 18 and was a resident of Martinez, California.

2542.   Plaintiff Katrina Metrock rented a residence, which was approximately 1/4 mile from the refinery.

2543.   Metrock was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2544.   Among other things, she recalled dust on vehicles and that the plants do not grow the same anymore.

2545.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Metrock was physically harmed.

2546.   Among other things, Metrock began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, dizziness, vertigo, headaches, sinus pain, and pressure.

2547.   The November 24 and 25, 2022, discharge also entered Metrock's residence, including the dust.

2548.   The trespass by PBF Martinez interfered with Metrock's ability to use and enjoy the residence and caused injury to Metrock and damage to the property.

2549.   Needless to say, the trespass by PBF Martinez to Metrock's real property was unauthorized.

2550.   Metrock was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2551.   In each instance, she was exposed to toxins from the refinery's discharges.

2552.   As a result of her exposure to the 2023 discharges from the refinery, Metrock was physically harmed, including developing and/or worsening symptoms of sinus issues, headaches. Difficulty breathing, and fatigue that were directly caused by the reoccurring discharges in 2023.

2553.   The 2023 discharges also entered Metrock's residence.

2554.   The trespasses by PBF Martinez interfered with Metrock's ability to use and enjoy the residence and caused injury to Metrock and damage to the property.

2555.   Needless to say, the trespasses by PBF Martinez to Metrock's real property was unauthorized in each instance.

### 87.    Plaintiff Robert Metrock.

2556.   At all times relevant to this action, Plaintiff Robert Metrock was over the age of 18 and was a resident of Martinez, California.

2557.   Plaintiff Robert Metrock rented a residence, which was approximately 1/4 mile from the refinery.

2558.   Metrock was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2559.   Among other things, he recalls a strong smell, with dust in the air.

2560.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Metrock was physically harmed.

2561.   Among other things, Metrock began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties,

memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, bloody nose, and difficulty sleeping.

2562.   The November 24 and 25, 2022, discharge also entered Metrock's residence, including smell and dust.

2563.   The trespass by PBF Martinez interfered with Metrock's ability to use and enjoy the residence and caused injury to Metrock and damage to the property.

2564.   Needless to say, the trespass by PBF Martinez to Metrock's real property was unauthorized.

2565.   Metrock was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2566.   In each instance, he was exposed to toxins from the refinery's discharges.

2567.   As a result of his exposure to the 2023 discharges from the refinery, Metrock was physically harmed, including developing and/or worsening symptoms of headaches, sinus issues, and lightheadedness that were directly caused by the reoccurring discharges in 2023.

2568.   The 2023 discharges also entered Metrock's residence, including the strong smell and dust.

2569.   The trespasses by PBF Martinez interfered with Metrock's ability to use and enjoy the residence and caused injury to Metrock and damage to the property.

2570.   Needless to say, the trespasses by PBF Martinez to Metrock's real property was unauthorized in each instance.

2571.   Additionally, the health effects on Metrock from the discharges have caused him to suffer lost wages, income, and/or business opportunities. Specifically, he works on commission, and the amount of work I was able to do was greatly impacted.

### 88.    Plaintiff Ashley Oliver.

2572.   At all times relevant to this action, Plaintiff Ashley Oliver was over the age of 18 and was a resident of Martinez, California.

2573.   Plaintiff Ashley Oliver rented a residence, which was approximately 1/2 mile from the refinery.

2574.   Oliver was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2575.   Among other things, she was at home with windows open in bed and she saw an ash-like substance falling all over the ground and cars.

2576.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Oliver was physically harmed.

2577.   Among other things, Oliver began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, ear aches, ear infections, phlegm, heartburn, diarrhea, and liver count elevated.

2578.   The November 24 and 25, 2022, discharge also entered Oliver's residence, including the ash.

2579.   The trespass by PBF Martinez interfered with Oliver's ability to use and enjoy the residence and caused injury to Oliver and damage to the property.

2580.   Needless to say, the trespass by PBF Martinez to Oliver's real property was unauthorized.

2581.   Oliver was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2582.   In each instance, she was exposed to toxins from the refinery's discharges.

2583.   As a result of her exposure to the 2023 discharges from the refinery, Oliver was physically harmed, including developing and/or worsening symptoms of coughing, headaches, and difficulty sleeping that were directly caused by the reoccurring discharges in 2023.

2584.   The 2023 discharges also entered Oliver's residence, including the smell.

2585.   The trespasses by PBF Martinez interfered with Oliver's ability to use and enjoy the residence and caused injury to Oliver and damage to the property.

2586.   Needless to say, the trespasses by PBF Martinez to Oliver's real property were unauthorized in each instance.

-233-

2587.   Additionally, the health effects on Oliver from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**89.    Plaintiff Cheryl Oliveri.**

2588.   At all times relevant to this action, Plaintiff Cheryl Oliveri was over the age of 18 and was a resident of Martinez, California.

2589.   Plaintiff Cheryl Oliveri rented a residence, which was approximately 1 mile from the refinery.

2590.   Oliveri was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2591.   Among other things, she noticed white dust on cars.

2592.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Oliveri was physically harmed.

2593.   Among other things, Oliveri began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, difficulty sleeping, earaches, ear infections, asthma flare-up, and heartburn.

2594.   The November 24 and 25, 2022, discharge also entered Oliveri's residence, the white dust.

2595.   The trespass by PBF Martinez interfered with Oliveri's ability to use and enjoy the residence and caused injury to Oliveri and damage to the property.

2596.   Needless to say, the trespass by PBF Martinez to Oliveri's real property was unauthorized.

2597.   Oliveri was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2598.   In each instance, she was exposed to toxins from the refinery's discharges.

2599.   As a result of her exposure to the 2023 discharges from the refinery, Oliveri was physically harmed, including developing and/or worsening symptoms of headaches, sinus issue, and asthma that were directly caused by the reoccurring discharges in 2023.

1

2600.   The 2023 discharges also entered Oliveri's residence.

2

2601.   The trespasses by PBF Martinez interfered with Oliveri's ability to use and enjoy

3

the residence and caused injury to Oliveri and damage to the property.

4

2602.   Needless to say, the trespasses by PBF Martinez to Oliveri's real property was

5

unauthorized in each instance.

6

**90.    Plaintiff Jacob Oliveri.**

7

2603.   At all times relevant to this action, Plaintiff Jacob Oliveri was over the age of 18

8

and was a resident of Martinez, California.

9

2604.   Plaintiff Jacob Oliveri rented a residence, which was approximately 1 mile from the

10

refinery.

11

2605.   Oliveri was present at their residence for the November 24 and 25, 2022 release

12

from the refinery, and was exposed to the toxic discharge from the refinery.

13

2606.   As a result of his exposure to the toxic discharges from the refinery on November

14

24 and 25, 2022, Oliveri was physically harmed.

15

2607.   Among other things, Oliveri began experiencing illness and symptoms that were

16

directly caused by the toxic exposure immediately after the release, including breathing difficulties,

17

chest pain, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, rash, hives,

18

headaches, sinus pain, pressure, bloody nose, congestion, difficulty sleeping, body aches, ear aches,

19

ear infections, and asthma flare-up.

20

2608.   The November 24 and 25, 2022, discharge also entered Oliveri's residence.

21

2609.   The trespass by PBF Martinez interfered with Oliveri's ability to use and enjoy the

22

residence and caused injury to Oliveri and damage to the property.

23

2610.   Needless to say, the trespass by PBF Martinez to Oliveri's real property was

24

unauthorized.

25

2611.   Oliveri was also present at his residence for the July 2023, October 2023, and

26

December 2023 releases.

27

2612.   In each instance, he was exposed to toxins from the refinery's discharges.

28

2613.  As a result of his exposure to the 2023 discharges from the refinery, Oliveri was physically harmed, including developing and/or worsening symptoms of eye and sinus issues that were directly caused by the reoccurring discharges in 2023.

2614.  The 2023 discharges also entered Oliveri's residence.

2615.  The trespasses by PBF Martinez interfered with Oliveri's ability to use and enjoy the residence and caused injury to Oliveri and damage to the property.

2616.  Needless to say, the trespasses by PBF Martinez to Oliveri's real property was unauthorized in each instance.

### 91.    Plaintiff Paula Olivier.

2617.  At all times relevant to this action, Plaintiff Paula Olivier was over the age of 18 and was a resident of Martinez, California.

2618.  Plaintiff Paula Olivier rented a residence, which was approximately 1 1/2 miles from the refinery.

2619.  Olivier was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2620.  Among other things, she recalled a bad smell and soot everywhere, on top of cars, making it very difficult to breathe.

2621.  As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Olivier was physically harmed.

2622.  Among other things, Olivier began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, headaches, and sinus pain and pressure.

2623.  The November 24 and 25, 2022, discharge also entered Olivier's residence, including the smell and soot.

2624.  The trespass by PBF Martinez interfered with Olivier's ability to use and enjoy the residence and caused injury to Olivier and damage to the property.

2625.  Needless to say, the trespass by PBF Martinez to Olivier's real property was unauthorized.

2626.   Olivier was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2627.   In each instance, she was exposed to toxins from the refinery's discharges.

2628.   As a result of his exposure to the 2023 discharges from the refinery, Olivier was physically harmed, including developing and/or worsening symptoms of coughing, difficulty breathing, and chest pains that were directly caused by the reoccurring discharges in 2023.

2629.   The 2023 discharges also entered Olivier's residence, including the smell and dust.

2630.   The trespasses by PBF Martinez interfered with Olivier's ability to use and enjoy the residence and caused injury to Olivier and damage to the property.

2631.   Needless to say, the trespasses by PBF Martinez to Olivier's real property were unauthorized in each instance.

2632.   Additionally, the health effects on Olivier from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**92.    Plaintiff Richard O'Rourke.**

2633.   At all times relevant to this action, Plaintiff Richard O'Rourke was over the age of 18 and was a resident of Martinez, California.

2634.   Plaintiff Richard O'Rourke rented a residence, which was approximately 1/2 mile from the refinery.

2635.   O'Rourke was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2636.   Among other things, he recalls ash being everywhere.

2637.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, O'Rourke was physically harmed.

2638.   Among other things, O'Rourke began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, and congestion.

2639.   The November 24 and 25, 2022, discharge also entered O'Rourke's residence, including the ash.

2640.   The trespass by PBF Martinez interfered with O'Rourke's ability to use and enjoy the residence and caused injury to O'Rourke and damage to the property.

2641.   Needless to say, the trespass by PBF Martinez to O'Rourke's real property was unauthorized.

2642.   O'Rourke was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2643.   In each instance, he was exposed to toxins from the refinery's discharges.

2644.   As a result of his exposure to the 2023 discharges from the refinery, O'Rourke was physically harmed, including developing and/or worsening symptoms of coughing, sore throat, and headaches that were directly caused by the reoccurring discharges in 2023.

2645.   The 2023 discharges also entered O'Rourke's residence.

2646.   The trespasses by PBF Martinez interfered with O'Rourke's ability to use and enjoy the residence and caused injury to O'Rourke and damage to the property.

2647.   Needless to say, the trespasses by PBF Martinez to O'Rourke's real property were unauthorized in each instance.

**93.    Plaintiff Joshua Palmer.**

2648.   At all times relevant to this action, Plaintiff Joshua Palmer was over the age of 18 and was a resident of Martinez, California.

2649.   Plaintiff Joshua Palmer rented a residence, which was approximately 1 mile from the refinery.

2650.   Palmer was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2651.   Among other things, he recalls dust on his car.

2652.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Palmer was physically harmed.

2653.   Among other things, Palmer began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties,

memory issues, brain fog, dizziness, vertigo, sore throat, coughing, headaches, sinus pain, pressure, and bloody nose.

2654.   The November 24 and 25, 2022, discharge also entered Palmer's residence, including the dust.

2655.   The trespass by PBF Martinez interfered with Palmer's ability to use and enjoy the residence and caused injury to Palmer and damage to the property.

2656.   Needless to say, the trespass by PBF Martinez to Palmer's real property was unauthorized.

2657.   Palmer was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2658.   In each instance, he was exposed to toxins from the refinery's discharges.

2659.   As a result of his exposure to the 2023 discharges from the refinery, Palmer was physically harmed, including developing and/or worsening symptoms of difficulty breathing, chest pain, memory issues, headaches, eye irritation, congestion, and stomach pain that were directly caused by the reoccurring discharges in 2023.

2660.   The 2023 discharges also entered Palmer's residence, including the dust.

2661.   The trespasses by PBF Martinez interfered with Palmer's ability to use and enjoy the residence and caused injury to Palmer and damage to the property.

2662.   Needless to say, the trespasses by PBF Martinez to Palmer's real property were unauthorized in each instance.

### 94.    Plaintiff Marie Palmer.

2663.   At all times relevant to this action, Plaintiff Marie Palmer was over the age of 18 and was a resident of Martinez, California.

2664.   Plaintiff Marie Palmer rented a residence, which was approximately 1 mile from the refinery.

2665.   Palmer was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2666.   Among other things, she saw dust on her car.

-239-

2667.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Palmer was physically harmed.

2668.   Among other things, Palmer began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, and congestion.

2669.   The November 24 and 25, 2022, discharge also entered Palmer's residence, including the dust.

2670.   The trespass by PBF Martinez interfered with Palmer's ability to use and enjoy the residence and caused injury to Palmer and damage to the property.

2671.   Needless to say, the trespass by PBF Martinez to Palmer's real property was unauthorized.

2672.   Palmer was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2673.   In each instance, she was exposed to toxins from the refinery's discharges.

2674.   As a result of her exposure to the 2023 discharges from the refinery, Palmer was physically harmed, including developing and/or worsening symptoms of difficulty breathing, chest pain, memory issues, stomach issues, and headaches that were directly caused by the reoccurring discharges in 2023.

2675.   The 2023 discharges also entered Palmer's residence, including dust.

2676.   The trespasses by PBF Martinez interfered with Palmer's ability to use and enjoy the residence and caused injury to Palmer and damage to the property.

2677.   Needless to say, the trespasses by PBF Martinez to Palmer's real property were unauthorized in each instance.

### 95.    Plaintiff Ronald Palmer.

2678.   At all times relevant to this action, Plaintiff Ronald Palmer was over the age of 18 and was a resident of Martinez, California.

2679.   Plaintiff Ronald Palmer rented a residence, which was approximately 1/2 mile from the refinery.

2680.   Palmer was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2681.   Among other things, he saw dust on the cars.

2682.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Palmer was physically harmed.

2683.   Among other things, Palmer began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, sinus pain, pressure, fatigue, congestion, and loss of balance.

2684.   The November 24 and 25, 2022, discharge also entered Palmer's residence, including the dust.

2685.   The trespass by PBF Martinez interfered with Palmer's ability to use and enjoy the residence and caused injury to Palmer and damage to the property.

2686.   Needless to say, the trespass by PBF Martinez to Palmer's real property was unauthorized.

2687.   Palmer was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2688.   In each instance, he was exposed to toxins from the refinery's discharges.

2689.   As a result of his exposure to the 2023 discharges from the refinery, Palmer was physically harmed, including developing and/or worsening symptoms of difficulty breathing, sore throat, coughing, headaches, congestion, and difficulty sleeping that were directly caused by the reoccurring discharges in 2023.

2690.   The 2023 discharges also entered Palmer's residence, including the dust.

2691.   The trespasses by PBF Martinez interfered with Palmer's ability to use and enjoy the residence and caused injury to Palmer and damage to the property.

2692.   Needless to say, the trespasses by PBF Martinez to Palmer's real property were unauthorized in each instance.

**96.    Plaintiff Denyel Papillion.**

2693.   At all times relevant to this action, Plaintiff Denyel Papillion was over the age of 18 and was a resident of Martinez, California.

2694.   Plaintiff Denyel Papillion rented a residence, which was approximately 2 miles from the refinery.

2695.   Papillion was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2696.   Among other things, she recalls it was hazy outside and there was a distinct smell and sound from the refinery.

2697.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Papillion was physically harmed.

2698.   Among other things, Papillion began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, nausea, vomiting, bloody nose, difficulty sleeping, body aches, earaches, ear infections, phlegm, heartburn, dehydration, fever, fainting, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, sinus pain, pressure, fatigue, congestion, asthma flare-ups, and loss of balance.

2699.   The November 24 and 25, 2022, discharge also entered Papillion's residence, including the smell and sounds.

2700.   The trespass by PBF Martinez interfered with Papillion's ability to use and enjoy the residence and caused injury to Papillion and damage to the property.

2701.   Needless to say, the trespass by PBF Martinez to Papillion's real property was unauthorized.

2702.   Papillion was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2703.   In each instance, she was exposed to toxins from the refinery's discharges.

-242-

2704.   As a result of her exposure to the 2023 discharges from the refinery, Papillion was physically harmed, including developing and/or worsening symptoms of breathing difficulties, eye irritation, throat issues, sinus pressure and pain, and headaches that were directly caused by the reoccurring discharges in 2023.

2705.   The 2023 discharges also entered Papillion's residence, including the bad smell air.

2706.   The trespasses by PBF Martinez interfered with Papillion's ability to use and enjoy the residence and caused injury to Papillion and damage to the property.

2707.   Needless to say, the trespasses by PBF Martinez to Papillion's real property were unauthorized in each instance.

2708.   Additionally, the health effects on Papillion from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 97.   Plaintiff Derek Paulson.

2709.   At all times relevant to this action, Plaintiff Derek Paulson was over the age of 18 and was a resident of Martinez, California.

2710.   Plaintiff Derek Paulson rented a residence, which was approximately 1/4 mile from the refinery.

2711.   Paulson was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2712.   Among other things, he recalls the smell and a kind of rumbling.

2713.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Paulson was physically harmed.

2714.   Among other things, Paulson began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, headaches, congestion, and phlegm.

2715.   The November 24 and 25, 2022, discharge also entered Paulson's residence, including the smell and rumbling.

2716.   The trespass by PBF Martinez interfered with Paulson's ability to use and enjoy the residence and caused injury to Paulson and damage to the property.

-243-

2717. Needless to say, the trespass by PBF Martinez to Paulson's real property was unauthorized.

2718. Paulson was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2719. In each instance, he was exposed to toxins from the refinery's discharges.

2720. As a result of his exposure to the 2023 discharges from the refinery, Paulson was physically harmed, including developing and/or worsening symptoms of cough, headaches, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

2721. The 2023 discharges also entered Paulson's residence, including the smell and rumblings.

2722. The trespasses by PBF Martinez interfered with Paulson's ability to use and enjoy the residence and caused injury to Paulson and damage to the property.

2723. Needless to say, the trespasses by PBF Martinez to Paulson's real property were unauthorized in each instance.

**98.    Plaintiff Melissa Payne.**

2724. At all times relevant to this action, Plaintiff Melissa Payne was over the age of 18 and was a resident of Martinez, California.

2725. Plaintiff Melissa Payne rented a residence, which was approximately 1 mile from the refinery.

2726. Payne was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2727. Among other things, she remembers seeing the large flame from her house.

2728. As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Payne was physically harmed.

2729. Among other things, Payne began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, and headaches.

-244-

2730.   The November 24 and 25, 2022, discharge also entered Payne's residence.

2731.   The trespass by PBF Martinez interfered with Payne's ability to use and enjoy the residence and caused injury to Payne and damage to the property.

2732.   Needless to say, the trespass by PBF Martinez to Payne's real property was unauthorized.

2733.   Payne was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2734.   In each instance, she was exposed to toxins from the refinery's discharges.

2735.   As a result of her exposure to the 2023 discharges from the refinery, Payne was physically harmed, including developing and/or worsening symptoms of difficulty breathing, nausea, coughing, headaches, and sore throat that were directly caused by the reoccurring discharges in 2023.

2736.   The 2023 discharges also entered Payne's residence.

2737.   The trespasses by PBF Martinez interfered with Payne's ability to use and enjoy the residence and caused injury to Payne and damage to the property.

2738.   Needless to say, the trespasses by PBF Martinez to Payne's real property was unauthorized in each instance.

2739.   Additionally, the health effects on Payne from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**99.    Plaintiff Omar Perez.**

2740.   At all times relevant to this action, Plaintiff Omar Perez was over the age of 18 and was a resident of Martinez, California.

2741.   Plaintiff Omar Perez rented a residence, which was approximately 1/4 mile from the refinery.

2742.   Perez was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2743.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Perez was physically harmed.

2744. Among other things, Perez began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, and heartburn.

2745. The November 24 and 25, 2022, discharge also entered Perez's residence

2746. The trespass by PBF Martinez interfered with Perez's ability to use and enjoy the residence and caused injury to Perez and damage to the property.

2747. Needless to say, the trespass by PBF Martinez to Perez's real property was unauthorized.

2748. Perez was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2749. In each instance, he was exposed to toxins from the refinery's discharges.

2750. As a result of his exposure to the 2023 discharges from the refinery, Perez was physically harmed, including developing and/or worsening symptoms of respiratory issues and chest congestion that were directly caused by the reoccurring discharges in 2023.

2751. The 2023 discharges also entered Perez's residence.

2752. The trespasses by PBF Martinez interfered with Perez's ability to use and enjoy the residence and caused injury to Perez Guevara and damage to the property.

2753. Needless to say, the trespasses by PBF Martinez to Perez's real property were unauthorized in each instance.

2754. Additionally, the health effects on Perez from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**100.    Plaintiff Matthew Pickup.**

2755. At all times relevant to this action, Plaintiff Matthew Pickup was over the age of 18 and was a resident of Martinez, California.

2756. Plaintiff Matthew Pickup rented a residence, which was approximately 1/4 mile from the refinery.

2757.  Pickup was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2758.  As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Pickup was physically harmed.

2759.  Among other things, Pickup began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including a sore throat and coughing.

2760.  The November 24 and 25, 2022, discharge also entered Pickup's residence.

2761.  The trespass by PBF Martinez interfered with Pickup's ability to use and enjoy the residence and caused injury to Pickup and damage to the property.

2762.  Needless to say, the trespass by PBF Martinez to Pickup's real property was unauthorized.

2763.  Pickup was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2764.  In each instance, he was exposed to toxins from the refinery's discharges.

2765.  As a result of his exposure to the 2023 discharges from the refinery, Pickup was physically harmed, including developing and/or worsening symptoms of sore throat, coughing, headaches, and difficulty sleeping that were directly caused by the reoccurring discharges in 2023.

2766.  The 2023 discharges also entered Pickup's residence.

2767.  The trespasses by PBF Martinez interfered with Pickup's ability to use and enjoy the residence and caused injury to Pickup and damage to the property.

2768.  Needless to say, the trespasses by PBF Martinez to Pickup's real property were unauthorized in each instance.

### 101.    Plaintiff Rashaad Pritchett.

2769.  At all times relevant to this action, Plaintiff Rashaad Pritchett was over the age of 18 and was a resident of Martinez, California.

2770.  Plaintiff Rashaad Pritchett rented a residence, which was approximately 1/2 mile from the refinery.

2771.   Pritchett was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2772.   Among other things, he recalls the smell and the ash.

2773.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Pritchett was physically harmed.

2774.   Among other things, Pritchett began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, headaches, fatigue, and congestion.

2775.   The November 24 and 25, 2022, discharge also entered Pritchett's residence, including the smell and ash.

2776.   The trespass by PBF Martinez interfered with Pritchett's ability to use and enjoy the residence and caused injury to Pritchett and damage to the property.

2777.   Needless to say, the trespass by PBF Martinez to Pritchett's real property was unauthorized.

2778.   Pritchett was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2779.   In each instance, he was exposed to toxins from the refinery's discharges.

2780.   As a result of his exposure to the 2023 discharges from the refinery, Pritchett was physically harmed, including developing and/or worsening symptoms of difficulty breathing, congestion, and dry eyes that were directly caused by the reoccurring discharges in 2023.

2781.   The 2023 discharges also entered Pritchett's residence, including the smell and ash.

2782.   The trespasses by PBF Martinez interfered with Pritchett's ability to use and enjoy the residence and caused injury to Pritchett and damage to the property.

2783.   Needless to say, the trespasses by PBF Martinez to Pritchett's real property were unauthorized in each instance.

### 102.   Plaintiff Hary Quiles.

2784.   At all times relevant to this action, Plaintiff Hary Quiles was over the age of 18 and was a resident of Martinez, California.

2785.   Plaintiff Hary Quiles rented a residence, which was approximately 1 1/2 miles from the refinery.

2786.   Quiles was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2787.   Among other things, he recalled particles on his vehicle.

2788.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Quiles was physically harmed.

2789.   Among other things, Quiles began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, sore throat, coughing, itchy, watery, burning eyes, sinus pain, pressure, and fatigue.

2790.   The November 24 and 25, 2022, discharge also entered Quiles' residence.

2791.   The trespass by PBF Martinez interfered with Quiles' ability to use and enjoy the residence and caused injury to Quiles and damage to the property.

2792.   Needless to say, the trespass by PBF Martinez to Quiles' real property was unauthorized.

2793.   Quiles was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2794.   In each instance, he was exposed to toxins from the refinery's discharges.

2795.   As a result of his exposure to the 2023 discharges from the refinery, Quiles was physically harmed, including developing and/or worsening symptoms of difficulty breathing, coughing, phlegm, sinus pressure and pain, congestion, and headaches that were directly caused by the reoccurring discharges in 2023.

2796.   The 2023 discharges also entered Quiles' residence.

2797.   The trespasses by PBF Martinez interfered with Quiles' ability to use and enjoy the residence and caused injury to Quiles and damage to the property.

2798.   Needless to say, the trespasses by PBF Martinez to Quiles' real property were unauthorized in each instance.

103.    **Plaintiff Aleena Quintero.**

2799.   At all times relevant to this action, Plaintiff Aleena Quintero was over the age of 18 and was a resident of Martinez, California.

2800.   Plaintiff Aleena Quintero rented a residence, which was approximately 1/4 mile from the refinery.

2801.   Quintero was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2802.   Among other things, she saw a huge flame, with a weird burning chemical smell, and lots of smoke.

2803.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Quintero was physically harmed.

2804.   Among other things, Quintero began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, body aches, and dehydration.

2805.   The November 24 and 25, 2022, discharge also entered Quintero's residence, including the smell and substance from the smoke.

2806.   The trespass by PBF Martinez interfered with Quintero's ability to use and enjoy the residence and caused injury to Quintero and damage to the property.

2807.   Needless to say, the trespass by PBF Martinez to Quintero's real property was unauthorized.

2808.   Quintero was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2809.   In each instance, she was exposed to toxins from the refinery's discharges.

2810.   As a result of her exposure to the 2023 discharges from the refinery, Quintero was physically harmed, including developing and/or worsening symptoms of dizziness, sore throat, difficulty sleeping, coughing, and sinus pain and pressure that were directly caused by the reoccurring discharges in 2023.

2811.   The 2023 discharges also entered Quintero's residence, including the smell.

2812.   The trespasses by PBF Martinez interfered with Quintero's ability to use and enjoy the residence and caused injury to Quintero and damage to the property.

2813.   Needless to say, the trespasses by PBF Martinez to Quintero's real property was unauthorized in each instance.

### 104.   Barbara Ramsey.

2814.   At all times relevant to this action, Plaintiff Barbara Ramsey was over the age of 18 and was a resident of Martinez, California.

2815.   Plaintiff Barbara Ramsey rented a residence, which was approximately 1/4 mile from the refinery.

2816.   Ramsey was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2817.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Ramsey was physically harmed.

2818.   Among other things, Ramsey began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, and rash, hives.

2819.   The November 24 and 25, 2022, discharge also entered Ramsey's residence.

2820.   The trespass by PBF Martinez interfered with Ramsey's ability to use and enjoy the residence and caused injury to Ramsey and damage to the property.

2821.   Needless to say the trespass by PBF Martinez to Ramsey's real property was unauthorized.

2822.   Ramsey was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2823.   In each instance, she was exposed to toxins from the refinery's discharges.

2824.   As a result of her exposure to the 2023 discharges from the refinery, Ramsey was physically harmed, including developing and/or worsening symptoms of stomach pain, eye issues, and stomach problems that were directly caused by the reoccurring discharges in 2023.

2825.   The 2023 discharges also entered Ramsey's residence.

2826.   The trespasses by PBF Martinez interfered with Ramsey's ability to use and enjoy the residence and caused injury to Ramsey and damage to the property.

2827.   Needless to say the trespasses by PBF Martinez to Ramsey's real property was unauthorized in each instance.

### 105.    Plaintiff Cindy Ramsey.

2828.   At all times relevant to this action, Plaintiff Cindy Ramsey was over the age of 18 and was a resident of Martinez, California.

2829.   Plaintiff Cindy Ramsey rented a residence, which was approximately 1 mile from the refinery.

2830.   Ramsey was present at her residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2831.   Among other things, she noticed that she began to experience stomach aches after the releases began.

2832.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Ramsey was physically harmed.

2833.   Among other things, Ramsey began experiencing illness and symptoms that were directly caused by the toxic exposure Immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, difficulty sleeping, body aches, ear aches, ear infections, stomach pain, heartburn, dehydration, fever, and diarrhea.

2834.   The November 24 and 25, 2022, discharge also entered Ramsey's residence.

2835.   The trespass by PBF Martinez interfered with Ramsey's ability to use and enjoy the residence and caused injury to Ramsey and damage to the property.

2836.   Needless to say, the trespass by PBF Martinez to Ramsey's real property was unauthorized.

2837.   Ramsey was also present at her residence for the October 2023 and December 2023 releases.

2838.   In each instance, she was exposed to toxins from the refinery's discharges.

2839.   As a result of her exposure to the 2023 discharges from the refinery, Ramsey was physically harmed, including developing and/or worsening symptoms of severe headaches, digestive issues, and body aches that were directly caused by the reoccurring discharges in 2023.

2840.   The 2023 discharges also entered Ramsey's residence.

2841.   The trespasses by PBF Martinez interfered with Ramsey's ability to use and enjoy the residence and caused injury to Ramsey and damage to the property.

2842.   Needless to say, the trespasses by PBF Martinez to Ramsey's real property was unauthorized in each instance.

### 106.    Plaintiff Molly Raynor.

2843.   At all times relevant to this action, Plaintiff Molly Raynor was over the age of 18 and was a resident of Martinez, California.

2844.   Plaintiff Molly Raynor rented a residence, which was approximately 1 1/2 miles from the refinery.

2845.   Raynor was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2846.   Among other things, she recalls the smell, the noise of an explosion, and the ash on her property.

2847.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Raynor was physically harmed.

2848.   Among other things, Raynor began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, headaches, phlegm, and asthma flare-up.

2849.   The November 24 and 25, 2022, discharge also entered Raynor's residence, including the smell, noise, and ash.

2850.   The trespass by PBF Martinez interfered with Raynor's ability to use and enjoy the residence and caused injury to Raynor and damage to the property.

2851.   Needless to say, the trespass by PBF Martinez to Raynor's real property was unauthorized.

2852.   Raynor was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2853.   In each instance, she was exposed to toxins from the refinery's discharges.

2854.   As a result of her exposure to the 2023 discharges from the refinery, Raynor was physically harmed, including developing and/or worsening symptoms of difficulty breathing, chest pain, cough, and headaches that were directly caused by the reoccurring discharges in 2023.

2855.   The 2023 discharges also entered Raynor's residence, including the smell, noise, and ash.

2856.   The trespasses by PBF Martinez interfered with Raynor's ability to use and enjoy the residence and caused injury to Raynor and damage to the property.

2857.   Needless to say, the trespasses by PBF Martinez to Raynor's real property was unauthorized in each instance.

2858.   Additionally, the health effects on Raynor from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 107.   Plaintiff Hunter Reed.

2859.   At all times relevant to this action, Plaintiff Hunter Reed was over the age of 18 and was a resident of Martinez, California.

2860.   Plaintiff Hunter Reed rented a residence, which was approximately 1/4 mile from the refinery.

2861.   Reed was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2862.   Among other things, she recalls the smell and seeing the dust.

-254-

2863.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Reed was physically harmed.

2864.   Among other things, Reed began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, heartburn, fainting, and loss of balance.

2865.   The November 24 and 25, 2022, discharge also entered Reed's residence, including the smell and dust.

2866.   The trespass by PBF Martinez interfered with Reed's ability to use and enjoy the residence and caused injury to Reed and damage to the property.

2867.   Needless to say, the trespass by PBF Martinez to Reed's real property was unauthorized.

2868.   Reed was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2869.   In each instance, she was exposed to toxins from the refinery's discharges.

2870.   As a result of her exposure to the 2023 discharges from the refinery, Reed was physically harmed, including developing and/or worsening symptoms of dizziness, fatigue, congestion, headaches, chest pain, and coughing that were directly caused by the reoccurring discharges in 2023.

2871.   The 2023 discharges also entered Reed's residence, including the smell and dust.

2872.   The trespasses by PBF Martinez interfered with Reed's ability to use and enjoy the residence and caused injury to Reed and damage to the property.

2873.   Needless to say, the trespasses by PBF Martinez to Reed's real property was unauthorized in each instance.

2874.   Additionally, the health effects on Reed from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

1

**108.     Plaintiff Jerald Robinson.**

2    2875.   At all times relevant to this action, Plaintiff Jerald Robinson was over the age of 18

3    and was a resident of Martinez, California.

4    2876.   Plaintiff Jerald Robinson rented a residence, which was approximately 1/2 mile

5    from the refinery.

6    2877.   Robinson was present at their residence for the November 24 and 25, 2022 release

7    from the refinery, and was exposed to the toxic discharge from the refinery.

8    2878.   As a result of his exposure to the toxic discharges from the refinery on November

9    24 and 25, 2022, Robinson was physically harmed.

10    2879.   Among other things, Robinson began experiencing illness and symptoms that were

11    directly caused by the toxic exposure immediately after the release, including breathing difficulties,

12    chest pain, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes,

13    headaches, sinus pain, and pressure.

14    2880.   The November 24 and 25, 2022, discharge also entered Robinson's residence.

15    2881.   The trespass by PBF Martinez interfered with Robinson's ability to use and enjoy

16    the residence and caused injury to Robinson and damage to the property.

17    2882.   Needless to say, the trespass by PBF Martinez to Robinson's real property was

18    unauthorized.

19    2883.   Robinson was also present at his residence for the July 2023, October 2023, and

20    December 2023 releases.

21    2884.   In each instance, he was exposed to toxins from the refinery's discharges.

22    2885.   As a result of his exposure to the 2023 discharges from the refinery, Robinson was

23    physically harmed, including developing and/or worsening symptoms of dizziness, shortness of

24    breath, and skin irritation that were directly caused by the reoccurring discharges in 2023.

25    2886.   The 2023 discharges also entered Robinson's residence.

26    2887.   The trespasses by PBF Martinez interfered with Robinson's ability to use and enjoy

27    the residence and caused injury to Robinson and damage to the property.

28

2888.   Needless to say, the trespasses by PBF Martinez to Robinson's real property were unauthorized in each instance.

2889.   Additionally, the health effects on Robinson from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 109.   Plaintiff Bayardo Ruiz.

2890.   At all times relevant to this action, Plaintiff Bayardo Ruiz was over the age of 18 and was a resident of Martinez, California.

2891.   Plaintiff Bayardo Ruiz rented a residence, which was approximately 1/4 mile from the refinery.

2892.   Ruiz was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2893.   Among other things, he recalls the chemical dust.

2894.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Ruiz was physically harmed.

2895.   Among other things, Ruiz began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, sinus pain, pressure, fatigue, congestion, and phlegm.

2896.   The November 24 and 25, 2022, discharge also entered Ruiz's residence, including the chemical dust.

2897.   The trespass by PBF Martinez interfered with Ruiz's ability to use and enjoy the residence and caused injury to Ruiz and damage to the property.

2898.   Needless to say, the trespass by PBF Martinez to Ruiz's real property was unauthorized.

2899.   Ruiz was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2900.   In each instance, he was exposed to toxins from the refinery's discharges.

2901.   As a result of his exposure to the 2023 discharges from the refinery, Ruiz was physically harmed, including developing and/or worsening symptoms of coughing, headaches, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

2902.   The 2023 discharges also entered Ruiz's residence, including the smell and chemical dust.

2903.   The trespasses by PBF Martinez interfered with Ruiz's ability to use and enjoy the residence and caused injury to Ruiz and damage to the property.

2904.   Needless to say, the trespasses by PBF Martinez to Ruiz's real property were unauthorized in each instance.

### 110.    Plaintiff Thomas Sanders.

2905.   At all times relevant to this action, Plaintiff Thomas Sanders was over the age of 18 and was a resident of Martinez, California.

2906.   Plaintiff Thomas Sanders rented a residence, which was approximately 1 1/2 miles from the refinery.

2907.   Sanders was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2908.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Sanders was physically harmed.

2909.   Among other things, Sanders began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, congestion, and phlegm.

2910.   The November 24 and 25, 2022, discharge also entered Sanders' residence.

2911.   The trespass by PBF Martinez interfered with Sanders' ability to use and enjoy the residence and caused injury to Sanders and damage to the property.

2912.   Needless to say, the trespass by PBF Martinez to Sanders' real property was unauthorized.

2913.   Sanders was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2914.   In each instance, he was exposed to toxins from the refinery's discharges.

2915.   As a result of his exposure to the 2023 discharges from the refinery, Sanders was physically harmed, including developing and/or worsening symptoms of coughing, sneezing, , and dizziness that were directly caused by the reoccurring discharges in 2023.

2916.   The 2023 discharges also entered Sanders' residence.

2917.   The trespasses by PBF Martinez interfered with Sanders' ability to use and enjoy the residence and caused injury to Sanders and damage to the property.

2918.   Needless to say, the trespasses by PBF Martinez to Sanders' real property was unauthorized in each instance.

### 111.    Plaintiff James Shafi.

2919.   At all times relevant to this action, Plaintiff James Shafi was over the age of 18 and was a resident of Martinez, California.

2920.   Plaintiff James Shafi rented a residence, which was approximately 2 miles from the refinery.

2921.   Shafi was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2922.   Among other things, he white residue on roads, backyard and vehicles.

2923.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Shafi was physically harmed.

2924.   Among other things, Shafi began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, fatigue, congestion, difficulty sleeping, body aches, phlegm, stomach pain, heartburn, dehydration, fever, and diarrhea.

2925.   The November 24 and 25, 2022, discharge also entered Shafi's residence, including white residue.

2926.   The trespass by PBF Martinez interfered with Shafi's ability to use and enjoy the residence and caused injury to Shafi and damage to the property.

2927.   Needless to say, the trespass by PBF Martinez to Shafi's real property was unauthorized.

2928.   Shafi was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2929.   In each instance, he was exposed to toxins from the refinery's discharges.

2930.   As a result of his exposure to the 2023 discharges from the refinery, Shafi was physically harmed, including developing and/or worsening symptoms of headaches, shortness of breath, and difficulty sleeping that were directly caused by the reoccurring discharges in 2023.

2931.   The 2023 discharges also entered Shafi's residence, including white residue.

2932.   The trespasses by PBF Martinez interfered with Shafi's ability to use and enjoy the residence and caused injury to Shafi and damage to the property.

2933.   Needless to say, the trespasses by PBF Martinez to Shafi's real property were unauthorized in each instance.

### 112.    Plaintiff Scott Shahade.

2934.   At all times relevant to this action, Plaintiff Scott Shahade was over the age of 18 and was a resident of Martinez, California.

2935.   Plaintiff Scott Shahade rented a residence, which was approximately 1 1/2 miles from the refinery.

2936.   Shahade was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2937.   Among other things, he recalls a weird smell in Martinez and dust on his vehicle.

2938.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Shahade was physically harmed.

2939.   Among other things, Shahade began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including sore throat, coughing, itchy, watery, burning eyes, headaches, and fatigue.

2940.   The November 24 and 25, 2022, discharge also entered Shahade's residence, including the weird smell and dust.

2941.  The trespass by PBF Martinez interfered with Shahade's ability to use and enjoy the residence and caused injury to Shahade and damage to the property.

2942.  Needless to say, the trespass by PBF Martinez to Shahade's real property was unauthorized.

2943.  Shahade was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2944.  In each instance, he was exposed to toxins from the refinery's discharges.

2945.  As a result of his exposure to the 2023 discharges from the refinery, Shahade was physically harmed, including developing and/or worsening symptoms of headaches and dizziness that were directly caused by the reoccurring discharges in 2023.

2946.  The 2023 discharges also entered Shahade's residence, including the smell and dust.

2947.  The trespasses by PBF Martinez interfered with Shahade's ability to use and enjoy the residence and caused injury to Shahade and damage to the property.

2948.  Needless to say, the trespasses by PBF Martinez to Shahade's real property were unauthorized in each instance.

**113.  Plaintiff Travis Stevenson.**

2949.  At all times relevant to this action, Plaintiff Travis Stevenson was over the age of 18 and was a resident of Martinez, California.

2950.  Plaintiff Travis Stevenson rented a residence, which was approximately 1/2 mile from the refinery.

2951.  Stevenson was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2952.  Among other things, he recalled lots of flames and smoke, his house shaking, and a kind of cotton smell.

2953.  As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Stevenson was physically harmed.

2954.   Among other things, Stevenson began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sinus pain, and pressure.

2955.   The November 24 and 25, 2022, discharge also entered Stevenson's residence, including smoke and refinery smell.

2956.   The trespass by PBF Martinez interfered with Stevenson's ability to use and enjoy the residence and caused injury to Stevenson and damage to the property.

2957.   Needless to say, the trespass by PBF Martinez to Stevenson's real property was unauthorized.

2958.   Stevenson was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2959.   In each instance, he was exposed to toxins from the refinery's discharges.

2960.   As a result of his exposure to the 2023 discharges from the refinery, Stevenson was physically harmed, including developing and/or worsening symptoms of congestion, cough, and tightness in his chest that were directly caused by the reoccurring discharges in 2023.

2961.   The 2023 discharges also entered Stevenson's residence, including the smoke and smells from the refinery.

2962.   The trespasses by PBF Martinez interfered with Stevenson's ability to use and enjoy the residence and caused injury to Stevenson and damage to the property.

2963.   Needless to say, the trespasses by PBF Martinez to Stevenson's real property was unauthorized in each instance.

### 114.   Plaintiff David Thoma.

2964.   At all times relevant to this action, Plaintiff David Thoma was over the age of 18 and was a resident of Martinez, California.

2965.   Plaintiff David Thoma rented a residence, which was approximately 2 miles from the refinery.

2966.   Thoma was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

-262-

2967.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Thoma was physically harmed.

2968.   Among other things, Thoma began experiencing illness and symptoms that were directly caused by the toxic exposure within a few months after the release, including breathing difficulties, chest pain, sore throat, coughing, itchy, watery, burning eyes, sinus pain, pressure, bloody nose, congestion, body aches, phlegm, coughing up blood, and heartburn.

2969.   The November 24 and 25, 2022, discharge also entered Thoma's residence.

2970.   The trespass by PBF Martinez interfered with Thoma's ability to use and enjoy the residence and caused injury to Thoma and damage to the property.

2971.   Needless to say, the trespass by PBF Martinez to Thoma's real property was unauthorized.

2972.   Thoma's was also present at his residence for the July 2023, October 2023, and December 2023 releases.

2973.   In each instance, he was exposed to toxins from the refinery's discharges.

2974.   As a result of his exposure to the 2023 discharges from the refinery, Thoma's was physically harmed, including developing and/or worsening symptoms of difficulty breathing, congestion, sneezing, watery eyes, and headaches that were directly caused by the reoccurring discharges in 2023.

2975.   The 2023 discharges also entered Thoma's residence, including ash.

2976.   The trespasses by PBF Martinez interfered with Thoma's ability to use and enjoy the residence and caused injury to Thoma and damage to the property.

2977.   Needless to say, the trespasses by PBF Martinez to Thoma's real property was unauthorized in each instance.

### 115.    Plaintiff Bernadette Tobin.

2978.   At all times relevant to this action, Plaintiff Bernadette Tobin was over the age of 18 and was a resident of Martinez, California.

2979.   Plaintiff Bernadette Tobin rented a residence, which was approximately 1/2 mile from the refinery.

2980.   Tobin was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2981.   Among other things, she recalls the smell.

2982.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Tobin was physically harmed.

2983.   Among other things, Tobin began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, and pressure.

2984.   The November 24 and 25, 2022, discharge also entered Tobin's residence, including the smell.

2985.   The trespass by PBF Martinez interfered with Tobin's ability to use and enjoy the residence and caused injury to Tobin and damage to the property.

2986.   Needless to say, the trespass by PBF Martinez to Tobin's real property was unauthorized.

2987.   Tobin was also present at her residence for the July 2023, October 2023, and December 2023 releases.

2988.   In each instance, she was exposed to toxins from the refinery's discharges.

2989.   As a result of her exposure to the 2023 discharges from the refinery, Tobin was physically harmed, including developing and/or worsening symptoms of coughing, sneezing, headaches, stomach aches, congestion, and eye irritation that were directly caused by the reoccurring discharges in 2023.

2990.   The 2023 discharges also entered Tobin's residence, including the smell.

2991.   The trespasses by PBF Martinez interfered with Tobin's ability to use and enjoy the residence and caused injury to Tobin and damage to the property.

2992.   Needless to say, the trespasses by PBF Martinez to Tobin's real property were unauthorized in each instance.

2993.   Additionally, the health effects on Tobin from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 116.    Plaintiff Philip Trinidad.

2994.   At all times relevant to this action, Plaintiff Philip Trinidad was over the age of 18 and was a resident of Martinez, California.

2995.   Plaintiff Philip Trinidad rented a residence, which was approximately 1/4 mile from the refinery.

2996.   Trinidad was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

2997.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Trinidad was physically harmed.

2998.   Among other things, Trinidad began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, nausea, vomiting, headaches, fatigue, and diarrhea.

2999.   The November 24 and 25, 2022, discharge also entered Trinidad's residence.

3000.   The trespass by PBF Martinez interfered with Trinidad's ability to use and enjoy the residence and caused injury to Trinidad and damage to the property.

3001.   Needless to say, the trespass by PBF Martinez to Trinidad's real property was unauthorized.

3002.   Trinidad was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3003.   In each instance, he was exposed to toxins from the refinery's discharges.

3004.   As a result of his exposure to the 2023 discharges from the refinery, Trinidad was physically harmed, including developing and/or worsening symptoms of lightheadedness, fatigue, shortness of breath, stomachaches, loss of thought, dizziness, nausea, and diarrhea that were directly caused by the reoccurring discharges in 2023.

3005.   The 2023 discharges also entered Trinidad's residence.

3006.   The trespasses by PBF Martinez interfered with Trinidad's ability to use and enjoy the residence and caused injury to Trinidad and damage to the property.

3007.   Needless to say, the trespasses by PBF Martinez to Trinidad's real property was unauthorized in each instance.

3008.   Additionally, the health effects on Trinidad from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 117.   Plaintiff Rose Verdin.

3009.   At all times relevant to this action, Plaintiff Rose Verdin was over the age of 18 and was a resident of Martinez, California.

3010.   Plaintiff Rose Verdin rented a residence, which was approximately More than 2 miles from the refinery.

3011.   Verdin was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3012.   Among other things, she saw fire coming out from one of the pipes and it was cloudy.

3013.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Verdin was physically harmed.

3014.   Among other things, Verdin began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, headaches, and congestion.

3015.   The November 24 and 25, 2022, discharge also entered Verdin's residence, including the particles.

3016.   The trespass by PBF Martinez interfered with Verdin's ability to use and enjoy the residence and caused injury to Verdin and damage to the property.

3017.   Needless to say, the trespass by PBF Martinez to Verdin's real property was unauthorized.

3018.   Verdin was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3019.   In each instance, she was exposed to toxins from the refinery's discharges.

3020.   As a result of her exposure to the 2023 discharges from the refinery, Verdin was physically harmed, including developing and/or worsening symptoms of coughing, congestion, chest discomfort, and difficulty breathing that were directly caused by the reoccurring discharges in 2023.

3021.   The 2023 discharges also entered Verdin's residence, including the bad smell.

3022.   The trespasses by PBF Martinez interfered with Verdin's ability to use and enjoy the residence and caused injury to Verdin and damage to the property.

3023.   Needless to say, the trespasses by PBF Martinez to Verdin's real property was unauthorized in each instance.

### 118.   Plaintiff Toya Ware.

3024.   At all times relevant to this action, Plaintiff Toya Ware was over the age of 18 and was a resident of Martinez, California.

3025.   Plaintiff Toya Ware rented a residence, which was approximately 2 miles from the refinery.

3026.   Ware was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3027.   Among other things, she recalls the vehicles being covered in a white dust.

3028.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Ware was physically harmed.

3029.   Among other things, Ware began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, nausea, vomiting, headaches, fatigue, and difficulty sleeping.

3030.   The November 24 and 25, 2022, discharge also entered Ware's residence, including the dust.

3031.   The trespass by PBF Martinez interfered with Ware's ability to use and enjoy the residence and caused injury to Ware and damage to the property.

3032.  Needless to say, the trespass by PBF Martinez to Ware's real property was unauthorized.

3033.  Ware was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3034.  In each instance, she was exposed to toxins from the refinery's discharges.

3035.  As a result of her exposure to the 2023 discharges from the refinery, Ware was physically harmed, including developing and/or worsening symptoms of headaches, difficulty breathing, and difficulty sleeping that were directly caused by the reoccurring discharges in 2023.

3036.  The 2023 discharges also entered Ware's residence, including the dust.

3037.  The trespasses by PBF Martinez interfered with Ware's ability to use and enjoy the residence and caused injury to Ware and damage to the property.

3038.  Needless to say, the trespasses by PBF Martinez to Ware's real property was unauthorized in each instance.

### 119.    Plaintiff James Weirich.

3039.  At all times relevant to this action, Plaintiff James Weirich was over the age of 18 and was a resident of Martinez, California.

3040.  Plaintiff James Weirich rented a residence, which was approximately 1/2 mile from the refinery.

3041.  Weirich was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3042.  As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Weirich was physically harmed.

3043.  Among other things, Weirich began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, phlegm, coughing up blood, stomach pain, asthma flare-up, heartburn, dehydration, and diarrhea.

3044.   The November 24 and 25, 2022, discharge also entered Weirich's residence.

3045.   The trespass by PBF Martinez interfered with Weirich's ability to use and enjoy the residence and caused injury to Weirich and damage to the property.

3046.   Needless to say, the trespass by PBF Martinez to Weirich's real property was unauthorized.

3047.   Weirich was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3048.   In each instance, he was exposed to toxins from the refinery's discharges.

3049.   As a result of his exposure to the 2023 discharges from the refinery, Weirich was physically harmed, including developing and/or worsening symptoms of trouble breathing, shortness of breath, asthmatic symptoms, burning eyes, allergy symptoms, sneezing, coughing, headaches, joint aches, and body fatigue that were directly caused by the reoccurring discharges in 2023.

3050.   The 2023 discharges also entered Weirich's residence.

3051.   The trespasses by PBF Martinez interfered with Weirich's ability to use and enjoy the residence and caused injury to Weirich and damage to the property.

3052.   Needless to say, the trespasses by PBF Martinez to Weirich's real property were unauthorized in each instance.

3053.   Additionally, the health effects on Weirich from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**120.    Plaintiff Patrick Winters.**

3054.   At all times relevant to this action, Plaintiff Patrick Winters was over the age of 18 and was a resident of Martinez, California.

3055.   Plaintiff Patrick Winters rented a residence, which was approximately 2 miles from the refinery.

3056.   Winters was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3057.  As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Winters was physically harmed.

3058.  Among other things, Winters began experiencing illness and symptoms that were directly caused by the toxic exposure within a few months after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, phlegm, asthma flare-up, heartburn, and dehydration.

3059.  The November 24 and 25, 2022, discharge also entered Winters' residence, including the smell of the release.

3060.  The trespass by PBF Martinez interfered with Winters' ability to use and enjoy the residence and caused injury to Winters and damage to the property.

3061.  Needless to say, the trespass by PBF Martinez to Winters' real property was unauthorized.

3062.  Winters was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3063.  In each instance, he was exposed to toxins from the refinery's discharges.

3064.  As a result of his exposure to the 2023 discharges from the refinery, Winters was physically harmed, including developing and/or worsening symptoms of headaches, breathing issues, and cognitive issues that were directly caused by the reoccurring discharges in 2023.

3065.  The 2023 discharges also entered Winters' residence, including the smoke and smell.

3066.  The trespasses by PBF Martinez interfered with Winters' ability to use and enjoy the residence and caused injury to Winters and damage to the property.

3067.  Needless to say, the trespasses by PBF Martinez to Winters' real property was unauthorized in each instance.

**121.    Plaintiff Vickie Witherspoon.**

3068.  At all times relevant to this action, Plaintiff Vickie Witherspoon was over the age of 18 and was a resident of Martinez, California.

3069.   Plaintiff Vickie Witherspoon rented a residence, which was approximately 1 1/2 miles from the refinery.

3070.   Witherspoon was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3071.   As a result of her exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Witherspoon was physically harmed.

3072.   Among other things, Witherspoon began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including sore throat, coughing, itchy, watery, burning eyes, headaches, congestion, and body aches.

3073.   The November 24 and 25, 2022, discharge also entered Witherspoon's residence.

3074.   The trespass by PBF Martinez interfered with Witherspoon's ability to use and enjoy the residence and caused injury to Witherspoon and damage to the property.

3075.   Needless to say, the trespass by PBF Martinez to Witherspoon's real property was unauthorized.

3076.   Witherspoon was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3077.   In each instance, she was exposed to toxins from the refinery's discharges.

3078.   As a result of her exposure to the 2023 discharges from the refinery, Witherspoon was physically harmed, including developing and/or worsening symptoms of runny nose, eye irritation, and headaches that were directly caused by the reoccurring discharges in 2023.

3079.   The 2023 discharges also entered Witherspoon's residence.

3080.   The trespasses by PBF Martinez interfered with Witherspoon's ability to use and enjoy the residence and caused injury to Witherspoon and damage to the property.

3081.   Needless to say, the trespasses by PBF Martinez to Witherspoon's real property was unauthorized in each instance.

### 122.    Plaintiff Steven Woodburn.

3082.   At all times relevant to this action, Plaintiff Steven Woodburn was over the age of 18 and was a resident of Martinez, California.

3083.    Plaintiff Steven Woodburn rented a residence, which was approximately 1 mile from the refinery.

3084.    Woodburn was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3085.    Among other things, he recalls it being really cloudy and smokey.

3086.    As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Woodburn was physically harmed.

3087.    Among other things, Woodburn began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, and pressure.

3088.    The November 24 and 25, 2022, discharge also entered Woodburn's residence.

3089.    The trespass by PBF Martinez interfered with Woodburn's ability to use and enjoy the residence and caused injury to Woodburn and damage to the property.

3090.    Needless to say, the trespass by PBF Martinez to Woodburn's real property was unauthorized.

3091.    Woodburn was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3092.    In each instance, he was exposed to toxins from the refinery's discharges.

3093.    As a result of his exposure to the 2023 discharges from the refinery, Woodburn was physically harmed, including developing and/or worsening symptoms of difficulty breathing, sinus pressure, eye irritation, coughing, and headaches that were directly caused by the reoccurring discharges in 2023.

3094.    The 2023 discharges also entered Woodburn's residence.

3095.    The trespasses by PBF Martinez interfered with Woodburn's ability to use and enjoy the residence and caused injury to Woodburn and damage to the property.

3096.    Needless to say, the trespasses by PBF Martinez to Woodburn's real property was unauthorized in each instance.

**123.   Plaintiff Maksim Yanovsky.**

3097.   At all times relevant to this action, Plaintiff Maksim Yanovsky was over the age of 18 and was a resident of Martinez, California.

3098.   Plaintiff Maksim Yanovsky rented a residence, which was approximately 1 mile from the refinery.

3099.   Yanovsky was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3100.   Among other things, he could see the flaring and the smell gas.

3101.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Yanovsky was physically harmed.

3102.   Among other things, Yanovsky began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, fatigue, congestion, difficulty sleeping, and asthma flare-ups.

3103.   The November 24 and 25, 2022, discharge also entered Yanovsky's residence, including the smell.

3104.   The trespass by PBF Martinez interfered with Yanovsky's ability to use and enjoy the residence and caused injury to Yanovsky and damage to the property.

3105.   Needless to say, the trespass by PBF Martinez to Yanovsky's real property was unauthorized.

3106.   Yanovsky was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3107.   In each instance, he was exposed to toxins from the refinery's discharges.

3108.   As a result of his exposure to the 2023 discharges from the refinery, Yanovsky was physically harmed, including developing and/or worsening symptoms of headaches, sore throat, and cough that were directly caused by the reoccurring discharges in 2023.

3109.   The 2023 discharges also entered Yanovsky's residence, including the smell.

3110.   The trespasses by PBF Martinez interfered with Yanovsky's ability to use and enjoy the residence and caused injury to Yanovsky and damage to the property.

3111.   Needless to say, the trespasses by PBF Martinez to Yanovsky's real property was unauthorized in each instance.

3112.   Additionally, the health effects on Yanovsky from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**124.    Plaintiff Nancy Arzac.**

3113.   At all times relevant to this action, Plaintiff Nancy Arzac was over the age of 18 and was a resident of Martinez, California.

3114.   Plaintiff Nancy Arzac rented a residence, which was approximately 2 miles from the refinery.

3115.   Arzac was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3116.   The November 24 and 25, 2022, discharge also entered Arzac's residence.

3117.   The trespass by PBF Martinez interfered with Arzac's ability to use and enjoy the residence and caused injury to Arzac and damage to the property.

3118.   Needless to say the trespass by PBF Martinez to Arzac's real property was unauthorized.

3119.   Arzac was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3120.   In each instance, she was exposed to toxins from the refinery's discharges.

3121.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Arzac was physically harmed.

3122.   Among other things, Arzac began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, and fatigue.

3123.   Additional developing and/or worsening symptoms of shortness of breath, migraines, and eye irritation were directly caused by the reoccurring discharges in 2023.

-274-

3124.   The 2023 discharges also entered Arzac's residence, including an ash-like substance that was on the cars and outside balcony furniture, in addition to a strong chemical smell.

3125.   The trespasses by PBF Martinez interfered with Arzac's ability to use and enjoy the residence and caused injury to Arzac and damage to the property.

3126.   Needless to say the trespasses by PBF Martinez to Arzac's real property was unauthorized in each instance

### 125.   Plaintiff Saint Asberry.

3127.   At all times relevant to this action, Plaintiff Saint Asberry was over the age of 18 and was a resident of Martinez, California.

3128.   Plaintiff Saint Asberry rented a residence, which was approximately 2 miles from the refinery.

3129.   Asberry was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3130.   Among other things, the dust was settled all over the cars on the street and visible in the air.

3131.   The November 24 and 25, 2022, discharge also entered Asberry's residence.

3132.   The trespass by PBF Martinez interfered with Asberry's ability to use and enjoy the residence and caused injury to Asberry and damage to the property.

3133.   Needless to say, the trespass by PBF Martinez to Asberry's real property was unauthorized.

3134.   Asberry was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3135.   In each instance, he was exposed to toxins from the refinery's discharges.

3136.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Asberry was physically harmed.

3137.   Among other things, Asberry began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, memory issues, brain fog, difficulty sleeping, and loss of balance.

3138.   Additional developing and/or worsening symptoms of migraines and issues affecting cognitive ability were directly caused by the reoccurring discharges in 2023.

3139.   The 2023 discharges also entered Asberry's residence.

3140.   The trespasses by PBF Martinez interfered with Asberry's ability to use and enjoy the residence and caused injury to Asberry and damage to the property.

3141.   Needless to say, the trespasses by PBF Martinez to Asberry's real property was unauthorized in each instance.

3142.   Additionally, the health effects on Asberry from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 126.   Plaintiff Bruce Baughn.

3143.   At all times relevant to this action, Plaintiff Bruce Baughn was over the age of 18 and was a resident of Martinez, California.

3144.   Plaintiff Bruce Baughn rented a residence, which was approximately 1/4 mile from the refinery.

3145.   Baughn was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3146.   The November 24 and 25, 2022, discharge also entered Baughn's residence.

3147.   The trespass by PBF Martinez interfered with Baughn's ability to use and enjoy the residence and caused injury to Baughn and damage to the property.

3148.   Needless to say, the trespass by PBF Martinez to Baughn's real property was unauthorized.

3149.   Baughn was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3150.   In each instance, he was exposed to toxins from the refinery's discharges.

3151.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Baughn was physically harmed.

3152.   Among other things, Baughn began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, and headaches.

3153.   Additional developing and/or worsening symptoms of sneezing, coughing, and headaches were directly caused by the reoccurring discharges in 2023.

3154.   The 2023 discharges also entered Baughn's residence.

3155.   The trespasses by PBF Martinez interfered with Baughn's ability to use and enjoy the residence and caused injury to Baughn and damage to the property.

3156.   Needless to say, the trespasses by PBF Martinez to Baughn's real property was unauthorized in each instance.

### 127.    Plaintiff Raeshonte Bent.

3157.   At all times relevant to this action, Plaintiff Raeshonte Bent was over the age of 18 and was a resident of Martinez, California.

3158.   Plaintiff Raeshonte Bent rented a residence, which was approximately 2 miles from the refinery.

3159.   Bent was present at their residence for the July 11, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

3160.   Among other things, she recalls hearing loud explosion sounds.

3161.   The trespass by PBF Martinez interfered with Bent's ability to use and enjoy the residence and caused injury to Bent and damage to the property.

3162.   Needless to say, the trespass by PBF Martinez to Bent's real property was unauthorized.

3163.   Bent was also present at her residence for the July 2023 and October 2023 releases.

3164.   In each instance, she was exposed to toxins from the refinery's discharges.

3165.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Bent was physically harmed.

3166.   Among other things, Bent began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties,

-277-

chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, fatigue, congestion, difficulty sleeping, body aches, stomach pain, heartburn, dehydration, fever, diarrhea, and loss of balance.

3167.    Additional developing and/or worsening symptoms of sudden sickness, congestion, labored breathing, and deep cough that were directly caused by the reoccurring discharges in 2023.

3168.    The 2023 discharges also entered Bent's residence.

3169.    The trespasses by PBF Martinez interfered with Bent's ability to use and enjoy the residence and caused injury to Bent and damage to the property.

3170.    Needless to say, the trespasses by PBF Martinez to Bent's real property were unauthorized in each instance.

### 128.    Plaintiff Anastasia Burke.

3171.    At all times relevant to this action, Plaintiff Anastasia Burke was over the age of 18 and was a resident of Martinez, California.

3172.    Plaintiff Anastasia Burke rented a residence, which was approximately 1/4 mile from the refinery.

3173.    Burke was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3174.    Among other things, she saw what appeared to be some kind of flair that lit up the sky with debris.

3175.    The November 24 and 25, 2022, discharge also entered Burke's residence.

3176.    The trespass by PBF Martinez interfered with Burke's ability to use and enjoy the residence and caused injury to Burke and damage to the property.

3177.    Needless to say, the trespass by PBF Martinez to Burke's real property was unauthorized.

3178.    Burke was also present at her residence for the July 2023 release.

3179.    As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Burke was physically harmed.

3180.   Among other things, Burke began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, earaches, ear infections, and phlegm.

3181.   The 2023 discharge also entered Burke's residence.

3182.   The trespasses by PBF Martinez interfered with Burke's ability to use and enjoy the residence and caused injury to Burke and damage to the property.

3183.   Needless to say, the trespasses by PBF Martinez to Burke's real property was unauthorized in each instance.

3184.   Additionally, the health effects on Burke from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 129.   Plaintiff James Burke.

3185.   At all times relevant to this action, Plaintiff James Burke was over the age of 18 and was a resident of Martinez, California.

3186.   Plaintiff James Burke rented a residence, which was approximately 1/2 mile from the refinery.

3187.   Burke was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3188.   Among other things, he recalls bright flashing in the sky.

3189.   The November 24 and 25, 2022, discharge also entered Burke's residence.

3190.   The trespass by PBF Martinez interfered with Burke's ability to use and enjoy the residence and caused injury to Burke and damage to the property.

3191.   Needless to say, the trespass by PBF Martinez to Burke's real property was unauthorized.

3192.   Burke was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3193.   In each instance, he was exposed to toxins from the refinery's discharges.

3194.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Burke was physically harmed.

3195.   Among other things, Burke began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, earaches, ear infections, and phlegm.

3196.   Additional developing and/or worsening symptoms of coughing and phlegm were directly caused by the reoccurring discharges in 2023.

3197.   The 2023 discharges also entered Burke's residence, including strong odor.

3198.   The trespasses by PBF Martinez interfered with Burke's ability to use and enjoy the residence and caused injury to Burke and damage to the property.

3199.   Needless to say, the trespasses by PBF Martinez to Burke's real property were unauthorized in each instance.

3200.   Additionally, the health effects on Burke from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**130.   Plaintiff Janet Caston.**

3201.   At all times relevant to this action, Plaintiff Janet Caston was over the age of 18 and was a resident of Martinez, California.

3202.   Plaintiff Janet Caston rented a residence, which was approximately 1 1/2 miles from the refinery.

3203.   Caston was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3204.   Among other things, she recalled seeing dust particles on her property.

3205.   The November 24 and 25, 2022, discharge also entered Caston's residence, including refinery-dust particles.

3206.   The trespass by PBF Martinez interfered with Caston's ability to use and enjoy the residence and caused injury to Caston and damage to the property.

3207.   Needless to say, the trespass by PBF Martinez to Caston's real property was unauthorized.

3208.   Caston was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3209.   In each instance, she was exposed to toxins from the refinery's discharges.

3210.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Caston was physically harmed.

3211.   Among other things, Caston began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including rash, hives, headaches, sinus pain, pressure, and difficulty sleeping.

3212.   Additional developing and/or worsening symptoms of skin irritation, fatigue, difficulty sleeping, and nausea were directly caused by the reoccurring discharges in 2023.

3213.   The 2023 discharges also entered Caston's residence.

3214.   The trespasses by PBF Martinez interfered with Caston's ability to use and enjoy the residence and caused injury to Caston and damage to the property.

3215.   Needless to say, the trespasses by PBF Martinez to Caston's real property was unauthorized in each instance.

**131.    Plaintiff Elizabeth Cisneros.**

3216.   At all times relevant to this action, Plaintiff Elizabeth Cisneros was over the age of 18 and was a resident of Martinez, California.

3217.   Plaintiff Elizabeth Cisneros rented a residence, which was approximately 1/4 mile from the refinery.

3218.   Cisneros was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3219.   Among other things, she recalls the smell of chemicals.

3220.   The November 24 and 25, 2022, discharge also entered Cisneros' residence, including the smell of toxic chemicals.

3221.   The trespass by PBF Martinez interfered with Cisneros' ability to use and enjoy the residence and caused injury to Cisneros and damage to the property.

3222.   Needless to say, the trespass by PBF Martinez to Cisneros' real property was unauthorized.

3223.   Cisneros was also present at her residence for the July 2023 , October 2023 , and December 2023  releases.

3224.   In each instance, she was exposed to toxins from the refinery's discharges.

3225.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Cisneros was physically harmed.

3226.   Among other things, Cisneros began experiencing illness and symptoms that were directly caused by the toxic exposure within a month after the release, including dizziness, vertigo, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, and fatigue.

### 132.    Plaintiff Brandi Cunning.

3227.   At all times relevant to this action, Plaintiff Brandi Cunning was over the age of 18 and was a resident of Martinez, California.

3228.   Plaintiff Brandi Cunning rented a residence, which was approximately 2 miles from the refinery.

3229.   Cunning was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3230.   Among other things, she recalls an unnatural odor.

3231.   The November 24 and 25, 2022, discharge also entered Cunning's residence, including the odor produced from the release.

3232.   The trespass by PBF Martinez interfered with Cunning's ability to use and enjoy the residence and caused injury to Cunning and damage to the property.

3233.   Needless to say, the trespass by PBF Martinez to Cunning's real property was unauthorized.

3234.   Cunning was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3235.   In each instance, she was exposed to toxins from the refinery's discharges.

3236.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Cunning was physically harmed.

3237.   Among other things, Cunning began experiencing illness and symptoms that were directly caused by the toxic exposure Immediately after the release, including dizziness, vertigo, nausea, vomiting, headaches, and loss of balance.

3238.   Additional developing and/or worsening symptoms of rashes, difficulty sleeping, and dizziness were directly caused by the reoccurring discharges in 2023.

3239.   The 2023 discharges also entered Cunning's residence, including an unusual sound and odor.

3240.   The trespasses by PBF Martinez interfered with Cunning's ability to use and enjoy the residence and caused injury to Cunning and damage to the property.

3241.   Needless to say, the trespasses by PBF Martinez to Cunning's real property was unauthorized in each instance.

3242.   Additionally, the health effects on Cunning from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 133.   Plaintiff Damon Marks.

3243.   At all times relevant to this action, Plaintiff Damon Marks was over the age of 18 and was a resident of Martinez, California.

3244.   Plaintiff Damon Marks rented a residence, which was approximately 2 miles from the refinery.

3245.   Marks was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3246.   Among other things, he recalls seeing the dust after the release.

3247.   The November 24 and 25, 2022, discharge also entered Marks' residence, including the refinery-dust particles.

3248.   The trespass by PBF Martinez interfered with Marks' ability to use and enjoy the residence and caused injury to Marks and damage to the property.

3249. Needless to say the trespass by PBF Martinez to Marks' real property was unauthorized.

3250. Marks was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3251. In each instance, he was exposed to toxins from the refinery's discharges.

3252. As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Marks was physically harmed.

3253. Among other things, Marks began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, phlegm, asthma flare-up, heartburn, diarrhea, and loss of balance.

3254. Additional developing and/or worsening symptoms of coughing, headaches, chest pain, fatigue, and eye irritation were directly caused by the reoccurring discharges in 2023.

3255. The 2023 discharges also entered Marks' residence, including the coke dust.

3256. The trespasses by PBF Martinez interfered with Marks' ability to use and enjoy the residence and caused injury to Marks and damage to the property.

3257. Needless to say, the trespasses by PBF Martinez to Marks' real property was unauthorized in each instance.

3258. Additionally, the health effects on Marks from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**134.    Plaintiff Lily De La Torre.**

3259. At all times relevant to this action, Plaintiff Lily De La Torre was over the age of 18 and was a resident of Martinez, California.

3260. Plaintiff Lily De La Torre rented a residence, which was approximately 1 mile from the refinery.

3261. De La Torre was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

-284-

3262.   Among other things, she recalls seeing what looked like dirty air.

3263.   The November 24 and 25, 2022, discharge also entered De La Torre's residence, including the dirty air.

3264.   The trespass by PBF Martinez interfered with De La Torre's ability to use and enjoy the residence and caused injury to De La Torre and damage to the property.

3265.   Needless to say, the trespass by PBF Martinez to De La Torre's real property was unauthorized.

3266.   De La Torre was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3267.   In each instance, she was exposed to toxins from the refinery's discharges.

3268.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, De La Torre was physically harmed.

3269.   Among other things, De La Torre began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, and headaches.

3270.   Additional developing and/or worsening symptoms of cough, sore throat, burning and itchy eyes, and headaches were directly caused by the reoccurring discharges in 2023.

3271.   The 2023 discharges also entered De La Torre's residence, including ash, dirty air, and a foul smell.

3272.   The trespasses by PBF Martinez interfered with De La Torre's ability to use and enjoy the residence and caused injury to De La Torre and damage to the property.

3273.   Needless to say, the trespasses by PBF Martinez to De La Torre's real property was unauthorized in each instance.

### 135.    Plaintiff Matthew Dorian.

3274.   At all times relevant to this action, Plaintiff Matthew Dorian was over the age of 18 and was a resident of Martinez, California.

3275.   Plaintiff Matthew Dorian rented a residence, which was approximately 1/4 mile from the refinery.

3276.   Dorian was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3277.   Among other things, he recalls the debris in the air, making everything he had growing deemed unsafe to eat.

3278.   The November 24 and 25, 2022, discharge also entered Dorian's residence, including the debris that was in the air.

3279.   The trespass by PBF Martinez interfered with Dorian's ability to use and enjoy the residence and caused injury to Dorian and damage to the property.

3280.   Needless to say, the trespass by PBF Martinez to Dorian's real property was unauthorized.

3281.   Dorian was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3282.   In each instance, he was exposed to toxins from the refinery's discharges.

3283.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Dorian was physically harmed.

3284.   Among other things, Dorian began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, nausea, vomiting, itchy, watery, burning eyes, and headaches.

3285.   Additional developing and/or worsening symptoms of breathing issues, eye irritation, headaches, and nausea were directly caused by the reoccurring discharges in 2023.

3286.   The 2023 discharges also entered Dorian's residence, including coke dust and a really strong chemical smell.

3287.   The trespasses by PBF Martinez interfered with Dorian's ability to use and enjoy the residence and caused injury to Dorian and damage to the property.

3288.   Needless to say, the trespasses by PBF Martinez to Dorian's real property was unauthorized in each instance.

3289.  Additionally, the health effects on Dorian from the discharges have caused him to suffer lost wages, income, and/or business opportunities. Specifically, at least three weeks of work which were very difficult for him due to his health-related issues.

### 136.   Plaintiff Christy Duncan

3290.  At all times relevant to this action, Plaintiff Christy Duncan was over the age of 18 and was a resident of Martinez, California.

3291.  Plaintiff Christy Duncan rented a residence, which was approximately 2 miles from the refinery.

3292.  Duncan was present at her residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3293.  The November 24 and 25, 2022, discharge also entered Duncan's residence.

3294.  The trespass by PBF Martinez interfered with Duncan's ability to use and enjoy the residence and caused injury to Duncan and damage to the property.

3295.  Needless to say, the trespass by PBF Martinez to Duncan's real property was unauthorized.

3296.  Duncan was also present at her residence for the July 2023 and December 2023 releases.

3297.  In each instance, she was exposed to toxins from the refinery's discharges.

3298.  As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Duncan was physically harmed.

3299.  Among other things, Duncan began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, phlegm, stomach pain, asthma flare-up, heartburn, diarrhea, and loss of balance.

3300.  Additional developing and/or worsening symptoms of asthma, bronchitis, and pneumonia were directly caused by the reoccurring discharges in 2023.

3301.  The 2023 discharges also entered Duncan's residence.

3302.   The trespasses by PBF Martinez interfered with Duncan's ability to use and enjoy the residence and caused injury to Duncan and damage to the property.

3303.   Needless to say, the trespasses by PBF Martinez to Duncan's real property was unauthorized in each instance.

### 137.   Plaintiff Cheryl Easley

3304.   At all times relevant to this action, Plaintiff Cheryl Easley was over the age of 18 and was a resident of Martinez, California.

3305.   Plaintiff Cheryl Easley rented a residence, which was approximately 1/4 mile from the refinery.

3306.   Easley was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3307.   The November 24 and 25, 2022, discharge also entered Easley's residence.

3308.   The trespass by PBF Martinez interfered with Easley's ability to use and enjoy the residence and caused injury to Easley and damage to the property.

3309.   Needless to say, the trespass by PBF Martinez to Easley's real property was unauthorized.

3310.   Easley was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3311.   In each instance, she was exposed to toxins from the refinery's discharges.

3312.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Easley was physically harmed.

3313.   Among other things, Easley began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing difficulties, memory issues, brain fog, itchy, watery, burning eyes, sinus pain, pressure, diarrhea, and loss of balance.

3314.   Additional developing and/or worsening symptoms of respiratory issues and sinus issues were directly caused by the reoccurring discharges in 2023.

3315.   The 2023 discharges also entered Easley's residence.

3316.   The trespasses by PBF Martinez interfered with Easley's ability to use and enjoy the residence and caused injury to Easley and damage to the property.

3317.   Needless to say, the trespasses by PBF Martinez to Easley's real property was unauthorized in each instance.

### 138.   Plaintiff Elena Edwards.

3318.   At all times relevant to this action, Plaintiff Elena Edwards was over the age of 18 and was a resident of Martinez, California.

3319.   Plaintiff Elena Edwards rented a residence, which was approximately 1/4 mile from the refinery.

3320.   Edwards was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3321.   Among other things, she saw black and white dust coating her car, porch, and plants.

3322.   The November 24 and 25, 2022, discharge also entered Edwards' residence, including the black dust that coats the inside of her house when she leaves any windows open.

3323.   The trespass by PBF Martinez interfered with Edwards' ability to use and enjoy the residence and caused injury to Edwards and damage to the property.

3324.   Needless to say, the trespass by PBF Martinez to Edwards' real property was unauthorized.

3325.   Edwards was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3326.   In each instance, she was exposed to toxins from the refinery's discharges.

3327.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Edwards was physically harmed.

3328.   Among other things, Edwards began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including itchy, watery, burning eyes, fatigue, congestion, difficulty sleeping, body aches, and loss of balance.

3329.   Additional developing and/or worsening symptoms of heart issues, coughing, eye irritation, dry and sore throat, and headaches were directly caused by the reoccurring discharges in 2023.

3330.   The 2023 discharges also entered Edwards' residence, including the black and white dust that coats the inside of her house when she leaves a window open.

3331.   The trespasses by PBF Martinez interfered with Edwards' ability to use and enjoy the residence and caused injury to Edwards and damage to the property.

3332.   Needless to say the trespasses by PBF Martinez to Edwards' real property was unauthorized in each instance.

### 139.   Plaintiff Michael Eimen

3333.   At all times relevant to this action, Plaintiff Michael Eimen was over the age of 18 and was a resident of Martinez, California.

3334.   Plaintiff Michael Eimen rented a residence, which was approximately 2 miles from the refinery.

3335.   Eimen was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3336.   Among other things, he recalled hearing a loud noise then a strange smell.

3337.   The November 24 and 25, 2022, discharge also entered Eimen's residence, including loud noise and a strange smell.

3338.   The trespass by PBF Martinez interfered with Eimen's ability to use and enjoy the residence and caused injury to Eimen and damage to the property.

3339.   Needless to say, the trespass by PBF Martinez to Eimen's real property was unauthorized.

3340.   Eimen was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3341.   In each instance, he was exposed to toxins from the refinery's discharges.

3342.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Eimen was physically harmed.

3343.   Among other things, Eimen began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, headaches, fatigue, difficulty sleeping, body aches, phlegm, stomach pain, heartburn, and dehydration.

3344.   Additional developing and/or worsening symptoms of difficulty breathing, sore throat, coughing, headaches, sinus pressure, and itchy eyes were directly caused by the reoccurring discharges in 2023.

3345.   The 2023 discharges also entered Eimen's residence, including loud noise and a strange smell.

3346.   The trespasses by PBF Martinez interfered with Eimen's ability to use and enjoy the residence and caused injury to Eimen and damage to the property.

3347.   Needless to say, the trespasses by PBF Martinez to Eimen's real property was unauthorized in each instance.

3348.   Additionally, the health effects on Eimen from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**140.    Plaintiff Messiah Elliott.**

3349.   At all times relevant to this action, Plaintiff Messiah Elliott was over the age of 18 and was a resident of Martinez, California.

3350.   Plaintiff Messiah Elliott rented a residence, which was approximately 1 1/2 miles from the refinery.

3351.   Elliott was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3352.   The November 24 and 25, 2022, discharge also entered Elliott's residence.

3353.   The trespass by PBF Martinez interfered with Elliott's ability to use and enjoy the residence and caused injury to Elliott and damage to the property.

3354.   Needless to say, the trespass by PBF Martinez to Elliott's real property was unauthorized.

3355.   Elliott was also present at his residence for the July 2023 release.

3356.   In each instance, he was exposed to toxins from the refinery's discharges.

3357.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Elliott was physically harmed.

3358.   Among other things, Elliott began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sinus pain, pressure, fatigue, and phlegm.

3359.   Additional developing and/or worsening symptoms of memory fog, mucus build up, and difficulty breathing were directly caused by the reoccurring discharges in 2023.

3360.   The 2023 discharge also entered Elliott's residence.

3361.   The trespasses by PBF Martinez interfered with Elliott's ability to use and enjoy the residence and caused injury to Elliott and damage to the property.

3362.   Needless to say, the trespasses by PBF Martinez to Elliott's real property was unauthorized in each instance.

3363.   Additionally, the health effects on Elliott from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**141.    Plaintiff Antonio Garcia.**

3364.   At all times relevant to this action, Plaintiff Antonio Garcia was over the age of 18 and was a resident of Martinez, California.

3365.   Plaintiff Antonio Garcia rented a residence, which was approximately 2 miles from the refinery.

3366.   Garcia was present at their residence for the July 11, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

3367.   Among other things, he recalled the releases and having to change the air filters in his house more often.

3368.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Garcia was physically harmed.

3369.  Among other things, Garcia began experiencing illness and symptoms that were directly caused by the toxic exposure within a month after the release, including itchy, watery, burning eyes, sinus pain, and pressure.

3370.  The July 11, 2023, discharge also entered Garcia's residence, including particles picked up by the air filters.

3371.  The trespass by PBF Martinez interfered with Garcia's ability to use and enjoy the residence and caused injury to Garcia and damage to the property.

3372.  Needless to say, the trespass by PBF Martinez to Garcia's real property was unauthorized.

3373.  Garcia was also present at his residence for the October 2023 and December 2023 releases.

3374.  In each instance, he was exposed to toxins from the refinery's discharges.

3375.  As a result of his exposure to the 2023 discharges from the refinery, Garcia was physically harmed, including developing and/or worsening symptoms of eye burning, coughing, and sneezing that were directly caused by the reoccurring discharges in 2023.

3376.  The 2023 discharges also entered Garcia's residence, including particles that were picked up by the air filters.

3377.  The trespasses by PBF Martinez interfered with Garcia's ability to use and enjoy the residence and caused injury to Garcia and damage to the property.

3378.  Needless to say, the trespasses by PBF Martinez to Garcia's real property was unauthorized in each instance.

**142.    Plaintiff Ché Germaine.**

3379.  At all times relevant to this action, Plaintiff Ché Germaine was over the age of 18 and was a resident of Martinez, California.

3380.  Plaintiff Ché Germaine rented a residence, which was approximately 1 mile from the refinery.

3381.  Germaine was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

-293-

3382.   Among other things, she recalled it looked like ash falling from the sky.

3383.   The November 24 and 25, 2022, discharge also entered Germaine's residence, including the refinery-dust.

3384.   The trespass by PBF Martinez interfered with Germaine's ability to use and enjoy the residence and caused injury to Germaine and damage to the property.

3385.   Needless to say, the trespass by PBF Martinez to Germaine's real property was unauthorized.

3386.   Germaine was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3387.   In each instance, she was exposed to toxins from the refinery's discharges.

3388.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Germaine was physically harmed.

3389.   Among other things, Germaine began experiencing illness and symptoms that were directly caused by the toxic exposure within a few months after the release, including dizziness, vertigo, headaches, sinus pain, pressure, difficulty sleeping, earaches, ear infections, and loss of balance.

3390.   Additional developing and/or worsening symptoms of cough, congestion, headaches, and ear issues were directly caused by the reoccurring discharges in 2023.

3391.   The 2023 discharges also entered Germaine's residence, including a strong chemical smell.

3392.   The trespasses by PBF Martinez interfered with Germaine's ability to use and enjoy the residence and caused injury to Germaine and damage to the property.

3393.   Needless to say, the trespasses by PBF Martinez to Germaine's real property was unauthorized in each instance.

### 143.   Plaintiff Steven Gill.

3394.   At all times relevant to this action, Plaintiff Steven Gill was over the age of 18 and was a resident of Martinez, California.

3395.   Plaintiff Steven Gill rented a residence, which was approximately 1/4 mile from the refinery.

3396.   Gill was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3397.   The November 24 and 25, 2022, discharge also entered Gill's residence, including sound, dust, and smell.

3398.   The trespass by PBF Martinez interfered with Gill's ability to use and enjoy the residence and caused injury to Gill and damage to the property.

3399.   Needless to say, the trespass by PBF Martinez to Gill's real property was unauthorized.

3400.   Gill was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3401.   In each instance, he was exposed to toxins from the refinery's discharges.

3402.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Gill was physically harmed,

3403.   Among other things, Gill began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, body aches, heartburn, and fever.

3404.   Additional developing and/or worsening symptoms of difficulty breathing, sinus issues, headaches, and fatigue were directly caused by the reoccurring discharges in 2023.

3405.   The 2023 discharges also entered Gill's residence, including the dust and smell.

3406.   The trespasses by PBF Martinez interfered with Gill's ability to use and enjoy the residence and caused injury to Gill and damage to the property.

3407.   Needless to say, the trespasses by PBF Martinez to Gill's real property was unauthorized in each instance.

144.    **Plaintiff Kiana Gordon.**

3408.   At all times relevant to this action, Plaintiff Kiana Gordon was over the age of 18 and was a resident of Martinez, California.

3409.   Plaintiff Kiana Gordon rented a residence, which was approximately 2 miles from the refinery.

3410.   Gordon was present at their residence for the July 11, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

3411.   The July 11 and 11, 2023, discharge also entered Gordon's residence.

3412.   The trespass by PBF Martinez interfered with Gordon's ability to use and enjoy the residence and caused injury to Gordon and damage to the property.

3413.   Needless to say, the trespass by PBF Martinez to Gordon's real property was unauthorized.

3414.   Gordon was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3415.   In each instance, she was exposed to toxins from the refinery's discharges.

3416.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Gordon was physically harmed.

3417.   Among other things, Gordon began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, body aches, phlegm, coughing up blood, stomach pain, heartburn, dehydration, fever, diarrhea, and loss of balance.

3418.   Additional developing and/or worsening symptoms of headaches, coughing, dizziness, nausea, and fatigue, that were directly caused by the reoccurring discharges in 2023.

3419.   The 2023 discharges also entered Gordon's residence.

3420.   The trespasses by PBF Martinez interfered with Gordon's ability to use and enjoy the residence and caused injury to Gordon and damage to the property.

-296-

3421.   Needless to say, the trespasses by PBF Martinez to Gordon's real property were unauthorized in each instance.

3422.   Additionally, the health effects on Gordon from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 145.   Plaintiff Kelly Hildebrand-Gill.

3423.   At all times relevant to this action, Plaintiff Kelly Hildebrand-Gill was over the age of 18 and was a resident of Martinez, California.

3424.   Plaintiff Kelly Hildebrand-Gill rented a residence, which was approximately 1/4 mile from the refinery.

3425.   Hildebrand-Gill was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3426.   Among other things, she recalls the noise, smell, and dust from the refinery.

3427.   The November 24 and 25, 2022, discharge also entered Hildebrand-Gill's residence, including the noise, smell, and dust.

3428.   The trespass by PBF Martinez interfered with Hildebrand-Gill's ability to use and enjoy the residence and caused injury to Hildebrand-Gill and damage to the property.

3429.   Needless to say, the trespass by PBF Martinez to Hildebrand-Gill's real property was unauthorized.

3430.   Hildebrand-Gill was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3431.   In each instance, she was exposed to toxins from the refinery's discharges.

3432.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Hildebrand-Gill was physically harmed.

3433.   Among other things, Hildebrand-Gill began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, fatigue, congestion, body aches, phlegm, and heartburn.

3434. Additional developing and/or worsening symptoms of difficulty breathing, headaches, and respiratory issues were directly caused by the reoccurring discharges in 2023.

3435. The 2023 discharges also entered Hildebrand-Gill's residence, including the noise, smell, and dust.

3436. The trespasses by PBF Martinez interfered with Hildebrand-Gill's ability to use and enjoy the residence and caused injury to Hildebrand-Gill and damage to the property.

3437. Needless to say, the trespasses by PBF Martinez to Hildebrand-Gill's real property were unauthorized in each instance.

3438. Additionally, the health effects on Hildebrand-Gill from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 146. Plaintiff Brandi Hoffman.

3439. At all times relevant to this action, Plaintiff Brandi Hoffman was over the age of 18 and was a resident of Martinez, California.

3440. Plaintiff Brandi Hoffman rented a residence, which was approximately 2 miles from the refinery.

3441. Hoffman was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3442. Among other things, she recalls seeing the dust particles in the air, and how the plants on her property all died.

3443. The November 24 and 25, 2022, discharge also entered Hoffman's residence.

3444. The trespass by PBF Martinez interfered with Hoffman's ability to use and enjoy the residence and caused injury to Hoffman and damage to the property.

3445. Needless to say the trespass by PBF Martinez to Hoffman's real property was unauthorized.

3446. Hoffman was also present at her residence for the July 2023 and December 2023 releases.

3447. In each instance, she was exposed to toxins from the refinery's discharges.

3448.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Hoffman was physically harmed.

3449.   Among other things, Hoffman began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, congestion, difficulty sleeping, fever, and diarrhea.

3450.   Additional developing and/or worsening symptoms of asthma, wheezing, coughing, difficulty breathing, chest pain, eye irritation, and congestion were directly caused by the reoccurring discharges in 2023.

3451.   The 2023 discharges also entered Hoffman's residence including dark smoke.

3452.   The trespasses by PBF Martinez interfered with Hoffman's ability to use and enjoy the residence and caused injury to Hoffman and damage to the property.

3453.   Needless to say, the trespasses by PBF Martinez to Hoffman's real property was unauthorized in each instance.

### 147.    Plaintiff Tina Hutton.

3454.   At all times relevant to this action, Plaintiff Tina Hutton was over the age of 18 and was a resident of Martinez, California.

3455.   Plaintiff Tina Hutton rented a residence, which was approximately 1 mile from the refinery.

3456.   Hutton was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3457.   Among other things, she remembers ash-like soot being on everything.

3458.   The November 24 and 25, 2022, discharge also entered Hutton's residence, including the soot and refinery-dust.

3459.   The trespass by PBF Martinez interfered with Hutton's ability to use and enjoy the residence and caused injury to Hutton and damage to the property.

3460.   Needless to say, the trespass by PBF Martinez to Hutton's real property was unauthorized.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

3461.   Hutton was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3462.   In each instance, she was exposed to toxins from the refinery's discharges.

3463.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Hutton was physically harmed.

3464.   Among other things, Hutton began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, rash, hives, headaches, fatigue, congestion, difficulty sleeping, body aches, phlegm, stomach pain, heartburn, and liver count elevated.

3465.   Additional developing and/or worsening symptoms of coughing, fatigue, congestion, and memory issues that were directly caused by the reoccurring discharges in 2023.

3466.   The 2023 discharges also entered Hutton's residence, including the burning smell and black soot from outside.

3467.   The trespasses by PBF Martinez interfered with Hutton's ability to use and enjoy the residence and caused injury to Hutton and damage to the property.

3468.   Needless to say, the trespasses by PBF Martinez to Hutton's real property was unauthorized in each instance.

3469.   Additionally, the health effects on Hutton from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 148.   Plaintiff Akram Ibrahim.

3470.   At all times relevant to this action, Plaintiff Akram Ibrahim was over the age of 18 and was a resident of Martinez, California.

3471.   Plaintiff Ibrahim rented a residence, which was approximately 2 miles from the refinery.

3472.   Ibrahim was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3473.    Among other things, he recalls seeing dust on his vehicle and the surrounding areas, along with a strange chemical scent.

3474.    The November 24 and 25, 2022, discharge also entered Ibrahim's residence, including refinery-dust.

3475.    The trespass by PBF Martinez interfered with Ibrahim's ability to use and enjoy the residence and caused injury to Ibrahim and damage to the property.

3476.    Needless to say, the trespass by PBF Martinez to Ibrahim's real property was unauthorized.

3477.    Ibrahim was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3478.    In each instance, he was exposed to toxins from the refinery's discharges.

3479.    As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Ibrahim was physically harmed.

3480.    Among other things, Ibrahim began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, chest pain, sore throat, coughing, itchy, watery, and burning eyes.

3481.    Additional developing and/or worsening symptoms of difficulties breathing, brain fog, dizziness, vertigo, itchy and burning eyes, headaches, sinus pain, congestion, body aches, fatigue, and congestion were directly caused by the reoccurring discharges in 2023.

3482.    The 2023 discharges also entered Ibrahim's residence, including coke dust and a strange chemical scent

3483.    The trespasses by PBF Martinez interfered with Ibrahim's ability to use and enjoy the residence and caused injury to Ibrahim and damage to the property.

3484.    Needless to say, the trespasses by PBF Martinez to Ibrahim's real property was unauthorized in each instance.

### 149.    Plaintiff Leuma Iliili.

3485.     At all times relevant to this action, Plaintiff Leuma Iliili was over the age of 18 and was a resident of Martinez, California.

3486.   Plaintiff Leuma Iliili rented a residence, which was approximately 1 mile from the refinery.

3487.   Iliili was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3488.   Among other things, he heard a sound and saw flames.

3489.   The November 24 and 25, 2022, discharge also entered Iliili's residence, including the sound.

3490.   The trespass by PBF Martinez interfered with Iliili's ability to use and enjoy the residence and caused injury to Iliili and damage to the property.

3491.   Needless to say the trespass by PBF Martinez to Iliili's real property was unauthorized.

3492.   Iliili was also present at his residence for the July 2023 release.

3493.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Iliili was physically harmed.

3494.   Among other things, Iliili began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including headaches, fatigue, and sounds irritating.

3495.   The 2023 discharges also entered Iliili's residence.

3496.   The trespasses by PBF Martinez interfered with Iliili's ability to use and enjoy the residence and caused injury to Iliili and damage to the property.

3497.   Needless to say, the trespasses by PBF Martinez to Iliili's real property was unauthorized in each instance.

**150.    Plaintiff Anastacia Iliili.**

3498.   At all times relevant to this action, Plaintiff Anastacia Iliili was over the age of 18 and was a resident of Martinez, California.

3499.   Plaintiff Anastacia Iliili rented a residence, which was approximately 1 mile from the refinery.

3500.   Iliili was present at their residence for the July 11, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

3501.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Iliili was physically harmed

3502.   Among other things, Iliili began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including dizziness, vertigo, headaches, and fatigue.

3503.   The July 11, 2023, discharge also entered Iliili's residence, including the dust and smoke in the air.

3504.   The trespass by PBF Martinez interfered with Iliili's ability to use and enjoy the residence and caused injury to Iliili and damage to the property.

3505.   Needless to say, the trespass by PBF Martinez to Iliili's real property was unauthorized.

**151.    Plaintiff Iliili Iliili.**

3506.   At all times relevant to this action, Plaintiff Iliili Iliili was over the age of 18 and was a resident of Martinez, California.

3507.   Plaintiff Iliili Iliili rented a residence, which was approximately 1/4 mile from the refinery.

3508.   Iliili was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3509.   Among other things, he recalls dust being all over the vehicles, and recalls explosions and black smoke on later releases.

3510.   The November 24 and 25, 2022, discharge also entered Iliili's residence.

3511.   The trespass by PBF Martinez interfered with Iliili's ability to use and enjoy the residence and caused injury to Iliili and damage to the property.

3512.   Needless to say, the trespass by PBF Martinez to Iliili's real property was unauthorized.

3513.  Iliili was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3514.  In each instance, he was exposed to toxins from the refinery's discharges.

3515.  As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Iliili was physically harmed.

3516.  Among other things, Iliili began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, congestion, difficulty sleeping, coughing up blood, stomach pain, asthma flare-ups, heartburn, dehydration, and fainting.

3517.  Additional developing and/or worsening symptoms of headaches, coughing, and difficulty sleeping were directly caused by the reoccurring discharges in 2023.

3518.  The 2023 discharges also entered Iliili's residence, including a loud bang and smoke.

3519.  The trespasses by PBF Martinez interfered with Iliili's ability to use and enjoy the residence and caused injury to Iliili and damage to the property.

3520.  Needless to say, the trespasses by PBF Martinez to Iliili's real property was unauthorized in each instance.

3521.  Additionally, the health effects on Iliili from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**152.    Plaintiff Tisha Jobe.**

3522.  At all times relevant to this action, Plaintiff Tisha Jobe was over the age of 18 and was a resident of Martinez, California.

3523.  Plaintiff Tisha Jobe rented a residence, which was approximately 1/4 mile from the refinery.

3524.  Jobe was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3525.  The November 24 and 25, 2022, discharge also entered Jobe's residence.

3526.   The trespass by PBF Martinez interfered with Jobe's ability to use and enjoy the residence and caused injury to Jobe and damage to the property.

3527.   Needless to say, the trespass by PBF Martinez to Jobe's real property was unauthorized.

3528.   Jobe was also present at her residence for the July 2023 and October 2023 releases.

3529.   In each instance, she was exposed to toxins from the refinery's discharges.

3530.   As a result of her exposure to the toxic discharges from the refinery July 11, 2023, Jobe was physically harmed.

3531.   Among other things, Jobe began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, and coughing.

3532.   Additional developing and/or worsening symptoms of difficulty breathing, chest discomfort, coughing, and headaches were directly caused by the reoccurring discharges in 2023.

3533.   The 2023 discharges also entered Jobe's residence.

3534.   The trespasses by PBF Martinez interfered with Jobe's ability to use and enjoy the residence and caused injury to Jobe and damage to the property.

3535.   Needless to say, the trespasses by PBF Martinez to Jobe's real property was unauthorized in each instance.

3536.   Additionally, the health effects on Jobe from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 153.    Plaintiff Michael Johnson.

3537.   At all times relevant to this action, Plaintiff Michael Johnson was over the age of 18 and was a resident of Martinez, California.

3538.   Plaintiff Michael Johnson rented a residence, which was approximately 1/4 mile from the refinery.

3539.   Johnson was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3540.   The November 24 and 25, 2022, discharge also entered Johnson's residence

3541.   The trespass by PBF Martinez interfered with Johnson's ability to use and enjoy the residence and caused injury to Johnson and damage to the property including by decreasing the value of the property as a result of contamination.

3542.   Needless to say, the trespass by PBF Martinez to Johnson's real property was unauthorized.

3543.   Johnson was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3544.   In each instance, he was exposed to toxins from the refinery's discharges.

3545.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Johnson was physically harmed.

3546.   Among other things, Johnson began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, and coughing.

3547.   Additional developing and/or worsening symptoms of respiratory problems, congestion, headaches, and coughing were directly caused by the reoccurring discharges in 2023.

3548.   The 2023 discharges also entered Johnson's residence.

3549.   The trespasses by PBF Martinez interfered with Johnson's ability to use and enjoy the residence and caused injury to Johnson and damage to the property including by decreasing the value of the property as a result of contamination.

3550.   Needless to say, the trespasses by PBF Martinez to Johnson's real property was unauthorized in each instance.

3551.   Additionally, the health effects on Johnson from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 154.   Plaintiff Pauline Kaiser.

3552.   At all times relevant to this action, Plaintiff Pauline Kaiser was over the age of 18 and was a resident of Martinez, California.

3553.   Plaintiff Pauline Kaiser rented a residence, which was approximately 1 mile from the refinery.

3554.   Kaiser was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3555.   The November 24 and 25, 2022, discharge also entered Kaiser's residence.

3556.   The trespass by PBF Martinez interfered with Kaiser's ability to use and enjoy the residence and caused injury to Kaiser and damage to the property.

3557.   Needless to say, the trespass by PBF Martinez to Kaiser's real property was unauthorized.

3558.   Kaiser was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3559.   In each instance, she was exposed to toxins from the refinery's discharges.

3560.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Kaiser was physically harmed.

3561.   Among other things, Kaiser began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, phlegm, and asthma flare-up.

3562.   Additional developing and/or worsening symptoms of sneezing, sinus issues, bronchial irritation, and coughing that were directly caused by the reoccurring discharges in 2023.

3563.   The 2023 discharges also entered Kaiser's residence, including gray dust

3564.   The trespasses by PBF Martinez interfered with Kaiser's ability to use and enjoy the residence and caused injury to Kaiser and damage to the property.

3565.   Needless to say, the trespasses by PBF Martinez to Kaiser's real property was unauthorized in each instance.

3566.   Additionally, the health effects on Kaiser from the discharges have caused her to suffer lost wages, income, and/or business opportunities. Specifically, she had to take time off work due to her issues in case she was contagious since she works with women with compromised immune systems.

COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

155. **Plaintiff William Labat.**

3567.   At all times relevant to this action, Plaintiff William Labat was over the age of 18 and was a resident of Martinez, California.

3568.   Plaintiff William Labat rented a residence, which was approximately 1/4 mile from the refinery.

3569.   Labat was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3570.   The November 24 and 25, 2022, discharge also entered Labat's residence.

3571.   The trespass by PBF Martinez interfered with Labat's ability to use and enjoy the residence and caused injury to Labat and damage to the property.

3572.   Needless to say, the trespass by PBF Martinez to Labat's real property was unauthorized.

3573.   Labat was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3574.   In each instance, he was exposed to toxins from the refinery's discharges.

3575.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Labat was physically harmed.

3576.   Among other things, Labat began experiencing illness and symptoms that were directly caused by the toxic exposure within a few months after the release, including breathing difficulties, memory issues, brain fog, itchy, watery, burning eyes, asthma flare-ups, and dehydration.

3577.   Additional developing and/or worsening symptoms of breathing and respiratory issues that were directly caused by the reoccurring discharges in 2023.

3578.   The 2023 discharges also entered Labat's residence.

3579.   The trespasses by PBF Martinez interfered with Labat's ability to use and enjoy the residence and caused injury to Labat and damage to the property.

3580.   Needless to say, the trespasses by PBF Martinez to Labat's real property was unauthorized in each instance.

3581.  Additionally, the health effects on Labat from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**156.    Plaintiff Gary Lee.**

3582.  At all times relevant to this action, Plaintiff Gary Lee was over the age of 18 and was a resident of Martinez, California.

3583.  Plaintiff Gary Lee rented a residence, which was approximately 1 1/2 miles from the refinery.

3584.  Lee was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3585.  The November 24 and 25, 2022, discharge also entered Lee's residence.

3586.  The trespass by PBF Martinez interfered with Lee's ability to use and enjoy the residence and caused injury to Lee and damage to the property.

3587.  Needless to say, the trespass by PBF Martinez to Lee's real property was unauthorized.

3588.  Lee was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3589.  In each instance, he was exposed to toxins from the refinery's discharges.

3590.  As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Lee was physically harmed.

3591.  Among other things, Lee began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, sore throat, coughing, nausea, vomiting, headaches, sinus pain, pressure, fatigue, congestion, body aches, stomach pain, asthma flare-up, and diarrhea.

3592.  Additional developing and/or worsening symptoms of fatigue and difficulty breathing were directly caused by the reoccurring discharges in 2023.

3593.  The 2023 discharges also entered Lee's residence.

3594.  The trespasses by PBF Martinez interfered with Lee's ability to use and enjoy the residence and caused injury to Lee and damage to the property.

3595.   Needless to say, the trespasses by PBF Martinez to Lee's real property was unauthorized in each instance.

### 157.    Plaintiff Stephen Loving.

3596.   At all times relevant to this action, Plaintiff Stephen Loving was over the age of 18 and was a resident of Martinez, California.

3597.   Plaintiff Stephen Loving rented a residence, which was approximately 1 mile from the refinery.

3598.   Loving was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3599.   The November 24 and 25, 2022, discharge also entered Loving's residence.

3600.   The trespass by PBF Martinez interfered with Loving's ability to use and enjoy the residence and caused injury to Loving and damage to the property.

3601.   Needless to say, the trespass by PBF Martinez to Loving's real property was unauthorized.

3602.   Loving was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3603.   In each instance, he was exposed to toxins from the refinery's discharges.

3604.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Loving was physically harmed.

3605.   Among other things, Loving began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, and burning eyes.

3606.   Additional developing and/or worsening symptoms of respiratory issues, fatigue, sore throat, and sinus pressure and pain were directly caused by the reoccurring discharges in 2023.

3607.   The 2023 discharges also entered Loving's residence, including the orange-colored dust that was also outside.

3608.   The trespasses by PBF Martinez interfered with Loving's ability to use and enjoy the residence and caused injury to Loving and damage to the property.

3609.   Needless to say, the trespasses by PBF Martinez to Loving's real property was unauthorized in each instance.

**158.    Plaintiff Austin Makeev.**

3610.   At all times relevant to this action, Plaintiff Austin Makeev was over the age of 18 and was a resident of Martinez, California.

3611.   Plaintiff Austin Makeev rented a residence, which was approximately 2 miles from the refinery.

3612.   Makeev was present at their residence for the July 11, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

3613.   The July 11, 2023, discharge also entered Makeev's residence.

3614.   The trespass by PBF Martinez interfered with Makeev's ability to use and enjoy the residence and caused injury to Makeev and damage to the property.

3615.   Needless to say, the trespass by PBF Martinez to Makeev's real property was unauthorized.

3616.   Makeev was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3617.   In each instance, he was exposed to toxins from the refinery's discharges.

3618.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Makeev was physically harmed.

3619.   Among other things, Makeev began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, sore throat, coughing.

3620.   Additional developing and/or worsening symptoms of asthma, coughing, congestion, headaches, and difficulty sleeping were directly caused by the reoccurring discharges in 2023.

3621.   The 2023 discharges also entered Makeev's residence, including white dust.

3622.   The trespasses by PBF Martinez interfered with Makeev's ability to use and enjoy the residence and caused injury to Makeev and damage to the property.

3623.   Needless to say, the trespasses by PBF Martinez to Makeev's real property were unauthorized in each instance.

3624.   Additionally, the health effects on Makeev from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 159.    Plaintiff Jeremy Malvo.

3625.   At all times relevant to this action, Plaintiff Jeremy Malvo was over the age of 18 and was a resident of Martinez, California.

3626.   Plaintiff Jeremy Malvo rented a residence, which was approximately 1/2 mile from the refinery.

3627.   Malvo was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3628.   Among other things, he recalls the smoke and the smell of chemicals.

3629.   The November 24 and 25, 2022, discharge also entered Malvo's residence, including smoke and smell of chemicals.

3630.   The trespass by PBF Martinez interfered with Malvo's ability to use and enjoy the residence and caused injury to Malvo and damage to the property.

3631.   Needless to say, the trespass by PBF Martinez to Malvo's real property was unauthorized.

3632.   Malvo was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3633.   In each instance, he was exposed to toxins from the refinery's discharges.

3634.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Malvo was physically harmed.

3635.   Among other things, Malvo began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting,

rash, hives, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, ear aches, ear infections, and stomach pain.

3636.    Additional developing and/or worsening symptoms of respiratory issues, congestion, headaches, sinus pressure, and coughing that were directly caused by the reoccurring discharges in 2023.

3637.    The 2023 discharges also entered Malvo's residence, including smoke, smell of chemicals, and dust.

3638.    The trespasses by PBF Martinez interfered with Malvo's ability to use and enjoy the residence and caused injury to Malvo and damage to the property.

3639.    Needless to say, the trespasses by PBF Martinez to Malvo's real property was unauthorized in each instance.

3640.    Additionally, the health effects on Malvo from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 160.    Plaintiff Rodney Mayes.

3641.    At all times relevant to this action, Plaintiff Robert Mayes was over the age of 18 and was a resident of Martinez, California.

3642.    Plaintiff Robert Mayes rented a residence, which was approximately 1 mile from the refinery.

3643.    Mayes was present at their residence for the July 11, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

3644.    The trespass by PBF Martinez interfered with Mayes's ability to use and enjoy the residence and caused injury to Mayes and damage to the property.

3645.    Needless to say, the trespass by PBF Martinez to Mayes's real property was unauthorized.

3646.    Mayes was also present at his residence for the October 2023 and December 2023 releases.

3647.    In each instance, he was exposed to toxins from the refinery's discharges.

3648.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Mayes was physically harmed.

3649.   Among other things, Mayes began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, itchy, watery, burning eyes, rash, and hives.

3650.   Additional developing and/or worsening symptoms of coughing and skin irritation that were directly caused by the reoccurring discharges in 2023.

3651.   The 2023 discharges also entered Mayes's residence, including black soot.

3652.   The trespasses by PBF Martinez interfered with Mayes's ability to use and enjoy the residence and caused injury to Mayes and damage to the property.

3653.   Needless to say, the trespasses by PBF Martinez to Mayes's real property were unauthorized in each instance.

### 161.   Plaintiff Autumn Mechling.

3654.   At all times relevant to this action, Plaintiff Autumn Mechling was over the age of 18 and was a resident of Martinez, California.

3655.   Plaintiff Autumn Mechling rented a residence, which was approximately 1/4 mile from the refinery.

3656.   Mechling was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3657.   The November 24 and 25, 2022, discharge also entered Mechling's residence.

3658.   The trespass by PBF Martinez interfered with Mechling's ability to use and enjoy the residence and caused injury to Mechling and damage to the property.

3659.   Needless to say, the trespass by PBF Martinez to Mechling's real property was unauthorized.

3660.   Mechling was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3661.   In each instance, she was exposed to toxins from the refinery's discharges.

3662.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Mechling was physically harmed.

3663.   Among other things, Mechling began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, sore throat, coughing, itchy, watery, burning eyes, headaches, and stomach pain.

3664.   Additional developing and/or worsening symptoms of shortness breath coughing, sore throat, and irritated eyes that were directly caused by the reoccurring discharges in 2023.

3665.   The 2023 discharges also entered Mechling's residence.

3666.   The trespasses by PBF Martinez interfered with Mechling's ability to use and enjoy the residence and caused injury to Mechling and damage to the property.

3667.   Needless to say, the trespasses by PBF Martinez to Mechling's real property was unauthorized in each instance.

**162.   Plaintiff Marta Meredith.**

3668.   At all times relevant to this action, Plaintiff Marta Meredith was over the age of 18 and was a resident of Martinez, California.

3669.   Plaintiff Marta Meredith rented a residence, which was approximately 1 mile from the refinery.

3670.   Meredith was present at their residence for the July 11 and 22, 2023 release from the refinery, and was exposed to the toxic discharge from the refinery.

3671.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Meredith was physically harmed.

3672.   Among other things, Meredith began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, itchy, watery, burning eyes, rash, hives, headaches, and earaches, and ear infections.

3673.   The trespass by PBF Martinez interfered with Meredith's ability to use and enjoy the residence and caused injury to Meredith and damage to the property.

3674.   Needless to say, the trespass by PBF Martinez to Meredith's real property was unauthorized.

3675.  Meredith was also present at her residence for the October 2023 and December 2023 releases.

3676.  In each instance, she was exposed to toxins from the refinery's discharges.

3677.  As a result of her exposure to the 2023 discharges from the refinery, Meredith was physically harmed, including developing and/or worsening symptoms of allergic reactions, itchiness, skin lesions, and respiratory issues that were directly caused by the reoccurring discharges in 2023.

3678.  The 2023 discharges also entered Meredith's residence.

3679.  The trespasses by PBF Martinez interfered with Meredith's ability to use and enjoy the residence and caused injury to Meredith and damage to the property.

3680.  Needless to say, the trespasses by PBF Martinez to Meredith's real property was unauthorized in each instance.

### 163.    Plaintiff Vicki Morgan.

3681.  At all times relevant to this action, Plaintiff Vicki Morgan was over the age of 18 and was a resident of Martinez, California.

3682.  Plaintiff Vicki Morgan rented a residence, which was approximately 1/4 mile from the refinery.

3683.  Morgan was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3684.  The November 24 and 25, 2022, discharge also entered Morgan's residence.

3685.  The trespass by PBF Martinez interfered with Morgan's ability to use and enjoy the residence and caused injury to Morgan and damage to the property.

3686.  Needless to say, the trespass by PBF Martinez to Morgan's real property was unauthorized.

3687.  Morgan was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3688.  In each instance, she was exposed to toxins from the refinery's discharges.

3689.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Morgan was physically harmed.

3690.   Among other things, Morgan began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release including breathing difficulties, memory issues, brain fog, itchy, watery, and burning eyes.

3691.   Additional developing and/or worsening symptoms of shortness of breath, coughing, and memory issues were directly caused by the reoccurring discharges in 2023.

3692.   The 2023 discharges also entered Morgan's residence.

3693.   The trespasses by PBF Martinez interfered with Morgan's ability to use and enjoy the residence and caused injury to Morgan and damage to the property.

3694.   Needless to say, the trespasses by PBF Martinez to Morgan's real property was unauthorized in each instance.

### 164.    Plaintiff Chanda Mulligan.

3695.   At all times relevant to this action, Plaintiff Chanda Mulligan was over the age of 18 and was a resident of Martinez, California.

3696.   Plaintiff Chanda Mulligan rented a residence, which was approximately 1 1/2 miles from the refinery.

3697.   Mulligan was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3698.   Among other things, she recalled hearing a loud noise followed by a funny smell.

3699.   The November 24 and 25, 2022, discharge also entered Mulligan's residence, including a loud noise followed by a funny smell.

3700.   The trespass by PBF Martinez interfered with Mulligan's ability to use and enjoy the residence and caused injury to Mulligan and damage to the property.

3701.   Needless to say, the trespass by PBF Martinez to Mulligan's real property was unauthorized.

3702.   Mulligan was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3703.   In each instance, she was exposed to toxins from the refinery's discharges.

3704.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Mulligan was physically harmed.

3705.   Among other things, Mulligan began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, difficulty sleeping, body aches, ear aches, ear infections, phlegm, stomach pain, asthma flare-up, heartburn, dehydration, diarrhea, and loss of balance.

3706.   Additional developing and/or worsening symptoms of respiratory issues, dizziness, headaches, sinus pain, difficulty sleeping, asthma flare ups, and fatigue that were directly caused by the reoccurring discharges in 2023.

3707.   The 2023 discharges also entered Mulligan's residence, including smoke and a strange smell.

3708.   The trespasses by PBF Martinez interfered with Mulligan's ability to use and enjoy the residence and caused injury to Mulligan and damage to the property.

3709.   Needless to say, the trespasses by PBF Martinez to Mulligan's real property was unauthorized in each instance.

3710.   Additionally, the health effects on Mulligan from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**165.    Plaintiff Vance Myers.**

3711.   At all times relevant to this action, Plaintiff Vance Myers was over the age of 18 and was a resident of Martinez, California.

3712.   Plaintiff Vance Myers rented a residence, which was approximately 1 1/2 miles from the refinery.

3713.   Myers was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3714.   Among other things, he recalls going outside and smelling what appeared to be gas odors.

3715.   The November 24 and 25, 2022, discharge also entered Myers's residence, including the gas odor.

3716.   The trespass by PBF Martinez interfered with Myers's ability to use and enjoy the residence and caused injury to Myers and damage to the property.

3717.   Needless to say, the trespass by PBF Martinez to Myers's real property was unauthorized.

3718.   Myers was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3719.   In each instance, he was exposed to toxins from the refinery's discharges.

3720.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Myers was physically harmed.

3721.   Among other things, Myers began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, headaches, fatigue, body aches, phlegm, asthma flare-ups, and loss of balance.

3722.   Additional developing and/or worsening symptoms of asthma flare up, shortness of breath, headaches, eye irritation, and coughing were directly caused by the reoccurring discharges in 2023.

3723.   The 2023 discharges also entered Myers's residence, including a distinct gas smell.

3724.   The trespasses by PBF Martinez interfered with Myers's ability to use and enjoy the residence and caused injury to Myers and damage to the property.

3725.   Needless to say, the trespasses by PBF Martinez to Myers's real property was unauthorized in each instance.

**166.   Plaintiff David Oliveri.**

3726.   At all times relevant to this action, Plaintiff David Oliveri was over the age of 18 and was a resident of Martinez, California.

3727.   Plaintiff David Oliveri rented a residence, which was approximately 1 mile from the refinery.

3728.   Oliveri was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3729.   Among other things, he recalls the release but then being told not to worry

3730.   The November 24 and 25, 2022, discharge also entered Oliveri's residence.

3731.   The trespass by PBF Martinez interfered with Oliveri's ability to use and enjoy the residence and caused injury to Oliveri and damage to the property.

3732.   Needless to say, the trespass by PBF Martinez to Oliveri's real property was unauthorized.

3733.   Oliveri was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3734.   In each instance, he was exposed to toxins from the refinery's discharges.

3735.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Oliveri was physically harmed.

3736.   Among other things, Oliveri began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing difficulties, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, sinus pain, pressure, fatigue, congestion, body aches, phlegm, asthma flare-up, heartburn, dehydration, diarrhea, loss of balance, and difficulty sleeping as he needs to be outside when he has panic attacks or when he gets claustrophobic.

3737.   Additional developing and/or worsening symptoms of coughing and headaches were directly caused by the reoccurring discharges in 2023.

3738.   The 2023 discharges also entered Oliveri's residence, including ash and film debris.

3739.   The trespasses by PBF Martinez interfered with Oliveri's ability to use and enjoy the residence and caused injury to Oliveri and damage to the property.

3740.   Needless to say, the trespasses by PBF Martinez to Oliveri's real property was unauthorized in each instance.

**167.   Plaintiff Kara O'Neil.**

3741.   At all times relevant to this action, Plaintiff Kara O'Neil was over the age of 18 and was a resident of Martinez, California.

3742.   Plaintiff Kara O'Neil rented a residence, which was approximately 1/4 mile from the refinery.

3743.   O'Neil was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3744.   Among other things, she remembers there was a thick dust on her car.

3745.   The November 24 and 25, 2022, discharge also entered O'Neil's residence.

3746.   The trespass by PBF Martinez interfered with O'Neil's ability to use and enjoy the residence and caused injury to O'Neil and damage to the property.

3747.   Needless to say, the trespass by PBF Martinez to O'Neil's real property was unauthorized.

3748.   O'Neil was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3749.   In each instance, she was exposed to toxins from the refinery's discharges.

3750.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, O'Neil was physically harmed.

3751.   Among other things, O'Neil began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, ear aches, ear infections, phlegm, stomach pain, dehydration, diarrhea, loss of balance.

3752.   Additional developing and/or worsening symptoms of difficulty breathing, chest pain, memory issues, fatigue, and earaches were directly caused by the reoccurring discharges in 2023.

3753.   The 2023 discharges also entered O'Neil's residence, including coke dust.

3754.   The trespasses by PBF Martinez interfered with O'Neil's ability to use and enjoy the residence and caused injury to O'Neil and damage to the property.

3755.   Needless to say, the trespasses by PBF Martinez to O'Neil's real property was unauthorized in each instance.

### 168.   Plaintiff Bobby Paulsen.

3756.   At all times relevant to this action, Plaintiff Bobby Paulsen was over the age of 18 and was a resident of Martinez, California.

3757.   Plaintiff Bobby Paulsen rented a residence, which was approximately 1/4 mile from the refinery.

3758.   Paulsen was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3759.   Among other things, he recalled the dust particles on the vehicles after the release.

3760.   The November 24 and 25, 2022, discharge also entered Paulsen's residence.

3761.   The trespass by PBF Martinez interfered with Paulsen's ability to use and enjoy the residence and caused injury to Paulsen and damage to the property.

3762.   Needless to say, the trespass by PBF Martinez to Paulsen's real property was unauthorized.

3763.   Paulsen was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3764.   In each instance, he was exposed to toxins from the refinery's discharges.

3765.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Paulsen was physically harmed.

3766.   Among other things, Paulsen began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, ear aches, ear infections, phlegm, coughing up blood, stomach pain, asthma flare-up, dehydration, diarrhea, and loss of balance.

3767.   Additional developing and/or worsening symptoms of headaches for weeks, insomnia, and difficulty breathing were directly caused by the reoccurring discharges in 2023.

3768.   The 2023 discharges also entered Paulsen's residence.

3769.   The trespasses by PBF Martinez interfered with Paulsen's ability to use and enjoy the residence and caused injury to Paulsen and damage to the property.

3770.   Needless to say, the trespasses by PBF Martinez to Paulsen's real property was unauthorized in each instance.

3771.   Additionally, the health effects on Paulsen from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 169.   Plaintiff Vicenzo Porfino.

3772.   At all times relevant to this action, Plaintiff Vincenzo Porfino was over the age of 18 and was a resident of Martinez, California.

3773.   Plaintiff Vincenzo Porfino rented a residence, which was approximately 1 mile from the refinery.

3774.   Porfino was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3775.   Among other things, he recalled dust on the cars and a gas fume-like smell.

3776.   The November 24 and 25, 2022, discharge also entered Porfino's residence, including refinery-dust and fume smells.

3777.   The trespass by PBF Martinez interfered with Porfino's ability to use and enjoy the residence and caused injury to Porfino and damage to the property.

3778.   Needless to say, the trespass by PBF Martinez to Porfino's real property was unauthorized.

3779.   Porfino was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3780.   In each instance, he was exposed to toxins from the refinery's discharges.

3781.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Porfino was physically harmed.

-323-

3782.   Among other things, Porfino began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, nausea, vomiting, rash, hives, sinus pain, pressure, fatigue, congestion, body aches, stomach pain, asthma flare-up, heartburn, dehydration, fever, diarrhea, liver count elevated, and loss of balance.

3783.   Additional developing and/or worsening symptoms of congestion, headaches, chest pain, breathing issues, and gastric issues were directly caused by the reoccurring discharges in 2023.

3784.   The 2023 discharges also entered Porfino's residence, including coke dust, and he recalled his plants dying as well.

3785.   The trespasses by PBF Martinez interfered with Porfino's ability to use and enjoy the residence and caused injury to Porfino and damage to the property.

3786.   Needless to say, the trespasses by PBF Martinez to Porfino's real property was unauthorized in each instance.

3787.   Additionally, the health effects on Porfino from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**170.   Plaintiff Jessica Ramirez Pena.**

3788.   At all times relevant to this action, Plaintiff Jessica Ramirez Pena was over the age of 18 and was a resident of Martinez, California.

3789.   Plaintiff Jessica Ramirez Pena rented a residence, which was approximately More than 2 miles from the refinery.

3790.   Ramirez Pena was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3791.   The November 24 and 25, 2022, discharge also entered Ramirez Pena's residence.

3792.   The trespass by PBF Martinez interfered with Ramirez Pena's ability to use and enjoy the residence and caused injury to Ramirez Pena and damage to the property.

3793.   Needless to say, the trespass by PBF Martinez to Ramirez Pena's real property was unauthorized.

3794.   Ramirez Pena was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3795.   In each instance, she was exposed to toxins from the refinery's discharges.

3796.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Ramirez Pena was physically harmed.

3797.   Among other things, Ramirez Pena began experiencing illness and symptoms that were directly caused by the toxic exposure within a few months after the release, including breathing difficulties, chest pain, sore throat, coughing, headaches, and congestion.

3798.   Additional developing and/or worsening symptoms of coughing, headaches, congestion, chest pain, and respiratory issues were directly caused by the reoccurring discharges in 2023.

3799.   The 2023 discharges also entered Ramirez Pena's residence, including white dust.

3800.   The trespasses by PBF Martinez interfered with Ramirez Pena's ability to use and enjoy the residence and caused injury to Ramirez Pena and damage to the property.

3801.   Needless to say, the trespasses by PBF Martinez to Ramirez Pena's real property were unauthorized in each instance.

### 171.    Plaintiff Ernest Rankin.

3802.   At all times relevant to this action, Plaintiff Ernest Rankin was over the age of 18 and was a resident of Martinez, California.

3803.   Plaintiff Ernest Rankin rented a residence, which was approximately 1 1/2 miles from the refinery.

3804.   Rankin was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3805.   The November 24 and 25, 2022, discharge also entered Rankin's residence.

3806.   The trespass by PBF Martinez interfered with Rankin's ability to use and enjoy the residence and caused injury to Rankin and damage to the property.

3807.   Needless to say, the trespass by PBF Martinez to Rankin's real property was unauthorized.

3808.  Rankin was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3809.  In each instance, he was exposed to toxins from the refinery's discharges.

3810.  As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Rankin was physically harmed.

3811.  Among other things, Rankin began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including chest pain, dizziness, vertigo, nausea, vomiting, itchy, watery, burning eyes, headaches, fatigue, stomach pain, and heartburn.

3812.  Additional developing and/or worsening symptoms of difficulty breathing, coughing, and congestion were directly caused by the reoccurring discharges in 2023.

3813.  The 2023 discharges also entered Rankin's residence.

3814.  The trespasses by PBF Martinez interfered with Rankin's ability to use and enjoy the residence and caused injury to Rankin and damage to the property.

3815.  Needless to say, the trespasses by PBF Martinez to Rankin's real property were unauthorized in each instance.

3816.  Additionally, the health effects on Rankin from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**172.    Plaintiff Jonathan Reisbeck.**

3817.  At all times relevant to this action, Plaintiff Johnathan Reisbeck was over the age of 18 and was a resident of Martinez, California.

3818.  Plaintiff Johnathan Reisbeck rented a residence, which was approximately 1/2 mile from the refinery.

3819.  Reisbeck was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3820.  The November 24 and 25, 2022, discharge also entered Reisbeck's residence.

3821.  The trespass by PBF Martinez interfered with Reisbeck's ability to use and enjoy the residence and caused injury to Reisbeck and damage to the property.

3822.   Needless to say, the trespass by PBF Martinez to Reisbeck's real property was unauthorized.

3823.   Reisbeck was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3824.   In each instance, he was exposed to toxins from the refinery's discharges.

3825.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Reisbeck was physically harmed.

3826.   Among other things, Reisbeck began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, itchy, watery, burning eyes, headaches, difficulty sleeping, and body aches.

3827.   Additional developing and/or worsening symptoms of difficulty breathing, migraines, sore throat, dry cough, earaches, and eye irritation that were directly caused by the reoccurring discharges in 2023.

3828.   The 2023 discharges also entered Reisbeck's residence, including ashes on his vehicle.

3829.   The trespasses by PBF Martinez interfered with Reisbeck's ability to use and enjoy the residence and caused injury to Reisbeck and damage to the property.

3830.   Needless to say, the trespasses by PBF Martinez to Reisbeck's real property was unauthorized in each instance.

### 173.   Plaintiff Gary Riley.

3831.   At all times relevant to this action, Plaintiff Gary Riley was over the age of 18 and was a resident of Martinez, California.

3832.   Plaintiff Gary Riley rented a residence, which was approximately 1/4 mile from the refinery.

3833.   Riley was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3834.   Among other things, he recalled a kind of clear dust all over the house, yard, and cars.

3835.   The November 24 and 25, 2022, discharge also entered Riley's residence, including the clear dust that he had seen in the yard.

3836.   The trespass by PBF Martinez interfered with Riley's ability to use and enjoy the residence and caused injury to Riley and damage to the property.

3837.   Needless to say, the trespass by PBF Martinez to Riley's real property was unauthorized.

3838.   Riley was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3839.   In each instance, he was exposed to toxins from the refinery's discharges.

3840.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Riley was physically harmed.

3841.   Among other things, Riley began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sinus pain, pressure, and asthma flare-up.

3842.   Additional developing and/or worsening symptoms of difficulty breathing, headaches, and burning eyes were directly caused by the reoccurring discharges in 2023.

3843.   The 2023 discharges also entered Riley's residence, including affecting his plants in his yard.

3844.   The trespasses by PBF Martinez interfered with Riley's ability to use and enjoy the residence and caused injury to Riley and damage to the property.

3845.   Needless to say, the trespasses by PBF Martinez to Riley's real property was unauthorized in each instance.

**174.   Plaintiff Uei Saengsourith Saechao.**

3846.   1At all times relevant to this action, Plaintiff Uei Saengsourith Saechao was over the age of 18 and was a resident of Martinez, California.

3847.   Plaintiff Uei Saengsourith Saechao rented a residence, which was approximately 1/2 mile from the refinery.

3848.   Saengsourith Saechao was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3849.   Among other things, she recalls a weird smell and a loud "pop" sound that shook the apartment.

3850.   The November 24 and 25, 2022, discharge also entered Saengsourith Saechao's residence, including the strange smell and sounds.

3851.   The trespass by PBF Martinez interfered with Saengsourith Saechao's ability to use and enjoy the residence and caused injury to Saengsourith Saechao and damage to the property.

3852.   Needless to say, the trespass by PBF Martinez to Saengsourith Saechao's real property was unauthorized.

3853.   Saengsourith Saechao was also present at her residence for the July 2023, October 2023, and December 2023 releases.

3854.   In each instance, she was exposed to toxins from the refinery's discharges.

3855.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Saengsourith Saechao was physically harmed.

3856.   Among other things, Saengsourith Saechao began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including dizziness, vertigo, itchy, watery, burning eyes, headaches, body aches, and loss of balance.

3857.   Additional developing and/or worsening symptoms of coughing, congestion, throat irritation, and headaches that were directly caused by the reoccurring discharges in 2023.

3858.   The 2023 discharges also entered Saengsourith Saechao's residence, including strange smells and sounds from the refinery.

3859.   The trespasses by PBF Martinez interfered with Saengsourith Saechao's ability to use and enjoy the residence and caused injury to Saengsourith Saechao and damage to the property.

3860.   Needless to say, the trespasses by PBF Martinez to Saengsourith Saechao's real property was unauthorized in each instance.

3861.   Additionally, the health effects on Saengsourith Saechao from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 175.   Plaintiff Glen Shoults.

3862.   At all times relevant to this action, Plaintiff Glen Shoults was over the age of 18 and was a resident of Martinez, California.

3863.   Plaintiff Glen Shoults rented a residence, which was approximately 1/4 mile from the refinery.

3864.   Shoults was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3865.   Among other things, he had to remove the small garden growing on the property as it was deemed unsafe to eat.

3866.   The November 24 and 25, 2022, discharge also entered Shoults' residence.

3867.   The trespass by PBF Martinez interfered with Shoults' ability to use and enjoy the residence and caused injury to Shoults and damage to the property.

3868.   Needless to say, the trespass by PBF Martinez to Shoults' real property was unauthorized.

3869.   Shoults was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3870.   In each instance, he was exposed to toxins from the refinery's discharges.

3871.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Shoults was physically harmed.

3872.   Among other things, Shoults began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, bloody nose, congestion, body aches, ear aches, ear infections, phlegm, stomach pain, asthma flare-up, heartburn, dehydration, diarrhea, fainting, and loss of balance

3873.   Additional developing and/or worsening symptoms of issues tasting, dizziness, and increased phlegm in his chest were directly caused by the reoccurring discharges in 2023.

3874.   The 2023 discharges also entered Shoults' residence.

3875.   The trespasses by PBF Martinez interfered with Shoults' ability to use and enjoy the residence and caused injury to Shoults and damage to the property.

3876.   Needless to say the trespasses by PBF Martinez to Shoults' real property was unauthorized in each instance.

3877.   Additionally, the health effects on Shoults from the discharges have caused him to suffer lost wages, income, and/or business opportunities. Specifically, he had to stop working because he cannot stand for short periods of time, and he has difficulty breathing.

**176.    Plaintiff Tashaye Slye.**

3878.   At all times relevant to this action, Plaintiff Tashaye Slye was over the age of 18 and was a resident of Martinez, California.

3879.   Plaintiff Tashaye Slye rented a residence, which was approximately 1/2 mile from the refinery.

3880.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Slye was physically harmed.

3881.   Among other things, Slye began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, and asthma flare-ups.

3882.   Slye was present at her residence for the October 2023 release, and exposed to toxins from the refinery's discharge.

3883.   As a result of her exposure to the October 2023 discharges from the refinery, Slye was physically harmed, including developing and/or worsening symptoms of feeling generally ill and breathing issues that were directly caused by the reoccurring discharges in 2023.

3884.   The July and October 2023 discharges also entered Slye's residence.

3885.   The trespasses by PBF Martinez interfered with Slye's ability to use and enjoy the residence and caused injury to Slye and damage to the property.

3886.   Needless to say, the trespasses by PBF Martinez to Slye's real property was unauthorized in each instance.

3887.   Additionally, the health effects on Slye from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 177.   Plaintiff Aimez Spear.

3888.   At all times relevant to this action, Plaintiff Aimez Spear was over the age of 18 and was a resident of Martinez, California.

3889.   Plaintiff Spear rented a residence, which was approximately 1 mile from the refinery.

3890.   Spear was present at his residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3891.   Among other things, he felt sick, experiencing coughing, itching, and chest pain.

3892.   The November 24 and 25, 2022, discharge also entered Spear's residence, including refinery-dust particles.

3893.   The trespass by PBF Martinez interfered with Spear's ability to use and enjoy the residence and caused injury to Spear and damage to the property.

3894.   Needless to say, the trespass by PBF Martinez to Spear's real property was unauthorized.

3895.   Spear was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3896.   In each instance, he was exposed to toxins from the refinery's discharges.

3897.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Spear was physically harmed.

3898.   Among other things, Spear began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties,

chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery and burning eyes, rash, hives, headaches, fatigue, heartburn, and fainting.

3899.   Additional developing and/or worsening symptoms of coughing, itching, and chest pain were directly caused by the reoccurring discharges in 2023.

3900.   The 2023 discharges also entered Spear's residence, including coke dust particles.

3901.   The trespasses by PBF Martinez interfered with Spear's ability to use and enjoy the residence and caused injury to Spear and damage to the property.

3902.   Needless to say, the trespasses by PBF Martinez to Spear's real property was unauthorized in each instance.

3903.   Additionally, the health effects on Spear from the discharges have caused him to suffer lost wages, income, and/or business opportunities. Specifically, at least one thousand dollars, as well as other loss to be determined.

**178.    Plaintiff Demoin Stroman.**

3904.   At all times relevant to this action, Plaintiff Demoin Stroman was over the age of 18 and was a resident of Martinez, California.

3905.   Plaintiff Demoin Stroman rented a residence, which was approximately 1/4 mile from the refinery.

3906.   Stroman was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3907.   Among other things, he recalls seeing white stuff on the vehicles and bad air that caused his asthma to act up.

3908.   The November 24 and 25, 2022, discharge also entered Stroman's residence, including the noxious air.

3909.   The trespass by PBF Martinez interfered with Stroman's ability to use and enjoy the residence and caused injury to Stroman and damage to the property.

3910.   Needless to say, the trespass by PBF Martinez to Stroman's real property was unauthorized.

3911.   Stroman was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3912.   In each instance, he was exposed to toxins from the refinery's discharges.

3913.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Stroman was physically harmed.

3914.   Among other things, Stroman began experiencing illness and symptoms that were directly caused by the toxic exposure Immediately after the release, including breathing difficulties, chest pain, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, stomach pain, asthma flare-up, fever, and diarrhea.

3915.   Additional developing and/or worsening symptoms of his asthma, congestion, and headaches were directly caused by the reoccurring discharges in 2023.

3916.   The 2023 discharges also entered Stroman's residence.

3917.   The trespasses by PBF Martinez interfered with Stroman's ability to use and enjoy the residence and caused injury to Stroman and damage to the property.

3918.   Needless to say, the trespasses by PBF Martinez to Stroman's real property was unauthorized in each instance.

3919.   Additionally, the health effects on Stroman from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**179.    Plaintiff Robert Underwood.**

3920.   At all times relevant to this action, Plaintiff Robert Underwood was over the age of 18 and was a resident of Martinez, California.

3921.   Plaintiff Robert Underwood rented a residence, which was approximately 1/2 mile from the refinery.

3922.   Underwood was present at their residence for July 11, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

3923.   Among other things, he remembers seeing the coke dust.

3924.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Underwood was physically harmed.

3925.   Among other things, Underwood began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing difficulties, memory issues, brain fog, sore throat, coughing, sinus pain, pressure, and fatigue.

3926.   The trespass by PBF Martinez interfered with Underwood's ability to use and enjoy the residence and caused injury to Underwood and damage to the property.

3927.   Needless to say, the trespass by PBF Martinez to Underwood's real property was unauthorized.

3928.   Underwood was also present at his residence for the December 2023 releases, and was exposed to toxins from the refinery's discharges.

3929.   As a result of his exposure to the 2023 discharges from the refinery, Underwood was physically harmed, including developing and/or worsening symptoms of congestion, sore throat, difficulty breathing, memory issues, difficulty sleeping, and headaches that were directly caused by the reoccurring discharges in 2023.

3930.   The December 2023 discharges also entered Underwood's residence, including the bad smell of the refinery release.

3931.   The trespasses by PBF Martinez interfered with Underwood's ability to use and enjoy the residence and caused injury to Underwood and damage to the property.

3932.   Needless to say, the trespasses by PBF Martinez to Underwood's real property was unauthorized in each instance.

3933.   Additionally, the health effects on Underwood from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 180.   Plaintiff Juanita Washington.

3934.   At all times relevant to this action, Plaintiff Juanita Washington was over the age of 18 and was a resident of Martinez, California.

3935.   Plaintiff Juanita Washington rented a residence, which was approximately 2 miles from the refinery.

3936.   Washington was present at their residence for the July 11, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

3937.   Among other things, she recalled seeing the coke dust on her car and windows and smelled the foul air.

3938.   As a result of her exposure to the toxic discharges from the refinery on July 11, 2023, Washington was physically harmed.

3939.   Among other things, Washington began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, body aches, and asthma flare-up.

3940.   The trespass by PBF Martinez interfered with Washington's ability to use and enjoy the residence and caused injury to Washington and damage to the property.

3941.   Needless to say, the trespass by PBF Martinez to Washington's real property was unauthorized.

3942.   Washington was also present at her residence for the October 2023 and December 2023 releases.

3943.   In each instance, she was exposed to toxins from the refinery's discharges.

3944.   As a result of her exposure to the October and December 2023 discharges from the refinery, Washington was physically harmed, including developing and/or worsening symptoms of headaches, heavy breathing, and shortness of breath that were directly caused by the reoccurring discharges in 2023.

3945.   The October and December 2023 discharges also entered Washington's residence, including coke dust and foul-smelling air.

3946.   The trespasses by PBF Martinez interfered with Washington's ability to use and enjoy the residence and caused injury to Washington and damage to the property.

3947.   Needless to say, the trespasses by PBF Martinez to Washington's real property was unauthorized in each instance.

**181.    Plaintiff Curtis Webb.**

3948.   At all times relevant to this action, Plaintiff Curtis Webb was over the age of 18 and was a resident of Martinez, California.

3949.   Plaintiff Curtis Webb rented a residence, which was approximately 1/4 mile from the refinery.

3950.   Webb was present at their residence for the July 11, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

3951.   Among other things, he recalls seeing a dark dust-like substance.

3952.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Webb was physically harmed.

3953.   Among other things, Webb began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, sinus pain, chest pain, congestion, difficulty sleeping, and pressure.

3954.   The trespass by PBF Martinez interfered with Webb's ability to use and enjoy the residence and caused injury to Webb and damage to the property.

3955.   Needless to say, the trespass by PBF Martinez to Webb's real property was unauthorized.

3956.   Webb was also present at his residence for October 2023 and December 2023 releases.

3957.   In each instance, he was exposed to toxins from the refinery's discharges.

3958.   As a result of his exposure to the October and December 2023 discharges from the refinery, Webb was physically harmed, including developing and/or worsening symptoms of runny nose, sore throat and coughing that were directly caused by the reoccurring discharges in 2023.

3959.   The October and December 2023 discharges also entered Webb's residence.

3960.   The trespasses by PBF Martinez interfered with Webb's ability to use and enjoy the residence and caused injury to Webb and damage to the property.

3961.   Needless to say, the trespasses by PBF Martinez to Webb's real property was unauthorized in each instance.

3962.   Additionally, the health effects on Webb from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 182.    Plaintiff Charles Wilson.

3963.   At all times relevant to this action, Plaintiff Charles Wilson was over the age of 18 and was a resident of Martinez, California.

3964.   Plaintiff Charles Wilson rented a residence, which was approximately 1 mile from the refinery.

3965.   Wilson was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3966.   The November 24 and 25, 2022, discharge also entered Wilson's residence.

3967.   The trespass by PBF Martinez interfered with Wilson's ability to use and enjoy the residence and caused injury to Wilson and damage to the property.

3968.   Needless to say, the trespass by PBF Martinez to Wilson's real property was unauthorized.

3969.   Wilson was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3970.   In each instance, he was exposed to toxins from the refinery's discharges.

3971.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Wilson was physically harmed.

3972.   Among other things, Wilson began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, nausea, vomiting, headaches, sinus pain, pressure, stomach pain, dehydration, and diarrhea.

3973.   Additional developing and/or worsening symptoms of vomiting, stomach aches, difficulty breathing, sore throat, coughing, and watery eyes were directly caused by the reoccurring discharges in 2023.

3974.   The 2023 discharges also entered Wilson's residence, including white powder.

3975.   The trespasses by PBF Martinez interfered with Wilson's ability to use and enjoy the residence and caused injury to Wilson and damage to the property.

3976.   Needless to say, the trespasses by PBF Martinez to Wilson's real property were unauthorized in each instance.

3977.   Additionally, the health effects on Wilson from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 183.    Plaintiff Keith Wisell.

3978.   At all times relevant to this action, Plaintiff Keith Wisell was over the age of 18 and was a resident of Martinez, California.

3979.   Plaintiff Keith Wisell rented a residence, which was approximately 2 miles from the refinery.

3980.   Wisell was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3981.   The November 24 and 25, 2022, discharge also entered Wisell's residence.

3982.   The trespass by PBF Martinez interfered with Wisell's ability to use and enjoy the residence and caused injury to Wisell and damage to the property.

3983.   Needless to say, the trespass by PBF Martinez to Wisell's real property was unauthorized.

3984.   Wisell was also present at his residence for the July 2023, October 2023, and December 2023 releases.

3985.   In each instance, he was exposed to toxins from the refinery's discharges.

3986.   As a result of his exposure to the toxic discharges from the refinery on July 11, 2023, Wisell was physically harmed.

3987.   Among other things, Wisell began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing difficulties, nausea, vomiting, headaches, sinus pain, pressure, and difficulty sleeping.

3988.   Additional developing and/or worsening symptoms of headaches, nausea, and sinus issues were directly caused by the reoccurring discharges in 2023.

3989.   The 2023 discharges also entered Wisell's residence including strong odors.

3990.   The trespasses by PBF Martinez interfered with Wisell's ability to use and enjoy the residence and caused injury to Wisell and damage to the property.

3991.   Needless to say, the trespasses by PBF Martinez to Wisell's real property was unauthorized in each instance.

### 184.    Plaintiff Ariana Bethell.

3992.   At all times relevant to this action, Plaintiff Ariana Bethell was over the age of 18 and was a resident of Martinez, California.

3993.   Plaintiff Ariana Bethell rented a residence, which was approximately 1/2 mile from the refinery.

3994.   Bethell was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

3995.   Among other things, she noticed an ash-like debris on her vehicle and a pungent egg kind of smell.

3996.   The November 24 and 25, 2022, discharge also entered Bethell's residence, including refinery-dust and a pungent egg kind of smell.

3997.   The trespass by PBF Martinez interfered with Bethell's ability to use and enjoy the residence and caused injury to Bethell and damage to the property.

3998.   Needless to say, the trespass by PBF Martinez to Bethell's real property was unauthorized.

3999.   Bethell was also present at her residence for the July 2023, October 2023, and December 2023 releases.

4000.   In each instance, she was exposed to toxins from the refinery's discharges.

4001.   As a result of her exposure to the toxic discharges from the refinery on October 6, 2023, Bethell was physically harmed.

4002.   Among other things, Bethell began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including breathing difficulties, sore throat, coughing, sinus pain and pressure, congestion, and phlegm.

4003.   Additional developing and/or worsening symptoms of a constant cough and other respiratory complaints were directly caused by the reoccurring discharges in 2023.

4004.   The 2023 discharges also entered Bethell's residence, including coke dust and a pungent egglike smell.

4005.   The trespasses by PBF Martinez interfered with Bethell's ability to use and enjoy the residence and caused injury to Bethell and damage to the property.

4006.   Needless to say, the trespasses by PBF Martinez to Bethell's real property was unauthorized in each instance.

4007.   Additionally, the health effects on Bethell from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 185.    Plaintiff Berenice Ceballos.

4008.   At all times relevant to this action, Plaintiff Berenice Ceballos was over the age of 18 and was a resident of Martinez, California.

4009.   Plaintiff Berenice Ceballos rented a residence, which was approximately 1/2 mile from the refinery.

4010.   Ceballos was present at their residence for the October 6, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

4011.   Among other things, she recalls seeing coke dust and a bad smell.

4012.   As a result of her exposure to the toxic discharges from the refinery on October 6, 2023, Ceballos was physically harmed.

4013.   Among other things, Ceballos began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including sore throat, coughing, itchy, watery, burning eyes, sinus pain, pressure, bloody nose, and phlegm.

4014.   The trespass by PBF Martinez interfered with Ceballos' ability to use and enjoy the residence and caused injury to Ceballos and damage to the property.

4015.   Needless to say, the trespass by PBF Martinez to Ceballos' real property was unauthorized.

4016.   Ceballos was also present at her residence for the December 2023 release, and was exposed to toxins from the refinery's discharges.

4017.   As a result of her exposure to the December 2023 discharges from the refinery, Ceballos was physically harmed, including developing and/or worsening symptoms of headaches and congestion that were directly caused by the reoccurring discharges in 2023.

4018.   The December 2023 discharges also entered Ceballos' residence, including ash and the bad smell.

4019.   The trespasses by PBF Martinez interfered with Ceballos' ability to use and enjoy the residence and caused injury to Ceballos and damage to the property.

4020.   Needless to say, the trespasses by PBF Martinez to Ceballos' real property were unauthorized in each instance.

### 186.   Plaintiff Daniel Chavez.

4021.   At all times relevant to this action, Plaintiff Daniel Chavez was over the age of 18 and was a resident of Martinez, California.

4022.   Plaintiff Daniel Chavez rented a residence, which was approximately 1/2 mile from the refinery.

4023.   Chavez was present at their residence for the October 6, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

4024.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Chavez was physically harmed.

4025.   Among other things, Chavez began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, sinus pain, pressure, and body aches.

4026.   The October 6, 2023, discharge also entered Chavez's residence.

4027.   The trespass by PBF Martinez interfered with Chavez's ability to use and enjoy the residence and caused injury to Chavez and damage to the property.

4028.   Needless to say, the trespass by PBF Martinez to Chavez's real property was unauthorized.

4029.   Chavez was also present at his residence for the December 2023 release, and he was exposed to toxins from the refinery's discharges.

4030.   As a result of his exposure to the December 2023 discharges from the refinery, Chavez was physically harmed, including developing and/or worsening symptoms of headaches and congestion that were directly caused by the reoccurring discharges in 2023.

4031.   The December 2023 discharges also entered Chavez's residence, including the smell and ashes.

4032.   The trespasses by PBF Martinez interfered with Chavez's ability to use and enjoy the residence and caused injury to Chavez and damage to the property.

4033.   Needless to say, the trespasses by PBF Martinez to Chavez's real property were unauthorized in each instance.

### 187.    Plaintiff Amanda Drury.

4034.   At all times relevant to this action, Plaintiff Amanda Drury was over the age of 18 and was a resident of Martinez, California.

4035.   Plaintiff Amanda Drury rented a residence, which was approximately 2 miles from the refinery.

4036.   Drury was present at their residence for the November 24 and 25, 2022 release from the refiner, and was exposed to the toxic discharge from the refinery.

4037.   Among other things, she recalled a kind of chemical in the air, metallic dust all over her car and outdoor plants.

4038.   The November 24 and 25, 2022, discharge also entered Drury's residence, including the chemicals and a metallic dust.

4039.   The trespass by PBF Martinez interfered with Drury's ability to use and enjoy the residence and caused injury to Drury and damage to the property.

4040.   Needless to say, the trespass by PBF Martinez to Drury's real property was unauthorized.

4041.   Drury was also present at her residence for the October 2023 and December 2023 releases.

4042.   In each instance, she was exposed to toxins from the refinery's discharges.

4043.   As a result of her exposure to the toxic discharges from the refinery on October 6, 2023, Drury was physically harmed.

4044.   Among other things, Drury began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including sore throat, coughing, itchy, watery, burning eyes, and sinus pain and pressure.

4045.   Additional developing and/or worsening symptoms of runny nose and watery eyes were directly caused by the reoccurring discharges in 2023.

4046.   The 2023 discharges also entered Drury's residence, including dust, charcoal-like substance into the air.

4047.   The trespasses by PBF Martinez interfered with Drury's ability to use and enjoy the residence and caused injury to Drury and damage to the property.

4048.   Needless to say, the trespasses by PBF Martinez to Drury's real property was unauthorized in each instance.

4049.   Additionally, the health effects on Drury from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**188.   Plaintiff Jessie Jackson.**

4050.   At all times relevant to this action, Plaintiff Jessie Jackson was over the age of 18 and was a resident of Martinez, California.

4051.   Plaintiff Jessie Jackson rented a residence, which was approximately 1/2 mile from the refinery.

4052.   Jackson was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4053.   Among other things, he heard several sounds coming from the refinery, followed by a distinct smell. Additionally, he saw a dust-like substance in his sink, shower and toilet water.

4054.   The November 24 and 25, 2022, discharge also entered Jackson's residence, including the various sounds from the release, the distinct smell, and the black dust in his sink, shower and toilet bowl water.

4055.   The trespass by PBF Martinez interfered with Jackson's ability to use and enjoy the residence and caused injury to Jackson and damage to the property.

4056.   Needless to say, the trespass by PBF Martinez to Jackson's real property was unauthorized.

4057.   Jackson was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4058.   In each instance, he was exposed to toxins from the refinery's discharges.

4059.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Jackson was physically harmed.

4060.   Among other things, Jackson began experiencing illness and symptoms that were directly caused by the toxic exposure within a month after the release, including dizziness, vertigo, sore throat, coughing, headaches, fatigue, congestion, difficulty sleeping, body aches, earaches, ear infections, and loss of balance.

4061.   Additional developing and/or worsening symptoms of tightness of chest, sinus pressure and congestion, difficulty breathing, coughing, and headaches were directly caused by the reoccurring discharges in 2023.

4062.   The 2023 discharges also entered Jackson's residence, including the sound of the release, the distinct smell, waking up to black dust on his car, and the black dust in his water.

4063.   The trespasses by PBF Martinez interfered with Jackson's ability to use and enjoy the residence and caused injury to Jackson and damage to the property.

4064.   Needless to say, the trespasses by PBF Martinez to Jackson's real property was unauthorized in each instance.

4065.   Additionally, the health effects on Jackson from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**189.    Plaintiff Bashira Khyam.**

4066.    At all times relevant to this action Plaintiff Bashira Khyam was over the age of 18 and was a resident of Martinez, California.

4067.    Plaintiff Bashira Khyam rented a residence, which was approximately 1/4 mile from the refinery.

4068.    Khyam was present at their residence for the October 6, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

4069.    Among other things, she recalls coke dust being on the floors and the cars outside, along with a dust-like smell.

4070.    As a result of her exposure to the toxic discharges from the refinery on October 6, 2023, Khyam was physically harmed.

4071.    Among other things, Khyam began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the incident, including sore throat, coughing, and headaches.

4072.    The October 6, 2023, discharge also entered Khyam's residence, including coke dust that settled on the floors.

4073.    The trespass by PBF Martinez interfered with Khyam's ability to use and enjoy the residence and caused injury to Khyam and damage to the property.

4074.    Needless to say, the trespass by PBF Martinez to Khyam's real property was unauthorized.

4075.    Additionally, the health effects on Khyam from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

**190.    Plaintiff Edris Khyam.**

4076.    At all times relevant to this action, Plaintiff Edris Khyam was over the age of 18 and was a resident of Martinez, California.

4077.    Plaintiff Edris Khyam rented a residence, which was approximately 1/4 mile from the refinery.

-346-

4078.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Khyam was physically harmed.

4079.   Among other things, Khyam began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including dizziness, vertigo, sore throat, coughing, and headaches.

4080.   The October 6, 2023, discharge also entered Khyam's residence.

4081.   The trespass by PBF Martinez interfered with Khyam's ability to use and enjoy the residence and caused injury to Khyam and damage to the property.

4082.   Needless to say, the trespass by PBF Martinez to Khyam's real property was unauthorized.

4083.   Khyam was also present at his residence for the July 2023 release, and was exposed to toxins from the refinery's discharges.

4084.   Additional developing and/or worsening symptoms of sore throat, headaches, and dizziness that were directly caused by the reoccurring discharges in 2023.

4085.   The July 2023 discharges also entered Khyam's residence.

4086.   The trespasses by PBF Martinez interfered with Khyam's ability to use and enjoy the residence and caused injury to Khyam and damage to the property.

4087.   Needless to say, the trespasses by PBF Martinez to Khyam's real property was unauthorized in each instance.

4088.   Additionally, the health effects on Khyam from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**191.   Plaintiff Kevin Kibble.**

4089.   At all times relevant to this action, Plaintiff Kevin Kibble was over the age of 18 and was a resident of Martinez, California.

4090.   Plaintiff Kevin Kibble rented a residence, which was approximately 2 miles from the refinery.

4091.   Kibble was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

-347-

4092.   Among other things, he recalls seeing dust-like substance on the cars and how the outdoor plants died soon after.

4093.   The November 24 and 25, 2022, discharge also entered Kibble's residence, including the refinery-dust from the release.

4094.   The trespass by PBF Martinez interfered with Kibble's ability to use and enjoy the residence and caused injury to Kibble and damage to the property.

4095.   Needless to say, the trespass by PBF Martinez to Kibble's real property was unauthorized.

4096.   Kibble was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4097.   In each instance, he was exposed to toxins from the refinery's discharges.

4098.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Kibble was physically harmed.

4099.   Among other things, Kibble began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, headaches, fatigue, congestion, difficulty sleeping, body aches, and heartburn,

4100.   Additional developing and/or worsening symptoms of loss of smell and difficulty breathing were directly caused by the reoccurring discharges in 2023.

4101.   The 2023 discharges also entered Kibble's residence, including the powder and dust, which was also on his car.

4102.   The trespasses by PBF Martinez interfered with Kibble's ability to use and enjoy the residence and caused injury to Kibble and damage to the property.

4103.   Needless to say, the trespasses by PBF Martinez to Kibble's real property was unauthorized in each instance.

### 192.   Plaintiff Gary Kramer.

4104.   At all times relevant to this action, Plaintiff Gary Kramer was over the age of 18 and was a resident of Martinez, California.

4105.  Plaintiff Gary Kramer rented a residence, which was approximately 1/2 mile from the refinery.

4106.  Kramer was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4107.  Among other things, he recalled white powder on his vehicles, along with thick dust on the windows.

4108.  The November 24 and 25, 2022, discharge also entered Kramer's residence, including the white dust.

4109.  The trespass by PBF Martinez interfered with Kramer's ability to use and enjoy the residence and caused injury to Kramer and damage to the property.

4110.  Needless to say, the trespass by PBF Martinez to Kramer's real property was unauthorized.

4111.  Kramer was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4112.  In each instance, he was exposed to toxins from the refinery's discharges.

4113.  As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Kramer was physically harmed.

4114.  Among other things, Kramer began experiencing illness and symptoms that were directly caused by the toxic exposure Immediately after the release, including breathing difficulties, itchy, watery, burning eyes, sinus pain, pressure, congestion, and asthma flare-up.

4115.  Additional developing and/or worsening symptoms of breathing issues, asthma, and allergies were directly caused by the reoccurring discharges in 2023.

4116.  The 2023 discharges also entered Kramer's residence.

4117.  The trespasses by PBF Martinez interfered with Kramer's ability to use and enjoy the residence and caused injury to Kramer and damage to the property.

4118.  Needless to say, the trespasses by PBF Martinez to Kramer's real property was unauthorized in each instance.

4119.   Additionally, the health effects on Kramer from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

**193.   Plaintiff Zackery Kramer.**

4120.   At all times relevant to this action, Plaintiff Zackery Kramer was over the age of 18 and was a resident of Martinez, California.

4121.   Plaintiff Zackery Kramer rented a residence, which was approximately 1 mile from the refinery.

4122.   Kramer was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4123.   Among other things, he recalls seeing dust particles.

4124.   The November 24 and 25, 2022, discharge also entered Kramer's residence, including the dust particles.

4125.   The trespass by PBF Martinez interfered with Kramer's ability to use and enjoy the residence and caused injury to Kramer and damage to the property.

4126.   Needless to say, the trespass by PBF Martinez to Kramer's real property was unauthorized.

4127.   Kramer was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4128.   In each instance, he was exposed to toxins from the refinery's discharges.

4129.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Kramer was physically harmed.

4130.   Among other things, Kramer began experiencing illness and symptoms that were directly caused by the toxic exposure within a week after the release, including memory issues, brain fog, sinus pain, pressure, bloody nose, and phlegm.

4131.   Additional developing and/or worsening symptoms of difficulty breathing, chest pain, dizziness, nausea, headaches, sinus pain, congestion, and sinus pain that were directly caused by the reoccurring discharges in 2023.

4132.   The 2023 discharges also entered Kramer's residence, including dust particles.

4133.   The trespasses by PBF Martinez interfered with Kramer's ability to use and enjoy the residence and caused injury to Kramer and damage to the property.

4134.   Needless to say, the trespasses by PBF Martinez to Kramer's real property was unauthorized in each instance.

### 194.   Plaintiff Denise Maynard.

4135.   At all times relevant to this action, Plaintiff Denise Maynard was over the age of 18 and was a resident of Martinez, California.

4136.   Plaintiff Denise Maynard rented a residence, which was approximately 1/4 mile from the refinery.

4137.   Maynard was present at their residence for the October 6, 2023, release from the refinery, and was exposed to the toxic discharge from the refinery.

4138.   Among other things, she recalled seeing particulates flying in the air.

4139.   The October 6, 2023, discharge also entered Maynard's residence, the coke dust particles.

4140.   The trespass by PBF Martinez interfered with Maynard's ability to use and enjoy the residence and caused injury to Maynard and damage to the property.

4141.   Needless to say the trespass by PBF Martinez to Maynard's real property was unauthorized.

4142.   Maynard was also present at her residence for the December 2023 release.

4143.   In each instance, she was exposed to toxins from the refinery's discharges.

4144.   As a result of her exposure to the toxic discharges from the refinery on October 6, 2023, Maynard was physically harmed.

4145.   Among other things, Maynard began experiencing illness and symptoms that were directly caused by the toxic exposure Immediately after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, congestion, difficulty sleeping, ear aches / ear infections, phlegm, asthma flare-up, heartburn, fever, and loss of balance.

4146.   Additional developing and/or worsening symptoms of difficulty smelling, sneezing, always having a cold and cough, and irritable nostrils were directly caused by the reoccurring discharges in 2023.

4147.   The 2023 discharges also entered Maynard's residence, including the coke dust particles she saw flying in the air

4148.   The trespasses by PBF Martinez interfered with Maynard's ability to use and enjoy the residence and caused injury to Maynard and damage to the property.

4149.   Needless to say the trespasses by PBF Martinez to Maynard's real property was unauthorized in each instance.

4150.   Additionally, the health effects on Maynard from the discharges have caused her to suffer lost wages, income, and/or business opportunities. Specifically, having to take time off for the first three and a half weeks, and her need to take time off every couple of weeks due to her ongoing health issues.

**195.   Plaintiff Andrew Nelson.**

4151.   At all times relevant to this action, Plaintiff Andrew Nelson was over the age of 18 and was a resident of Martinez, California.

4152.   Plaintiff Andrew Nelson rented a residence, which was approximately 1/2 mile from the refinery.

4153.   Nelson was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4154.   Among other things, he recalls particles in the air and dust on his property.

4155.   As a result of his exposure to the toxic discharges from the refinery on November 24 and 25, 2022, Nelson was physically harmed.

4156.   Among other things, Nelson began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including dizziness, vertigo, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, body aches, and heartburn.

4157.   The November 24 and 25, 2022, discharge also entered Nelson's residence.

4158.  The trespass by PBF Martinez interfered with Nelson's ability to use and enjoy the residence and caused injury to Nelson and damage to the property.

4159.  Needless to say, the trespass by PBF Martinez to Nelson's real property was unauthorized.

4160.  Nelson was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4161.  In each instance, he was exposed to toxins from the refinery's discharges.

4162.  As a result of his exposure to the 2023 discharges from the refinery, Nelson was physically harmed, including developing and/or worsening symptoms of skin irritation, difficulty breathing, and headaches that were directly caused by the reoccurring discharges in 2023.

4163.  The 2023 discharges also entered Nelson's residence, including a strange chemical smell.

4164.  The trespasses by PBF Martinez interfered with Nelson's ability to use and enjoy the residence and caused injury to Nelson and damage to the property.

4165.  Needless to say, the trespasses by PBF Martinez to Nelson's real property were unauthorized in each instance.

### 196.    Plaintiff Michael Scott.

4166.  At all times relevant to this action, Plaintiff Michael Scott was over the age of 18 and was a resident of Martinez, California.

4167.  Plaintiff Michael Scott rented a residence, which was approximately 1 mile from the refinery.

4168.  Scott was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4169.  Among other things, he recalls seeing dust-like particles on the cars outside.

4170.  The November 24 and 25, 2022, discharge also entered Scott's residence, including refinery-dust particles.

4171.  The trespass by PBF Martinez interfered with Scott's ability to use and enjoy the residence and caused injury to Scott and damage to the property.

-353-

4172.   Needless to say, the trespass by PBF Martinez to Scott's real property was unauthorized.

4173.   Scott was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4174.   In each instance, he was exposed to toxins from the refinery's discharges.

4175.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Scott was physically harmed,

4176.   Among other things, Scott began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, difficulty sleeping, body aches, and feeling as though was having a heart attack.

4177.   Additional developing and/or worsening symptoms of difficulty breathing and shortness of breath were directly caused by the reoccurring discharges in 2023.

4178.   The 2023 discharges also entered Scott's residence, including the coke dust substances that was also all over his yard and car.

4179.   The trespasses by PBF Martinez interfered with Scott's ability to use and enjoy the residence and caused injury to Scott and damage to the property.

4180.   Needless to say, the trespasses by PBF Martinez to Scott's real property was unauthorized in each instance.

### 197.   Plaintiff Khurram Shafi.

4181.   At all times relevant to this action, Plaintiff Khurram Shafi was over the age of 18 and was a resident of Martinez, California.

4182.   Plaintiff Khurram Shafi rented a residence, which was approximately 2 miles from the refinery.

4183.   Shafi was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4184.   Among other things, he saw white residue.

4185.   The November 24 and 25, 2022, discharge also entered Shafi's residence, including white residue.

4186.   The trespass by PBF Martinez interfered with Shafi's ability to use and enjoy the residence and caused injury to Shafi and damage to the property.

4187.   Needless to say, the trespass by PBF Martinez to Shafi's real property was unauthorized.

4188.   Shafi was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4189.   In each instance, he was exposed to toxins from the refinery's discharges.

4190.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Shafi was physically harmed.

4191.   Among other things, Shafi began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea, vomiting, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, congestion, difficulty sleeping, body aches, phlegm, stomach pain, heartburn, dehydration, fever, diarrhea, and loss of balance.

4192.   Additional developing and/or worsening symptoms of difficulty sleeping, coughing, shortness of breath, and headaches were directly caused by the reoccurring discharges in 2023.

4193.   The 2023 discharges also entered Shafi's residence, including the dust

4194.   The trespasses by PBF Martinez interfered with Shafi's ability to use and enjoy the residence and caused injury to Shafi and damage to the property.

4195.   Needless to say, the trespasses by PBF Martinez to Shafi's real property were unauthorized in each instance.

### 198.    Plaintiff Ciara Speace.

4196.   At all times relevant to this action, Plaintiff Ciara Speace was over the age of 18 and was a resident of Martinez, California.

4197.   Plaintiff Ciara Speace rented a residence, which was approximately 1/4 mile from the refinery.

4198.   Speace was present at her residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4199.   Among other things, she recalls seeing the dust all over the cars and began developing a cough.

4200.   The November 24 and 25, 2022, discharge also entered Speace's residence, including refinery-dust, which was also on her car.

4201.   The trespass by PBF Martinez interfered with Speace's ability to use and enjoy the residence and caused injury to Speace and damage to the property.

4202.   Needless to say, the trespass by PBF Martinez to Speace's real property was unauthorized.

4203.   Speace was also present at her residence for the July 2023, October 2023, and December 2023 releases.

4204.   In each instance, she was exposed to toxins from the refinery's discharges.

4205.   As a result of her exposure to the toxic discharges from the refinery on October 6, 2023, Speace was physically harmed.

4206.   Among other things, Speace began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, itchy, watery, burning eyes, headaches, and congestion.

4207.   Additionally, worsening of Speace's difficulty breathing was directly caused by the reoccurring discharges in 2023.

4208.   The 2023 discharges also entered Speace's residence, including white particulates that were also on her car.

4209.   The trespasses by PBF Martinez interfered with Speace's ability to use and enjoy the residence and caused injury to Speace and damage to the property.

4210.   Needless to say, the trespasses by PBF Martinez to Speace's real property was unauthorized in each instance.

-356-

4211.   Additionally, the health effects on Speace from the discharges have caused her to suffer lost wages/income and/or business opportunities.

### 199.   Plaintiff Shawn Spencer.

4212.   At all times relevant to this action, Plaintiff Shawn Spencer was over the age of 18 and was a resident of Martinez, California.

4213.   Plaintiff Shawn Spencer rented a residence, which was approximately 1/4 mile from the refinery.

4214.   Spencer was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4215.   Among other things, he remembers hearing a low noise and went outside and saw an approximately 20 foot flame blowing out of the stack.

4216.   The November 24 and 25, 2022, discharge also entered Spencer's residence.

4217.   The trespass by PBF Martinez interfered with Spencer's ability to use and enjoy the residence and caused injury to Spencer and damage to the property.

4218.   Needless to say, the trespass by PBF Martinez to Spencer's real property was unauthorized.

4219.   Spencer was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4220.   In each instance, he was exposed to toxins from the refinery's discharges.

4221.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Spencer was physically harmed.

4222.   Among other things, Spencer began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, headaches, and congestion.

4223.   Additional developing and/or worsening symptoms of coughing, congestion, and sinus issues were directly caused by the reoccurring discharges in 2023.

4224.   The 2023 discharges also entered Spencer's residence, including gray dust and loud sounds.

4225.   The trespasses by PBF Martinez interfered with Spencer's ability to use and enjoy the residence and caused injury to Spencer and damage to the property.

4226.   Needless to say, the trespasses by PBF Martinez to Spencer's real property was unauthorized in each instance.

4227.   Additionally, the health effects on Spencer from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 200.   Plaintiff Eric Tobin.

4228.   At all times relevant to this action, Plaintiff Eric Tobin was over the age of 18 and was a resident of Martinez, California.

4229.   Plaintiff Eric Tobin rented a residence, which was approximately 1 1/2 miles from the refinery.

4230.   Tobin was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4231.   Among other things, he recalled ashes coming down and that the smell was really bad.

4232.   The November 24 and 25, 2022, discharge also entered Tobin's residence, including the ashes and smell.

4233.   The trespass by PBF Martinez interfered with Tobin's ability to use and enjoy the residence and caused injury to Tobin and damage to the property.

4234.   Needless to say, the trespass by PBF Martinez to Tobin's real property was unauthorized.

4235.   Tobin was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4236.   In each instance, he was exposed to toxins from the refinery's discharges.

4237.   As a result of his exposure to the toxic discharges from the refinery on October 6, 2023, Tobin was physically harmed.

4238.   Among other things, Tobin began experiencing illness and symptoms that were directly caused by the toxic exposure within a month after the release, including breathing

-358-

difficulties, chest pain, memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, rash, hives, headaches, fatigue, bloody nose, congestion, difficulty sleeping, body aches, phlegm, coughing up blood, stomach pain, asthma flare-up, heartburn, dehydration, diarrhea, loss of balance, and nerve damage.

4239.   Additional developing and/or worsening symptoms of coughing, headaches, stomach issues, eye irritation, and congestion were directly caused by the reoccurring discharges in 2023.

4240.   The 2023 discharges also entered Tobin's residence, including the bad smell.

4241.   The trespasses by PBF Martinez interfered with Tobin's ability to use and enjoy the residence and caused injury to Tobin and damage to the property.

4242.   Needless to say, the trespasses by PBF Martinez to Tobin's real property were unauthorized in each instance.

4243.   Additionally, the health effects on Tobin from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 201.   Plaintiff Joyce Adams.

4244.   At all times relevant to this action, Plaintiff Joyce Adams was over the age of 18 and was a resident of Martinez, California.

4245.   Plaintiff Joyce Adams rented a residence, which was approximately 1 1/2 miles from the refinery.

4246.   Adams was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4247.   The November 24 and 25, 2022, discharge also entered Adams' residence.

4248.   The trespass by PBF Martinez interfered with Adams' ability to use and enjoy the residence and caused injury to Adams and damage to the property.

4249.   Needless to say, the trespass by PBF Martinez to Adams' real property was unauthorized.

4250.   Adams was also present at her residence for the July 2023, October 2023, and December 2023 releases.

-359-

4251.   In each instance, she was exposed to toxins from the refinery's discharges.

4252.   As a result of her exposure to the toxic discharges from the refinery on December 15, 2023, Adams was physically harmed.

4253.   Among other things, Adams began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, dizziness, vertigo, sore throat, coughing, nausea, vomiting, headaches, and body aches.

4254.   Additional developing and/or worsening symptoms of coughing, sore throat, and headaches were directly caused by the reoccurring discharges in 2023.

4255.   The 2023 discharges also entered Adams' residence, including dust.

4256.   The trespasses by PBF Martinez interfered with Adams' ability to use and enjoy the residence and caused injury to Adams and damage to the property.

4257.   Needless to say, the trespasses by PBF Martinez to Adams' real property were unauthorized in each instance.

### 202.    Plaintiff Jeffrey Devita.

4258.   At all times relevant to this action, Plaintiff Jeffrey Devita was over the age of 18 and was a resident of Martinez, California.

4259.   Plaintiff Jeffrey Devita rented a residence, which was approximately 2 miles from the refinery.

4260.   Devita was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4261.   Among other things, he saw soot and substances on his two cars and the produce he grew outside.

4262.   The November 24 and 25, 2022, discharge also entered Devita's residence, including soot and substances, that were also on his two cars and the produce he grew outside.

4263.   The trespass by PBF Martinez interfered with Devita's ability to use and enjoy the residence and caused injury to Devita and damage to the property.

4264.   Needless to say, the trespass by PBF Martinez to Devita's real property was unauthorized.

4265.  Devita was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4266.  In each instance, he was exposed to toxins from the refinery's discharges.

4267.  As a result of his exposure to the toxic discharges from the refinery on December 15, 2023, Devita was physically harmed.

4268.  Among other things, Devita began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, sore throat, coughing, sinus pain, pressure, fatigue, difficulty sleeping, and asthma flare-up.

4269.  Additional developing and/or worsening symptoms of a chronic cough causing sleep disturbances were directly caused by the reoccurring discharges in 2023.

4270.  The 2023 discharges also entered Devita's residence, including soot and substances on his two cars and the produce he grew outside, as well as a strong chemical odor.

4271.  The trespasses by PBF Martinez interfered with Devita's ability to use and enjoy the residence and caused injury to Devita and damage to the property.

4272.  Needless to say, the trespasses by PBF Martinez to Devita's real property was unauthorized in each instance.

### 203.    Plaintiff Anthony Gahr.

4273.  At all times relevant to this action, Plaintiff Anthony Gahr was over the age of 18 and was a resident of Martinez, California.

4274.  Plaintiff Anthony Gahr rented a residence, which was approximately 1 mile from the refinery.

4275.  Gahr was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4276.  Among other things, he heard sounds and strange smells from the refinery.

4277.  The November 24 and 25, 2022, discharge also entered Gahr's residence.

4278.  The trespass by PBF Martinez interfered with Gahr's ability to use and enjoy the residence and caused injury to Gahr and damage to the property.

4279.  Needless to say, the trespass by PBF Martinez to Gahr's real property was unauthorized.

4280.  Gahr was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4281.  In each instance, he was exposed to toxins from the refinery's discharges.

4282.  As a result of his exposure to the toxic discharges from the refinery on December 15, 2023, Gahr was physically harmed.

4283.  Among other things, Gahr began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, congestion, and phlegm.

4284.  Additional developing and/or worsening symptoms of wheezing, coughing, and difficulty breathing were directly caused by the reoccurring discharges in 2023.

4285.  The 2023 discharges also entered Gahr's residence, including sounds and smells from the refinery.

4286.  The trespasses by PBF Martinez interfered with Gahr's ability to use and enjoy the residence and caused injury to Gahr and damage to the property.

4287.  Needless to say, the trespasses by PBF Martinez to Gahr's real property was unauthorized in each instance.

### 204.  Plaintiff Joaquin Jacinto.

4288.  At all times relevant to this action, Plaintiff Joaquin Jacinto was over the age of 18 and was a resident of Martinez, California.

4289.  Plaintiff Joaquin Jacinto rented a residence, which was approximately 2 miles from the refinery.

4290.  Jacinto was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4291.  Among other things, he smelled and saw what looked like ashes.

4292.  The November 24 and 25, 2022, discharge also entered Jacinto's residence, including the refinery-dust.

4293.   The trespass by PBF Martinez interfered with Jacinto's ability to use and enjoy the residence and caused injury to Jacinto and damage to the property.

4294.   Needless to say, the trespass by PBF Martinez to Jacinto's real property was unauthorized.

4295.   Jacinto was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4296.   In each instance, he was exposed to toxins from the refinery's discharges.

4297.   As a result of his exposure to the toxic discharges from the refinery on December 15, 2023, Jacinto was physically harmed.

4298.   Among other things, Jacinto began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties, sore throat, coughing, headaches, sinus pain, pressure, fatigue, and congestion.

4299.   Additional developing and/or worsening symptoms of difficulty breathing, sinus issues, congestion, and skin irritation were directly caused by the reoccurring discharges in 2023.

4300.   The 2023 discharges also entered Jacinto's residence, including the smell and sign of the coke dust particles.

4301.   The trespasses by PBF Martinez interfered with Jacinto's ability to use and enjoy the residence and caused injury to Jacinto and damage to the property.

4302.   Needless to say, the trespasses by PBF Martinez to Jacinto's real property was unauthorized in each instance.

4303.   Additionally, the health effects on Jacinto from the discharges have caused him to suffer lost wages, income, and/or business opportunities.

### 205.    Plaintiff Glenda Lindborg.

4304.   At all times relevant to this action, Plaintiff Glenda Lindborg was over the age of 18 and was a resident of Martinez, California.

4305.   Plaintiff Glenda Lindborg rented a residence, which was approximately 1/4 mile from the refinery.

4306.   Lindborg was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4307.   Among other things, she recalls the fruit trees dying after these releases.

4308.   The November 24 and 25, 2022, discharge also entered Lindborg's residence.

4309.   The trespass by PBF Martinez interfered with Lindborg's ability to use and enjoy the residence and caused injury to Lindborg and damage to the property.

4310.   Needless to say, the trespass by PBF Martinez to Lindborg's real property was unauthorized.

4311.   Lindborg was also present at her residence for the July 2023, October 2023, and December 2023 releases.

4312.   In each instance, she was exposed to toxins from the refinery's discharges.

4313.   As a result of her exposure to the toxic discharges from the refinery on December 15, 2023, Lindborg was physically harmed.

4314.   Among other things, Lindborg began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including breathing difficulties, chest pain, sore throat, coughing, itchy, watery, burning eyes, headaches, sinus pain, pressure, fatigue, and congestion.

4315.   Additional developing and/or worsening symptoms of breathing issues, headaches, sore throat, fatigue, and memory issues that were directly caused by the reoccurring discharges in 2023.

4316.   The 2023 discharges also entered Lindborg's residence, including soot and loud sounds.

4317.   The trespasses by PBF Martinez interfered with Lindborg's ability to use and enjoy the residence and caused injury to Lindborg and damage to the property.

4318.   Needless to say, the trespasses by PBF Martinez to her real property was unauthorized in each instance.

**206.    Plaintiff Roberta Meadows.**

4319.    At all times relevant to this action, Plaintiff Roberta Meadows was over the age of 18 and was a resident of Martinez, California.

4320.    Plaintiff Roberta Meadows rented a residence, which was approximately 1/2 mile from the refinery.

4321.    Meadows was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4322.    Among other things, she recalls the refinery dust falling onto the cars, homes, and trees.

4323.    The November 24 and 25, 2022, discharge also entered Meadows's residence, including refinery-dust particles coming in through the vents.

4324.    The trespass by PBF Martinez interfered with Meadows's ability to use and enjoy the residence and caused injury to Meadows and damage to the property.

4325.    Needless to say, the trespass by PBF Martinez to Meadows's real property was unauthorized.

4326.    Meadows was also present at her residence for the July 2023, October 2023, and December 2023 releases.

4327.    In each instance, she was exposed to toxins from the refinery's discharges.

4328.    As a result of her exposure to the toxic discharges from the refinery on December 15, 2023, Meadows was physically harmed.

4329.    Among other things, Meadows began experiencing illness and symptoms that were directly caused by the toxic exposure within days after the release, including breathing difficulties.

4330.    Additional developing and/or worsening symptoms of difficulty breathing and chest pain were directly caused by the reoccurring discharges in 2023.

4331.    The 2023 discharges also entered Meadows's residence, including coke dust particles.

4332.    The trespasses by PBF Martinez interfered with Meadows's ability to use and enjoy the residence and caused injury to Meadows and damage to the property.

4333.   Needless to say, the trespasses by PBF Martinez to Meadows's real property was unauthorized in each instance.

4334.   Additionally, the health effects on Meadows from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

### 207.   Plaintiff Robert Murdic.

4335.   At all times relevant to this action, Plaintiff Robert Murdic was over the age of 18 and was a resident of Martinez, California.

4336.   Plaintiff Robert Murdic rented a residence, which was approximately 2 miles from the refinery.

4337.   Murdic was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4338.   Among other things, he remembers coming outside to a filmlike substance all over his car and plants in his front yard, with a particular odor in the air, a kind of smoke but with a chemical burning smell.

4339.   The November 24 and 25, 2022, discharge also entered Murdic's residence, including a chemical film and odor.

4340.   The trespass by PBF Martinez interfered with Murdic's ability to use and enjoy the residence and caused injury to Murdic and damage to the property.

4341.   Needless to say, the trespass by PBF Martinez to Murdic's real property was unauthorized.

4342.   Murdic was also present at his residence for the July 2023, October 2023, and December 2023 releases.

4343.   In each instance, he was exposed to toxins from the refinery's discharges.

4344.   As a result of his exposure to the toxic discharges from the refinery on December 15, 2023, Murdic was physically harmed.

4345.   Among other things, Murdic began experiencing illness and symptoms that were directly caused by the toxic exposure within a few weeks after the release, including breathing difficulties, chest pain, memory issues, brain fog, dizziness, vertigo, sore throat, coughing, nausea,

vomiting, itchy, watery, burning eyes, rash, hives, headaches, sinus pain , pressure, fatigue, bloody nose, congestion, difficulty sleeping, body aches, ear aches, ear infections, phlegm, stomach pain, asthma flare-ups, heartburn, dehydration, fever, diarrhea, and loss of balance.

4346.   Additional developing and/or worsening symptoms of persistent nausea, itchiness, lethargy with difficulty breathing, and headaches were directly caused by the reoccurring discharges in 2023.

4347.   The 2023 discharges also entered Murdic's residence, including a film and dust, which was also all over his car which would not wipe off easily and a strong chemical odor.

4348.   The trespasses by PBF Martinez interfered with Murdic's ability to use and enjoy the residence and caused injury to Murdic and damage to the property.

4349.   Needless to say, the trespasses by PBF Martinez to Murdic's real property was unauthorized in each instance.

4350.   Additionally, the health effects on Murdic from the discharges have caused him to suffer lost wages, income, and/or business opportunities. Specifically, costs incurred to move away from Martinez due to the numerous releases and effects on his health.

### 208.   Plaintiff Diane Rekow.

4351.   At all times relevant to this action, Plaintiff Diane Rekow was over the age of 18 and was a resident of Martinez, California.

4352.   Plaintiff Diane Rekow rented a residence, which was approximately 1 1/2 miles from the refinery.

4353.   Rekow was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4354.   Among other things, she went out to her car and noticed fine dust all over it.

4355.   The November 24 and 25, 2022, discharge also entered Rekow's residence, including refinery-dust particles.

4356.   The trespass by PBF Martinez interfered with Rekow's ability to use and enjoy the residence and caused injury to Rekow and damage to the property.

4357.   Needless to say, the trespass by PBF Martinez to Rekow's real property was unauthorized.

4358.   Rekow was also present at her residence for the July 2023, October 2023, and December 2023 releases.

4359.   In each instance, she was exposed to toxins from the refinery's discharges.

4360.   As a result of her exposure to the toxic discharges from the refinery on December 15, 2023, Rekow was physically harmed.

4361.   Among other things, Rekow began experiencing illness and symptoms that were directly caused by the toxic exposure within a month after the release, including sore throat, coughing, congestion, difficulty sleeping, phlegm, and asthma flare-up.

4362.   Additional developing and/or worsening symptoms of difficulty breathing, chest tightness, coughing, nose irritation, and sinus issues were directly caused by the reoccurring discharges in 2023.

4363.   The 2023 discharges also entered Rekow's residence, including coke dust particles.

4364.   The trespasses by PBF Martinez interfered with Rekow's ability to use and enjoy the residence and caused injury to Rekow and damage to the property.

4365.   Needless to say, the trespasses by PBF Martinez to Rekow's real property was unauthorized in each instance.

### 209.   Plaintiff Alice Saliba.

4366.   At all times relevant to this action, Plaintiff Alice Saliba was over the age of 18 and was a resident of Martinez, California.

4367.   Plaintiff Alice Saliba rented a residence, which was approximately 1/2 mile from the refinery.

4368.   Saliba was present at their residence for the November 24 and 25, 2022 release from the refinery, and was exposed to the toxic discharge from the refinery.

4369.   Among other things, she recalled seeing ash fall like light snow flurries, with ash on her yard, car, and home.

4370.   The November 24 and 25, 2022, discharge also entered Saliba's residence, including the white ash.

4371.   The trespass by PBF Martinez interfered with Saliba's ability to use and enjoy the residence and caused injury to Saliba and damage to the property.

4372.   Needless to say, the trespass by PBF Martinez to Saliba's real property was unauthorized.

4373.   Saliba was also present at her residence for the July 2023, October 2023, and December 2023 releases.

4374.   In each instance, she was exposed to toxins from the refinery's discharges.

4375.   As a result of her exposure to the toxic discharges from the refinery on December 15, 2023, Saliba was physically harmed.

4376.   Among other things, Saliba began experiencing illness and symptoms that were directly caused by the toxic exposure immediately after the release, including memory issues, brain fog, sore throat, coughing, itchy, watery, burning eyes, rash, hives, headaches, sinus pain, pressure, and eczema on eyelids.

4377.   Additional developing and/or worsening symptoms of burning eyes, skin irritation, and inflammation were directly caused by the reoccurring discharges in 2023.

4378.   The 2023 discharges also entered Saliba's residence, including a strong gas scent.

4379.   The trespasses by PBF Martinez interfered with Saliba's ability to use and enjoy the residence and caused injury to Saliba and damage to the property.

4380.   Needless to say, the trespasses by PBF Martinez to Saliba's real property was unauthorized in each instance.

/ / /

/ / /

/ / /

4381.  Additionally, the health effects on Saliba from the discharges have caused her to suffer lost wages, income, and/or business opportunities.

Dated: November 19, 2024                          Respectfully submitted,

                                                  /s/ C. Brooks Cutter
Reza Torkzadeh, SBN 249550                        C. Brooks Cutter, SBN 121407
Scott King (*pro hac vice* to be filed)           Wesley M. Griffith, SBN 286390
**TORKLAW**                                       Jennifer S. Domer, SBN 305822
18650 MacArthur Blvd., Ste 300                    **CUTTER LAW P.C.**
Irvine, CA 92612                                  401 Watt Avenue
Telephone:     (949) 313-7733                      Sacramento, CA 95864
Facsimile:     (800) 979-0262                      Telephone:     (916) 290-9400
E-mail:        reza@torklaw.com                    Facsimile:     (916) 588-9330
E-mail:        scott@torklaw.com                   E-mail:        bcutter@cutterlaw.com
                                                  E-mail:        wgriffith@cutterlaw.com
                                                  E-mail:        jdomer@cutterlaw.com

*Attorneys for Plaintiffs*

-370-

# EXHIBIT A

# Independent Investigation of the Catalyst Release from Martinez Refining Company on November 24-25, 2022

Report prepared by

Scott Berger and Associates, LLC

Version 2

March 27, 2024

**Table of Contents**

I.    Foreword ...................................................................................................................................... 3

II.   Executive Summary ...................................................................................................................... 4

III.  Introduction ................................................................................................................................. 4

      A. Objectives ............................................................................................................................. 4
      B. Scope and Approach ............................................................................................................. 4
      C. Report Format ....................................................................................................................... 4

IV.   Background .................................................................................................................................. 5

V.    Description of the Incident ......................................................................................................... 6

      A. Prior to the Incident .............................................................................................................. 6
      B. Shut-down of the CCU ........................................................................................................... 7
      C. Establishing Catalyst Circulation .......................................................................................... 7
      D. CCU Feed Reintroduction: November 24 Day Shift .............................................................. 8
      E. Feed Reintroduction: November 24 Night Shift ................................................................... 9

VI.   Facts .......................................................................................................................................... 10

      A. Sequence of Events ............................................................................................................. 10
      B. Causal Chain ........................................................................................................................ 11
      C. Contributing Factors ........................................................................................................... 15

VII.  Root Causes, Contributing Causes, and Recommendations .................................................... 16

VIII. Review of MRC's Investigation Report and Status of Action Plan ........................................... 22

Appendix A: Scope of Work ............................................................................................................. 27

Appendix B: Investigation Team Makeup ....................................................................................... 27

Appendix C: Discussion of Wet Gas Scrubbers vs. Electrostatic Precipitators Functionality During Process Startup Application in Fluid Catalytic Cracking Service ......................................................... 28

Appendix D: Glossary ....................................................................................................................... 29

Appendix E: Resolution of Oversight Committee Comments .......................................................... 33

## I.    Foreword

On the night of November 24-25, 2022, the Martinez Refining Company (MRC), which is part of the PBF Energy family of refineries, experienced an incident in which a large amount of catalyst from the Catalytic Cracking Unit (CCU) was released into the City of Martinez, California and surrounding areas. The Contra Costa [County] Health Hazards Materials Programs (CCHHMP) classified this incident as a Community Warning System (CWS) Level 2 or higher incident, which meets the definition of a Major Chemical Accident or Release (MCAR). This investigation was conducted as provided in the Contra Costa County Industrial Safety Ordinance (ISO).[1]

Scott Berger and Associates, LLC was chosen by the MRC Oversight Committee to perform this independent investigation. This report describes the investigation results, including root causes, contributing causes, and human factors. The investigation followed the methodology described in *Guidelines for Investigating Process Safety Incidents*[2]. In performing this investigation, the team relied on both eyewitness and expert testimony of MRC employees, along with documents and data provided by MRC, relevant technical references, and the investigators' experience in the field of process safety.

The investigators believe that the MRC employees interviewed gave true and accurate statements and honest opinions to the best of their abilities, and that employees felt free to provide their input without retribution.

The investigators have confidence that the root causes of the incident described in this report are accurate to the best of their knowledge and experience in engineering and process safety, and that the recommendations are appropriate.

---

[1] Contra Costa County. (2023). § 450-8.016. stationary source safety requirements., Chapter 450-8. risk management, division 450. hazardous materials and wastes, Title 4. health and safety, ordinance code, Contra Costa County. The State of California; Contra Costa County. http://www.contracostaco-ca.elaws.us/code/oc_title4_div450_ch450-8_sec450-8.016

[2] Center for Chemical Process Safety (CCPS), *Guidelines for Investigating Process Safety Incidents* (3rd ed.), AIChE/Wiley, (2019).

## II.    Executive Summary

Shortly after midnight on November 21, 2022, a safety system automatically shut down the MRC CCU due to the failure of control electronics of the Regenerator Air Blower. Repairs were made to the blower and the CCU was brought back online overnight on November 24-25. At about 20:30 on November 24, as the rate of uncracked hydrocarbon feed to the CCU was being returned to normal, the CCU catalyst regenerator vessel (Regenerator) overfilled with catalyst, resulting in a release of catalyst to the City of Martinez, California and surrounding areas. White catalyst powder was found covering horizontal surfaces on the ground and on resident's vehicles and trash cans, southwest, west, and northwest of the refinery. Based on the quantity released (> 20 tons) and the impact to the community, Contra Costa Health Hazardous Materials Programs (CCHHMP) staff identified this incident as a Community Warning System (CWS) Level 2 or higher incident.[3] As a result, it was considered a Major Chemical Accident or Release (MCAR). Based on analysis of samples collected and community complaints, Contra Costa Health Hazards Materials Programs (CCHHMP) staff identified that this incident as a Community Warning System (CWS) Level 2 or higher incident

None of the catalyst fell in the refinery. Refinery personnel were unaware of the release while it was occurring. and only learned of the incident when neighbors reported it the next morning. As catalyst was being released, refinery personnel continued to incrementally increase the rate of feed to the CCU. The release stopped at about 04:00 on November 25, and the start-up was completed at about 06:15. Approximately 24 tons of airborne catalyst powder were released to the community. No injuries or damage to the CCU were experienced with this event. The root causes of this incident and recommendations for addressing them are presented in this report.

## III.    Introduction

A. Objectives

On behalf of the MRC Oversight Committee, CCHHMP hired Scott Berger and Associates, LLC (see Appendix B) to perform an independent root cause analysis incident investigation. This report describes the findings of that investigation and offers recommendations for improving plant operations in the future.

B. Scope and Approach

The scope of this report includes the timeline of events, and causal factors leading up to the release of catalyst. Work was conducted both on-site at the MRC and offsite, and included review of documents and operational data, personnel interviews, and detailed analysis. The reporting of this incident by MRC to Bay Area authorities was specifically excluded from this investigation. Additional details are provided in Appendix A.

C. Report Format

This report describes the process of "cracking" hydrocarbon molecules as the CCU was intended to be operated, the timeline of events leading up to the incident, the root causes, the contributing causes. It identifies gaps in the facility's Process Safety management system along with human factors that contributed to the incident, and offers recommendations to correct these gaps, along

---

[3] See https://cwsalerts.com/about-cws/frequently-asked-questions/

with implementation priorities. This report also provides an evaluation of MRC's investigation report to CCHHMP. The appendices in this report summarize the scope of work, present the investigation team experience, and compare the use of wet gas scrubbers to electrostatic precipitators during process start-up of CCUs.

## IV.  Background

Figure 1 provides an overview of the Catalyst Cracking Unit (CCU) process, the primary focus of this incident. Connected processes mentioned in the figure include the CO Boilers (COBs), the Cracked Gas Plant (CGP), and the Flare Gas Recovery Unit.



**Figure 1:** MRC's Catalytic Cracking Unit

Catalytic cracking was developed and commercialized circa 1940. This technology increases the yield of high-quality products by reducing, or "cracking," larger complex hydrocarbon (HC) molecules[4] into lighter products. Larger HC oils are heated and pumped into the Reactor Riser (RR) where they contact nearly 1300 °F powdered catalyst. In the RR, the larger HC molecules are cracked into smaller molecules such as gasoline, butane, or propane. This reaction also deposits carbon on the catalyst.

---

[4] See glossary entry for "Feed" for more details about hydrocarbon feed to the CCU.

At the top of the RR, cyclonic separators (cyclones) separate the now-spent catalyst from the HC vapor.

The cracked hydrocarbon vapor continues to the Main Fractionator (MF) where liquid products are separated, and the vapor further cooled before being collected in the Overhead Accumulator (OHA). Off-gas from the OHA flows to the Wet Gas Compressor (WGC) which compresses it for processing in the Cracked Gas Plant (CGP). The WGC also functions to regulate the OHA pressure. This in turn controls Reactor pressure and the pressure above the Stripper slide valve (Stripper SV or SSV).

The spent catalyst flows to the Catalyst Stripper, where steam is used to strip HC from the spent catalyst. The SSV maintains a level in the Catalyst Stripper, and then the catalyst flows through that valve, returning to the Regenerator.

The Air Blower provides combustion air to the Regenerator where carbon is burned off the catalyst. This also provides heat to maintain the desired temperature of catalyst flowing to the RR.

The catalyst in the Regenerator is fluidized by the upward flow of air and combustion gases. The catalyst is suspended in a dilute phase near the top of the Regenerator and in a dense phase below. The interface between dilute and dense phases constitutes the "catalyst level." The level indication is calculated from differential pressure (dP) between the bottom and top of the Regenerator.

Regenerator combustion gases (flue gas) entrain fine catalyst (fines). Most of these fines are removed as they pass through the First Stage Cyclones. The catalyst fines fall through the dip leg into the dense phase of the Regenerator. The small quantity of fines remaining in the flue gas continues to the Second Stage cyclones. These and the downstream, external, Third Stage Separator (TSS) and Fourth Stage Separator (FSS) work in a similar manner. Personnel periodically remove catalyst fines from the TSS and FSS for disposal.

If the Regenerator catalyst level is too low, the dip legs lose their seal, allowing catalyst from the dense phase to overload the TSS and FSS. Likewise, if the Regenerator catalyst level is too high, the dip legs become choked, also resulting in catalyst carry-over to the TSS, FSS, and beyond.

The Regenerator pressure is controlled by a pressure control valve, PV-171, routing flue gas to the COBs via the Flue Gas Expander Turbine. Flue gas from the FSS carries the small amount of remaining catalyst fines which are removed by the three (3) Electrostatic Precipitators (ESPs). Each ESP discharges its treated exhaust to atmosphere via an associated COB stack.

## V.    Description of the Incident

A. Prior to the Incident

In 2018, the then-owner of the facility, Shell Oil Products, conducted a process hazard analysis (PHA) of the CCU.[5] Shell's PHA identified a potential process upset scenario involving high-high differential pressure (dP) in the Fourth Stage Separator (FSS) leading to a possible catalyst release. However, they classified the scenario as a consequence severity two (2) according to Shell's five (5) level consequence evaluation scale. Based on Shell's risk decision policy, it was determined that no additional mitigating measures were required.

---

[5] See glossary entry PHA for more information.

In 2022, the current owner of the facility, PBF Energy, conducted a PHA of the Carbon Monoxide Boilers (COBs), a downstream process that receives flue gases from the FSS. That PHA identified a similar potential process upset scenario. Like Shell, MRC classified it as consequence severity two (2), with no additional mitigating measures needed.

As learned from the experience of this release, the consequences of these upset conditions should have been classified as a consequence severity three (3), based on the need to clean-up the released catalyst. If this had been recognized at the time of these PHAs, Shell's and MRC's risk management policies would have led them to implement additional measures to prevent this type of incident.

B. Shut-down of the CCU

At approximately 01:06 on November 21, 2022, an instrument failure within the CCU Air Blower (J-123) triggered a safety system that shut down the CCU and diverted CCU feed away from the Reactor Riser (RR). It also de-energized the Electrostatic Precipitators (ESPs)[6] and performed other safety functions.[7] Shortly after the ESPs were de-energized, the continuous opacity monitors on the COB stacks sounded an alarm indicating high opacity (a reading greater than 4 Ringelmann). It is important to note that while this represented an exceedance of the refinery's air permit condition, the high opacity condition is not the incident being investigated.

Following the CCU shutdown, the Wet Gas Compressor (WGC; J-125) continued to operate. As the quantity of wet gas grew smaller, the WGC total discharge flow control valve (5FC340; WGC spillback valve) automatically opened in an attempt to prevent compressor surge and potential damage to the WGC. Shortly thereafter, this valve was placed in Manual.

C. Establishing Catalyst Circulation

The Air Blower (the equipment that failed, causing the CCU to shut down) was repaired and restarted at around 10:40 on November 21. CCU feed can be reintroduced only after establishing stable catalyst circulation. Before starting catalyst circulation, the Regenerator bed must first be heated with hot air to about 1000 °F. However, the next step, igniting the gas-fired Air Preheater (F-65) was initially unsuccessful. As cooler air flowed through the Regenerator, the catalyst bed temperature continued to drop.

Meanwhile, the WGC operation was unstable, operating at or near surge conditions.[8] At around 11:30 on November 21, personnel opened valves to route propane from storage to the WGC via the Main Fractionator (MF) Overhead Accumulator (OHA). This stabilized WGC operation. Propane continued to flow, gradually reducing refinery propane inventory. Propane flow would not be stopped until much later.

---

[6] The final stage of cleaning CCU flue gases to remove remaining catalyst fines.

[7] See process diagram in Figure 1.

[8] Like all compressors, the Wet Gas Compressor is designed to handle gases with a set range of physical properties. Operating outside this range can damage the compressor, in some cases causing catastrophic failure. Surge is one such condition. It occurs when the molecular weight and density of the gas is too low. In the WGC, the gas being pumped can flow backwards around the turbine blades in an oscillating manner. In severe cases the oscillation can result in severe equipment damage and loss of process containment.

Troubleshooting and repair of the Air Preheater ignitor involved a Production Specialist who had expertise in CCU operation and systems, as well as a deep commitment to the success of the refinery. From the time this Specialist began working on the ignitor until after the incident, this individual followed a pattern of working 22–25 hours, resting at home for a few hours, and then returning to work another similarly long period. This individual served in a key decision-making role during this period.

The Air Preheater ignitor was repaired, and the pre-heater burner was ignited at about 09:00 November 22. Heating the Regenerator bed and establishing catalyst circulation continued until about noon on November 24.

D. CCU Feed Reintroduction: November 24 Day Shift

A step in the startup procedure prior to re-introducing feed to the Reactor Riser (RR) involved placing the Stripper Slide Valve (SSV) in Auto (although it did not explain why). Per the procedure, personnel put the SSV into automatic control mode (Auto) at 04:45 on November 24. Then at 06:29 on the day shift, personnel reverted the SSV to manual control mode (Manual)[9] to address a transient condition that occurred while establishing stable catalyst circulation. After the transient condition was resolved around 07:30, the SSV should have been returned to Auto, but this was not done. Nonetheless, feed reintroduction began shortly after noon on November 24 with the SSV in Manual. The SSV remained in Manual until well into the night shift.

Around the time that feed reintroduction began, the refinery inventory of propane had dropped to a level at which Refinery Logistics was required by refinery policy C(A)-20 to notify operating units of impending low propane inventory. Following this policy, Logistics and CCU personnel evaluated the rate of propane consumption compared to the minimum required inventory. Personnel considered that as feed increases, the CCU would start to make propane and heavier hydrocarbons and ultimately relieve the need for propane to the WGC. Therefore, they decided to continue drawing propane at the same rate. As feed was slowly increased, personnel manually cut back on propane to the OHA, and simultaneously worked the WGC spillback valve closed in Manual. The WGC spillback valve was placed in Auto at 23:10 on November 24. Monitoring and managing the propane inventory and flow to the OHA required additional operator attention.

With the initial reintroduction of feed, a pressure surge occurred. Because the WGC spillback valve was in Manual, it did not automatically respond to the increased pressure. The brief pressure rise automatically opened a pressure control valve from the OHA to the flare system. Normally, two compressors in the flare system would redirect the released gases to a location in the refinery where those gases could be recovered. However, one of the two compressors was down for maintenance, so a portion of those gases were briefly released to the flare. This was the second flaring event experienced by the day shift. The Cracked Gas Plant (CGP), the unit that receives cracked products from the CCU and shares a control console with the CCU, was also opened to flare earlier that day.

---

[9] When starting up a process unit, changing conditions can require personnel to temporarily take manual control (Manual) from time-to-time, because automatic controls (Auto) are tuned preferentially to operate under normal reaction conditions.

E. Feed Reintroduction: November 24 Night Shift

Normally, the feed reintroduction procedure would be conducted by two Console Operators, one focused on operating the Compressed Gas Plant (CGP) while the other focused on the CCU. However, on the night shift, the fatigued Production Specialist took charge of some of the CGP and CCU console operations. This changed the dynamics and situational awareness of operating the CCU console.

When the night shift personnel started their shift at 18:00 on November 24, they found the SSV still in Manual. This reinforced to them a preconception that this valve was sticky and balky. Among the personnel working that evening, there was a general belief that the SSV could be given a series of small manual input changes to valve position without a response, and then the valve would move suddenly, potentially more than desired. The SSV remained in Manual until 23:25.

Between 19:10 and 20:20 on November 24, the SSV remained at 37.0% open. During this period, the dP across the SSV increased from 2.9 to 5.9 psi, significantly increasing the rate of catalyst flowing from the Stripper to the Regenerator. As a result, by 20:07 the Regenerator Catalyst Bed level rose steadily from about 30 feet to above the critical high alarm level of 34 feet, where it remained until 20:57. The high catalyst level overwhelmed the first and second stage cyclones, sending a much higher than normal load of catalyst fines to the third stage separator (TSS) and fourth stage separator (FSS). The FSS high dP alarm sounded at a 20:32, and the high-high alarm sounded at 20:34, indicating that the FSS was too full with catalyst.

Other than for a ten-minute period after midnight around 02:45, the FSS remained at high-high dP until shortly after 04:00 on November 25. During this period, catalyst passed on to the CO Boilers (COBs), from there to the ESPs (that were de-energized[10]), and then out the stack.

It is clear that the rate of release of the catalyst was highest from about 20:32 until at least 20:56 when the Regenerator Catalyst Bed dropped below the critical high alarm level. It is not known at what time the First and Second Stage Cyclones returned to full function. A doorbell camera of a person living near the refinery captured catalyst falling from about 20:40 until about 23:30. Because the FSS remained in high-high dP alarm (and therefore was impaired) until shortly after 04:00 on November 25, the release of catalyst could be expected to have continued until then, albeit at a rate too low to have been detected by the camera. It is expected that the rate of catalyst emission returned to the high opacity condition that existed before the incident. As discussed above, the high opacity condition is not considered part of this incident.

The WGC spillback valve was placed in Auto at 23:10 on November 24 and the SSV was placed in Auto at 23:26. Full feed rate to the RR operation was reached at approximately 06:15 on November 25, and the ESPs were re-energized shortly afterward.

---

[10] The release rate was well in excess of the capacity of the ESPs. Had they been energized, the quantity of catalyst released would have been only somewhat less.

**VI. Facts**

A. Sequence of Events

Table 1 describes the timeline and sequence of events for the catalyst release incident as described in Section V. The key events, shown in **bold**, are discussed further below.

**Table 1:** Sequence of Events

| Day | Time (Approx.) | Event |
|---|---|---|
| 2018, 2022 | | **Related scenarios considered in PHAs. Conclusion: no action required** |
| November 21 | 01:06 | Air Blower Vane Controller tripped; feed diversion; ESP tripped, shut down |
| | Morning | Air Blower Controller repairs began and blower restarted |
| | All day | Air Preheater (F-65) Ignitor problems |
| | 11:01 | WGC Spillback valve placed in Manual |
| November 22 | 09:00 | Air Preheater burner ignited |
| November 24 Day Shift | 01:20 | Catalyst circulation established |
| | 04:45 | Stripper SV partially opened to start catalyst circulation |
| | | Stripper Bed level controller (SSV) placed in Auto mode |
| | 06:29 | **Stripper SV placed in Manual mode** |
| | 07:30 | Condition requiring Stripper SV to be placed in Manual resolved, but Stripper SV not returned to Auto |
| | 08:00 | Delay, Debutanizer bottoms, Cracked Gas Plant (CGP) pressure |
| | 12:15 | Torch oil increased to raise catalyst bed temp to 1100 °F |
| | | Gasoline column depressurizing valve was still open to flare (CGP) |
| | 12:42 | Opened one feed nozzle to RR about 25% |
| | | MF OHA PC to flare (in Auto) opens 1-2 minutes with initial introduction of feed |
| | | Approximately six incremental feed rate increases over 8-1/2 hours |
| | Soon after | **Decision that additional flaring was off-limits** |
| | 12:50 | Open remaining RR feed nozzles to 25% |
| | 13:00 | Apparent time of propane inventory alert |
| | Soon after | Decision to not increase rate at which propane was being drawn |
| November 24 Night Shift | 20:00-20:30 | **Regenerator bed high-high level** |
| | 20:02 | RR outlet temp dropped from 950 °F to 900 °F over five minutes; sour water to the riser cut from 24 to 9 GPM; presumed decrease in wet gas production |
| | 20:03 | **Apparent feed change event continuing until 20:08** |
| | 20:12 | FSS dP dropped (catalyst dumped) |
| | 20:26 | **FSS dP increased rapidly (20 minutes)** |
| | 20:30 | **Fourth Stage Separator (FSS) high-high dP, release began** |
| | 23:00 | WGC spillback flow control valve placed in Auto (already closed at this point) |
| | | Place WGC J-125 Recycle Gas flow controller 5FC-364 valve CV-364 in Auto |
| | 23:30 | SSV placed in Auto; FSS level begins to drop |
| | | Regenerator Air Blower rate adjusted |
| | | **FSS remained at high-high dP three hours, release continued** |
| November 25 | 02:45 - 03:00 | FSS apparently emptied twice |
| | 03:00 - 04:00 | **High-high FSS dP (again)** |
| | 04:00 - 04:15 | **FSS dP returned to normal, catalyst release apparently ended** |
| | 06:15 | CCU began operating stably at full rate; ESP re-energized |

B. Causal Chain

The causal tree for this incident is shown below (Figure 2). The key links in the causal chain are described in this section.



**Figure 2:** Causal tree of November 24-25, 2022, Catalyst Release Incident

11

**Evaluation of PHA scenarios as "No Action Required":** Long before this incident, two separate process hazards analyses (PHAs) had been conducted. Each considered causes that could lead to catalyst carryover: the Shell Oil Products CCU PHA in 2018, and the MRC/PBF CO Boilers PHA in 2022. Each PHA team identified scenarios with a potential for a severity two (2) environmental consequence (meaning, minor or no lasting environmental effect, a quantity of release requiring agency notification, or short duration remediation). After evaluating the 2022 catalyst release, CCHHMP determined that the event was a Community Warning System (CWS) Level 2 or higher MCAR due to the need to clean up the released catalyst. The Shell and MRC/PBF systems assign a consequence category of 3 if environmental cleanup is required.

**Stripper SV not in Auto for feed re-introduction:** Operating procedures call for the Stripper SV to be placed in Auto before introduction of feed. Additionally, an Engineer had earlier advised personnel not to put the feed in until the SSV was in Auto, not to introduce feed unless the valve could be run in Auto, and if it couldn't be managed then to call out an Instrument Tech. The valve was placed in Auto at 04:45 on November 24 while catalyst circulation was being established. However, at 06:29, together with a procedural step to adjust Regenerator and OHA pressures for correct dP's across the SV's, the Stripper SV was placed in Manual. Process data shows that the condition requiring the Stripper SV to be placed in Manual was resolved by 07:30, at which point it should have been placed back in Auto. However, the SSV remained in Manual until 23:25, well after the release began. Instead of operating in Auto per procedure, personnel manually adjusted the SSV position in response to process conditions.

According to the same Engineer, if the SSV had been in Auto mode according to the procedure, there may have been a brief period in which catalyst circulation stalled, but the regenerator level would not have gone high, and therefore the release would not have occurred.

**Practice of accepting excessive deviation from procedures:** In discussions with MRC's operating and professional personnel, it was learned that the refinery broadly expects Operators to address process problems by using their training to operate the process however they feel necessary to achieve operational objectives. By contrast, good operating practices would define clear expectations on how the process should be operated and what transient changes could be made in the field. Any changes beyond those limits should be evaluated and approved at the appropriate level. MRC personnel investigating this incident focused on personnel operating the SSV too slowly, rather than on the fact that they did not follow either the procedure or the verbal feedback about operating in Auto that were given prior to feed re-introduction.

Procedures exist to drive consistency in performance and to identify the safest way to operate. Therefore, if automatic controls are specified, it is because that is the safest way to operate. Automatic controls are not perfect, though. Sometimes personnel must take manual control. For example, if automatic controls are overreacting or reacting too slowly, manual control would be used to correct the situation. Once the situation is corrected, personnel need to restore automatic control as soon as possible. Or, if the problem with automatic control is more serious, personnel need to bring in an Instrument Technician or Engineer to troubleshoot and correct the problem. And if the procedure needs to be changed during execution, there is a process by which the proposed

"redlined" changes are analyzed and approved by the Process Engineer and possibly others. During this incident, none of these actions occurred.

It's worth noting that the reason for operating the SSV in Auto was not given in the feed reintroduction procedure (CCU-1110), nor in the CCU Unit Console Operator Task Training Workbook Rev. 1. Lacking a specific written basis regarding the rationale for needing the SSV in Auto prior to the introduction of feed, and with a "tribal belief" that the SSV was unreliable ("sticky and balky"), the valve was not returned to Auto prior to the introduction of feed to the RR. It is not known how personnel came to view the SSV as sticky and balky, even though instrument data indicate that it worked adequately. This view was broadly held.

The failure to ensure the SSV was in Auto before introducing feed is a deviation from procedures that had a direct causal link to the incident. Several other deviations from procedures (discussed in section VI.C) served as distractions to personnel and therefore contributed to the incident.

**Inadequate training of personnel:** MRC policy requires that prior to executing infrequently used procedures, personnel must receive "just-in-time training," as specified in a note in the CCU Console operator training workbook[11]. This training is needed to familiarize operators with the challenges they are likely to encounter while executing the procedures and how to respond if those challenges should arise.

Since the publication of version 1.2 of this report, MRC has stated that training on this procedure is included in the refresher training that is conducted every three years (i.e., not "just-in-time" as specified in the training manual). At the time of the catalyst release, the CCU Console was being operated by the Production Specialist and a Shift Supervisor. While the Specialist certainly had deep knowledge of all aspects of CCU operation, that individual did not routinely run the CCU and a corresponding refresher training record for that person was not provided to inform this investigation. The Shift Supervisor became qualified as a CCU console operator in 2018 but subsequently was promoted to Shift Team Leader. That individual's training records were quite extensive but did not document either Just-in Time training or CCU console operator refresher training in the past three years.

**Excessive work hours for key personnel:** For each refinery unit, MRC recognizes key personnel as Specialists due to their experience and deep knowledge. These individuals are highly respected by other refinery personnel and management. Specialists believed that they had to be "superheroes," coming to the rescue to resolve any difficulty that arose in their units.

---

[11] *"Just-In-Time" Training: Any procedure that is used infrequently (would not be expected to be used at least once a year) will be trained "just-in-time." Just-in-time training is usually associated with operating procedures that are used for special events like normal startups & normal shutdowns for scheduled turnarounds, temporary operations, non-routine tasks, non-routine maintenance events, project work, etc. Just-in-time training would only be required for those individuals that would be involved in the execution of the procedure. Any operator using a procedure that requires just-in-time training will be trained to a Skill Level (as described above) to assure the operator 1) understands their responsibilities with the procedure and 2) can safely execute the procedure as written prior to starting the procedure activities.*

When the initial Air Blower trip occurred, a CCU production specialist began working extremely long hours. Each day, the specialist worked 22–25 hours straight, went home for a short rest, then worked another 22–25 hours, repeating this pattern until the CCU reintroduction of feed process was complete. The specialist's excessive hours in performing the safety-sensitive work would have been against refinery fatigue policy G(A)-34[12], but it applied only to hourly personnel. Additionally, the policy focuses more on equalizing overtime than on fatigue management.

On the night shift of November 24, this individual decided to work the control board alongside the two personnel required to perform the feed reintroduction procedure. Including an additional person as a console operator blurred console responsibilities, contributing to the temporarily overlooked FSS high-high dP alarm. The Production Specialist operated the controls for the WGC, leaving the rest of the CCU to another individual. The Production Specialist directed this other Operator to avoid flaring and not ask for additional propane for the WGC. The Specialist also reinforced that the SSV should be kept in Manual and moved in small increments. Later, when the Operator realized that they had missed the FSS high-high dP alarm, the Specialist told them they hadn't missed it, when they clearly had.[13]

The excessive work hours of this individual between November 21 and 24 was not unique to this individual. In discussing this situation with a MRC representative, it was disclosed that after the catalyst release incident, refinery leadership intervened to prevent another refinery specialist from working excessive hours. As described by this representative, this second specialist was reported to have taken this intervention as a criticism.

There are several reasons why the Production Specialist may have deviated so far from operating procedure and didn't heed the Engineer's advice to keep the SSV in Auto and contact the instrument technician if it could not be run that way. Fatigue played a role in these decisions. That fatigue resulted from the specialist's perception of needing to personally be involved in resolving every difficulty. In addition to fatigue, the Production Specialist was faced with multiple distractions due to the concurrent operational changes. Meanwhile, although they were tasked with performing complex, non-routine start-up procedures, neither was a regular Console Operator. And finally, there are no records that the Specialist (or the other Console Operators) completed the required just-in-time training. It would be appropriate, in the face of these factors, to have paused reintroduction of

---

[12] The Refinery Scheduling and Hours of Service Limits Policy G(A)-34 (referred to here as the fatigue policy policy), places strict limits on working more than 14 hours consecutively and limits unavoidable workdays longer than 18 hours. The fatigue policy is informed by Recommended Practice (RP) 755, published by the American Petroleum Institute (API) to help companies avoid having workers whose abilities and judgements are compromised by fatigue. However, API RP 755 specifically prohibits greater than 18 consecutive work hours, while MRC's G(A)-34 does not.

[13] Note that when an alarm sounds, the console operator can silence the alarm. The alarm notification remains on the alarm screen until the alarm condition is corrected. The alarm will not sound again unless the condition is corrected and then re-occurs.

the feed. The implementation of the refinery stop-work authority policy (or other policy that would address such a situation)[14] did not consider difficulties in running the process in the way intended.

C. Contributing Factors

**Distractions:** Four deviations from procedures occurred that, although not strictly causes of the catalyst release, occupied personnel's attention, slowing or delaying the manual adjustments to SSV position needed to prevent the release.

- *Operating the WGC spillback valve in manual*: Evaluation has shown that the WGC should have been run in Auto mode, requiring less attention from personnel. The procedure called for the WGC to be run in Auto from the beginning of feed reintroduction. However, this didn't happen until approximately 23:00, 2.5 hours into the catalyst release. It appears that the decision to remain in Manual mode was influenced, at least in part, by the call from Refinery Logistics regarding low propane inventory. That call, in turn, was premature in view of the slow and decreasing consumption of propane by the WGC.
- *Decision that flaring was off-limits*: The flare system is a critical safety system for relieving excessive pressure excursions in the Reactor and MF systems. No Operator wants to rely solely on the activation of a critical safety system to prevent an incident. This is especially true when that critical safety system is a flare (a release of gas) that irks members of the local community. However, operating the controls with the specific aim of avoiding flaring is contrary to procedures and is an added distraction to personnel.
- *Sticky Regenerator Slide Valve*: While this valve rarely needed to be moved, it required periodic adjustment during start-up, and would sometimes stick, requiring operator attention.
- *Coordination with the CGP and MF start-up*: These units tied to the CCU were experiencing additional operational difficulties.

**Engineering design**: Two engineering designs common to other refinery's CCUs may have helped MRC avoid the incident:

- *Cascade control of the Reactor/Regenerator dP to the Regenerator Pressure Controller*: In MRC's CCU, operators manage this dP by changing the Regenerator pressure setpoint. In similar refineries, the Regenerator pressure control valve setpoint is determined in Cascade[15] from the Reactor/Regenerator dP indication, helping to more consistently control the SSV dP. In 2018, then-owner Shell had planned to implement this control system upgrade during the CCU turnaround, but ultimately decided not to do so.
- *Direct measurement and control of Reactor feed rate during feed reintroduction*: MRC measures the feed rate to the reactor with a flow meter and controller located upstream of the point of feed diversion. As a result, as feed begins to be introduced, an unknown fraction of the measured flow rate goes to the Reactor, while the rest remains diverted. Without a measurement of flow rate

---

[14] Feedback received from MRC following report version 1.2 indicates that this scenario would have been covered by a different policy than their Stop Work Policy. Nonetheless, it would have been appropriate to stop/pause work at this time, and that policy, or implementation thereof, did not lead to that decision.

[15] Cascading is a control scheme in which the setpoint for an automatic control is derived from another process variable. As that process variable changes, the controller setpoint automatically adjusts.

during feed reintroduction, it is possible for a larger than intended increment of feed to be introduced. Indirect evidence indicates this may have happened in the 20:00–20:30 time frame, providing personnel with an added challenge in controlling dP and Regenerator level. This was not a causal factor for the catalyst release, however, because if the SSV had been in Auto, it would have responded adequately.

**The Holiday:** November 24, 2022, was Thanksgiving. While MRC personnel stated that holidays were like any other operating day, this was clearly not the case. Instead of console operators, a Shift Supervisor and a Production Specialist were operating the CCU. MRC personnel denied that personnel were reluctant to call an Instrument Technician or Process Engineer for support when the incident started because of the holiday, but such reluctance would be understandable.

## VII.  Root Causes, Contributing Causes, and Recommendations

This section summarizes the root causes and contributing causes of the incident and the supporting evidence for these classifications. It also puts forward recommendations regarding safer operations in the future and the priority for addressing these recommendations.

Root and contributing causes are identified in four categories, pertaining to the Process Safety management system (MS), to Engineering Design (ED), or to human factors (HF). Table 2 lists the root causes of the incident along with recommendations for MRC. Table 3 lists the contributing causes, also with recommendations for MRC. Additional recommendations for MRC and for CCHHMD follow the tables.

A priority is suggested for each recommendation, as follows:

- Short term (ST): A recommendation that should be addressed as soon as possible
- Routine (R): A short term recommendation that should be repeated regularly so that the refinery continues to follow the recommendation over time.
- Long range (LR): A recommendation in which work should be started in the short term but can be expected to take time to implement across the refinery
- Next Turnaround (NT): A recommendation which should be addressed as part of the next CCU unit turnaround.

**Table 2:** Root Causes and Recommendations for MRC

| # | Type[16] | Root Cause | Evidence | Recommendations | Priority[17] |
|---|---|---|---|---|---|
| 1 | MS | The PHA system did not provide adequate guidance concerning how catalyst releases affect the community. | PHA scenarios evaluated in the 2018 CCU PHA and the 2022 COB PHA related to this incident were classified as consequence severity two (2), rather than consequence severity three (3); as a result, additional mitigation measures were not recommended. | a. Clarify scenario consequence assessment guidance in corporate risk assessment policy to provide more accurate guidance regarding environmental consequences of catalyst releases. | ST |
| | | | | b. Review relevant refinery PHAs for similar scenarios where environmental consequences of PHA scenarios may be underestimated. | ST |
| 2 | MS | MRC's policies/programs did not lead workers to pause to re-evaluate work instructions when pre-planned conditions changed (lack of situational awareness, gap(s) in Stop Work or other appropriate policy/program did not address). | MRC proceeded with non-normal startup:<br>• on a holiday<br>• with technical personnel who are not normally console operators<br>• some of whom didn't complete required just-in-time training<br>• while operating multiple dynamic process conditions in manual control<br>• with multiple operational challenges and while executing a complex, non-routine procedure<br>• with highly fatigued key personnel<br>• while addressing other distracting and challenging factors | a. Add consideration of situational factors to Pre-startup Safety Review/Prepare to Operate instructions in refinery start-up procedures. | ST, R |
| | | | | b. Update stop-work policy/program or other appropriate policy/program and associated training to include evaluation of complex situations in non-routine work. | ST, R |

---

[16] ED = Engineering Design, MS = Management System
[17] LR = Long range effort which should start soon but can be expected to continue, NT = Next Turnaround, R = Routine, ST = Short Term

**Table 2 (Continued):** Root Causes and Recommendations for MRC

| # | Type[18] | Root Cause | Evidence | Recommendations | Priority[19] |
|---|---|---|---|---|---|
| 3 | MS | A practice existed of deviating from written procedures without managing ad-hoc changes (i.e., making "redline" field changes which include review and approvals). | • MRC's MCAR investigation focused on adequate control of SSV in Manual, instead of why SSV was operated in Manual when the procedure and training said it should be in Auto.<br>• Procedure also was not followed for WGC control and feed reintroduction. | a. Review and revise the site procedure for managing operating procedure changes made during procedure execution (i.e., "field changes") as needed to ensure that the means for 'redlining' changes, ad-hoc review, approvals, and training for subsequent shifts are addressed.<br><br>b. Affected personnel are educated as needed for compliance.<br><br>c. That the system provides prompt review and revision of executed procedures to incorporate approved changes.<br><br>d. That the system includes metrics which provide management oversight of adherence to written procedures. | ST |
| 4 | MS | The operating procedure development and change system failed to adequately ensure that cautionary statements in the startup procedure were adequate. | The operating procedure to Startup from Unplanned Feed Outages (CCU-1110) did not address the rationale and importance of operating the SSV in Auto during feed introduction to prevent high regenerator catalyst level. | a. In the operating procedure development and change system, review criteria for the use of cautionary statements prior to critical procedural steps. Revise the procedure review checklist to confirm that cautionary statements are included when appropriate. | ST |
| | | | | b. Update operating procedure CCU-1110 to include a caution statement explaining the rationale for ensuring that the SSV is in Auto mode when feed is introduced to the RR. | ST |

---

[18] ED = Engineering Design, MS = Management System
[19] LR = Long range effort which should start soon but can be expected to continue, NT = Next Turnaround, R = Routine, ST = Short Term

**Table 2 (Continued):** Root Causes and Recommendations for MRC

| # | Type[20] | Root Cause | Evidence | Recommendations | Priority[21] |
|---|---|---|---|---|---|
| 5 | MS | Gaps in training program: Either the training program did not ensure that just-in-time training was being completed as prescribed, or gaps in CCU console operator refresher training. | • There is no record to document completion of just-in-time training on an infrequently used procedure (CCU-1110) by personnel involved with performing the procedure.<br>• There is no record of 3-year refresher training for individuals running the CCU on the 11/24 night shift | a. As appropriate, modify the training management system to ensure that "just-in-time" training for this and other relevant procedures is conducted (per the CCU Unit Console Operator Task Training Workbook and other refinery task training workbooks,) or to ensure that 3-year refresher training is provided to all personnel who will operate relevant processes.<br>b. Correct or clarify the text referring to Just-in-Time training in the CCU Console Operator Training Manual, if appropriate. | ST |
| 6 | MS | The operator training system did not include rationale for process alarms which could lead to a process safety event without proper operator response. | • The CCU Console Operator Task Training Workbook did not address the following:<br>  o The rationale and importance of maintaining the regenerator catalyst bed level below 30 feet<br>  o The rationale and importance for the high-high dP alarm on the FSS, particularly when the ESPs are de-energized.<br>• Personnel involved in starting up the CCU did not recognize the potential catalyst release as serious; thus, they were merely dealing with the symptom of high-high dP on FSS. | Develop or update the criteria for operator training and conduct a review of materials to ensure that the basis for each alarm involved as a safeguard in process PHA scenarios is included in the training materials. | LR |

---

[20] ED = Engineering Design, MS = Management System
[21] LR = Long range effort which should start soon but can be expected to continue, NT = Next Turnaround, R = Routine, ST = Short Term

**Table 2 (Continued):** Root Causes and Recommendations for MRC

| # | Type[22] | Root Cause | Evidence | Recommendations | Priority[23] |
|---|---|---|---|---|---|
| 7 | MS | The operator training system did not include the information needed to understand how instruments fail, simple troubleshooting methods, and when to call an instrument technician. | Personnel involved in starting up the CCU incorrectly believed the SSV (and other instruments) to be sticky and balky yet did not call out an instrument technician to resolve the balky valve. | Standardize the approach for response to malfunctioning instrumentation and educate affected operations personnel. Address basic types of instruments, how they malfunction, simple troubleshooting methods, instrument criticality, when to ask for instrument technician assistance. Include a reference to the MRC program for bypassing a safety device. | ST |
| 8 | MS | The site policy for managing fatigue does not include salaried personnel performing safety sensitive work. | • The intent of the fatigue policy is to "distribute overtime as equally and as reasonably practical among eligible employees while remaining in compliance with company and legal requirements limiting hours of service."<br>• The fatigue policy does not apply to non-hourly personnel, even for safety-sensitive work.<br>• A non-hourly individual working the CCU console during startup worked significantly more than fatigue management requirements prescribed in the fatigue and scheduling policy.<br>• The non-hourly individual's excessively long shifts continued unchallenged throughout the incident. | a. Modify the fatigue and scheduling policy to include both all hourly and all salaried personnel performing safety-sensitive activities.<br><br>b. Educate affected individuals who weren't previously covered by the policy.<br><br>c. Provide leadership oversight of fatigue policy, supported by relevant metrics. | ST<br><br>ST<br><br>ST |

---

[22] ED = Engineering Design, MS = Management System
[23] LR = Long range effort which should start soon but can be expected to continue, NT = Next Turnaround, R = Routine, ST = Short Term

**Table 3**: Contributing Causes and Recommendations for MRC

| # | Type[24] | Contributing Cause | Evidence | Recommendations | Priority[25] |
|---|---|---|---|---|---|
| 1 | ED | Personnel had difficulty managing the dP between the Reactor and the Regenerator during CCU startup. | This contributing cause is documented in operational data from startup performed in November 2022. | Consider upgrading the control scheme of Reactor/Regenerator dP to Cascade control of the Regenerator pressure setpoint. | NT |
| 2 | ED | Lack of flow indication of feed to the RR increased the difficulty of managing the WGC suction pressure / Reactor pressure / SSV dP. | This contributing cause is documented in operational data from startup performed in November 2022. | Consider adding a flow meter to inform operators of actual feed flow rate to the RR. | NT |

---

[24] ED = Engineering Design, MS = Management System

[25] LR = Long range effort which should start soon but can be expected to continue, NT = Next Turnaround, R = Routine, ST = Short Term

Additional Recommendations to MRC

The system that MRC used to manage fatigue, Policy G(A)-34, did not specify how to monitor performance of a fatigued individual, or the means to ensure that performance was monitored. The exceedance form reviewed in this investigation merely indicated "Increased monitoring," and there was no means of indicating that this was done. The following changes to this policy are recommended:

- Update Attachment B, *Critical Exceedance Form* for fatigue management, to clearly identify the nature of the exceedance.
- Specify in the policy specific management actions to be used monitor the performance of the fatigued individual to prevent mishap.
- Require documentation that the required management actions were conducted.

## VIII. Review of MRC's Investigation Report and Status of Action Plan

MRC delivered their investigation report to CCHHMP on February 3, 2023. In the report MRC, identified two root causes and one contributing factor, along with a Human Factors analysis, and presented eleven corrective actions. In this section the MRC report is reviewed, taking into account the information assembled through the independent investigation. MRC also included in their report an analysis of their incident reporting. MRC's reporting of this incident was outside the scope of this independent investigation and therefore is not discussed here.

In general, this investigation found that MRC's MCAR investigation did not identify root causes. That is, MRC did not identify the management system gaps or failures. While the corrective measures described by MRC were generally in the right areas, their failure to identify root causes resulted in proposed corrective measures that fell short of correcting the management system gaps.

**MRC's Root Cause 1**[26]: *As the Reactor pressure increased, the set point changes to Regenerator pressure control valve PV-171 were being made manually and did not effectively offset the increased Reactor pressure and the resulting flow of catalyst from the Reactor and Stripper into the Regenerator.*

<u>Analysis</u>: The result of this investigation shows that manual adjustment of control valve PV-171 may have been a contributing cause. If this valve's control system had been designed according to common industry practice and operated in the appropriate mode, it would have helped prevent the incident.

**MRC's Root Cause 2**: *As the Regenerator catalyst bed level increased, the changes to the position of the Stripper slide valve were being made manually and were insufficient to prevent the Regenerator catalyst bed level from continuing to increase.*

<u>Analysis</u>: This investigation found that the Stripper slide valve was supposed to have been placed in Automatic prior to the first reintroduction of feed. However, it remained in Manual in the time leading up to the incident and for several hours into it. If it had been operated in Automatic, the incident would not have occurred. Therefore, while it may have been possible for personnel to have made

---

[26] This and the other root causes, contributing causes, and human factors were excerpted from MRC's MCAR report.

more aggressive changes to the valve position to control Regenerator catalyst bed level, the root cause was the deviation from the procedure by not operating the valve in Auto.

**MRC's Contributing factor**: *During the re-introduction of feed to the CCU, the Wet Gas Compressor (WGC) was near surge conditions and required the injection of propane into the Main Fractionator (MF) Overhead Accumulator to increase the molecular weight of the gas and prevent flaring. The MF overhead pressure, which ultimately controls the Reactor pressure, could not be reduced to help balance Reactor and Regenerator pressures because of low propane inventory in the refinery.*

Analysis: The result of this investigation showed that the propane situation may have been somewhat of a distraction to operating personnel.

**MRC's Human Factor Analysis**: *This analysis [MRC's's MCAR Report] revealed two (2) instances in which MRC personnel did not comply with refinery policy and procedure during the incident. First, there was a deviation from the refinery's Work Schedule Expectations for Staff (Exempt and Non-Exempt) policy regarding an individual who exceeded his hours limitation. Second, some End of Shift Reports were not properly completed pursuant to the refinery's Roles and Responsibilities SOSO procedure.*

*However, it was concluded that these deviations do not appear to have directly contributed to the root causes of the incident because the individual who exceeded his hours limitation was not directly involved in the pressure and catalyst bed regulations discussed above.*

Analysis: This investigation determined that one worker was so far in excess of hours-of-service requirements that it was almost inevitable that bad decisions would be made. This worker did not have direct control over the SSV but sat next to and was a significant influence on the worker operating those controls. This individual was in a role that was not covered by the refinery fatigue policy G(A)-34. As such, this investigation found root causes in the refinery's Work Schedule Expectations for Staff policy.

The absence of end of shift reports was confirmed in this investigation. While it does not appear to have been a root cause, the lack of reports hindered the investigation and represents a lack of operational discipline that may carry into other activities.

**MRC's Corrective Action No. 1:** *Based on the learnings from this incident, develop a control strategy for automating the differential pressure control between the Regenerator and Reactor during startup and feed re-introduction.*

Analysis: The control strategy envisioned by MRC for this scenario would bring MRC's CCU up to date with common industry practice. If the update control strategy from this corrective action had previously been implemented, it would have helped prevent this incident.

Status of MRC's Action: As of July 31, 2023, MRC had developed the strategy, and plans to implement it during the 2025 turnaround. It was also learned that this modification was planned by Shell for the 2018 turnaround but was deferred for economic reasons.

**MRC's Corrective Action No. 2:** *Based on the learnings from this incident, CCU Operator alarm actions for Regenerator/Reactor differential pressure and Regenerator catalyst bed level will be updated to provide additional alarms and response guidance to MRC personnel in the event of such alarms.*

Analysis: This investigation recommends providing additional response guidance for alarms, especially the FSS high-high dP alarm.

23

Status of MRC's Action: As of July 31, 2023, MRC stated that the response guidance for these alarms had been added to the console.

**MRC's Corrective Action No. 3:** *Based on the learnings from this incident, develop additional operator training on steps to take to address high Reactor/Regenerator differential pressure as well as high or low Regenerator catalyst bed level.*

Analysis: As described in section VI.B., this investigation found that MRC had a practice of deviating from procedures. MRC's Corrective Action No. 3 supports that finding. While this finding is necessary, it is more important to reinforce through training the importance of following procedures, the need to return controls to Auto after correcting process deviations in Manual, and the need to evaluate and approve redline changes to procedures.

Status of MRC's Action: As of July 31, 2023, MRC stated that the training materials were developed. As of November 13, 2023, training was in progress.

**MRC Corrective Action No. 4:** *Based on the learnings from this incident, modify Operating Procedure CCU-1110 and other relevant procedures to provide additional instructions on when to put the Stripper slide valve into level control to regulate the flow of catalyst to the Regenerator.*

Analysis: The procedure as it existed on November 24, 2022, did specify when to put the SSV into level control. It was learned in this investigation that Corrective Action No. 4. was intended to mean that additional explanation of the rationale for placing the SSV in Auto level control should be provided in the procedure. This is consistent with Root Cause 4 of this investigation, which also recommends a broader evaluation of procedures across the refinery to review, and if necessary, define criteria for when cautionary statements are required.

Status of MRC's Action: As of July 31, 2023, MRC stated that warnings were added to procedure CCU-1110, with the added requirement that if the SSV cannot be put in Auto, approval of either of two (2) supervisors was required to run in Manual.

**MRC Corrective Action No. 5:** *Based on the learnings from this incident, evaluate options to increase the molecular weight of wet gas sent to the WGC during CCU startup and feed re-introduction.*

Analysis: This is a worthwhile option to consider for various operational reasons. However, this investigation concluded that propane limitation did not affect WGC operation during this incident, other than through being an added distraction.

Status of MRC's Action: As of July 31, 2023, MRC stated that the inventory requirements of procedure C(A)-20 had been updated. As of November 13, 2023, a strategy for using butane as an alternative to propane was in the engineering evaluation stage.

**MRC Corrective Action No. 6:** *Based on the learnings from this incident, reiterate to MRC personnel the expectations and requirements to comply with the refinery's Work Schedule Expectations for Staff (Exempt and Non-Exempt) policy.*

Analysis: This investigation concluded that the refinery fatigue policy addressed only hourly workers, even though some salaried workers do perform safety-sensitive work, such as occurred in this incident. Root Cause 8 of this investigation provides deeper recommendations, one of which is covered in MRC Corrective Action No. 8.

<u>Status of MRC's Action:</u> As of July 31, 2023, MRC stated that the policy was updated. As of November 13, 2023, training was being implemented.

**MRC Corrective Action No. 7:** *Based on the learnings from this incident, reiterate to MRC personnel the expectations and requirements to complete End of Shift Reports and audit to ensure compliance with the refinery's Roles and Responsibilities SOSO [sic: Start of shift operations] procedure.*

<u>Analysis:</u> This certainly should have been happening, and the missing day shift report made this investigation more challenging. While the missing report did not appear to have a direct or indirect impact on this incident, it reflects a potential issue that should be addressed, for example by management tracking the metrics related to End of Shift Reports.

<u>Status of MRC's Action:</u> As of July 31, 2023, MRC stated that this had been reiterated to personnel and that a new required learning module on this topic had been implemented.

**MRC Corrective Action No. 8:** *Based on the learnings from this incident, develop additional tools to increase the effectiveness of oversight of staff employee work schedules and fatigue management.*

<u>Analysis:</u> This corrective action goes hand-in-hand with MRC Correction No. 6 and this investigation's Root Cause 8. Having better tools is helpful, but the tools must be routinely used by refinery leadership to manage compliance with the fatigue management policy.

<u>Status of MRC's Action:</u> As of July 31, 2023, MRC stated that the reporting tool had been implemented.

**MRC Corrective Action No. 9:** *Based on the learnings from this incident, add an indication of the CCU FSS pressure differential to the Utilities Console with the appropriate alarm and response guidance to MRC personnel to better assess the potential for release.*

<u>Analysis:</u> This would help increase awareness of a potential catalyst release. Additionally, actions for CCU operations personnel to take when this alarm sounds on the CCU Console should be defined.

<u>Status of MRC's Action:</u> As of July 31, 2023, MRC stated that the indication had been added.

**MRC Corrective Action No. 10:** *Based on the learnings from this incident, update the MRC community monitoring procedures to include activation and MRC personnel response for defined opacity events.*

<u>Analysis:</u> This investigation concluded that the high-high dP condition in the fourth stage separator should be one trigger for community monitoring.

<u>Status of MRC's Action:</u> As of July 31, 2023, MRC stated that the procedure was updated. A copy of the updated procedure was provided to the investigators and verified on November 13, 2023.

**MRC Corrective Action No. 11:** *Based on the learnings from this incident, evaluate Operating Procedure CCU-1110 and other relevant procedures to determine if the ESPs can be safely activated in the CCU startup process.*

<u>Analysis:</u> Even if MRC's ESPs had been operating at the time of the incident, the quantity of catalyst released would not have been substantially reduced. Furthermore, because of the 2006 Shell-affiliated FCC Unit incident and the 2015 ExxonMobil Torrance incident, both of which involved HC flowing into an ESP during shutdown/startup and resulting in explosions, the refining industry has determined that it is important to deactivate ESPs during shutdown and startup procedures to preventing similar incidents.

<u>Status of MRC's Action:</u> As of July 31, 2023, MRC concluded that it was important to continue following industry guidance, which continues to recommend against this.

**Appendix A: Scope of Work**

The focus of this report is the events leading up to the release of catalyst (in the form of a white powder) into the City of Martinez sometime between 20:00 on November 24, 2022, and 04:00 on November 25, 2022. Within the refinery, the scope includes the CCU, the COB unit, and the bulk propane storage facility, as well as the oversight and support functions for these units located elsewhere in the refinery.

The scope of this investigation excluded reporting by MRC of the release of catalyst to the relevant agencies, as this is being handled via other channels.

The information and conclusions described in this report were obtained through:

- Review and analysis of documents and data provided by the refinery
- Interviews of employees directly running the CCU at that time
- Interviews of other refinery employees who oversaw or supported CCU operations
- Experience in Process Safety and refinery operations of the investigators

Most of the interviews were conducted on the MRC site, in the presence of the refinery attorney and outside counsel representing the individuals being interviewed. Nonetheless, the scope of this investigation focused on identifying causes related to Process Safety management systems and intentionally avoided assigning blame to any individual.

**Appendix B: Investigation Team Makeup**

The independent investigation team included Scott Berger, President of Scott Berger and Associates, LLC. Working with Tim Mullowney, Founder of Petrochor, LLC under subcontract. Their distribution of labor during the investigation is shown in table 4.

**Table 4:** Investigation Team Members and Roles

| Role | Performed by |
| --- | --- |
| Team Leader | Scott Berger |
| FCC Process Operator | Tim Mullowney |
| FCC Technology Expert | Tim Mullowney |
| Process Engineer | Scott Berger |
| Process Safety Specialists | Both |
| Human Factors Specialists | Both |
| Mechanical Integrity Specialist | Tim Mullowney |

Scott Berger, CCPSC has forty-five years of experience in process safety, environment, health, and safety (EHS) management, chemical engineering, chemical manufacturing, process engineering, and human factors. Since 2015 he has worked as a consultant in process safety with focus on process safety leadership, process safety management systems, training for basic process safety competency, incident investigation, and litigation support. During this period, he also co-authored three books on process safety for the Center for Chemical Process Safety (CCPS), *Driving Process Safety Improvement from Investigated Incidents, Process Safety Leadership from the Boardroom to the Frontline,* and *Essential Practices for Creating, Strengthening, and Sustaining Process Safety Culture.*

27

From 2001 to 2015 he served as Executive Director of CCPS. He is a CCPS-Certified process safety professional (CCPSC), a Fellow of the American Institute of Chemical Engineers, and a Fellow of the Center for Chemical Process Safety.

Tim Mullowney has more than thirty-five years of broad experience in oil and gas, production, refining, and process safety. Following twelve years operating a Fluidic Catalytic Cracking unit (console and field) and other processes, Tim worked in the Mechanical Integrity / Reliability group, and for three years was responsible for the site Incident Investigation program where he began leading major investigations. His final roles at Phillips 66 were in the corporate HSE group where he was Process Safety Director and Senior Process Safety Consultant, roles which included responsibility for the global refining incident investigation program.

He founded Petrochor, an independent process safety consulting firm, in 2017. His practice includes development of process safety management systems for refining companies, providing a variety of process safety competency trainings, risk assessments, and incident investigations.

**Appendix C: Discussion of Wet Gas Scrubbers vs. Electrostatic Precipitators Functionality During Process Startup Application in Fluid Catalytic Cracking Service**

Electrostatic precipitators (ESPs) have become a common tool for preventing the emission of any catalyst fines that have not already been removed and recovered by the cyclones and separators used to clean CCU Regenerator flue gas. In general, ESPs work well and are quite reliable. The primary challenge of operating any ESP is to prevent flammable vapors from flowing to them, because these vapors are a potential source of ignition. It is also important to keep flammable vapors out of the Regenerator; the measures that accomplish this also keep flammables out of the ESP.

The ExxonMobil Torrance ESP explosion in 2015 demonstrated how some abnormal, upset conditions can lead to hydrocarbon vapors reaching the ESP and causing an explosion. Learning from Torrance, companies across the industry now provide for automatic de-energizing of ESPs during upsets. Feed diversion, such as occurred at MRC on November 21, 2022, is one example of how this works. Refineries do not re-energize their ESPs until the CCU is back to full, stable operation.

An alternative to the use of ESPs for controlling catalyst emissions, is to install wet scrubbers. Like ESPs, wet scrubbers are designed to remove catalyst fines at the rate of pounds per hour. These have the advantage of not providing an ignition source, and therefore can be left running during times when ESPs cannot. A properly designed wet scrubber system would prevent the high opacity condition that occurs during times the ESP has to be de-energized. Wet scrubbers are used in a few refineries, but they have several potential drawbacks. They occupy a large footprint, so many refineries don't have space in which to locate them. They also can be large consumers of water, which is in limited supply in many areas.

More importantly, a wet scrubber designed to handle the same emission load as an ESP (pounds per hour) would be equally ineffective in addressing the overload conditions (many tons per hour) experienced in this incident. As noted earlier in this report, even if MRC's ESP had been in service during the catalyst release event on November 24-25, 2022, the release would have overwhelmed the ESP's capacity. Similarly, if MRC had been using a wet scrubber instead of an ESP during the November 24 incident, the wet scrubber would also have been overwhelmed, and the quantity of release would have been reduced only slightly.

**Appendix D: Glossary**

| Term | Definition |
|---|---|
| AIChE | American Institute of Chemical Engineers. |
| API | American Petroleum Institute; a trade and standards organization supporting the petroleum industry. |
| Automatic (Auto) | A control mode where a component (e.g., a valve) is automatically adjusted to maintain a process parameter (e.g., a level) at a set value. |
| C(A)-20 | A policy of MRC that controls minimum and maximum inventory levels of products, by-products, and intermediates. |
| Cascade | A control mode in which a controller set point is obtained based on some other process variable or condition. |
| Causal factors | A factor that contributed to the incident, and that, if eliminated, would have prevented the incident or reduced its severity or probability. |
| Causal Tree | A diagram used to determine root causes; in general, causes lower in the tree drive events higher in the tree, leading to the incident (top event). |
| Catalyst | For the CCU process, a proprietary material that facilitates the chemical reactions that "crack" large hydrocarbon molecules into smaller ones. |
| Catalyst Stripper | A section of the CCU Converter where hydrocarbon is removed from catalyst with steam. |
| CCHHMP | Contra Costa Health Hazards Materials Programs. |
| CCPS | Center for Chemical Process Safety; a global technical organization operated by AIChE that supports the petroleum, chemical, and related industries with guidance and training for managing Process Safety. |
| CCU | Catalytic Cracking Unit; a grouping of refinery equipment that converts (cracks) high molecular weight hydrocarbons into hydrocarbons with lower molecular weight. |
| CCU-1110 | The procedure used by MRC to re-introduce feed to the CCU. |
| COB | CO Boiler; a boiler in which carbon monoxide in the Regenerator flue gas is oxidized to carbon dioxide, reducing the toxicity of CCU emissions and producing heat that is used to generate steam. |
| Console | A group of computer screens and keyboards used to control the process and monitor process conditions and alarms. |
| Contributing cause | A factor that contributed to the incident. |
| CWS | Community Warning System, an all-hazards community notification system of Contra Costa County, intended to alert residents about any potential health hazards and emergencies that may be occurring. |

| Term | Definition |
|------|------------|
| Cyclone | A conical device that separates particles from air streams by a swirling action that pushes the particles to the wall and then down to the bottom of the cone, while cleaner air exits the top. |
| Day shift | Work hours starting 06:00 and ending 18:00. |
| dP | Differential pressure; the difference between the pressures as measured at two different points. |
| ESP | Electrostatic Precipitator; a pollution control device that uses static electricity to remove small particles from process exhausts. |
| Feed | Feed of uncracked hydrocarbon to the CCU. Various uncracked hydrocarbon streams may be fed, depending on production needs. These may include flashed distillates, light, heavy and extra heavy gas oils, and diesel hydrotreater products |
| Fines | Particles of catalyst that are much smaller than the average particle size. |
| Flare | A device in which emergency hydrocarbon releases from refinery processes are safely burned in a controlled fashion, generally at a high elevation and far away from occupied areas. |
| Flue Gas | Combustion gases from the Regenerator. |
| FSS | Fourth Stage Separator; the fourth stage in a series of devices that remove catalyst fines from the flue gases of the Regenerator. |
| G(A)-34 | MRC's "Scheduling and Hours of Service Limits Policy." The policy by which MRC manages worker fatigue (fatigue policy). |
| GPM | Gallons per minute. |
| HC | Hydrocarbons; chemicals made up of carbon and hydrogen. |
| Hot standby | A phase of CCU operation where feed is diverted, either with or without catalyst circulation. |
| Human factors | The evaluation of how people interact with equipment, controls, and their work environment. |
| ISO | The Industrial Safety Ordinance of Contra Costa County. |
| Management system | Policies, procedures and standards that describe how specific functions are to be carried out, performance is verified, and performance is improved. |
| Manual | A control mode in which control devices (e.g., valves) respond only to operator input. |
| MCAR | Major Chemical Accident or Release, as defined by CCHHMP. |
| MF | Main Fractionator; the column that receives product from the Reactor. |
| MRC | Martinez Refining Company, a unit of PBF Energy. |

| Term | Definition |
|---|---|
| MW | Molecular weight. |
| NDA | Non-disclosure agreement; an agreement binding two parties to protect each other's confidential business information. |
| Night shift | Work hours starting 18:00 on one day and ending 06:00 the next day. |
| OHA | Overhead Accumulator; a tank which receives the two-phase overhead flow from the CCU Main Fractionator (MF). The pressure of the Reactor depends upon the pressure of the MF, which depends on the pressure of this tank. |
| Opacity | The degree to which visibility of a background (i.e., blue sky) is reduced by particulates, measured either in % or Ringelmann. |
| Operating procedures | Written, step-by-step instructions and information necessary to operate equipment, compiled in one document including operating instructions, process descriptions, operating limits, chemical hazards, and safety equipment requirements. |
| Operator | An individual who is trained and qualified to operate a process or some portion of a process. |
| PHA | Process Hazard Analysis; a study in which process hazards are identified and a wide range of deviation scenarios are analyzed to determine if the unit's safeguards are adequate. |
| Reactor | A vessel where the catalytic cracking reaction occurs and hot catalyst is disengaged from HC vapor. |
| Redlined changes | Field changes made during execution of a procedure that have been reviewed and approved by the appropriate personnel. |
| Regenerator | A vessel in the CCU system in which coke is burned off spent catalyst, reheating catalyst. |
| Ringelmann | A unit of opacity. 1 Ringelmann is approximately 20% opacity. |
| Root causes | Gaps in Process Safety management systems, including human factors. |
| RR | Reactor Riser; the section of the CCU Reactor where the cracking reaction takes place. |
| Slide valve | A valve that operates by sliding a paddle over an opening to control the flow of catalyst from one vessel to another. |
| SOSO | Start of shift operations; a procedure with formal reporting used at MRC to handover operations from one shift to the next. |
| Spillback valve | A valve which routes compressor discharge back to the suction to maintain minimum flow through the machine, preventing compressor surge. |
| Stripper | A vessel in the CCU system in which residual hydrocarbon is removed from catalyst with steam. |

| Term | Definition |
|------|------------|
| SSV | Stripper slide valve; the valve which regulates the flow of catalyst from the Stripper to the Regenerator. |
| Surge | A condition that can exist in centrifugal compressors when they handle a gas lower in molecular weight than they were designed to handle. Surge occurs when the gas being pumped flows backwards around the turbine blades in an oscillating manner. In severe cases the oscillation can result in significant equipment damage and loss of process containment. |
| Top event | The release event being investigated. |
| TSS | Third Stage Separator; the third of four devices that removes catalyst from Regenerator flue gases. |
| Wet gas scrubber | A system where exhaust gases are contacted with water to remove particles and water-soluble gases. |
| WGC | Wet Gas Compressor; a multi-stage centrifugal compressor designed for condensable hydrocarbons which takes suction on the OHA and increases the pressure of the gaseous vapor allowing it to flow to the Cracked Gas Plant. |

**Appendix E: Resolution of Oversight Committee Comments**

Comments from the Oversight Committee were provided via a Microsoft Excel® table, with spaces provided for the investigators' responses and actions. This table is presented starting on the following page.

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 1 | Kent Hull | Community Member of OC | My main concern is that the authors state that people should be commended for doing what is expected of them.  When is that worthy of a commendation?  I feel that establishes that cooperation and honesty are not expected/required and thus the process is flawed. | General Report Comment | | In this paragraph, we are thanking the individuals for speaking openly. This intent can be accomplished with the second sentence of this paragraph only. | Deleted the first sentence of page 3, paragraph 3 |
| 2 | Ben Therriault | Community Member of OC | What is the adherence to procedure and culture. The deviation from standard procedures, especially concerning the Stripper Slide Valve (SSV), appears to be a significant factor. The culture of 'objective-based' operation over strict procedural adherence could be a systemic issue that needs to be addressed. | General Report Comment | These comments were submitted in a single cell. They have been broken up for ease of responding | This comment restates key points of the report and does not appear to request any changes. | None needed |
| 3 | Ben Therriault | Community Member of OC | What can be done about training and fatigue management? The report highlights lapses in 'just-in-time' training and issues with fatigue management, particularly in key personnel. How can training be made more effective and adherence ensured? What steps can be taken to avoid overworking, which may lead to critical errors? | General Report Comment | | These points were identified in the report as root causes with recommendations for MRC to address. | None needed |
| 4 | Ben Therriault | Community Member of OC | The report points out possible improvements in reactor-regenerator differential pressure management and feed flow measurement. How can these technical enhancements be implemented effectively to prevent future incidents?  What can be done about communication and alarm management? There seems to be a gap in response to critical alarms and communication during the incident. What measures can be implemented to improve situational awareness and responsiveness during critical operations? | General Report Comment | | These points were identified in the report as contributing causes with recommendations for MRC to address. | None needed |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 5 | Ben Therriault | Community Member of OC | The report lists root causes and recommendations in categories like process safety management, workplace culture, engineering design, and human factors. How can MRC prioritize and implement these recommendations to mitigate risks in future operations? | General Report Comment | These comments were submitted in a single cell. They have been broken up for clarity in responding | Suggested prioritization was included with all recommendations in this report. | None needed |
| 6 | Ben Therriault | Community Member of OC | It's also important to compare the findings and recommendations of this independent report with those from MRC's internal investigation. Are there discrepancies or areas that MRC overlooked? | General Report Recommendations  MRCs Recommendations | | This is discussed in Section VIII of the report. What may not have been clear was that in general, MRC's MCAR investigation did not identify root causes, and their corrective measures fell short of correcting management system gaps. | Added text to the introductory paragraphs of Page 22, Section VIII explaining this. |
| 7 | Ken Axe | PBF | I spoke with both operations support engineers on December 14, and neither gave this instruction. See series of comments on topic 2 starting on page 12. | Page 6 (CCH will provide word document received from PBF as well for all of Ken Axe's comments) | | This comment was recorded in Tim Mullowney's notes from a meeting with an engineer that occurred on 9/25/2023.  Version 1.2 erred in stating that this engineer was an operations support engineer.  In verbal comments at the oversight meeting on 2/1/24, a PBF representative also noted that "instructions" come from operating supervision, not engineers. | Changed "unit process engineer" to "an engineer" on page 8, section D, paragraph 1.  Changed "instructed" to "advised" on page 8, section D, paragraph 1.  Note that this comment was repeated in lines 11 and 14, applying to different parts of this report. The same changes were made in each location. |
| 8 | Ken Axe | PBF | Series of Xs and ? Over causal tree elements (all xs see word doc) and root/contributing causes numbers 1,2,3,5 (x) and 4,6,7 (?) | Page 11 | | Based on the independent investigation, these causal tree elements are appropriate and need to be retained. | None needed. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 9 | Ken Axe | PBF | This is not a root cause, and did not present an opportunity to add IPL's and prevent occurrence of the November 2022 incident. The guide word HAZOP technique does not provide a PHA team with knowledge of consequences that are unknown to them. The 2018 and early 2022 PHA teams were not aware that a catalyst release could result in catalyst deposition in the community. Only after the November 2022 incident were MRC personnel aware of this phenomenon. MRC also learned (anecdotally) after November 2022 that there have been other occasions (four of them) in industry like the November 2022 incident at MRC, resulting in aggregation of catalyst particles and deposition at ground level. The 2023 CCU PHA does take this consequence into account, and does acknowledge the need for additional IPL's. | Page 12 in reference to PHA root caust | | The definition of a root cause is "A failure or gap in the process safety management system." This comment acknowledges that the guidance in the management system documents used to guide the 2018 and 2022 PHAs had a gap in recognizing the consequences of this event scenario. It is a proper root cause. | None needed |
| 10 | Ken Axe | PBF | Neither operations support engineer (the one on days, or the one on nights) instructed anyone that the stripper slide valve must be in auto: I spoke with both of them on December 14 specifically about this claim, which did not appear in Draft 1.1 of this report. Only one of them spoke with Berger and Mullowney, and she didn't say this to them (Nam and I were present for all interviews). | Page 12 in reference to Stripper Slide Valve root cause | | Same comment as line 7 | See resolution of line 7 comment and page 12, paragraph 2. |
| 11 | Ken Axe | PBF | Operations did not "disregard" the procedure, and the engineer gave no such instruction. Operations placed the valve in Manual in order to control process parameters that it appeared to them were not being sufficiently controlled in automatic. Operators are trained and authorized to do this. | Page 12 in reference to Stripper Slide Valve root cause | | The stripper slide valve was placed in manual at 06:29 on 11/24 to address a transient upset. Data trends suggest this transient was resolved by 07:30. At this point, it should have been placed back into automatic. | Added this clarification in 3 places, to emphasize how long the deviation from the procedure lasted. See page 8, Section 2, paragraph 1. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 12 | Ken Axe | PBF | MRC does not consider operations to be "objective-based." Nobody at MRC indicated this. This was a label inferred erroneously by Berger and Mullowney, along with all of the presuppositions that come along with their understanding of this label. It is also false to portray this as a feature of MRC's culture. | Page 12 in reference to Culture of deviating from procedures | | On three separate occasions, a senior, knowledgeable MRC employee told investigators that operators were trained and authorized (see line 12) as well as expected (see MRC MCAR report Root Cause 2) to use their training to take whatever means necessary to meet process objectives, and to do so without review or oversight. While the specific term "objective-based" was not used by this employee, the actions taken by operators on 11/24/22 demonstrated that they were following this approach. Furthermore, MRC's MCAR report root causes focused on how the operator manually controlled the stripper slide valve (and regenerator pressure control), and not on the long duration of time the procedure was deviated from without evaluation and approval. Note also that MRC's actions to address their self-identified corrective measures included adding review and oversight related to the stripper slide valve to the procedure CCU-1110, which is an acknowledgement by MRC that their oversight of field changes was inadequate. | Edited the text to remove the term "objective based", and added text explaining the good operating practice of defining action limits and properly managing field changes.<br><br>See page 12, paragraph 4. |
| 13 | Ken Axe | PBF | Again, operations did not "disregard" the procedure, and the engineer gave no such instruction. | Page 12 in reference to Culture of deviating from procedures | | Same comment as line 7. | See page 14, last paragraph |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 14 | Ken Axe | PBF | We agree with this statement. We believe that this is the explanation for the stripper slide valve being in manual, NOT that there is a "culture of accepting deviation from procedures.: | Page 12 in reference to Culture of deviating from procedures | | Nonetheless, after the transient condition that required the operator to take manual control of the stripper slide valve was resolved, it was left in manual instead of being returned to auto. Considering that the culture survey will follow this investigation, it is appropriate for "culture" to be replaced by "practice" in this report, and evaluation of culture deferred to the culture survey. | Replaced "culture" with "practice" in discussing this topic. See pages 12, 18, and 24. Changed Root Cause "Type" of "Culture" to "Management System" on pages 16-20. |
| 15 | Ken Axe | PBF | Per the training SME, training on the two Hot Standby procedures, CCU-3305 and -3310, as well as reintroduction of feed, CCU-1110, are not administered "just-in-time. CCU-3305 and -3310 are administered as "skill" level refresher training every three years, and CCU-1110 is administered as "awareness" level training every three years. Just-in-time training is applied to *predictably* infrequently used procedures, like those associated with turnarounds. Use of 3305, 3310, and 1110 can come up at any time, and are therefore refreshed every three years. | Page 13 in reference to inadequate training of personnel | | The text about refresher training was excerpted from the MRC document indicated in the report. However, if training for feed reintroduction is instead covered in the 3-year refresher training, then the training record of the individual controlling the stripper slide valve shows no refresher training in the last 3 years. Training records we received did not show any training for the fatigued individual. | Expanded text to include both just-in-time and refresher training. Expanded recommendation to correct the gap, whether it was in just-in-time training or in refresher training. Moved text excerpt to a footnote at request of CCHHMP. See page 13, section "Inadequate training of personnel." |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 16 | Ken Axe | PBF | Berger and Mullowney spoke with <u>one</u> operations specialist, who did not (and could not) provide a basis for what specialist<u>s</u> believe. The operations specialist provided answers to leading questions about "superhero" performance, rather than applying the term to himself or others. It is a reach to infer that responsible, committed subject matter experts indicate a negative aspect of culture. The fatigue issue does not require "superhero culture" as a root cause, and in fact is not depicted that way on the causal tree. | Page 13 in reference to excessive work hours | | It is true that we spoke only to one operations specialist. However, while discussing the issue of fatigue management, a PBF SME made a point of telling us that based on MRC's learning from the incident, refinery management had to intervene to prevent another specialist from working excessive hours. In this conversation, this SME used the "Superhero" designation. | Inserted text referencing a second case that a MRC representative described during the investigation. See page 14, paragraph 3. |
| 17 | Ken Axe | PBF | I don't recall this statement being made by the "operator," and it was not corroborated by the operations specialist. | Page 14 | | This came from interviewing the shift team leader who was filling in as operator. As recorded in our notes: STL: "How could I have missed that, [Op spec's name]? Do you remember if I got the alarm? "OS: "Of course you did. I didn't want to bother you. I told the outside operator to drop the cat fines out of the FSS." Since this did not result in a root cause, the original text is suitable. | None needed |
| 18 | Ken Axe | PBF | See comments associated with topic 2 on page 12. | Page 14 | | Repeat of Mr. Axe's comment in line 10. | See resolution of line 7 comment and page 12, paragraph 2. |
| 19 | Ken Axe | PBF | Is "almost certainly" a fact, or speculation? | Page 14 | | Fatigue played a role. | Deleted "almost certainly". See page 14 paragraph 4. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 20 | Ken Axe | PBF | Stop work authority applies to situations that "could reasonably result in death or serious physical harm" or are associated with "a process safety hazard." There was not such a situation. MRC has other processes for intervening in other situations, but the operating team did not know that they were having a community impact while it was occurring. The other factors listed here would not necessarily require intervention. | Page 14 | | Mr. Axe appears to be citing the narrow language of the CalOSHA regulation related to Stop Work Authority. He notes that the refinery has other "processes" for intervening in such situations. In our investigation, we considered a broader definition of Stop Work Authority which would include this situation. Regardless, personnel did not pause work when they should have. If MRC covers this situation in a different policy, then the root cause and recommend would apply to that policy instead. Recognizing that MRC uses the term "Stop Work Authority" in the narrower sense, it is appropriate to clarify the wording of this root cause accordingly.<br><br>Nonetheless, a release of 24 tons of catalyst fines containing various metal contaminants is a notable event. If it does not meet the definition of a process safety incident, it is at minimum a high potential near miss event. | Added footnote 14 explaining that if this situation is covered by another policy/program, a gap existed in that policy/program instead of in the Stop Work policy/program. See page 15 footnote.<br><br>Added "or other appropriate policy/program" to recommendation 2b. See page 17. |
| 21 | Ken Axe | PBF | "Potentially." Again, fact, or speculation? | Page 14 | | It is clear from discussion with the console operator, that he was overwhelmed, and he was unaware that FSS HH dP meant a release was occurring. | Removed "potentially" and adjusted remaining text to read well. See page 16, section C, first paragraph. |
| 22 | Ken Axe, CCH noted the same comment | PBF | MRC's MCAR report | Page 22, correction of typo | | Thank you. | Corrected typo. See page 23, paragraph 3. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 23 | Ken Axe | PBF | ISA 18.2 defines alarm floods in terms of annunciation rates. Shelved alerts did not annunciate, but were included in the data, showing adjacent 10-minute totals of 13 and 12. ISA 18.2 also defines alarm floods as annunciation rates "likely to exceed the operator response capability." Total operator response capability is dependent on the number of responding operators. Typically, when rates are calculated, the number of annunciations is divided by the number of responding operators. MRC concludes that alarm flood did not occur. | Page 22 in relation to discussion of MRC action 2 | | MRC continues to reduce excessive alarms as per ISA 18.2 and this was not a root cause, so the statement was removed | Statement removed. See page 23, analysis of MRC Corrective Action No. 2. |
| 24 | Steven Devine | City of Martinez | replace current language to state "chosen by the ISO Oversight Committee" to give credit to that group.  NH comment:  suggest MRC Oversight Committee instead of ISO Oversight Committee | Page 3 | Foreword | Thank you. | Changed to "chosen by the MRC Oversight Committee". See page 3 paragraph 2. |
| 25 | Steven Devine | City of Martinez | Consider … "and surrounding areas" | Page 4 | | Thank you. | Text added. See page 3 paragraph 1 and page 4 paragraph 1. |
| 26 | Steven Devine | City of Martinez | Of what? Catalyst or crude oil? | Page 4 | | The hydrocarbon feed to the CCU. | Added footnote clarifying that this is hydrocarbon feed to CCU. See page 5 footnote 4.  Added a description of "feed" to the glossary. See page 29. |
| 27 | Steven Devine | City of Martinez | Seems odd to be commenting on the controversial wet gas scrubbers… when the report makes clear other areas in which the firm | Page 4 | | Evaluating this topic was specified in the scope of work given by the MRC oversight committee. | None needed. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| | | | is not commenting on... as it would be out of scope. | | | | |
| 28 | Steven Devine | City of Martinez | Consider inserting ... "theoretical" | Page 5 | | This report should have used the term "Scenario" instead of "Condition," which has the same meaning in this context as "Theoretical". | Changed "Condition" to "Scenario". See page 6, section V.A., paragraph 1. |
| 29 | Steven Devine | City of Martinez | Consider inserting ... "theoretical" | Page 5 | | See line 28 | See line 28. |
| 30 | Steven Devine | City of Martinez | Crude or Catalyst? | Page 5 | | See line 26 | See line 26. |
| 31 | Steven Devine | City of Martinez | What does this mean in layperson terms. | Page 5 | | Agree that this should be explained. | Added a footnote that explains surge. See page 7 footnote 8. Added a definition of surge to the glossary. See page 31. |
| 32 | Steven Devine | City of Martinez | Consider: "Unit Process Engineer" | Page 6 | | Agree that it is appropriate to capitalize all role titles throughout the report. | Globally capitalized all role descriptions/titles. |
| 33 | Steven Devine | City of Martinez | Consider moving "Following this policy" to later in sentence | Page 6 | | After reviewing this recommendation, we concluded that the original phrasing works better. | No change. |
| 34 | Steven Devine | City of Martinez | Consider capitalizing "Production Specialist" | Page 7 | | See line 32 | See line 32. |
| 35 | Tom Lang | Community Member | It is a pretty difficult read, and I am not sure that once it is published, a layman will be able to really understand what happened on Thanksgiving of last year. There is a lot of slang and much of the narrative is quite indirect, raising more questions than it answers. The tables and graphics are not instructive, and the table of priorities pretty much has everything as priority one. | General Report Comment | | The PowerPoint presentation recommended by Mr. Lang in line 36 was developed, and should help address this comment as well.

Based on this comment, we agree that the descriptions of the priorities should be explained better. | Added text clarifying the meanings of the priority designations. Replaced "Priority Implementation" with "Short Term". See bottom of page 16. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 36 | Tom Lang | Community Member | I would recommend that when this is released to the public, there should be a PowerPoint with some critical bullets, starting with the general practices (departure from protocols, override of automated settings, superhero culture) and indicating how that led to the key specific technical failures resulting in the release. This should be in simple, easy to understand language. | General Comment | | A PowerPoint presentation was developed and presented to the Oversight Committee on February 1, 2024. | PowerPoint presentation will be available through the CCHHMP Martinez Refining web page. The PowerPoint will be updated for the community meetings. |
| 37 | Tony Semenza | Community Member | 1.There is still the question of why the FCC start-up was being done manually. I have always maintained that a big part of this problem was that the MRC was using non-FCC operators to help in the startup. This goes to the Culture of accepting deviation from procedures discussed on page 12. | Page 12 | | The report identifies the use of Manual mode counter to procedure, as a root cause and makes appropriate recommendations to correct this root cause. | None needed. |
| 38 | Tony Semenza | Community Member | 2.Another issue is the superhero culture that seems to be accepted as MRC. I did not find anything addressing this in any of the tables pages 16 thru 20. | Pages 16-20 | | The superhero "culture" was not itself identified as a root cause. Indeed, strong support of the refinery mission and goals should be a positive. It becomes a problem only when it leads to unmanaged fatigue. The report found a root cause related to fatigue management | None needed. |
| 39 | Tony Semenza | Community Member | 3.On page 21 MRC's Root Cause 1 analysis seems to say that valve pv 171 that the valves control system is not designed according to common industry practice. If true that's a serious problem | Page 21 | | We reached the same conclusion as MRC that if this valve and its control scheme are upgraded, it will be easier to prevent this incident in the future. | None needed. |

43

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 40 | Nick Plurkowski | PBF USW | Did the Regen Pressure control valve have previous issues of being stuck? Were maintenance records or reports of issues looked into? | General Report Comment | | We did receive feedback regarding a number of supposedly "sticky" valves, but we did not find that the Regen pressure valve performance was a root cause of the incident. | None needed. |
| 41 | Nick Plurkowski | PBF USW | The mixed message about flaring – I'm not sure I understand the safety aspect of flaring as described, combined with the public outcry against flaring, or what options the Company really has to prevent or plan for flaring. I understand that assuming you cannot flare might lead to a more complicated startup procedure, but shouldn't the procedure be correct? Shouldn't flare minimization be the goal? I don't want operators to get instructions not to use a safety device, but I also don't want it to become a regular thing… | General Report Comment | | Agreed. Flare minimization should be the goal, but the flare is an important safety device that should be used when needed. | None needed. |
| 42 | Nick Plurkowski | PBF USW | On P.10 in the table between 13:00 on Nov 24 and '20:00-20:30' there is a 'Soon after' line item that is not clear when reading through the details of that on p.6. Basically, p.6 makes it sound like the decision to continue using propane was made, but doesn't describe the conditional approach to the use of propane, due to curtailment. | Page 10 | | The decision was to continue drawing propane at the same rate, but not any faster, even if needed. | Edited this text to match wording on page 6. See page 10. |
| 43 | Nick Plurkowski/ CCH noted the same comment | PBF USW | The footnote on p.13 that continues to p.14 is confusing – could it just fit on one page? | Page 13 | | Thank you. | Footnote now fits completely on page 13. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 44 | Nick Plurkowski | PBF USW | P.14, 1st sentence is misleading as the Staff employee did not complete the 'two personnel' required to perform the feed introduction.  It should have been two qualified, hourly, operators. | Page 14 | | The procedure requires two qualified operators, but does not specify hourly. The relevant issue is training, whether just-in-time training or appropriate refresher training.  Evidence of either type of training for the individuals focused on operating the CCU was not found in the investigation. | Training issue clarified in reply to line 15. |
| 45 | Nick Plurkowski | PBF USW | P.14, paragraph 2 – last two sentences:<br>-Why isn't the DECISION to continue being challenged?<br>    -Stop Work Authority is a worker's last line of defense, we should be challenging the systems and decisions that allow risk to reach the last line of defense | Page 14 | | Challenging a worker decision, i.e. blaming the worker, is generally inappropriate in an incident investigation. If an operator did not pause or stop operation when appropriate, the root cause lies in how the stop/pause work policy was written, trained, implemented, and/or monitored. | See line 20. |
| 46 | Nick Plurkowski | PBF USW | P.15 'The Holiday' The tone of the 2nd sentence:<br>"The console operators who normally would have worked the evening shift took time off, leaving a shift supervisor and a production specialist to operate the CCU.<br>-While this is factually true, I believe the tone of this sentence can be misinterpreted as blame on the workers who took time off, missing the fact that they were approved to take time off and the decision to continue without them was made.  Whose decision was it to use the Operations Specialist and Team Leader as board operators? This goes back to #5 above, as well as #6- there was a decision made to go forward | Page 15 | | We did not in any way intend to suggest workers who took earned time off were to blame. | Deleted reference to workers taking time off. See page 16, "The Holiday". |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 47 | Nick Plurkowski | PBF USW | Table 2: Root Causes… p16 Could we include an example along the lines of "(ex. More operators)" | Page 16 | | There were sufficient people (maybe even too many people) available in the control room. The key issues were (a) training, (b) fatigue, (c) not following procedures, and (d) not pausing work when appropriate. It is conceivable that as part of addressing these issues, MRC could decide they need more operators, but it is not seen as a root cause. | None needed. |
| 48 | CCH Hazmat | CCH | "The reporting of this incident to Bay Area authorities was specifically excluded from this investigation…"  Suggest adding by MRC before this | Page 4 | | Thank you. | Insertion made on pages 4, 22, and 26. |
| 49 | CCH Hazmat | CCH | "This report describes the process of "cracking" hydrocarbon as the CCU was intended to be operated…" Suggest adding molecules after hydrocarbon | Page 4 | | Thank you. | Insertion made on pages 4 and 5, with reference to new glossary item on page 29 describing hydrocarbon feed to the CCU. |
| 50 | CCH Hazmat | CCH | Suggest moving section V (background) before section IV (Description of Incident) | Overall report | | Agreed. | Reordering of sections done. |
| 51 | CCH Hazmat | CCH | Suggest after the first sentence, a statement be added that clarifies what a PHA is or add a footnote to the definition. | Page 5 | | Thank you. | Added footnote reference to PHA glossary item |
| 52 | CCH Hazmat | CCH | "As the quantity of wet gas grew smaller, the WGC total discharge flow control valve (5FC340; spillback valve) automatically opened in an attempt to prevent compressor surge and potential damage to the WGC."  Suggest that clarifying language be added to explain the consequences of a compressor surge and function of spill back valve | Page 5 | | Thank you. | Explained surge in a footnote related to this text and also in the Glossary. See page 7 footnote and page 31. |

46

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 53 | CCH Hazmat | CCH | "light-off"  Suggest this is clarified for the general public or a definition added to  Appendix D. | | | Thank you. | Text was changed to "igniting the burner". See page 7, section C, paragraph 1. |
| 54 | CCH Hazmat | CCH | SSV when first used is not defined.  Suggest changing to Stripper Slide Valve (SSV) | Page 6 | | Thank you. | Done. See page 8, section D, paragraph 1. |
| 55 | CCH Hazmat | CCH | Page 6:  General comment for paragraphs 1,2, and 3.  Clarify for general public where feed was reintroduced. | Page 6 | | Thank you. | Changed sentence on of this paragraph to "reintroducing feed to the Reactor Riser (RR)". See page 8, section D, paragraph 1. |
| 56 | CCH Hazmat | CCH | CCH acknowledges that acronyms are mostly defined on first use and again in Appendix D Glossary, however consider redefining some key terms like SSV, RR, HC and dp in report. | General Report | | SSV noted (and corrected) per line 54. The other 3 terms were defined on first use. Verified that other terms were defined on first use. | See line 54. |
| 57 | CCH Hazmat | CCH | Figure 1: Catalytic Cracking Unit, suggest adding MRC before Catalytic | Page 8 | | Thank you. | Done. See page 5 Figure 1 caption. |
| 58 | CCH Hazmat | CCH | consistently refer to WGC spillback control valve as such (in current draft this is stated as WGC or WGC spillback. | Pages 6 and 7 | | Thank you. | Done. Multiple changes on pages 8, 9, 10, and 15. |
| 59 | CCH Hazmat | CCH | "The vapor continues to the Main Fractionator (MF) where liquid products are separated, and the vapor is further cooled before being collected in the Overhead Accumulator (OHA)." Suggest adding HC before vapor | Page 8 | | Thank you. | Done. See page 6 paragraph 1. |
| 60 | CCH Hazmat | CCH | Figure 1:  Suggest labeling air compressor as air blower for report consistency | Page 8 | | Thank you. | Done. See page 5 figure 1. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 61 | CCH Hazmat | CCH | "Table 1 describes the timeline and sequence of events for the catalyst release incident. As detailed above in section III.C."  If Section Iv and V are switched as suggested above this reference needs to change to IV. | Page 10 | | Thank you. | Done. |
| 62 | CCH Hazmat | CCH | General Comment, to be consistent with the presentation from 2/1/24 and as stated on the presentation slides, replace the word culture with practice from root causes in Figure 2 and update corresponding report language to clarify as necessary (including in tables). | Pages 11 and 12, 16-20, 23-24 | | Thank you. | Done. |
| 63 | CCH Hazmat | CCH | Figure 2, define PS | Page 11 | | Thank you. | Relabeled figure replacing PS with Process Safety. See page 11, Figure 2. |
| 64 | CCH Hazmat | CCH | Clarify what is meant by "Objective based" | Page 12 | | Thank you. | Resolved in response to line 12. |
| 65 | CCH Hazmat | CCH | "MRC personnel denied that personnel were reluctant to call an instrument technician or process engineer for support when the incident started because of to the holiday, but such reluctance would be understandable". Suggest removing the "to" highlighted in red. | Page 15 | | Thank you. | Typo corrected. See page 16, "The holiday" paragraph. |
| 66 | CCH Hazmat | CCH | Suggest labeling tables 2-5 all as Table 2 and relabel Table 6 to Table 3. | Pages 16-20 | | Thank you. | Done; also changed "Table 7" to "Table 4." |
| 67 | CCH Hazmat | CCH | "Develop or update the criteria for operator training and conduct a review of materials to ensure that the bases for alarms involved as safeguards in process PHA scenarios are included in the training materials."  Correct bases to basis. | Page 18 | | Original text was grammatically correct. Each alarm has a basis, so multiple alarms have multiple bases. However, we understand this can be confusing, so text clarified. | "ensure that the basis for each alarm involved...". See page 19, recommendation 6. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 68 | CCH Hazmat | CCH | "Community Warning System of the Contra Costa Industrial Safety Ordinance". CCH suggest changing this to Community Warning System. The CWS is an all-hazards community notification system intended to alert residents about any potential health hazards and emergencies that may be occurring | Page 27 | Appendix D | Thank you. | Corrected. See page 28. |
| 69 | CCH Hazmat | CCH | MCAR is defined as Major Chemical Accident or Release | Page 28 | Appendix D | Thank you. | Corrected. See page 29. |
| 70 | CCH Hazmat | CCH | Define RQ when used on page 12 | Page 12 | | Noted | Since this is the only usage, replaced RQ with "a quantity of release requiring agency notification". See page 12, paragraph 1. |
| 71 | CCH Hazmat | CCH | CCH suggest that the following sections be reviewed and language clarified in more general terms to help aid with readability for the general public: Paragraphs 3 page 7, Table 1, Paragraph 9 of page 8, Distractions and Engineering Design section on pages 14 and 15, and reactor definition in Appendix D | General Report | | No suggested edits were provided with this comment. Note, there were only 3 paragraphs on page 8. Upon review of the indicated paragraphs, it appears they are acceptable as originally written. | Specific edit suggestions would be welcomed for the final version of the report. |
| 72 | CCH Hazmat | CCH | "An individual working the CCU console during startup worked significantly more than fatigue management requirements prescribed in the fatigue and scheduling policy." Suggest clarifying this individual was non-hourly. | Page 19 | Table 5 | Noted | Done. See page 20, third bullet under "Evidence". |
| 73 | CCH Hazmat | CCH | "The excessively long shifts continued unchallenged throughout the incident." Suggest clarifying this statement to state whose long shifts were unchallenged | Page 19 | Table 5 | Noted | Done. See page 20, fourth bullet under "Evidence". |

49

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 74 | | | Suggest replacing 4 stage with multiple stage | Page 26 | Appendix C | Expanding on the spirit of this comment, it wasn't necessary to specify the number of stages in this paragraph | Deleted "four (4) stages of ". See page 27, Appendix C, first paragraph. |
| **The following comments were made by the Oversight Committee during the 2/1/24 presentation** | | | | | | | |
| 75 | Tom Lang | Community Member | So the question that I have. It's really a general observation that leads to a few questions. And thinking of the stripper slide valve, which is a very important part of the process right? It just sort of boggles my mind that there isn't a big blinking red light that says: Hey, this is either open or closed and if either open or closed, whether I'm in automatic or manual, and if that is the case, and it is so important, why isn't that status interlocked with the settings on these feed valves that are feeding gas into the reactor? | | These comments were submitted in a single cell. They have been broken up for clarity in responding | The operator console does show whether the valve is being controlled in manual or auto. We believe this concern was captured and addressed by the recommendation made both in this investigation and MRC's investigation about providing appropriate warning statements in the procedure. | None needed. |
| 76 | Tom Lang | Community Member | And the you know, the other thing that kind of surprised me is the idea of well, hey, you know, maybe we better have a differential pressure sensor between the reactor and the you know the other containment units. | | These comments were submitted in a single cell. They have been broken up for clarity in responding | As clarification, add to the Engineering Design part of Section VI.C. that Shell had intended to implement this change at the 2018 turnaround, but ultimately did not. Shell's motives for this deferral were not investigated. | Clarification added. See pages 15 (Engineering Design) and 23 (Status of MRC's Corrective Action No. 1. |
| 77 | Tom Lang | Community Member | And II just don't understand why that full plan would not be absolutely full of sensors with the appropriate interlocks. | | | The plant is indeed full of sensors and interlocks. The specific interlock issue is described in root cause 1 of this report. That is, in Shell's and MRC's PHAs, the potential consequence of the catalyst carry-over scenario was understated, and therefore the need for a specific additional safeguard designed to address this scenario was not identified. | None needed. See page 17, Table 2, Root Cause 1. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 78 | Tom Lang | Community Member | Does this reflect a systematic under investment by Pbf in the plan? Because you would think that a you know, a plant with such a high potential environmental impact would have a design where there would be a fundamentally automated control system that human operators would have to consciously override, you know, in order to do things that sort of fell outside the normal range. | | | Evaluating the financial aspects of this incident fell beyond the scope of the investigation. | None needed. |
| 79 | Tom Lang | Community Member | And so this lack of kind of an automated framework, and a modern system of sensors and interlocks makes me think that it leads to this idea that you know, as you pointed out in your report that the operation of the plant sort of relies on these sort of super workers, and there's a tendency of the staff to deviate from procedures. You know things like that? And does that represent kind of an underlying sort of lack of faith in the operational integrity of the plant. And so I guess what in the end, I'm wondering. You know, these recommendations are all about sort of procedures and processes on how to properly operate a manually controlled plan when in reality, you know, there's a fundamental problem that things that should be automatically sensed and controlled and interlocked aren't done that way. So I'm sorry if this has been more of a rant than a you know specific question. But that's my general impression. | | These comments were submitted in a single cell. They have been broken up for clarity in responding | This paragraph summarizes Mr. Lang's verbal comments noted above in lines 77-80. | None needed. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 80 | Ben Therriault | Community Member | Start off about the slide valve and then basically was the unit shut down? Was it open? Was it inspected for damage? Was there some type of erosion? Or, you know, other type of damage. When, how often did that happen? | | These comments were submitted in a single cell. They have been broken up for clarity in responding | The stripper slide valve (SSV) can only be inspected when the entire CCU is down for maintenance. This last happened in 2018 and will happen again until 2025. It was not necessary to inspect the SSV for this investigation because operational data showed that it could have restricted the flow rate of catalyst sufficiently to have prevented the incident, if it had been operated in automatic. | None needed. |
| 81 | Ben Therriault | Community Member | Then just another issue I wanted raise was, you know, a lot of people understand that the air district found that the wet gas scrubber was feasible in its own air, quality, rule, analysis and decision. A lot of people in the community want to know. You know, we're pointing out the fact that replacing the Esps with a wet scrubbing would eliminate source of ignition. That is an explosion hazard. And this was one of the issues in the incident, you know. Does the report, you know, talk about whether it be inherently safer to have equipment solution? Or you know this company? Do any adequate, inherent safety analysis? And or did report, you know, talk about this this feasibility? | | These comments were submitted in a single cell. They have been broken up for clarity in responding | This report agrees that a wet gas scrubber could be safely operated under conditions where an ESP would have to be de-energized. This would have prevented the opacity condition that preceded the catalyst release. However, both ESPs and Wet Gas scrubbers are intended to remove relatively small quantities of catalyst per hour (i.e., pounds per hour), while the incident released catalyst at a rate of tons per hour, well above the capacity of either device. In conclusion, it is valid for the air district to consider wet gas scrubbers for routine conditions, however, the absence or presence of a wet gas scrubber was not a factor in the release of 24 tons of catalyst. | Clarification added that wet gas scrubbers can prevent the opacity condition that is typical when ESPs are de-energized. However, like ESPs they are designed to remove pounds per hour of catalyst fines, and would not be effective against the tons per hour being emitted during this incident. See page 27, Appendix C. |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 82 | Ben Therriault | Community Member | And you know the investigation. Investigation can't just be, you know, based on, you know, interviews and documents needs to be people who like took a look and actually looked at the slide valve in particular, and so need to know, like, has that actually occurred, that people actually looked at the equipment? Etc. and you know, on the process hazard analysis. | | | See line 80. | See line 80. |
| 83 | Ben Therriault | Community Member | The Pha of shell you know.It doesn't seem like Mrc, you know, really did a good job of identifying, you knowthe issues of of that unit. And you know, how is that? Gonna get addressed, you know. Will there be a safety analysis for that? | | | We understand that MRC repeated the PHA in 2023, and in that PHA they properly quantified the consequences of this scenario. However, we did not verify this as it was outside the scope of our investigation. | None needed. |
| 84 | Tony Semenza | Community Member | Yeah, just a couple of questions, Nick asked the question about flaring. I wanna make sure we follow up on that, because I'm not sure I understand whether or not the flaring would have prevented the incident if they flared again. | | These comments were submitted in a single cell. They have been broken up for clarity in responding | Opening the valve to the flare system when the reactor pressure rose around 8:30 PM, might have helped prevent the release. | None needed. |
| 85 | Tony Semenza | Community Member | So you know the follow up on Nick's comment. also on the fourth stage separator. I guess the question is the alarms, were the alarms going off, were they silenced the how? | | | It is our understanding that the alarms were acknowledged, but the console operator did not remember having done so. Once an alarm has been acknowledged, it won't sound again unless the alarm condition clears and then reappears. | A clarifying footnote was added to the relevant text in section VI.B. See page 14, footnote 13. |
| 86 | Tony Semenza | Community Member | How often are the 4 State separator drained? | | | Under normal situations, the FSS is drained as needed, perhaps 1-2 times a day. Once the release began, the FSS was being drained almost continuously until near the end of the release. | None needed |

| | Commenter Name | Organization | Comment | Page of Report | Section of Report | Scott Berger & Assoc. Response | Report Modifications Made |
|---|---|---|---|---|---|---|---|
| 87 | Tony Semenza | Community Member | And then I have a question to follow up on what Ken said and this goes to maybe you Nicole, and your team, what's the were you part of the interview process when the interviews were taking place? And if it wasn't said, how did it get into the report? You know, I mean, are you guys involved in the in the interviewing process so that there's a third party, or and then for Scott. Was there anybody who you wanted to interview that that wasn't available to you. And let's see, just those kind of questions. I'll look for answers from either Scott or you, Nicole, or your team, that's all. I had | | | We took notes of what the individuals said. A few changes were made based on Mr. Axe's comments. | Please see lines 7, 10, and 13. |
| | *CCH notes that Ken Aex and Nick Plurkowski commented but they both indicated they were reading their written comments submitted and noted above* | | | | | | |
| 88 | CCH | CCH | Please clarify if the call from Refinery Logistics was following current MRC policies.  Page 14 Distractions Bullet 1 | | | Yes, the policies as current at the time. | None needed |
| 89 | CCH | CCH | Please clarify which industry standard is being referenced to determine maximum of 10 alarms per 10 minute  period for two consecutive periods.  Page 22  MRC Corrective Action #2. | | | ISA 18-2. However, please note that this investigation did not find alarm flooding as a root cause, and related text was removed. | See line 23. |